# Exhibit A

## CONSENT TO SUE UNDER
## FEDERAL FAIR LABOR STANDARDS ACT

I am an employee currently or formerly employed by **LIBERTY ASHES, INC., FRANCESCO BELLINO, AND MICHAEL BELLINO, JR., STEPHEN BELLINO, and MICHAEL BELLINO,** and/or related entities and/or individuals. I consent to be a plaintiff in an FLSA action to collect unpaid wages.

_Carl J Orlando Jr_
Full Legal Name (Print)

_[signature]_
Signature

_Dec-1-15_
Date