## CONSENT TO JOIN

**I WANT TO JOIN THE LAWSUIT** Orlando, Jr. v. Liberty Ashes, Inc., et al., 15 CV 9434 (RJS), which is pending in the Federal Court for the Southern District of New York, New York. I understand that this lawsuit seeks unpaid wages that may be owed to me and that by joining this lawsuit I will become a plaintiff pursuant to the Fair Labor Standards Act and New York Labor Law. I agree to be bound by any adjudication in the lawsuit whether it is favorable or unfavorable. I understand that, by filing this form, I am voluntarily becoming a party plaintiff to this action, with the obligations and rights of a plaintiff in a case explained in this form. I wish to preserve and pursue any claims that I may have to the greatest extent possible. Therefore, I expressly consent to the use of this consent form for purposes of making me a party plaintiff in any lawsuit and/or lawsuits that plaintiff's attorneys Law Office of Finn W. Dusenbery, Joseph & Kirschenbaum LLP, and John S. Manna, Esq. have brought and/or may bring on behalf of myself and other employees alleged to be similarly situated. I authorize the representative plaintiff or plaintiff's attorneys to file this consent with the Clerk of Court. I hereby further authorize and designate the named plaintiff to act on my behalf concerning this litigation, this investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit. I understand that unless I inform plaintiff's counsel or the Court in writing, I will be represented by plaintiff's counsel, Law Office of Finn W. Dusenbery, Joseph & Kirschenbaum LLP and John S. Manna, Esq. and will be bound by the retainer agreement signed by the named plaintiff in this lawsuit.

Date: 12/21/2015

Signature: *Luis Acevedo*

Print Name: Luis Acevedo

Phone Number*

E-mail Address*

Dates of Employment*

Position(s) Held*

Mailing Address*

*This information will not be filed with the Court.