UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CARL ORLANDO, JR., *on behalf of himself and others similarly situated*, and LEONARD MENNA, JR., *et al.*,

                Plaintiffs,

-v-

LIBERTY ASHES, INC., *et al.*,

                Defendants.

No. 15-cv-9434 (RJS)
ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/11/16

---

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of the parties' pre-motion letters regarding their anticipated cross motions for summary judgment. (Doc. Nos. 41, 42.) Accordingly, IT IS HEREBY ORDERED THAT the parties shall appear for a pre-motion conference on June 1, 2016 at 10:30 a.m. in Courtroom 905 of the Thurgood Marshall United States District Court for the Southern District of New York, 40 Foley Square, New York, New York. Because the Court may decide at the conference to lift the discovery stay in this matter, IT IS FURTHER ORDERED THAT, by May 20, 2016, the parties shall submit an updated proposed case management plan and scheduling order, with deadlines based on this possibility. A template for the order is available at http://www.nysd.uscourts.gov/cases/show.php?db=judge_info&id=1256. The Clerk of the Court is respectfully directed to terminate the motion pending at docket number 41.

    SO ORDERED.

Dated:     May 11, 2016
             New York, New York

                                                          RICHARD J. SULLIVAN
                                                          UNITED STATES DISTRICT JUDGE