Page 1

```
 1
 2    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
 3    INDEX NO: 13-cv-5387
      ------------------------------------X
 4
      CARL ORLANDO, JR., on behalf of himself
 5    and other similarly situated
      individuals,
 6
                      Plaintiffs,
 7
 8            vs.
 9
      LIBERTY ASHES, INC., FRANCESCO BELLINO,
10    MICHAEL BELLINO, JR., STEPHEN BELLINO,
      and MICHAEL BELLINO,
11
                      Defendants.
12
      ------------------------------------X
13
14                    April 21, 2016
15                    1:06 p.m.
16
17
18         Deposition of ROBERT CRISTINA,
19    held at the offices of Joseph &
20    Kirschenbaum LLP, 32 Broadway, New York,
21    New York, pursuant to Subpoena, before
22    Wendy D. Boskind, a Registered
23    Professional Reporter and Notary Public
24    of the State of New York.
25
```

Page 2

```
 1
 2 APPEARANCES:
 3
 4 JOSEPH & KIRSCHENBAUM LLP
 5 Attorneys for Plaintiffs
 6    32 Broadway
 7    Suite 601
 8    New York, New York 10004
 9 BY: DENISE SCHULMAN, ESQ.
10    (212) 688-5640
11    denise@hllp.com
12       -and-
13 LAW OFFICE OF FINN W. DUSENBERY
14    26 Broadway
15    21st Floor
16    New York, New York 10004
17 BY: FINN W. DUSENBERY, ESQ.
18    (212) 583-0030
19    finn@dusenberylaw.com
20
21
22
23
24
25
```

Page 3

```
 1
 2 APPEARANCES: (Cont'd)
 3
 4 TRIVELLA & FORTE, LLP
 5 Attorneys for Defendants
 6    1311 Mamaroneck Avenue
 7    Suite 170
 8    White Plains, New York 10605
 9 BY: CHRISTOPHER A. SMITH, ESQ.
10    (914) 843-9100
11    111csmith111@gmail.com
12
13
14 JOSEPH V. SCHETTINO, ESQ.
15 Attorney for the Witness
16    437 Rockaway Avenue
17    Valley Stream, New York 11581
18    (516) 825-4466
19
20
21
22
23
24
25
```

Page 4

```
 1
 2       IT IS HEREBY STIPULATED AND
 3 AGREED by and between counsel for the
 4 respective parties hereto, that the
 5 filing, sealing and certification of
 6 the within deposition shall be and
 7 the same are hereby waived;
 8       IT IS FURTHER STIPULATED AND
 9 AGREED that all objections, except as
10 to the form of the question, shall be
11 reserved to the time of trial;
12       IT IS FURTHER STIPULATED AND
13 AGREED that the within deposition may
14 be signed before any Notary Public
15 with the same force and effect as if
16 signed and sworn to before the Court.
```

Page 5

```
 1
 2 ROBERT CRISTINA,
 3    business address at 3 Railroad Place,
 4    Maspeth, New York 11378, having been
 5    first duly sworn by a notary public
 6    of the State of New York, (Wendy D.
 7    Boskind, RPR), was examined and
 8    testified as follows:
 9
10 EXAMINATION
11 BY MS. SCHULMAN:
12    Q.   Good afternoon, Mr. Cristina.
13 My name is Denise Schulman.  Seated next
14 to me is Finn Dusenbery.  We represent
15 the Plaintiffs in this lawsuit against
16 Liberty Ashes.
17         You are here on behalf of
18 Empire State Cardboard Paper Recycling
19 Corporation; correct?
20    A.   Yes.
21    Q.   I'm just going to go over a
22 couple of instructions, before we get
23 started with this deposition.
24    A.   Okay.
25    Q.   I'm going to ask you a number
```

2 (Pages 2 - 5)

Page 14

```
 1                Cristina
 2   product.
 3      Q.  Is there a document that
 4   would reflect when you purchased plastics
 5   from Liberty?
 6      A.  What's ever in those invoices
 7   that I gave you, which there should be a
 8   line item for the type of material that
 9   was delivered.
10      Q.  Would plastics be listed as
11   "mixed recyclables"?
12      A.  Yes.
13      Q.  Has Empire been purchasing
14   recyclables from Liberty since at least
15   2009?
16      A.  I don't remember when we
17   started, but it goes back a ways.
18      Q.  Who sets the price that you
19   pay Liberty for the recyclables it brings
20   you?
21      A.  My brother, Mike.
22      Q.  How often does the price
23   change?
24      A.  Weekly, if there are changes
25   at all.
```

Page 15

```
 1                Cristina
 2      Q.  So there are weeks you could
 3   go a month and the price could be the
 4   same?
 5      A.  Exactly.
 6      Q.  But it wouldn't change more
 7   than once a week?
 8      A.  Correct.
 9      Q.  And the prices would be
10   reflected in the invoices?
11      A.  Yes.
12      Q.  Does Liberty have any input
13   in the price?
14      A.  No.
15      Q.  Does Empire inform Liberty
16   when the price changes?
17      A.  Yes.
18      Q.  How?
19      A.  Usually, by fax or e-mail.
20          Most likely -- most of the
21   time, it's every week on a -- through
22   fax.
23      Q.  Is there a certain day and
24   time?
25      A.  Usually, on a Friday.
```

