**Exhibit 1**

```
                                              Page 8
 1                       S. Bellino
 2       A.     Francesco Bellino.
 3       Q.     He is also a defendant in this lawsuit,
 4   correct?
 5       A.     At this time.
 6       Q.     Did you speak with anyone else about this
 7   deposition outside of that meeting?
 8       A.     No, not to my recollection.
 9       Q.     I am showing you what has been marked as
10   Exhibit 1.  This is the Amended Notice of Deposition
11   in this case.
12              Have you seen this document before?
13              (Witness reviewed document.)
14       A.     Yes.
15       Q.     Do you understand that you have been
16   designated to testify about the matters for
17   deposition listed on this document?
18       A.     Yes.
19       Q.     And you are prepared to do so?
20       A.     Yes.
21       Q.     What is your relationship to Liberty
22   Ashes?
23       A.     I am a co-owner.
24       Q.     Who is the other owner?
25       A.     Michael Bellino.
```

1                          S. Bellino

2          Q.    Do Liberty's customers pay Liberty to pick

3    up their trash, waste, recyclables and other

4    materials like that?

5          A.    Can you repeat that?

6                (Question read.)

7          A.    Yes.

8          Q.    Is that Liberty's primary source of

9    revenue?

10         A.    Yes.

11         Q.    Do Liberty's customers pay the company a

12   flat rate or does it vary based on how much stuff

13   they leave out for Liberty to take?

14         A.    Some of Liberty's customers pay a flat

15   rate; some of Liberty's customers pay by the volume;

16   some of Liberty's customers pay by weight; some of

17   Liberty's customers are on call; most of Liberty's

18   customers are on schedule, repeated schedule.

19         Q.    What does that mean to be on schedule?

20         A.    That would mean that a customer putting

21   out recyclables and waste materials and things that

22   we collect doesn't have to call the office to have a

23   scheduled pickup, it's basically on automatic.  I

24   guess what we would call a flat rate customer.

25         Q.    When a customer is on a schedule, that

                          S. Bellino

1
2    customer; phone number of the customer; fax number of
3    the customer; customer's personal name; customer's
4    signature acknowledging the service agreement; BIC
5    telephone number; BIC information informing the
6    customer that they have certain rights; service days
7    the customer will be picked up; amount of volume or
8    weight the customer will be throwing away; customer's
9    right to have a survey or waive a survey for the
10   volume or weight that the customer throws away;
11   insurance requirements for the customer; certain
12   cancellation clauses for the carter and the customer;
13   some terms and conditions; payment schedule; I
14   believe a late fee also, if the customer doesn't pay
15   on time.
16           I am trying to think what else may be in
17   there.  I may have missed something, which I probably
18   did.
19           Basically all the information that a
20   customer and the transporter needs to enter into an
21   agreement.
22       Q.    You mentioned BIC.
23           What is that?
24       A.    That's the Business Integrity Commission
25   set up by New York City to regulate the private

Page 23

1                        S. Bellino

2       Q.     These materials that you just listed, are

3    they picked up separately from each other, so paper

4    is picked up and then at a separate time cardboard is

5    picked up?  Is that how it works?

6       A.     Paper and cardboard would go together.

7       Q.     Would paper and cardboard be picked up at

8    one time, but metal would be picked up at a different

9    time?

10       A.     Depending on the volumes and how it's

11   being thrown away.

12       Q.     Under what circumstances would paper and

13   metal be collected together?

14       A.     Mostly -- paper and metal you said?

15       Q.     Yes.

16       A.     I am sorry, I misunderstood.  Probably

17   never.  Unless it's put out by a customer who doesn't

18   know the rules or the recycling regs.  Small amounts

19   are constantly being thrown into the garbage.

20       Q.     Are these different types of materials

21   collected separately because they go to different

22   places?

