# Exhibit 2

```
                                                Page 48
 1                        S. Bellino
 2     what you meant by that.
 3          A.    I still don't understand the question.
 4               MR. SMITH:  You asked that.
 5               MS. SCHULMAN:  Can you read back where he
 6          referred to conversations, please.
 7               (Testimony read.)
 8          Q.    My question is:  What conversations were
 9     you referring to in that answer?
10          A.    To make sure that my material is going out
11     of state or overseas.
12          Q.    Who have you had that type of conversation
13     with?
14          A.    Recyclers.
15          Q.    Give me a name of the person you had that
16     conversation with.
17               MR. SMITH:  Objection.
18          Q.    You can answer.
19          A.    Greg Bianco.
20          Q.    What company is he with?
21          A.    Metropolitan Paper.
22          Q.    It's your testimony that you had a
23     conversation with him to make sure that Liberty's
24     materials went out of state?
25          A.    He is one of the people I have had
```

```
 1                        S. Bellino
 2    conversations with.
 3         Q.    I understand.  I am asking about him.
 4               You had a conversation with him where you
 5    wanted to confirm that materials Liberty delivered
 6    went out of state?
 7         A.    Yes.
 8         Q.    When did you have that conversation?
 9         A.    I don't recall exactly when.
10         Q.    Was it within the last six months?
11         A.    Probably.
12         Q.    Was it after this lawsuit was filed?
13         A.    I'm not sure.
14         Q.    Prior to December of last year, did you
15    have a conversation with any dealer or other place
16    where you delivered materials to ensure that the
17    materials Liberty delivered were going out of state?
18               MR. SMITH:  Objection.
19         A.    Probably.
20         Q.    Who did you have such a conversation with?
21         A.    I speak to many people all day.
22         Q.    So you don't know for sure?
23               MR. SMITH:  Objection.
24         A.    Probably.
25         Q.    But that means you don't know for sure,
```

```
                                              Page 50

 1                       S. Bellino
 2    correct?
 3               MR. SMITH:  Objection.
 4        A.     I guess.
 5        Q.     Did you have that conversation with Greg
 6    Bianco because of this lawsuit?
 7               MR. SMITH:  Objection.
 8        A.     I don't recall.
 9        Q.     You gave us a list of types of waste that
10    Liberty picks up from its customers.  I just want to
11    clarify which ones are recyclable and which ones are
12    not.
13               Glass is recyclable, correct?
14        A.     Correct.
15        Q.     Paper is recyclable?
16        A.     Correct.
17        Q.     Is cardboard recyclable?
18        A.     Correct.
19        Q.     Metal is recyclable?
20        A.     Correct.
21        Q.     Is wood recyclable?
22        A.     Sometimes.
23        Q.     Is food recyclable?
24        A.     Sometimes.
25        Q.     Is grease recyclable?
```

```
                                        Page 51

 1                      S. Bellino

 2        A.     Yes.

 3        Q.     Are oil cans recyclable?

 4        A.     Sometimes.

 5        Q.     Is packaging material recyclable?

 6        A.     It depends what it is.

 7        Q.     Is plastic recyclable?

 8        A.     Sometimes.

 9        Q.     What is Speedy Dry?

10        A.     Speedy Dry is cat litter.

11        Q.     That is not recyclable, correct?

12        A.     No.

13        Q.     Is dirt recyclable?

14        A.     Yes.

15        Q.     Is rock recyclable?

16        A.     Yes.

17        Q.     Is cement recyclable?

18        A.     Yes.

19        Q.     How would you refer to general

20   non-recyclable waste, would that be the non-valued

21   waste?

22        A.     Correct.

23        Q.     Liberty sold its glass to a dealer,

24   correct?

25        A.     No.
```

```
                                     Page 57
 1                      S. Bellino
 2      I need an answer.
 3              MR. SMITH:  He doesn't have to give a yes
 4         or no.
 5              MS. SCHULMAN:  He did not give a complete
 6         answer.
 7         A.    That is the answer.  I answered that
 8      question already.
 9         Q.    You said that you are not always able to.
10      That's not telling me whether or not you actually do,
11      and that's my question.
12              MR. SMITH:  You don't have to give --
13              MS. SCHULMAN:  No.  He does have to give
14         it.
15              MR. DUSENBERY:  Don't interrupt.
16              MS. SCHULMAN:  Christopher, he does have
17         to give an answer.
18              MR. SMITH:  If you are going to yell,
19         Counsel, we are going to adjourn the deposition.
20              MS. SCHULMAN:  If you give an improper
21         instruction, I am going to respond.
22              THE WITNESS:  Everybody take a deep
23         breath.  Relax.  The answer is the same.  The
24         answer is the same.  Not in every instance.
25         Q.    Has there ever been an instance where you
```

```
 1                        S. Bellino
 2    gave a direction about what should happen to the
 3    non-valued freight you delivered after your delivery?
 4              MR. SMITH:  Objection.
 5         Q.    You can answer.
 6         A.    I am thinking of the answer.
 7              I may have.
 8         Q.    Do you recall a specific instance where
 9    that happened?
10         A.    No.
11         Q.    With respect to the freight that you do
12    receive a second payment for, is it your testimony
13    that the instruction you give is to get the best
14    price possible?
15              MR. SMITH:  Objection.
16         A.    Could you repeat the question again?
17              MS. SCHULMAN:  Read it back.
18              (Question read.)
19         A.    No.
20         Q.    What is the instruction you give?
21         A.    The instruction is to send the material
22    out of state or overseas, the freight, and then to
23    get me the best price.
24         Q.    Why do you care that it goes out of state
25    or overseas?
```

```
