**Exhibit 3**

```
                                                    Page 86
 1                   S. Bellino
 2  you had that type of conversation?
 3           MR. SMITH:  Objection.
 4       A.   I don't recall.
 5       Q.   Prior to this lawsuit, has any entity to
 6  which Liberty has delivered non-valued freight told
 7  Liberty that it is sending the non-valued freight out
 8  of state?
 9           MR. SMITH:  Objection.
10       A.   I don't recall.
11       Q.   So why are you saying you decide where to
12  send the non-valued freight based on its going out of
13  state?
14           MR. SMITH:  Objection.
15       A.   Because of the price points.
16       Q.   Who told you that the price point changes
17  based on the non-valued freight going out of state or
18  overseas?
19           MR. SMITH:  Objection.
20       A.   I don't recall.
21       Q.   Does any of the non-valued freight that
22  Liberty delivers go overseas?
23           MR. SMITH:  Objection.
24       A.   I'm not sure.
25       Q.   Does some of the non-valued freight that
```

Page 87

1              S. Bellino
2  Liberty delivers stay in the State of New York?
3         MR. SMITH:  Objection.
4     A.    Maybe.
5         MS. SCHULMAN:  Can you mark this one,
6     please.
7         (Plaintiffs' Exhibit 7, document Bates
8     stamped DEF004634 through DEF004641, marked for
9     identification, as of this date.)
10    Q.    I am showing you what has been marked as
11 Exhibit 7.  This is Bates stamped DEF 4634 to 4641.
12        Is this a record of Liberty's payments to
13 Covanta?
14        (Witness reviewed documents.)
15    A.    I believe so.
16    Q.    Those are payments that Liberty makes to
17 Covanta for accepting the waste that Liberty
18 delivers, correct?
19    A.    I believe so.
20        MR. SMITH:  Objection.
21        MS. SCHULMAN:  Mark this, please.
22        (Plaintiffs' Exhibit 8, document Bates
23    stamped DEF004623 through DEF004625, marked for
24    identification, as of this date.)
25    Q.    I am showing you what has been marked as

Page 89

1        S. Bellino
2   paid.  I would like to mark the price point as
3   sealed or confidential.
4           MS. SCHULMAN:  I would agree to redact the
5   actual price in any filings.  That's not a
6   problem.
7           MR. SMITH:  Thank you.
8           Read the question back, please.
9           (Question read.)
10  A.    Yes.
11  Q.    From December 2009 to now, has Liberty had
12  contracts with any entities that accepted deliveries
13  from Liberty other than Covanta?
14          MR. SMITH:  Objection.
15  A.    I don't believe so.
16  Q.    With Covanta, you know from the contract
17  how much they are going to charge you per ton to
18  accept a delivery, right?
19  A.    Correct.
20  Q.    How do you find out what other locations
21  are going to charge you in cases where you have to
22  pay?
23  A.    Through conversation.
24  Q.    It's all oral?
25  A.    Yes.

```
                                                        Page 116
 1                        S. Bellino
 2        Q.     When did it entirely stop that operation?
 3               MR. SMITH:   Objection.
 4        A.     Liberty never owned a facility.
 5        Q.     You said Liberty had its own facility that
 6   was sending material out of state.
 7        A.     I misspoke.  Liberty utilized a sister
 8   facility.
 9        Q.     What was it called?
10        A.     Jamaica Recycling.
11        Q.     When did Jamaica Recycling close entirely?
12        A.     Jamaica Recycling is not closed entirely.
13        Q.     Was there a time when Liberty stopped
14   using Jamaica Recycling?
15        A.     Yes.
16        Q.     When?
17        A.     Approximately 1996.
18        Q.     From December 2009 to the present, has
19   Liberty had any business relationship with Jamaica
20   Recycling?
21        A.     Yes.
22        Q.     What is the nature of that relationship?
23        A.     Liberty delivers material, non-haz
24   industrial waste, to Jamaica Recycling.
25        Q.     Is that type of delivery recorded on the
```

```
                                                    Page 117
 1                    S. Bellino
 2   reports that we looked at as Exhibit 2?
 3        A.    No.
 4        Q.    How often does Liberty deliver
 5   non-hazardous industrial waste to Jamaica Recycling?
 6        A.    Not often.
 7        Q.    How many times a year?
 8        A.    I would be lying if I told you a number.
 9        Q.    Does Liberty deliver to Jamaica Recycling
10   at least once a month?
11        A.    Again, I will be lying if I told you a
12   number.
13        Q.    Are there some years when Liberty does not
14   deliver anything to Jamaica Recycling?
15        A.    No.
16        Q.    Does Liberty make deliveries to Jamaica
17   Recycling less than five times a year?
18        A.    I would be lying to you if I told you an
19   answer.
20        Q.    How could you determine how often Liberty
21   makes deliveries to Jamaica Recycling from December
22   2009 to now?
23        A.    I am sure there's a logbook.
24        Q.    Who owns Jamaica Recycling?
25        A.    Michael Bellino and Stephen Bellino.
```

```
                                                      Page 118
 1                       S. Bellino
 2       Q.     That's you and your brother?
 3       A.     Correct.
 4       Q.     What does Jamaica Recycling do with the
 5   non-hazardous industrial waste that Liberty delivers?
 6       A.     Ships it out of state.
 7       Q.     Where?
 8       A.     Jersey.  I think Jersey.  I'm not a
 9   hundred percent sure.  So let me correct the record.
10       Q.     Where is non-hazardous industrial waste
11   collected from?
12       A.     All over.
13       Q.     Is non-hazardous industrial waste
14   something that's collected on the routes?
15       A.     No.
16       Q.     When is it collected?
17       A.     I don't understand that question.
18       Q.     If it's not collected on the routes, how
19   is it collected?
20       A.     Well, an order would come in over the
21   phone, the dispatcher would take the order.  Then
22   they would dispatch a truck and a container to the
23   location of the order.  They would drop the
24   container, the container would get loaded, and then
25   the shipment would be brought back to Jamaica
```

