# Exhibit 4

Page 5

R O B E R T   C R I S T I N A,
    business address at 3 Railroad Place,
    Maspeth, New York 11378, having been
    first duly sworn by a notary public
    of the State of New York, (Wendy D.
    Boskind, RPR), was examined and
    testified as follows:

EXAMINATION
BY MS. SCHULMAN:
    Q.    Good afternoon, Mr. Cristina. My name is Denise Schulman.  Seated next to me is Finn Dusenbery.  We represent the Plaintiffs in this lawsuit against Liberty Ashes.
          You are here on behalf of Empire State Cardboard Paper Recycling Corporation; correct?
    A.    Yes.
    Q.    I'm just going to go over a couple of instructions, before we get started with this deposition.
    A.    Okay.
    Q.    I'm going to ask you a number

```
                                              Page 11
                        Cristina
 1
 2              What is --
 3              MR. SMITH:  I guess, can I
 4       get a copy of --
 5              MS. SCHULMAN:  We're making
 6       three copies, and you'll have one,
 7       don't worry.
 8              MR. SMITH:  Okay, and you're
 9       making that, (indicating), too?
10              MS. SCHULMAN:  I'm not going
11       to copy it right now, because
12       they're all stapled individually,
13       but we will copy them and provide
14       you --
15              MR. SMITH:  Okay.
16    BY MS. SCHULMAN:
17       Q.    What is Empire?
18       A.    Empire is a cardboard paper
19    and plastics recycling facility.
20       Q.    How long have you worked for
21     Empire?
22       A.    Since inception.
23       Q.    Are you the owner?
24       A.    Yes.
25       Q.    And what are your
```

```
 1                    Cristina
 2    responsibilities with respect to Empire?
 3          A.    Day-to-day operations.
 4          Q.    Are you basically in charge
 5    of the company?
 6          A.    I'm partners.
 7          Q.    Who is your partner?
 8          A.    Michael Cristina.
 9          Q.    Is he your brother?
10          A.    Yes.
11          Q.    So the two of you share
12    overall responsibility?
13          A.    Yes.
14          Q.    When did Empire open?
15          A.    I don't know the exact date,
16    but I'm going to say in the area of 1994,
17    maybe, it was incorporated.
18          Q.    Are you familiar with Liberty
19    Ashes, Incorporated?
20          A.    Yes.
21          Q.    Is there a business
22    relationship between Liberty and Empire?
23          A.    Yes.
24          Q.    What's the nature of that
25    relationship?
```

Page 13

1                    Cristina
2        A.    We buy cardboard from them,
3    recyclables.
4        Q.    Does Empire buy any
5    recyclables other than cardboard from
6    them?
7        A.    From time to time, yes,
8    plastic --
9        Q.    How often does Empire --
10       A.    -- and wastepaper, you know,
11   cardboard, mixed paper, plastic.
12       Q.    Okay.  Do you provide -- do
13   you buy cardboard and mixed paper
14   regularly from Liberty and plastics
15   occasionally?
16       A.    Yes.
17       Q.    How often do you buy plastics
18   from Liberty?
19       A.    It's whenever they bring it.
20       Q.    Does that happen more than
21   once a month?
22       A.    No.
23       Q.    Are there months where you
24   don't buy any plastics from them?
25       A.    Yeah, it's not a common

1                       Cristina
2    product.
3          Q.    Is there a document that
4    would reflect when you purchased plastics
5    from Liberty?
6          A.    What's ever in those invoices
7    that I gave you, which there should be a
8    line item for the type of material that
9    was delivered.
10         Q.    Would plastics be listed as
11   "mixed recyclables"?
12         A.    Yes.
13         Q.    Has Empire been purchasing
14   recyclables from Liberty since at least
15   2009?
16         A.    I don't remember when we
17   started, but it goes back a ways.
18         Q.    Who sets the price that you
19   pay Liberty for the recyclables it brings
20   you?
21         A.    My brother, Mike.
22         Q.    How often does the price
23   change?
24         A.    Weekly, if there are changes
25   at all.

```
                                              Page 15
 1                    Cristina
 2        Q.    So there are weeks you could
 3   go a month and the price could be the
 4   same?
 5        A.    Exactly.
 6        Q.    But it wouldn't change more
 7   than once a week?
 8        A.    Correct.
 9        Q.    And the prices would be
10   reflected in the invoices?
11        A.    Yes.
12        Q.    Does Liberty have any input
13   in the price?
14        A.    No.
15        Q.    Does Empire inform Liberty
16   when the price changes?
17        A.    Yes.
18        Q.    How?
19        A.    Usually, by fax or e-mail.
20              Most likely -- most of the
21   time, it's every week on a -- through
22   fax.
23        Q.    Is there a certain day and
24   time?
25        A.    Usually, on a Friday.
```

