# Exhibit 10

# AMERICA CHUNG NAM LLC
PAPER MILL • RECYCLING • PACKAGING

## SHIPPING INSTRUCTION

Attn:                                Date: 12/03/2015                    BK Req # : 180016964

| | | | |
|---|---|---|---|
| Supplier: | METROPOLITAN PAPER RECYCLING | Carrier : | MEDITERRANEAN SHIPPING COMPANY |
| Location: | 847 SHEPHERD AVENUE, BROOKLYN, NY | Booking # : | 038HOU114155 |
| P.O. # : | 4000003313 | # of Containers : | 10 X 40' Standard |
| Commodity : | REGULAR OCC | Vessel : | AXEL MAERSK |
| Minimum Wgt: | 54,000LB | Voyage : | 549E |
| Maximum Wgt: | Not exceed legal weight restriction and not exceed the payload weight | P.O.L. : | NEW YORK |
| ACN Contact: | PRISCILLA JEAN | P.O.D. : | CHINA |

| E.R.D. (Earliest Return Date) | Packing List Cut off | Cargo Cut Off | E.T.D. | E.T.A. |
|---|---|---|---|---|
| 12/07/2015 | 12/09/2015 16:00:00 | 12/10/2015 16:00:00 | 12/13/2015 (NEW YORK) | 01/30/2016 |

### Special Instruction:

\*\*\* All Containers must be pulled and reported to ACN by packing list cut off
\*\*\*Return only the container that have already been reported to ACN by packing list cut off

---

*Special booking instruction & Requirements*

\* Seal number for each container must be accurately reported on packing list. The loading party will be fully responsible for all penalties charged by Custom in China and other related cost incurred if no seal number or wrong seal numbers are provided.
\*ACN will not be responsible for any containers pulled out but not retuned by the Cargo Cutoff date.
\*Late packing list submission after packing list cutoff is subject to penalties b the shipping line
\*All ERD provided is subject to change, please contact carrier or terminal for updated before returning. Please verify with ACN for any discrepancy. ACN is not responsible for any trucking charges related to shipping line's schedule changes
\*All wood items in container are prohibited without ACN's prior written approval. No exceptions!
\*For IPI bookings, trucker/supplier must contact the shipping line's rail billing department to verify the max weight

---

Additional Instruction:
No Doc No Load
Pickup @ PNCT, Return @ PNCT
Please call   .   to confirm all details
Contact ACN immediately if any discrepancy.

PLAINTIFF'S EXHIBIT 24 4-12-16

Prepared by: CHRISTIEP           1MC           MC15L010

Confidential                                                                        DEF000001

# AMERICA CHUNG NAM LLC
PAPER MILL • RECYCLING • PACKAGING

## SHIPPING INSTRUCTION

Attn:                     Date: 12/03/2015                     BK Req # : 180017362

| | | | |
|---|---|---|---|
| Supplier: | METROPOLITAN PAPER RECYCLING | Carrier : | CHINA SHIPPING CONTAINER LINE |
| Location: | 847 SHEPHERD AVENUE, BROOKLYN, NY | Booking # : | ATL135117 |
| P.O. # : | 4000003313 | # of Containers : | 10 X 40' Standard |
| Commodity : | REGULAR OCC | Vessel : | CMA CGM ALMAVIVA |
| Minimum Wgt: | 54,000LB | Voyage : | 106N |
| Maximum Wgt: | Not exceed legal weight restriction and not exceed the payload weight | P.O.L. : | NEW YORK |
| ACN Contact: | PRISCILLA JEAN | P.O.D. : | CHINA |

| E.R.D. (Earliest Return Date) | Packing List Cut off | Cargo Cut Off | E.T.D. | E.T.A. |
|---|---|---|---|---|
| 12/08/2015 | 12/10/2015 12:00:00 | 12/10/2015 16:00:00 | 12/16/2015 (NEW YORK) | 02/01/2016 |

### Special Instruction:

*** All Containers must be pulled and reported to ACN by packing list cut off
***Return only the container that have already been reported to ACN by packing list cut off

*Special booking instruction & Requirements*
* Seal number for each container must be accurately reported on packing list. The loading party will be fully responsible for all penalties charged by Custom in China and other related cost incurred if no seal number or wrong seal numbers are provided.
*ACN will not be responsible for any containers pulled out but not retuned by the Cargo Cutoff date.
*Late packing list submission after packing list cutoff is subject to penalties b the shipping line
*All ERD provided is subject to change, please contact carrier or terminal for updated before returning. Please verify with ACN for any discrepancy. ACN is not responsible for any trucking charges related to shipping line's schedule changes
*All wood items in container are prohibited without ACN's prior written approval. No exceptions!
*For IPI bookings, trucker/supplier must contact the shipping line's rail billing department to verify the max weight

Additional Instruction:
No Doc No Load
Pickup @ PNCT, Return @ PNCT
Please call   2013336008   to confirm all details
Contact ACN immediately if any discrepancy.

