# Exhibit 11



NEW YORK STATE DEPARTMENT OF ENVIRONMENTAL CONSERVATION
DIVISION OF MATERIALS MANAGEMENT

**PART 364**
**WASTE TRANSPORTER PERMIT NO. 1A-847**
Pursuant to Article 27, Titles 3 and 15 of the Environmental Conservation Law and 6 NYCRR 364

**PERMIT ISSUED TO:**

**LIBERTY ASHES, INC.**
112 PHYLIS COURT
ELMONT, NY 11003

**PERMIT TYPE:**

☐ NEW
■ RENEWAL
☐ MODIFICATION

| | |
|---|---|
| CONTACT NAME: | WILLIAM SANTOPIETRO/JEREMY |
| COUNTY: | SILVERBERG-SUPR. |
| TELEPHONE NO: | NASSAU |
| | (718)739-7224 |

| | |
|---|---|
| EFFECTIVE DATE: | 05/19/2014 |
| EXPIRATION DATE: | **05/18/2015** |
| US EPA ID NUMBER: | NYD987031143 |

**AUTHORIZED WASTE TYPES BY DESTINATION FACILITY:**
The Permittee is Authorized to Transport the Following Waste Type(s) to the Destination Facility listed :

| Destination Facility | Location | Waste Type(s) | Note |
|---|---|---|---|
| CLEAN WATER OF NEW YORK, INC. | STATEN ISLAND , NY | Non-Hazardous Industrial/Commercial Petroleum Contaminated Soil | |
| COVANTA OF HEMPSTEAD | WESTBURY , NY | Non-Hazardous Industrial/Commercial | |
| JAMAICA RECYCLING | JAMAICA , NY | Non-Hazardous Industrial/Commercial Petroleum Contaminated Soil Waste Tires | |

**NOTE:** By acceptance of this permit, the permittee agrees that the permit is contingent upon strict compliance with the Environmental Conservation Law, all applicable regulations, and the General Conditions printed on the back of this page.

ADDRESS:

New York State Department of Environmental Conservation
Division of Materials Management - Waste Transporter Program
625 Broadway, 9th Floor
Albany, NY 12233-7251

AUTHORIZED SIGNATURE: *MYMcTague*   Date: 3/31/14

PAGE 1 OF 2

NEW YORK STATE DEPARTMENT OF ENVIRONMENTAL CONSERVATION
DIVISION OF MATERIALS MANAGEMENT

**PART 364**
**WASTE TRANSPORTER PERMIT NO. 1A-847**
Pursuant to Article 27,Titles 3 and 15 of the Environmental Conservation Law and 6 NYCRR 364

**PERMIT ISSUED TO:**

LIBERTY ASHES, INC.
112 PHYLIS COURT
ELMONT, NY 11003

**PERMIT TYPE:**

☐ NEW
☒ RENEWAL
☐ MODIFICATION

| | | |
|---|---|---|
| CONTACT NAME: | WILLIAM SANTOPIETRO/JEREMY SILVERBERG-SUPR. | EFFECTIVE DATE: 05/19/2014 |
| COUNTY: | NASSAU | EXPIRATION DATE: **05/18/2015** |
| TELEPHONE NO: | (718)739-7224 | US EPA ID NUMBER: NYD987031143 |

**AUTHORIZED VEHICLES:**
The Permittee is Authorized to Operate the Following Vehicles to Transport Waste:
(Vehicles enclosed in <>'s are authorized to haul Residential Raw Sewage and/or Septage only)

<u>3</u> (Three) Permitted Vehicle(s)

NY 64121JT
NY 66489MC
NY FDF1280
End of List

PAGE 2 OF 2

Confidential

DEF006546

NEW YORK STATE DEPARTMENT OF ENVIRONMENTAL CONSERVATION
DIVISION OF MATERIALS MANAGEMENT
625 Broadway, 9th Floor, Albany NY 12233-7251

