# Exhibit 13

**Clean Water of New York, Inc.**
3249 Richmond Terrace
Staten Island, NY  10303
Phone: 718-981-4600  Fax: 718-981-5213

# JOB RECEIPT

| Job Number | Date | Time | Job Type |
|---|---|---|---|
| JOB0127385 | 11/13/13 | 8:30 am | Truck Job |

### Generator
JAMAICA RECYCLING
94-29 165th St
Jamaica, NY  11433
(718) 739-7224
EPA Permit #

### Customer
JAMAICA RECYCLING
112 Phylis Ct.
Elmont, NY  11003
PO #:                                                        Job #
Profile Sheet:       Yes       Approval Code: 306-002

### Transporter
LIBERTY ASHES, INC.
112 Phylis Court
Elmont, NY  11003

EPA Permit #:
NYS DEC Permit #:

Transport / Vessel:    ROLL OFF

# of Tanks:            0
Total Capacity:        0
U of M:

Site / Vessel Name: JAMAICA, NY

---

**Received 44 Drums Of Solid For Proper Treatment and Disposal.**

| Products & Test Results | Category | Code | Description | Quantity | UoM |
|---|---|---|---|---|---|
| | E | N011 | Solid | 44 | Drums |

| Compartment | % Water | % Oil | % Solid | Halogens (ppm) | Flash Point (oF) |
|---|---|---|---|---|---|
| 1 | 0.00 | 1.00 | 99.00 | 0 | >=  100 |

Other Tests Peformed: No

---

Receiver's Signature and Date
11/13/2013   8:31 am

Did this load or any portion of this load orginate at a utility?  No

Generator's Representative Signature and Date

Page 1 of 1

Confidential

DEF006635