Page 16

```
 1                Cristina
 2      Q.  Okay.
 3      A.  Friday afternoon.
 4      Q.  You're sending the price for
 5   the following week?
 6      A.  Yes.
 7      Q.  Does that fax just list the
 8   price for different materials or is there
 9   any other information contained?
10      A.  It's just a cardboard price.
11      Q.  Does Empire ever inform
12   Liberty about the price changes by phone?
13      A.  No, not that I'm aware of.
14      Q.  Has Liberty ever had a
15   contract with Empire?
16      A.  No.
17      Q.  So Liberty has never been
18   obligated to deliver a certain amount of
19   cardboard to Empire.
20      A.  That's correct.
21      Q.  And does the amount of
22   card-- well, strike that.
23          Does Liberty make deliveries
24   to Empire every day?
25      A.  I don't know if it's every
```

Page 17

```
 1                Cristina
 2   day, but it's pretty regular.
 3      Q.  Multiple times a week they
 4   come.
 5      A.  Yes.
 6      Q.  Okay.  Is there -- they could
 7   come every day, if they wanted, it just
 8   depends on what they have; is that
 9   correct?
10      A.  Yes.
11          We're open Monday through
12   Saturday.
13      Q.  And what hours are you open?
14      A.  We're open 24 hours, Monday
15   through Saturday.
16      Q.  Does the amount of cardboard
17   that Liberty delivers to Empire vary from
18   day to day?
19      A.  Yes.
20      Q.  Does the amount of cardboard
21   that Empire receives from all sources
22   vary on a daily basis, as well?
23      A.  Yes.
24      Q.  Has Liberty ever tried to
25   deliver materials to Empire that Empire
```

5 (Pages 14 - 17)

Page 38

Cristina

1
2  5th, 2016?
3      A.   I suppose, yes, according to
4  the date.
5      Q.   And why did you write this?
6      A.   Got a call from Liberty,
7  asking us for a certification that the
8  material gets recycled out of -- I don't
9  remember if it was out of the state or
10 out of the country.
11     Q.   Who did you speak to?
12     A.   Steve Bellino.
13     Q.   Is that the first
14 conversation about that topic that you
15 recall having with him?
16     A.   I don't remember if that's
17 the first one.
18          It might have happened in the
19 past, but --
20     Q.   But you don't specifically
21 recall another conversation like that.
22     A.   No.
23     Q.   Okay, and what did you say to
24 him?
25     A.   I said: No problem. All our

Page 39

Cristina

1
2  material gets shipped out to China. We
3  don't deal with any -- we don't ship in
4  the domestic.
5      Q.   How long did the conversation
6  last?
7      A.   I don't know.
8           Not long, I guess, he was
9  looking for a letter.
10     Q.   Have you described everything
11 you remember about the conversation?
12     A.   I don't really recall,
13 remember the conversation, other than he
14 needed a proof that the material was sent
15 out of the country, I guess.
16     Q.   Did he tell you why he needed
17 that?
18     A.   No.
19     Q.   Have you ever spoken to him
20 about this lawsuit?
21     A.   No.
22     Q.   Is he your main contact at
23 Liberty?
24     A.   I don't -- yeah, I guess,
25 he's the owner.

Page 40

Cristina

1
2      Q.   Well, I'm just asking if
3  you've ever spoken to any other Liberty
4  representatives.
5      A.   I've spoke to his brother,
6  Mike Bellino.
7      Q.   Okay.
8      A.   And I'm not saying I spoke to
9  him about this, (indicating), in
10 particular --
11     Q.   Right.
12     A.   -- but in the past, and to
13 his sons, they're on the truck, they come
14 to the facility, I say hello.
15     Q.   Okay. Do you recall ever
16 having a conversation with Michael
17 Bellino, Steve's brother, about the
18 ultimate destination of the materials
19 that Liberty brings to Empire?
20     A.   No.
21     Q.   Do you send -- does all of
22 the cardboard and paper from Empire go to
23 destinations in China?
24     A.   As far as I know, and we ship
25 out, that's what it says on the booking

Page 41

Cristina

1
2  number -- on the booking (indicating)
3  instructions, but, once it leaves my
4  facility, who knows where it goes --
5  (gesturing).
6      Q.   If you turn to the second
7  page, Bates stamp CEF 603, can you tell
8  me what this document is?
9      A.   Well, this one's not stamped.
10     Q.   It is, (indicating), on the
11 bottom right-hand corner.
12     A.   Oh, this one -- yeah, yeah,
13 yeah, yeah.
14          MR. SCHETTINO: That little
15     thing, (indicating).
16          THE WITNESS: Yes.
17          MR. SCHETTINO: You need a
18     magnifying glass.
19          THE WITNESS: Yeah.
20     Q.   Can you tell me what this
21 document is?
22     A.   This is the booking
23 instructions from the broker.
24     Q.   So this is a type of document
25 that the broker's driver hands to Empire?

11 (Pages 38 - 41)

Veritext Legal Solutions
212-279-9424    www.veritext.com    212-490-3430