23       A.     Yes.

24       Q.     Is it possible to segregate different

25   types of materials within the same truck?

```
                                        Page 24
  1                    S. Bellino
  2       A.    To answer your question, are you strictly
  3   pertaining to Liberty Ashes?
  4       Q.    Yes.
  5       A.    Because there are vehicles that can do
  6   that, but we don't have that vehicle.
  7       Q.    What do you do if you are collecting paper
  8   and cardboard and the customer leaves out some metal?
  9   Do you take the metal anyway?
 10       A.    No.
 11       Q.    What are the job titles of the employees
 12   who work on Liberty's trucks going out and collecting
 13   the materials customers leave?
 14       A.    Well, you have mechanics, you have
 15   drivers, and you have helpers.
 16       Q.    Drivers drive the trucks?
 17       A.    Yes.
 18       Q.    Do they do anything else?
 19       A.    Yes.
 20       Q.    What?
 21       A.    They safely operate the vehicle on all
 22   roads, they do some maintenance of the vehicle, they
 23   inspect the vehicle, check for any defects, check the
 24   tires, fuel, leaks, make sure the operating system
 25   functions properly.  Things of that nature.
```

```
 1                         S. Bellino
 2    hopper and the blade in the back to turn it on while
 3    they are in the front.  Things of that nature.
 4         Q.    How often are the vehicles inspected?
 5         A.    Every day.
 6         Q.    Before they go out on the road?
 7         A.    Before they go out and while they are on
 8    the road.
 9         Q.    Do Liberty's trucks go out along set
10    routes?
11         A.    Some do.  Most do.  Some don't.
12         Q.    Under what circumstances would a truck not
13    go out on a set route?
14         A.    Well, I will give you one example.  A
15    roll-off truck, which is different than a garbage
16    truck, would have a separate route list made by
17    dispatch for him or her, for that matter, every day.
18         Q.    What is the difference between a roll-off
19    truck and a garbage truck?
20         A.    A garbage truck has a fixed mechanical
21    compressing body attached to the chassis.  The
22    chassis is the vehicle portion, if you will, for this
23    description; the wheels, the steering wheel, the cab.
24    The body goes on top of that.  It's affixed, bolted,
25    it doesn't come off.  The packing unit is in the rear
```