                                            Page 64
 1                    S. Bellino
 2           MR. DUSENBERY:  How is that argumentative?
 3           MR. SMITH:  Counsel, I am not going to
 4      have comments -- she is taking the deposition.
 5           MS. SCHULMAN:  He is allowed to speak.
 6           MR. SMITH:  He is not allowed to make
 7      objections or otherwise interfere with the
 8      record.
 9           MS. SCHULMAN:  Mark this.
10           (Plaintiffs' Exhibit 2, packet of
11      documents, marked for identification, as of this
12      date.)
13      Q.    I am showing you what has been marked as
14   Exhibit 2.
15           Do you recognize this document?
16      A.    Yes.
17      Q.    What is it?
18      A.    It's a report.
19      Q.    What type of report?
20      A.    It looks like a business integrity report
21   that they require of us to deliver to them.
22      Q.    Is this a report that Liberty prepared
23   twice a year?
24      A.    I believe so.
25      Q.    Who prepares it?
```

```
                                              Page 65

                              S. Bellino
 1
 2        A.    My office personnel.
 3              MR. SMITH:  If he can just have a minute
 4        to look at it.
 5              By counsel --
 6              MS. SCHULMAN:  It's all the ones you
 7        produced that cover that time period.  They are
 8        in chronological order but not Bates stamped
 9        consecutively.
10              (Witness reviewed document.)
11              THE WITNESS:  Yes.
12        Q.    If you go to the second page of this
13   Exhibit, DEF 588, does this page show for the
14   relevant time period the amount of each type of waste
15   that Liberty transported?
16        A.    Yes.
17        Q.    That would be listed under "Total Tons,"
18   correct?
19        A.    Actually I should say no.
20        Q.    How is this inaccurate?
21        A.    I'm not sure that the metal -- it has
22   metal cans.  There's metal that is probably missing
23   off of this.  I don't think BIC is interested in
24   scrap metal.
25        Q.    For the types of waste that are listed
```

```
                                              Page 66
 1                        S. Bellino
 2    here, this report accurately reflects how much of
 3    each of those types Liberty transported during the
 4    applicable time period?
 5         A.     For the most part.
 6         Q.     Why would it be inaccurate?  Just a
 7    mistake?
 8         A.     A possible mistake or, you know, tonnage
 9    scale unit not functioning properly, whatever.
10         Q.     It says sort of in the middle "Material
11    collected from," you see that?
12         A.     Yes.
13         Q.     Then underneath it says "BX."
14                Does that mean under BX it's listing the
15    amount of the types of materials that were collected
16    in the Bronx?
17         A.     Yes.
18         Q.     "BK" stands for Brooklyn?
19         A.     I believe so.
20         Q.     "MN" stands for Manhattan?
21         A.     Yes.
22         Q.     "QN" stands for Queens?
23         A.     Yes.
24         Q.     "SI" stands for Staten Island?
25         A.     Yes.
```

```
                                          Page 68
 1                    S. Bellino
 2   Liberty has delivered scrap metal from 2009 to the
 3   present?
 4        A.    Possibly.
 5        Q.    Can you recall any of the names?
 6        A.    I think Gershow rings a bell.  Gershow
 7   Scrap.
 8        Q.    Where were they located?
 9        A.    I think they are on Denton Avenue in
10   Garden City.
11        Q.    I wanted to make sure they are in New
12   York.
13        A.    They are in New York.
14        Q.    Other than scrap metal, are there any
15   other types of materials that Liberty transports that
16   are not included in the type of report we are looking
17   at as Exhibit 2?
18             MR. SMITH:  Objection.
19        A.    I don't believe so.
20        Q.    Can you turn to the third page, which is
21   Bates stamped DEF 589.  It says this page of the
22   report -- the number is sort of covered up.  The
23   first line under the word "Material" is "MSW
24   Residue."  The destination is American Crown.  Tons,
25   6,102.7.  So we are all on the same page.
```

```
                                           Page 69
 1                        S. Bellino
 2        A.     Yes.
 3        Q.     This page shows where Liberty delivered
 4   waste during the applicable time period, is that
 5   right?
 6               MR. SMITH:  Objection.
 7        A.     Yes.
 8        Q.     It shows the type of material that went to
 9   each place and the amount of that type of material,
10   correct?
11        A.     Correct.
12        Q.     What is MSW residue?
13        A.     Waste.
14        Q.     That would be the non-valued type of waste
15   we discussed earlier?
16        A.     Correct.
17        Q.     Does corrugated cardboard include both
18   cardboard and paper?
19        A.     Yes.
20        Q.     What is C&D residue?
21        A.     Construction and demolition.
22        Q.     And concrete is concrete?
23        A.     Yes.
24        Q.     For the destination name there appears to
25   be a description after each one, so if you see
```

```
                                        Page 70
 1                    S. Bellino
 2  Covanta, which is the second destination name, at the
 3  end of that line it says "Incinerator."
 4            Does that mean Covanta is an incinerator?
 5       A.    No.
 6       Q.    Why does it say incinerator?
 7       A.    I don't know.
 8       Q.    Does the Covanta facility where Liberty
 9  Ashes has made deliveries, does that incinerate waste
10  that Liberty delivers?
11       A.    I'm not sure of the technical term.
12       Q.    Does Covanta burn any of the materials
13  that Liberty brings there?
14       A.    I'm not sure if they burn.
15       Q.    Do you know what they do?
16       A.    It's a cogeneration plant.
17       Q.    What does that mean?
18       A.    That means they take waste material and
19  they convert it to electricity.
20       Q.    Do they do that on site at the location
21  where Liberty makes its delivery?
22       A.    Yes.
23       Q.    You are not exactly sure how they convert
24  it to electricity, all you know is that's what they
25  do with the waste you deliver?
```