Page 120

1                S. Bellino
2      A.    It depends.
3      Q.    On what?
4      A.    On who is in and working that day or who
5   is available.
6      Q.    Would someone who is out on a route be
7   dispatched to pick up the non-hazardous industrial
8   waste?
9      A.    I doubt it very much.
10     Q.    Are there ever extra helpers or drivers
11  assigned to work a day who are not assigned to a
12  route but who are responsible for responding to calls
13  for extra pickups?
14     A.    Yes.
15     Q.    Are those the people who get sent out to
16  pick up non-hazardous industrial waste?
17           MR. SMITH:  Objection.  You can answer.
18     A.    It all depends.
19     Q.    On what?
20     A.    On the circumstances.
21     Q.    You are familiar with who the plaintiffs
22  are in this case, correct?
23     A.    Yes.
24     Q.    Were any of them ever dispatched to pick
25  up non-hazardous industrial waste?

```
                                                    Page 121
 1                      S. Bellino
 2       A.    I do not believe so.
 3       Q.    Does Liberty have records of orders to
 4  pick up non-hazardous industrial waste?
 5       A.    Probably.
 6       Q.    Does Liberty have records of who was
 7  dispatched to collect the non-hazardous industrial
 8  waste?
 9       A.    I'm not sure.
10       Q.    It's the dispatch department that decides
11  who to dispatch for that assignment?
12       A.    Yes.
13       Q.    What is non-hazardous industrial waste?
14       A.    A non-hazardous industrial waste is
15  something that is designated by the New York State
16  Department of Environmental Conservation just under
17  the limits of hazardous waste.  It could be soils,
18  liquids, plastics, and a variety of materials that is
19  contaminated just under the hazardous waste limits
20  set by the New York State DEC.
21       Q.    From December 2009 to now, has Liberty
22  delivered anything other than non-hazardous
23  industrial waste to Jamaica Recycling?
24       A.    No.
25       Q.    I am showing you what has been marked as
```

Page 141

1    S. Bellino
2         MS. SCHULMAN: Can you mark this, please.
3         (Plaintiffs' Exhibit 24, document Bates
4    stamped DEF000001 and DEF000002, marked for
5    identification, as of this date.)
6    Q.   I am showing you what has been marked as
7    Exhibit 24. This is Bates stamped DEF 1 to 2.
8         How did Liberty get this document?
9    A.   I requested it.
10   Q.   From who?
11   A.   I believe I requested it from Greg Bianco.
12   Q.   At Metropolitan Paper Recycling?
13   A.   Yes.
14   Q.   What did you ask him for?
15   A.   I asked him to show -- to provide me with
16   proof that my freight is being delivered to China.
17   Q.   So this is a document that was generated
18   by Metropolitan Paper Recycling, not by Liberty?
19   A.   Correct.
20   Q.   Do you have any way of showing that this
21   document relates in any way to materials that were
22   delivered by Liberty?
23   A.   Not at the moment.
24        MS. SCHULMAN: Mark this.
25        (Plaintiffs' Exhibit 25, document Bates

Page 142

1       S. Bellino
2    stamped DEF000003, marked for identification, as
3    of this date.)
4       Q.    I am showing you what has been marked as
5    Exhibit 25.  This is Bates stamped DEF 3.
6             How did Liberty get this document?
7             (Witness reviewed document.)
8       A.    I called and requested it.
9       Q.    From who?
10      A.    From A&R Lobasco.
11      Q.    Who did you speak to?
12      A.    I don't remember.
13      Q.    Did you speak to your former partner?
14      A.    Probably.
15      Q.    What is his name?
16      A.    Mike Lobasco.
17      Q.    When you called A&R Lobasco, what did you
18   ask for?
19      A.    I asked for him to give me a document
20   showing proof that my freight and my material was
21   being sent out of state or overseas.
22      Q.    This is not a document that was created by
23   Liberty, correct?
24      A.    Correct.
25      Q.    Do you have any way of showing that this