Page 16

                Cristina

1
2    Q.    Okay.
3    A.    Friday afternoon.
4    Q.    You're sending the price for
5    the following week?
6    A.    Yes.
7    Q.    Does that fax just list the
8    price for different materials or is there
9    any other information contained?
10   A.    It's just a cardboard price.
11   Q.    Does Empire ever inform
12   Liberty about the price changes by phone?
13   A.    No, not that I'm aware of.
14   Q.    Has Liberty ever had a
15   contract with Empire?
16   A.    No.
17   Q.    So Liberty has never been
18   obligated to deliver a certain amount of
19   cardboard to Empire.
20   A.    That's correct.
21   Q.    And does the amount of
22   card-- well, strike that.
23         Does Liberty make deliveries
24   to Empire every day?
25   A.    I don't know if it's every

```
                                              Page 19
                        Cristina
 1
 2   floor.
 3          Q.    Can you just explain to me
 4   what a "tipping floor" is?
 5          A.    It's just an area designated
 6   to dump the load.
 7          Q.    So, does the Liberty truck
 8   get dumped onto a clear area of the floor
 9   or on top of another pile of stuff?
10          A.    It gets dumped onto concrete
11   and then it's pushed up into a pile of
12   existing cardboard that's there already.
13          Q.    And at some point, you weigh
14   what they deliver; correct?
15          A.    It gets weighed before it
16   enters the facility and then it gets
17   weighed after they dispose, they dump.
18          Q.    So, just to be clear, the
19   truck gets weighed when it enters and
20   then the truck unloads and then the empty
21   truck gets weighed.
22          A.    Yes.
23          Q.    And, so, the amount -- the
24   weight of the cardboard is just -- you
25   subtract the two truck weights; correct?
```

Page 23

1                Cristina
2  knows what it is.
3           And I guess, another scenario
4  could be, he asked the driver what he got
5  in the truck.
6       Q.    But it's not actually
7   physically sorted through before the
8   ticket is issued.
9       A.    No.
10      Q.    And how long is the Liberty
11  truck, on average, on Empire's premises
12  before it leaves?
13      A.    Typically, I would say it
14  gets weighed in and dumped and weighed
15  out in less than 15 minutes.
16      Q.    And the ticket that Empire
17  gives Liberty doesn't contain any
18  information about what is going to happen
19  to the materials after Liberty leaves;
20  correct?
21      A.    There's nothing that states
22  that on that ticket.
23      Q.    Once Liberty has deposited
24  the materials at Empire, does Liberty
25  have any further control over those

1                    Cristina
2    materials?
3         A.    No.
4         Q.    Once Liberty has unloaded the
5    materials, are they then completely the
6    responsibility of Empire?
7         A.    That's correct.
8               MR. SMITH:   Objection.
9         Q.    What does Empire do with the
10   cardboard Liberty brings there once it's
11   been delivered?
12        A.    It -- well, it gets piled up
13   into a pile with other cardboard there,
14   then it goes onto a conveyer belt, to a
15   sorting platform, where employees
16   separate all the contaminants from the
17   cardboard, and then gets transferred to
18   another conveyer belt, that brings it to
19   a baling machine, which packages the
20   cardboard into -- to bales for shipment.
21        Q.    So are Empire's employees
22   like manually removing the contaminants?
23        A.    Yes.
24        Q.    Do the cardboard and mixed
25   paper go along these conveyer belts and