Prepared by: CHRISTIEP        1MC        MC15L010

Confidential

From:  01/06/2016 11:57  #025 P.001/001

## K-C INTERNATIONAL, LLC

1800 Route 34
Building 4, Suite 401
Wall, NJ 07719
732-202-9500

# PURCHASE ORDER
### Our Order No. 3090750

**TO:**
A& R Lobosco Inc
31-33 Farrington Street
Flushing, NY 11354
USA
GARY OR MIKE 718-358-2098
Fax: 718-321-0532

**SHIP TO:**
Ekman Recycling
1800 Route 34
Suite 401
Wall, NJ 07719
USA
732-202-9500

| ORDER DATE | DLV DATE | SHIP VIA | DELIVERY TERMS |
|---|---|---|---|
| Dec 22, 2015 | | VESSEL | EXW- - FLUSHING |

| REQUISITIONER | PAYMENT TERMS |
|---|---|
| MICHAEL ARCIERI | (Default) |

**SHIPPING MARKS**
THANK YOU FOR YOUR BUSINESS !! ROZANNA    ** BOLT SEALS AND PICTURES REQUIRED **

| QUANTITY | UNIT | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 405 ST | 15 Containers | MIXED PAPER | 60.00/ST | USD 24,300.00 |
| 405 ST | 15 | | | USD 24,300.00 |

Instructions:

Minimum Weight: 54000 LBS
Maximum Weight: 57000 LBS

Please be advised , that in order to comply with the US Department of Commerce and Census issuance of the final rule in the Code of Federal Regulations, which requires the mandatory use of AES export reporting for US shipped cargo as well a deadline for us to provide A Shipper Export Declaration, Automated Export System citation number (AES ITN) in a timely manner , we at KC International / Ekman Recycling have been forced to change the deadline for the port cut off of time all containers we ship regardless of which steamship line / carrier being used .

Effective immediately , our port cut off for all of our containers for all US Ports , will in fact be 24 hours earlier than the actual port cut off provided by Carrier / Steamship Line . Failure to comply with this may lead to charges and costs which will be for your account only . We will continue to try and work with the US Dept of Commerce and all Steamship lines in the hopes they will become more flexible with the new regulations they have imposed but until then we must proceed with the above immediately . Thank you for your understanding .

1. Please give us at least 48 hours advance notice before pickup is needed.
2. K-C or our trucker will notify you of weights as soon as available.
3. Please show this purchase order number and unit price on your invoice(s).
4. Please call us if you have any questions or problems. We consider it our job to serve you.

CONDITIONS:



PLAINTIFF'S EXHIBIT 25 4-12-16

Confidential                                                                                    DEF000003

1C S



| | TICKET |
|---|---|
| **Ticket** | Scrap |
| **Corporate Name:** | Gerdau Amrstl. Sayreville |
| **Plant:** | US-ML-SAYREVILLE |
| Print Date: | 12/03/2015 |
| Ticket Number: | 4032572 |
| Ticket Type: | Inbound |
| Supplier: | 100349739 - COVANTA 4RECOVERY LP |
| Ref. Doc.: | 4600144446 |
| Doc Number: | 1252728- |
| Document Date: | |
| License Plate: | COV |
| Carrier: | 100064547 - KND TRUCKING INC |
| Origin: | |
| Tp of Freight: | FOB |
| Load Height: | 0.000 |
| GSCS Id | 71173 |
| Driver: | SAP Default Driver |
| Gross Weight: | 80,500.000 lb 07:45:17 |
| Tare: | 43,500.000 lb 07:58:50 |
| Net Weight: | 37,000.000 lb |
| Impurity: | 100.000 lb |

**Ticket Details**

| Metallic | Impurity | Weight |
|---|---|---|
| 50000340-MUNI SHD-ME01 | 100 | 36,900 |



1 2 5 2 7 3 9

## Hempstead Facility

600 Merchants Concourse
Westbury, NY  11590
Phone (516) 683-5400 Fax (516) 683-0012

Ticket: 1252739
 Date: 12/3/2015
 Time: 03:41:46 - 04:39:28

 Customer: 288599o/GERDAU AMERISTEEL US
  Carrier: 117891/K N D TRUCKING, INC.
    Truck: AN826L
 Truck Type: TT/Transfer Trailer
   Trailer: TKX63Y
   License: KND#1
Destination: 1003/Hempstead

 Gross:  80840 lb Out Scale 5
  Tare:  43760 lb In  Scale 5
   Net:  37080 lb

 Tons: 18.54

Materials & Services

   Origin: 1003/Hempstead
 Material: 100% of BEF-TON/Back End Ferrous
 Quantity: 18.54 ton
     Rate:
   Amount: $ 0.00

          Total Taxes: $     0.00
          Total Amount: $    0.00

Weighmaster: AUTO

    Driver:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



PLAINTIFF'S EXHIBIT 26  4-12-16

Confidential

DEF000004