## WASTE TRANSPORTER PERMIT RENEWAL NOTICE & APPLICATION
Pursuant to Article 27, Titles 3 and 15 of the Environmental Conservation Law, 6 NYCRR Part 364 & 6 NYCRR Part 381

| PART 1 - RENEWAL NOTICE | PERMIT NO. | 1A-847 |
|---|---|---|
| LIBERTY ASHES, INC. | Date of Notice: | 02/25/2014 |
| WILLIAM SANTOPIETRO/JEREMY SILVERBERG-SUPR. | Expiration Date: | 05/18/2014 |
| 112 PHYLIS COURT | Application Due Date: | 04/18/2014 |
| ELMONT, NY 11003 | | |

Your current 6 NYCRR Part 364 Waste Transporter Permit (and Part 381 Low-Level Radioactive Waste (LLRW) Transporter Permit - if applicable) expires on **05/18/2014** . If you wish to renew your permit(s), please complete this renewal form and mail it to the above address by **04/18/2014** . If modifications need to be made to your permit(s), please make the appropriate changes on this Notice and all attached forms. All forms must be submitted by mail. **Do not send payment. You will be billed separately.**
If you do not submit your renewal application by **04/18/2014** , your permit will expire on **05/18/2014** . If your permit expires, you will have to apply for a new permit, in which case you will be assigned a new permit number.

**NOTE: In order to process your renewal, you must at this time:**
> Pay all outstanding Regulatory Fees in full by calling 518-402-9343.
> Provide proof of liability insurance, as required by New York State Environmental Conservation Law.
> Submit an Annual Report for the previous calendar year.
If you have any questions concerning this renewal notice and/or application, please call the Waste Transporter Program at (518) 402-8792 (for Low-Level Radioactive Waste Transporter Program call (518) 402-8579).

## PART 2 - RENEWAL APPLICATION
I authorize the NYS Department of Environmental Conservation, Division of Materials Management, to take the following action on my Part 364 Waste Transporter Permit (and Part 381 Low-Level Radioactive Waste (LLRW) Transporter Permit, if applicable):

☒ Renew (with no changes)
☐ Renew with modifications (PLEASE MAKE APPROPRIATE CHANGES ON THIS FORM.)
☐ Do not renew

If any of the following information listed below is incorrect, please draw a line through the incorrect information and print the corrections below it. Please provide any missing information as well:

| | | | |
|---|---|---|---|
| NAME: | LIBERTY ASHES, INC. | EPA ID#: | NYD987031143 |
| STREET: | 112 PHYLIS COURT | CONTACT: | WILLIAM SANTOPIETRO/JEREMY SILVERBERG-SUPR. |
| STREET: | | PHONE: | (718)739-7224 |
| CITY: | ELMONT | COUNTY: | Nassau |
| STATE: | NY | ZIP: | 11003 |

**CERTIFICATION:**
I hereby affirm that I will deliver waste only to facilities authorized by the host state to accept such waste. I understand that I will be responsible for payment of Regulatory Fees associated with this permit even if the vehicle(s) are not used.

I also affirm that all transfer, storage, treatment and disposal facilities to which I transported waste, indicated by my annual report amounts entered in the following pages, are authorized to accept this type of waste, and can so demonstrate if requested to do so. The reported waste amount information provided in this form is true to the best of my knowledge and belief.

False statements made herein are punishable as a Class A misdemeanor pursuant to Section 210.45 of the NYS Penal Law and may result in revocation of my transporter permit.

| Print Name Jeremy Silverberg | Title Supervisor |
|---|---|
| Authorized Signature *Jeremy Silv* | Date 3-3-14 |

PAGE 1 OF 7

*maued Res. mail 3/27/14*

NEW YORK STATE DEPARTMENT OF ENVIRONMENTAL CONSERVATION
DIVISION OF MATERIALS MANAGEMENT
625 Broadway, 9th Floor, Albany NY 12233-7251

## WASTE TRANSPORTER PERMIT RENEWAL NOTICE & APPLICATION

Pursuant to Article 27, Titles 3 and 15 of the Environmental Conservation Law, 6 NYCRR Part 364 & 6 NYCRR Part 381

| | |
|---|---|
| Transporter Name:<br>LIBERTY ASHES, INC. | Permit No.  1A-847<br>Expires:    05/18/2014 |