1                      S. Bellino
2    where they load the vehicle.
3              A roll-off, it's the same, similar
4    chassis, the cab, the steering wheel, the rear
5    wheels, with a mechanism to slide large metal boxes
6    or cans on and off the vehicle.
7        Q.    Are those the types of things that are
8    used at construction sites, the containers that you
9    are talking about?
10       A.    Yes, as well as other locations.
11       Q.    Do Liberty's drivers and helpers work
12   exclusively within the State of New York?
13       A.    Yes.
14       Q.    From December 2009 to the present, have
15   any of Liberty's drivers or helpers had to travel
16   outside the State of New York for work with Liberty?
17       A.    I don't believe so.
18       Q.    From December 2009 to now, has Liberty
19   ever had any customers located outside the State of
20   New York?
21            MR. SMITH:  Objection.  You can answer.
22       A.    I don't believe so.
23       Q.    From December 2009 to now, have any of
24   Liberty's set routes gone outside the State of New
25   York?

```
 1                     S. Bellino
 2       A.    No.
 3       Q.    Are you familiar with the term "mixed
 4  solid waste"?
 5       A.    Yes.
 6       Q.    What is that?
 7       A.    It's a mixture of what is classified as
 8  solid waste.
 9       Q.    What is solid waste?
10       A.    Solid waste, in my mind, is any material
11  that is discarded for non-use.
12       Q.    Does that mean solid waste that is not
13  recyclable?
14       A.    No.
15       Q.    What is solid waste that is not meant for
16  reuse?
17             MR. SMITH:  Objection.
18       A.    Again, my understanding of mixed solid
19  waste is any waste that is discarded for non-use.
20       Q.    Would that be trash?
21       A.    In my mind it would be.
22       Q.    Would mixed solid waste be everything
23  other than paper, cardboard, fibrous recycled
24  content, metal, glass, concrete, dirt, wood, and some
25  food?
```

```
                                        Page 37

 1                      S. Bellino

 2    people?

 3         A.    Transfer station people.

 4         Q.    People who work at a transfer station?

 5         A.    Correct.

 6         Q.    You said receipts that you get.

 7               What types of receipts?

 8         A.    We get dumping receipts.

 9         Q.    What is a dumping receipt?

10         A.    It's a receipt for a freight delivery.

11         Q.    Who gives you the receipt?

12         A.    The facility that we bring the freight to.

13         Q.    The transfer station?

14         A.    Correct.

15         Q.    And that's a record of your delivery to

16    the transfer station?

17         A.    Yes.

18         Q.    Does that say where the transfer station

19    sends it off to next?

20         A.    No.

21         Q.    The dumping receipts wouldn't tell you

22    that the materials are going out of state?

23         A.    Correct.

24         Q.    The dealers we were speaking about before

25    such as Metropolitan Paper, T&T Metal, American
```

```
                                        Page 41

 1                      S. Bellino
 2       A.    I am not sending anything to EWG right
 3   now.
 4       Q.    When did you use them?
 5       A.    Periodically in the past.  I don't recall
 6   when.
 7       Q.    When you used them, did you only send them
 8   glass?
 9       A.    Yes.
10             MS. SCHULMAN:  Let's take a break.
11             (Recessed at 11:33 a.m. and resumed at
12       11:42 a.m.)
13       Q.    I want to talk about the transfer stations
14   where you bring non-valued freight.
15             So that would not include the locations
16   where you are only bringing recyclables, okay?
17       A.    Okay.
18       Q.    For these type of transfer stations, do
19   you pay those transfer stations to accept the
20   materials you are delivering?
21       A.    Yes.
22       Q.    It's based on the ton usually?
23       A.    Yes.
24       Q.    Does Liberty have any control over what
25   the transfer stations do with the materials after
```

```
                                            Page 42
 1                    S. Bellino
 2    Liberty delivers them?
 3         A.    No.
 4         Q.    When Liberty makes a delivery to one of
 5    these type of transfer stations, does the transfer
 6    station tell Liberty what it's going to do with the
 7    materials Liberty is delivering?
 8         A.    I don't really understand your question.
 9         Q.    When Liberty makes a delivery to one of
10    these transfer stations, does the transfer station
11    tell Liberty where it's going to send the material
12    that Liberty delivers?
13         A.    So what you would be asking me -- this is
14    my interpretation of your question -- is that when
15    the driver brings the load to the facility, does he
16    have a conversation with whomever from the facility
17    and the facility says we are going to send this to X
18    place, is that your question?
19         Q.    That's part of the question.  You can
20    answer that.
21         A.    I don't believe so.
22         Q.    Does the transfer station give Liberty any
23    documentation regarding where the materials Liberty
24    is delivering is going to be sent to?
25         A.    Again, is it a conversation between the
```

```
                                         Page 43
  1                        S. Bellino
  2   facility and the driver?
  3        Q.    I am talking about a document, a piece of
  4   paper.
  5        A.    The driver receives a receipt for his
  6   freight that he delivered.
  7        Q.    And that receipt does not say where the
  8   transfer station is going to send the materials?
  9        A.    No, I don't believe so.
 10        Q.    Once Liberty has delivered materials to a
 11   transfer station, does Liberty have any rights or
 12   responsibilities with respect to those materials?
 13              MR. SMITH:  Objection.
 14        A.    I don't believe so.
 15        Q.    With respect to recyclables, Liberty gets
 16   paid for the recyclables it delivers, correct?
 17        A.    Correct.
 18        Q.    And that would be by the dealers such as
 19   Metropolitan Paper?
 20        A.    Correct.
 21        Q.    Is the dealer basically purchasing the
 22   recyclables from Liberty?
 23              MR. SMITH:  Objection.
 24        A.    I believe so.
 25        Q.    Once Liberty delivers the recyclables to
```

```
                                        Page 44
 1                      S. Bellino
 2    one of these dealers, Liberty no longer has any
 3    rights or responsibilities with respect to those
 4    materials?
 5              MR. SMITH:  Objection.  Are you asking him
 6         to determine what the legal rights and
 7         responsibilities are with respect to a
 8         particular contract?
 9              MS. SCHULMAN:  I am just asking him the
10         question that I asked.
11         A.    I'm not sure I understand the question.
12         Q.    Does Liberty have any rights or
13    responsibilities with respect to the recyclables it
14    delivers once it has delivered them to the purchaser?
15              MR. SMITH:  Objection.
16         A.    I'm not sure.
17         Q.    Have you ever had to take any action with
18    respect to recyclables Liberty has delivered after
19    the time of delivery?
20              MR. SMITH:  Objection.
21         A.    What type of action?
22         Q.    Anything.
23              MR. SMITH:  Objection.
24         A.    I'm not sure I understand.
25         Q.    Does Liberty have any control over what a
```

```
                                        Page 45
 1                      S. Bellino
 2    dealer does with the recyclables Liberty delivers?
 3              MR. SMITH:  Objection.
 4       A.    I don't believe so.
 5       Q.    Does Liberty tell the dealer where to send
 6    the recyclables that Liberty delivers?
 7       A.    I could.
 8       Q.    How could you do that?
 9       A.    In a phone conversation I can ask for
10    where the best prices are and I want my material to
11    go there.
12       Q.    Have you ever done that?
13       A.    I don't recall.
14       Q.    Have you ever told a dealer that you want
15    them to send your materials to a particular place?
16       A.    I have had conversations with dealers
17    asking for the best price that China provides.
18       Q.    Did you ask them the best price or did you
19    specifically reference China?
20       A.    I referenced China.
21       Q.    If they found a better price in New York,
22    could they sell it to someone in New York?
23              MR. SMITH:  Objection.  Are you asking him
24         to speculate?
25       Q.    You can answer the question.
```

```
                                    Page 47
 1                      S. Bellino
 2       A.    Within the time frame of this -- the scope
 3    of this lawsuit?
 4       Q.    The lawsuit goes back to December of 2009.
 5       A.    Because prior to that the answer would be
 6    yes.
 7       Q.    What about from December 2009 to the
 8    present?
 9       A.    Track where --
10       Q.    Where the materials Liberty delivers go
11    after Liberty completes its delivery.
12       A.    Yes, we have had conversations --
13             MR. SMITH:  Objection.  You can answer.
14       A.    -- but we don't physically track.
15       Q.    I am asking about physically tracking, and
16    the answer is Liberty has not physically tracked
17    where its materials go, correct?
18       A.    Correct.
19             MR. SMITH:  Objection.
20       Q.    What do you mean when you say you have had
21    a conversation?
22       A.    What do you mean by that?  I don't
23    understand that question.
24       Q.    You asked "Do you mean physically tracked
25    or have I had conversations?"  So I am asking you
```