1                    S. Bellino

2           MS. SCHULMAN:  587 and 555 both state the

3      same period but they have different numbers, so

4      they are not the same report.  So they need to

5      clarify.

6           MR. SMITH:  I will take that under

7      advisement.  I will just ask at the end of the

8      deposition if you can just reduce to writing any

9      of your requests and send me an e-mail, I will

10     be glad to take that under advisement.  Thank

11     you.

12          MS. SCHULMAN:  Let's go off the record for

13     a second.

14          (Recessed at 12:30 p.m. and resumed at

15     12:44 p.m.)

16     Q.    Have you had an ownership interest in any

17 of the companies or locations where Liberty delivered

18 materials from December 2009 to now?

19     A.    No.

20     Q.    Has Michael Bellino, your brother, had an

21 ownership interest in any of the companies or

22 locations where Liberty delivered materials from

23 December 2009 to now?

24     A.    No.

25     Q.    Has Michael Bellino, Jr. had any ownership

```
1                    S. Bellino
2    interest in any of the companies or locations where
3    Liberty delivered materials from December 2009 to
4    now?
5         A.    No.
6         Q.    Has Francesco Bellino had any ownership
7    interest in any of the companies or locations where
8    Liberty delivered materials from December 2009 to
9    now?
10        A.    No.
11              MR. SMITH:  Just note my objection.
12              MS. SCHULMAN:  Can you mark this, please.
13              (Plaintiffs' Exhibit 3, document Bates
14         stamped DEF004590 through DEF004593, marked for
15         identification, as of this date.)
16        Q.    I am showing you what has been marked as
17    Exhibit 3.  This is Bates stamped DEF 4590 to 4593.
18              Do you recognize this document?
19        A.    Yes.
20        Q.    What is it?
21        A.    It looks like a payment schedule.
22        Q.    Is this a report of payment that Liberty
23    made to Action Environmental Systems?
24        A.    I believe so.
25        Q.    What is Action Environmental Systems?
```

```
                                            Page 85
 1                      S. Bellino
 2        A.    I don't believe so.
 3        Q.    Who decides where the non-valued freight
 4   will be delivered?
 5              MR. SMITH:  Objection.
 6        A.    Upper management.
 7        Q.    Who is that?
 8        A.    Me.
 9        Q.    You make the determination based on where
10   it will be cheapest?
11              MR. SMITH:  Objection.
12        A.    No.
13        Q.    What do you base it on?
14        A.    Out of state and overseas.
15        Q.    How do you know that the non-valued
16   freight you are delivering goes overseas or out of
17   state?
18              MR. SMITH:  Objection.
19        A.    Usually with a conversation prior to the
20   destination.
21        Q.    With whom have you had a conversation
22   about the out-of-state destination of the non-valued
23   freight Liberty delivers?
24        A.    I don't recall.
25        Q.    Do you recall a single company at which
```