Page 143

1            S. Bellino
2  document relates to materials delivered by Liberty?
3       A.   Not right now.
4            MS. SCHULMAN:  Mark this.
5            (Plaintiffs' Exhibit 26, document Bates
6       stamped DEF000004, marked for identification, as
7       of this date.)
8       Q.   I am showing you what has been marked as
9  Exhibit 26.  This is Bates stamped DEF 4.
10           Do you recognize this document?
11      A.   Yes.
12      Q.   What is it?
13      A.   It's a receipt or proof that Covanta is
14 removing the recyclables and delivering it out of
15 state.
16      Q.   What do you see on here regarding removal
17 of recyclables?
18      A.   Well, if you go down to your right side on
19 ticket 1252739 and you go down, let's say, the second
20 paragraph, if you will, it says "Material:  100
21 percent of BEF-TON/Back End Ferrous.  Quantity:
22 18.54 ton."
23      Q.   Does that mean that 18.54 tons of iron
24 containing metal were removed?
25      A.   Yes, I believe so.

Veritext Legal Solutions
212-279-9424                    www.veritext.com                    212-490-3430

Page 144

1        S. Bellino
2    Q.   How do you know that this relates to
3    material that Liberty delivered to Covanta?
4    A.   Because Liberty picks up ferrous metals
5    and puts it into the truck.
6    Q.   How did Liberty get this document?
7    A.   I am sure I called and requested it.
8    Q.   This is not a document that Covanta
9    ordinarily provides to Liberty?
10   A.   Correct.
11   Q.   How do you know that this document relates
12   specifically to a Liberty delivery and not some other
13   company's delivery?
14   A.   I don't know how to answer that.  Other
15   than Liberty brings metals to Covanta and Covanta
16   removes the metals not only from my loads but from
17   everyone's loads that delivers to Covanta.
18   Q.   Right.  So this document doesn't
19   necessarily reflect what they removed from Liberty's
20   delivery, it could be from another company's
21   delivery, couldn't it?
22   A.   I don't know how you could say that.
23   Q.   How do you know that this relates to
24   materials extracted from a Liberty delivery?
25   A.   I just told you that Liberty brings

```
                                                    Page 145
 1                      S. Bellino
 2    recyclable materials to Covanta and Covanta removes
 3    the recyclables and then ships it out of state.
 4          Q.    I understand that.  I understand that
 5    Covanta removes metals from what Liberty delivers to
 6    it.
 7                What I am asking is how do you know that
 8    this particular document is a record of what Covanta
 9    removed from Liberty's delivery rather than from some
10    other company's delivery?
11          A.    I will say it again.  Liberty delivers
12    recyclables to Covanta along with other deliveries to
13    Covanta, and Liberty's recyclables and freight is
14    removed, recycled and delivered to an out-of-state
15    drop off or processing or whatever.
16          Q.    You said you received this document after
17    a conversation with someone at Covanta, is that
18    correct?
19          A.    Yes.
20          Q.    Who did you speak to at Covanta?
21          A.    I don't recall.  I think I spoke to Dan
22    Dorland.
23          Q.    What is his role there?
24          A.    That's a good question.  I am not a
25    hundred percent sure what his role is.  Some sort of
```

```
                                                    Page 146
```

1                    S. Bellino

2    manager, I would assume.

3        Q.   What did you say to him during the

4    conversation?

5        A.   I asked him to send me proof that you can

6    provide me that you ship recyclables out of state.

7        Q.   What on this document indicates that the

8    materials went out of state?

9        A.   I don't know if this document does answer

10   that question, but let me examine the document again.

11              (Witness reviewed document.)

12       A.   I see an address on top.  It's not very

13   clear.  It says Sayreville.  "U.S.-ML Sayreville,"

14   and I don't know if there's any town or area named

15   like that in New York.

16       Q.   Did you ever see this type of document

17   before you requested proof from Covanta and they gave

18   this to you?

19       A.   No.

20       Q.   This is not a type of document that you

21   deal with in the ordinary course of business at

22   Liberty, correct?

23              MR. SMITH:  Objection.

24       A.   No, it's not an everyday ticket that we

25   receive.

```
                                                       Page 147
 1                       S. Bellino
 2      Q.     Because what you receive from Covanta when
 3   you deliver it is some document that reflects what
 4   you have delivered to them, correct?
 5      A.     Correct.
 6      Q.     So they don't normally send you anything,
 7   any documentation, relating to what happens to the
 8   materials Liberty delivers once they have been
 9   delivered, correct?
10             MR. SMITH:  Objection.
11      A.     Correct.
12             MS. SCHULMAN:  Mark this, please.
13             (Plaintiffs' Exhibit 27, document Bates
14         stamped DEF004768 through DEF004770, marked for
15         identification, as of this date.)
16      Q.     I am showing you what has been marked as
17   Exhibit 27.  This is Bates stamped DEF 4768 to 4770.
18             Do you recognize this document?
19             (Witness reviewed document.)
20      A.     It looks like some sort of bank scenario.
21      Q.     You are not really sure what this is?
22      A.     Not really.
23      Q.     With respect to the non-recyclables that
24   Liberty transports that are not inadvertently mixed
25   in with non-recyclable materials, the dealer, which
```