1              Cristina
2   go through this process together?
3        A.    The cardboard and paper?
4        Q.    Yes.
5        A.    Yes.
6        Q.    Okay, so the cardboard and
7   mixed paper are not separated from each
8   other?
9        A.    No, it is -- there -- along
10  the conveyer belt are screens that the
11  cardboard rides over the top of it, and
12  all the mixed paper will drop underneath
13  it.
14       Q.    So those two types of
15  material are separated.
16       A.    Well, from -- yes, from the
17  mixed load.
18       Q.    Right.  So then, at the end,
19  you have cardboard in one stream and
20  mixed paper in a separate stream; is that
21  correct?
22       A.    Yes.
23       Q.    Is the paper also baled?
24       A.    Yes.
25       Q.    Is the cardboard or paper

Case 1:15-cv-09434-RJS   Document 64-4   Filed 08/01/16   Page 13 of 16

Page 26

```
 1                    Cristina
 2    shredded by Empire?
 3          A.    No.
 4          Q.    Are different grades of
 5    cardboard separated from each other?
 6          A.    No.
 7          Q.    Can you explain to me what
 8    the baling machine does.
 9          A.    It compresses it into blocks,
10    so to speak, and ties it into a -- like a
11    brick.
12          Q.    Do you know by what
13    percentage the volume of the materials
14    are reduced in the baling machine?
15          A.    No.
16          Q.    What size bales does your
17    machine make?
18          A.    That's a good question.
19                In terms of weight, they
20    weigh between -- they should weigh
21    between -- approximately 1300 pounds
22    each, for cardboard.
23          Q.    And what about for paper?
24          A.    Generally, about the same
25    weight.
```

Veritext Legal Solutions
212-279-9424                www.veritext.com                212-490-3430

Page 28

1                    Cristina
2        A.    Yes.
3        Q.    Do you ever purchase
4    cardboard that has already been baled?
5        A.    Yes.
6        Q.    Do you pay a different price
7    for that, than for the unbaled cardboard?
8        A.    Um -- (pause) -- I don't
9    think we do.
10       Q.    The cardboard that you buy
11   from Liberty is not already baled;
12   correct?
13       A.    No, it's loose.
14       Q.    Empire ultimately sells the
15   cardboard it collects to someone else;
16   correct?
17       A.    Yes.
18       Q.    Do Empire's purchasers
19   require that the cardboard Empire sells
20   them be baled?
21       A.    Yes.
22       Q.    And, I'm sorry to repeat
23   this, I just want to make sure I have
24   your answer right.
25             You don't separate out

```
                                              Page 29
 1                    Cristina
 2    different types or grades of cardboard;
 3    right?
 4         A.    No, one grade.
 5         Q.    Who does Empire sell its
 6    cardboard to?
 7         A.    Brokers, more than one
 8    broker.
 9         Q.    Where are they located?
10         A.    I don't know exactly, but we
11    deal with brokers in California,
12    New York -- I'm not sure where the other
13    ones are located.
14         Q.    And is the broker the actual
15    purchaser or is the broker sort of the
16    middleman between you and the ultimate
17    purchaser?
18         A.    He's the middleman, and they
19    are the ones that pay us, also.
20         Q.    The broker pays you.
21         A.    Yes.
22         Q.    So you're not dealing
23    directly with the end user.
24         A.    No.
25         Q.    Do you send the cardboard to
```

Page 30

1                    Cristina
2     the broker or to the end user?
3           A.    They pick up from us, the
4     broker.
5           Q.    The broker picks it up.
6           A.    The broker arranges his own
7     transportation.
8           Q.    So you have no role in the
9     transportation of the materials.
10          A.    That's correct.
11          Q.    So the broker sends its truck
12    driver to Empire's facility to pick up
13    whatever they purchased?
14          A.    Whoever they contract out to
15    provides the transportation.
16          Q.    Is it the same process for
17    plastics?
18          A.    Yes.
19          Q.    So, with the plastics, Empire
20    is selling the plastics to a broker who
21    arranges for transportation of the
22    plastics from Empire to a final
23    destination.
24          A.    Yes.
25          Q.    And are some of the -- do you