### Annual Report Waste Collection Information
For reporting period January 1, 2013 to December 31, 2013

**\*\* Units MUST be indicated in gallons or tons ONLY \*\***
Waste picked up outside of NYS and transported to a facility outside of NYS does not need to be reported.

| Type of Waste | Amount of waste picked up | | | |
|---|---|---|---|---|
| | Within NYS | | Outside NYS | |
| Non-Hazardous Industrial/Commercial | | tons | | tons |
| Gas Well Drill Cuttings | | tons | | tons |
| Oil and Gas Production Waste | | tons | | tons |
| Asbestos | | tons | | tons |
| Petroleum Contaminated Soil | | tons | | tons |
| Waste Tires | | tons | | tons |
| Grease Trap Waste | | gallons | | gallons |
| Septage only (residential) | | gallons | | gallons |
| Residential Raw Sewage including Portable Toilet Waste | | gallons | | gallons |
| Non-Residential Raw Sewage or Sewage-Contaminated Wastes | | gallons | | gallons |
| Sludge from Sewage or Water Supply Treatment Plant | | gallons | | gallons |
| Hazardous Industrial/Commercial | | tons | | tons |
| Waste Oil | | gallons | | gallons |
| Medical | | tons | | tons |
| Low-Level Radioactive Waste (LLRW) | | tons | | tons |
| Mixed Waste (LLRW mixed with Hazardous Waste) | | tons | | tons |

NONE in 2013

PAGE 3 OF 7

DEF006548

NEW YORK STATE DEPARTMENT OF ENVIRONMENTAL CONSERVATION
DIVISION OF MATERIALS MANAGEMENT
625 Broadway, 9th Floor, Albany NY 12233-7251

## WASTE TRANSPORTER PERMIT RENEWAL NOTICE & APPLICATION
Pursuant to Article 27, Titles 3 and 15 of the Environmental Conservation Law, 6 NYCRR Part 364 & 6 NYCRR Part 381

| Transporter Name: LIBERTY ASHES, INC. | Permit No. 1A-847 Expires:      05/18/2014 |
|---|---|

### Annual Report Destination Facility Information
For reporting period January 1, 2013 to December 31, 2013

**Destination Facility**

If any information is incorrect, please draw a line through the incorrect information and print or type corrections below it.

FACILITY NAME:      COVANTA OF HEMPSTEAD          CONTACT NAME: BRAD LEBORITZ

STREET ADDRESS:    600 MERCHANTS CONCOURSE

CITY: WESTBURY        STATE: NY      ZIP: 11590                    PHONE: (516)683-5400

| Waste Information | | | | | |
|---|---|---|---|---|---|
| For your renewal | | | Annual Report Amounts | | |
| Add | Delete* | Waste Description | Within NYS | Outside NYS | Units** |
| ☒ | ☐ | Non-Hazardous Industrial/Commercial | | | tons |
| ☐ | ☐ | Gas Well Drill Cuttings | | | tons |
| ☐ | ☐ | Oil and Gas Production Waste | | | tons |
| ☐ | ☐ | Asbestos | | | tons |
| ☐ | ☐ | Petroleum Contaminated Soil | | | tons |
| ☐ | ☐ | Waste Tires | | | tons |
| ☐ | ☐ | Grease Trap Waste | | | gallons |
| ☐ | ☐ | Septage only (residential) | | | gallons |
| ☐ | ☐ | Residential Raw Sewage including Portable Toilet Waste | | | gallons |
| ☐ | ☐ | Non-Residential Raw Sewage or Sewage-Contaminated Wastes | | | gallons |
| ☐ | ☐ | Sludge from Sewage or Water Supply Treatment Plant | | | gallons |
| ☐ | ☐ | Hazardous Industrial/Commercial | | | tons |
| ☐ | ☐ | Waste Oil | | | gallons |
| ☐ | ☐ | Medical | | | tons |
| ☐ | ☐ | Low-Level Radioactive Waste (LLRW) | | | tons |
| ☐ | ☐ | Mixed Waste (LLRW mixed with Hazardous Waste) | | | tons |

* If you are removing a waste type from this destination facility, you must still fill in an Annual Report Amount for the reporting period indicated at the top of the page.

** Units must be indicated in GALLONS or TONS ONLY.    NONE in 2013      PAGE 5 OF 7

Confidential

DEF006549

NEW YORK STATE DEPARTMENT OF ENVIRONMENTAL CONSERVATION
DIVISION OF MATERIALS MANAGEMENT
625 Broadway, 9th Floor, Albany NY 12233-7251

## WASTE TRANSPORTER PERMIT RENEWAL NOTICE & APPLICATION
Pursuant to Article 27, Titles 3 and 15 of the Environmental Conservation Law, 6 NYCRR Part 364 & 6 NYCRR Part 381

| Transporter Name: | Permit No. |
| --- | --- |
| | Expires: |

### Annual Report Destination Facility Information
**For reporting period January 1, 2013 to December 31, 2013**

**Destination Facility**

| FACILITY NAME: | | CONTACT NAME: |
| --- | --- | --- |
| STREET ADDRESS: | | FAC. PERMIT/REG#: |
| CITY: | STATE:      ZIP: | PHONE: |

| Waste Information | | | | | |
| --- | --- | --- | --- | --- | --- |
| For your renewal | | | Annual Report Amounts | | |
| Add | Delete* | Waste Description | Within NYS | Outside NYS | Units** |
| ☐ | ☐ | Non-Hazardous Industrial/Commercial | | | tons |
| ☐ | ☐ | Gas Well Drill Cuttings | | | tons |
| ☐ | ☐ | Oil and Gas Production Waste | | | tons |
| ☐ | ☐ | Asbestos | | | tons |
| ☐ | ☐ | Petroleum Contaminated Soil | | | tons |
| ☐ | ☐ | Waste Tires | | | tons |
| ☐ | ☐ | Grease Trap Waste | | | gallons |
| ☐ | ☐ | Septage only (residential) | | | gallons |
| ☐ | ☐ | Residential Raw Sewage including Portable Toilet Waste | | | gallons |
| ☐ | ☐ | Non-Residential Raw Sewage or Sewage-Contaminated Wastes | | | gallons |
| ☐ | ☐ | Sludge from Sewage or Water Supply Treatment Plant | | | gallons |
| ☐ | ☐ | Hazardous Industrial/Commercial | | | tons |
| ☐ | ☐ | Waste Oil | | | gallons |
| ☐ | ☐ | Medical | | | tons |
| ☐ | ☐ | Low-Level Radioactive Waste (LLRW) | | | tons |
| ☐ | ☐ | Mixed Waste (LLRW mixed with Hazardous Waste) | | | tons |

* If you are removing a waste type from this destination facility, you must still fill in an Annual Report Amount for the reporting period indicated at the top of the page.

** Units must be indicated in GALLONS or TONS ONLY.

Use additional pages as necessary to include all Destination Facilities you wish to utilize.

PAGE 7 OF 7

Confidential

DEF006550

STATE OF NEW YORK
WORKERS' COMPENSATION BOARD

## CERTIFICATE OF NYS WORKERS' COMPENSATION INSURANCE COVERAGE

| 1a. Legal Name & Address of Insured (Use street address only)<br><br>LIBERTY ASHES INC.<br>112 PHYLLIS COURT<br>ELMONT, NY 11003<br><br>Work Location of Insured *(Only required if coverage is specifically limited to certain locations in New York State, i.e., a Wrap-Up Policy)* | 1b. Business Telephone Number of Insured<br><br>1c. NYS Unemployment Insurance Employer Registration Number of Insured<br><br>1d. Federal Employer Identification Number of Insured or Social Security Number |
|---|---|
| 2. Name and Address of the Entity Requesting Proof of Coverage (Entity Being Listed as the Certificate Holder)<br><br>**NEW YORK STATE DEPARTMENT OF ENVIRONMENTAL CONSERVATION DIVISION OF MATERIALS MANAGEMENT BUREAU OF PERMITTING & PLANNING 625 BROADWAY, 9TH FL. ALBANY, NY 12233-7251** | 3a. Name of Insurance Carrier<br>   HEREFORD INSURANCE COMPANY<br>   36-01 43RD AVENUE<br>   LONG ISLAND CITY, N.Y. 11101<br><br>3b. Policy Number of entity listed in box "1a"<br>   213SWC0001<br><br>3c. Policy effective period<br>   6/30/2013 – 6/30/2014<br><br>3d. The Proprietor, Partners or Executive Officers are Included  (Only check box if all partners/officers included) |

This certifies that the insurance carrier indicated above in box "3" insures the business referenced above in box "1a" for workers' compensation under the New York State Workers' Compensation Law. (To use this form, New York (NY) must be listed under Item 3A on the INFORMATION PAGE of the workers' compensation insurance policy). The Insurance Carrier or its licensed agent will send this Certificate of Insurance to the entity listed above as the certificate holder in box "2".

*The Insurance Carrier will also notify the above certificate holder within 10 days IF a policy is canceled due to nonpayment of premiums or within 30 days IF there are reasons other than nonpayment of premiums that cancel the policy or eliminate the insured from the coverage indicated on this Certificate. (These notices may be sent by regular mail.) Otherwise, this Certificate is valid for one year after this form is approved by the insurance carrier or its licensed agent, or until the policy expiration date listed in box "3c", whichever is earlier.*

**Please Note:** Upon the cancellation of the workers' compensation policy indicated on this form, if the business continues to be named on a permit, license or contract issued by a certificate holder, the business must provide that certificate holder with a new Certificate of Workers' Compensation Coverage or other authorized proof that the business is complying with the mandatory coverage requirements of the New York State Workers' Compensation Law.

Under penalty of perjury, I certify that I am an authorized representative or licensed agent of the insurance carrier referenced above and that the named insured has the coverage as depicted on this form.

Approved by:    BLANCHE WIMBS, ASST UNDERWRITER
               (Print name of authorized representative or licensed agent of insurance carrier)

Approved by:    *Blanche Wimbs*       3/6/2014
               (Signature)                (Date)

Title:    ASST UNDERWRITER, HEREFORD INSURANCE COMPANY

Telephone Number of authorized representative or licensed agent of insurance carrier:    **(718) 361-9191 EXT.**    7175
*Please Note: Only insurance carriers and their licensed agents are authorized to issue Form C-105.2. Insurance brokers are NOT authorized to issue it.*

Confidential                                                                           DEF006551

C-105.2 (9-07)                                                                 www.wcb.state.ny.us

# Workers' Compensation Law

**Section 57.  Restriction on issue of permits and the entering into contracts unless compensation is secured.**

1.  The head of a state or municipal department, board, commission or office authorized or required by law to issue any permit for or in connection with any work involving the employment of employees in a hazardous employment defined by this chapter, and notwithstanding any general or special statute requiring or authorizing the issue of such permits, shall not issue such permit unless proof duly subscribed by an insurance carrier is produced in a form satisfactory to the chair, that compensation for all employees has been secured as provided by this chapter. Nothing herein, however, shall be construed as creating any liability on the part of such state or municipal department, board, commission or office to pay any compensation to any such employee if so employed.

2.  The head of a state or municipal department, board, commission or office authorized or required by law to enter into any contract for or in connection with any work involving the employment of employees in a hazardous employment defined by this chapter, notwithstanding any general or special statute requiring or authorizing any such contract, shall not enter into any such contract unless proof duly subscribed by an insurance carrier is produced in a form satisfactory to the chair, that compensation for all employees has been secured as provided by this chapter.

C-105.2 (9-07) Reverse

Confidential                                                        DEF006552

 **CERTIFICATE OF LIABILITY INSURANCE**

| DATE (MM/DD/YYYY) |
|---|
| 3/4/2014 |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: Toni LaMendola | | |
|---|---|---|---|
| TCE Insurance Services Inc | PHONE (A/C, No, Ext): (631) 352-5700 | | FAX (A/C, No): (631) 761-6486 |
| 490 Wheeler Road | E-MAIL ADDRESS: | | |
| Suite 251 | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| Hauppauge        NY  11788 | INSURER A: Nautilus Insurance Company | | |
| INSURED | INSURER B: New South Ins. Co. | | |
| Liberty Ashes Inc | INSURER C: | | |
| 112 Phyllis Ct | INSURER D: | | |
| | INSURER E: | | |
| Elmont            NY  11003 | INSURER F: | | |

**COVERAGES** CERTIFICATE NUMBER:CL135704341 REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | **GENERAL LIABILITY** X COMMERCIAL GENERAL LIABILITY CLAIMS-MADE X OCCUR | | | NN312103 | 5/7/2013 | 5/7/2014 | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: X POLICY PRO-JECT LOC | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | | | | | | | | $ |
| B | **AUTOMOBILE LIABILITY** ANY AUTO ALL OWNED AUTOS X HIRED AUTOS X SCHEDULED AUTOS X NON-OWNED AUTOS | | | 2002018787 | 5/3/2013 | 5/3/2014 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | Medical payments | $ 5,000 |
| | UMBRELLA LIAB OCCUR EXCESS LIAB CLAIMS-MADE DED RETENTION $ | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | AGGREGATE | $ |
| | | | | | | | | $ |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** Y/N ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | | | | | WC STATU-TORY LIMITS / OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| New York State Dept of Environmental Conservation Division of Materials Mng Bureau of Permitting & Planning 625 Broadway, 9th Floor Albany, NY  12233 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. AUTHORIZED REPRESENTATIVE William DeMaio/TL |

ACORD 25 (2010/05)
INS025 (201005)01

© 1988-2010 ACORD CORPORATION.  All rights reserved.
The ACORD name and logo are registered marks of ACORD

Confidential                    DEF006553

**New York State Department of Environmental Conservation**
Division of Materials Management
625 Broadway, 9th Floor, Albany, New York 12233-7251
Phone: (518) 402-8792 • Fax: (518) 402-9034
Website: www.dec.ny.gov



### CERTIFICATION OF HAZARDOUS MATERIALS & OSHA TRAINING
### FOR TRANSPORTERS OF HAZARDOUS INDUSTRIAL/COMMERCIAL WASTE,
### AND REGULATED MEDICAL WASTE IN NEW YORK STATE

Certification that all employees who are or will be involved in the transportation and handling of hazardous materials have been, or will be trained before they handle hazardous materials, in accordance with the requirements set forth in 49 CFR §172.704 and 172.602, and 29 CFR §1910.120 and 1910.1200 is required by the New York State Department of Environmental Conservation in order to obtain and maintain a Part 364 Waste Transporter Permit. This includes the transportation of hazardous industrial/commercial waste and regulated medical waste.

The text of 49 CFR §172.704 and 172.602 are reproduced here for your convenience.

### 49 CFR §172.704:

(a)　Hazmat employee training must include the following:

　　(1)　*General awareness/familiarization training.* Each hazmat employee shall be provided general awareness/familiarization training designed to provide familiarity with the requirements of this subchapter, and to enable the employee to recognize and identify hazardous materials consistent with the hazard communication standards of this subchapter.

　　(2)　*Function specific training.*

　　　　(i) Each hazmat employee shall be provided function-specific training concerning requirements of this subchapter, or exemption issued under subchapter A of this chapter, which are specifically applicable to the functions the employee performs.

　　　　(ii) As an alternative to function-specific training on the requirements of this subchapter, training relating to the requirements of the ICAO Technical Instructions and the IMDG Code may be provided to the extent such training addresses functions authorized by §§ 171.11 and 171.12 of this subchapter.

　　(3)　*Safety training.* Each hazmat employee shall receive safety training concerning –

　　　　(i) Emergency response information required by subpart G of part 172;

　　　　(ii) Measures to protect the employee from the hazards associated with hazardous materials to which they may be exposed in the work place, including specific measures the hazmat employer has implemented to protect employees from exposure; and

　　　　(iii) Methods and procedures for avoiding accidents, such as the proper procedures for handling packages containing hazardous materials.

　　(4)　*Security awareness training.* No later than the date of the first scheduled recurrent training after March 25, 2003, and in no case later than March 24, 2006, each hazmat employee must receive training that provides an awareness of security risks associated with hazardous materials transportation and methods designed to enhance transportation security. This training must also include a component covering how to recognize and respond to possible security threats. After March 25, 2003, new hazmat employees must receive the security awareness training required by this paragraph within 90 days after employment.

Confidential

DEF006554

<u>49 CFR §172.602:</u>

(a)     Information required.  For purposes of this subpart, the term "emergency response information" means information that can be used in the mitigation of an incident involving hazardous materials and, as a minimum, must contain the following information:

    (1)     The basic description and technical name of the hazardous material as required by §§ 172.202 and 172.203(k), the ICAO Technical Instructions, the IMDG Code, or the TDG Regulations, as appropriate (see §§171.7 of this subchapter);

    (2)     Immediate hazardous to health;

    (3)     Risks of fire or explosion;

    (4)     Immediate precautions to be taken in the event of an accident or incident;

    (5)     Immediate methods for handling fires;

    (6)     Initial methods for handling spills or leaks in the absence of fire; and

    (7)     Preliminary first aid measures.

(b)     Form of information.  The information required for a hazardous material by paragraph (a) of this section must be:

    (1)     Printed legibly in English;

    (2)     Available for use away from the package containing the hazardous material; and

    (3)     Presented –

    (i) On a shipping paper;

    (ii) In a document, other than a shipping paper, that includes both the basic description and technical name of the hazardous material as required by §§§§ 172.202 and 172.203(k), the ICAO Technical Instructions, the IMDG Code, or the TDG Regulations, as appropriate, and the emergency response information required by this subpart (e.g., a material safety data sheet); or

    (iii) Related to the information on a shipping paper, a written notification to pilot-in-command, or a dangerous cargo manifest, in a separate document (e.g., an emergency response guidance document), in a manner that cross-references the description of the hazardous material on the shipping paper with the emergency response information contained in the document.  Aboard aircraft, the ICAO "Emergency Response Guidance for Aircraft Incidents Involving Dangerous Goods" and, aboard vessels, the IMO "Emergency Procedures for Ships Carrying Dangerous Goods," or equivalent documents, may be used to satisfy the requirements of this section for a separate document.

(c)     Maintenance of information.  Emergency response information shall be maintained as follows:

    (1)     *Carriers.*  Each carrier who transports a hazardous material shall maintain the information specified in paragraph (a) of this section and §§ 172.606 of this part in the same manner as prescribed for shipping papers, except that the information must be maintained in the same manner aboard aircraft as the notification of pilot-in-command, and aboard vessels in the same manner as the dangerous cargo manifest.  This information musts be immediately accessible to train crew personnel, drivers of motor vehicles, flight crew members, and bridge personnel on vessels for use in the event of incidents involving hazardous materials.

Confidential                                                                                           DEF006555

**New York State Department of Environmental Conservation**
Division of Materials Management
Bureau of Permitting & Planning
625 Broadway, 9th Floor, Albany, New York 12233-7251
Phone: (518) 402-8792 • Fax: (518) 402-9034
Website: www.dec.ny.gov



## NOTICE

### Regarding Workers' Compensation Insurance

NYSDEC, as part of issuing a new Part 364 Waste Transporter Permit or renewing an existing Part 364 Waste Transporter Permit, is required to receive documentation regarding Workers' Compensation Insurance.

**Please submit acceptable Workers' Compensation documentation with your Permit Application or Permit Renewal.**

Acceptable forms/certificates are:

- CE-200 – Certificate of Attestation of Exemption from NYS Workers' Compensation and/or Disability Benefits Coverage (this can be obtained from www.wcb.ny.gov under "Forms," where it can be printed immediately upon completion of the electronic application);

- C-105.2 or NTSIF U-26.3 – Certification of Workers' Compensation Insurance;

- SI-12 or GSI-105.2 – Certificate of Workers' Compensation Self-Insurance;

- ACORD 25 – Certificate of Liability Insurance; or

- WSIB/CSPAAT – Certificate of Clearance, for Canadian Transporters.

For questions concerning Workers' Compensation, please call New York State Workers' Compensation Board at (866) 298-7830, or contact the Board through www.wcb.ny.gov.

Confidential