# Exhibit 14

# PERMITTED TRANSFER STATION ANNUAL REPORT

Submit the Annual Report no later than March 1, 2016.

This annual report is for the year of operation from <u>January 01, 2015</u> to <u>December 31, 2015</u>

## SECTION 1 – FACILITY INFORMATION

### FACILITY INFORMATION

| Field | Value |
|---|---|
| FACILITY NAME: | Jamaica Recycling Corp. |
| FACILITY LOCATION ADDRESS: | 94-21 165th Street |
| FACILITY CITY: | Jamaica |
| STATE: | N.Y. |
| ZIP CODE: | 11433 |
| FACILITY TOWN: | |
| FACILITY COUNTY: | Queens |
| FACILITY PHONE NUMBER: | 718-739-7224 |
| FACILITY NYS PLANNING UNIT: | R2 |
| NYSDEC REGION #: | 2 |
| 360 PERMIT #: | 263070012600005 |
| DATE ISSUED: | 05-14-2015 |
| DATE EXPIRES: | 05-13-2020 |
| NYS DEC ACTIVITY CODE OR REGISTRATION NUMBER: | 41T30 |
| FACILITY CONTACT: | Michael Bellino |
| | ☐ public   ☒ private |
| CONTACT PHONE NUMBER: | 516-354-6583 |
| CONTACT FAX NUMBER: | 516-354-6762 |
| CONTACT EMAIL ADDRESS: | LibertyAshes@aol.com |

### OWNER INFORMATION

| Field | Value |
|---|---|
| OWNER NAME: | Michael Bellino |
| OWNER PHONE NUMBER: | 516-354-6583 |
| OWNER FAX NUMBER: | 516-354-6762 |
| OWNER ADDRESS: | 112 Phyllis Court |
| OWNER CITY: | Elmont |
| STATE: | N.Y. |
| ZIP CODE: | 11003 |
| OWNER CONTACT: | Same |
| OWNER CONTACT EMAIL ADDRESS: | Libertyashes@aol.com |

### OPERATOR INFORMATION

| Field | Value |
|---|---|
| OPERATOR NAME: | Stephen Bellino   ☐ same as owner |
| | ☐ public   ☒ private |

### PREFERENCES

Preferred address to receive correspondence: ☐ Facility location address   ☒ Owner address
☐ Other (provide):

Preferred email address:   ☐ Facility Contact   ☒ Owner Contact
☐ Other (provide):

Preferred individual to receive correspondence:   ☐ Facility Contact   ☒ Owner Contact
☐ Other (provide):

---

**Did you operate in 2015?** ☒ Yes; Complete this form.

☐ No; Complete and submit Sections 1 and 11. If you no longer plan to operate and wish to relinquish your permit/registration associated with this solid waste management activity, also complete the "Inactive Solid Waste Management Facility or Activity Notification Form" located at: http://www.dec.ny.gov/chemical/52706.html.

## SECTION 2 - SOLID WASTE RECEIVED

Provide the tonnages of solid waste received. Include all waste received. Report Recyclable Materials in Section 5. DO NOT REPORT IN CUBIC YARDS!

Specify the methods used to measure the quantities disposed and the percentages measured by each method:
___ % Scale Weight
___ % Estimated
___ % Truck Count
**100** % Other (Specify: 55 Gallon Drums )

| Type of Solid Waste | January (tons) | DRums February (~~tons~~) | March (tons) | April (tons) | Drums May (~~tons~~) | Drums June (~~tons~~) | Drums July (~~tons~~) |
|---|---|---|---|---|---|---|---|
| Asbestos | | | | | | | |
| Construction & Demolition (C&D) Debris | | | | | | | |
| Industrial Waste (Including Industrial Process Sludges) | | | | | | | |
| Mixed Municipal Solid Waste (MSW) (Residential, Institutional & Commercial) | | | | | | | |
| Oil/Gas Drilling Waste | | | | | | | |
| Petroleum Contaminated Soil | | 44 Drums | | | 44 Drums | 44 Drums | 40 Drums |
| Sewage Treatment Plant Sludge | | | | | | | |
| Treated Regulated Medical Waste | | | | | | | |
| Emergency Authorization Waste (Storm Debris) | | | | | | | |
| Other (specify) | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| DRums Total ~~Tons~~ Received | | 44 | | | 44 | 44 | 40 |

## SECTION 2 - SOLID WASTE RECEIVED (continued)

| Type of Solid Waste | Tip Fee ($/ton) | August (tons) | September (tons) | October (tons) | November (tons) | December (tons) | ~~Drums~~ Total Year ~~(tons)~~ | Drums Daily Avg. ~~(tons)~~ |
|---|---|---|---|---|---|---|---|---|
| Asbestos | | | | | | | | |
| Construction & Demolition (C&D) Debris | | | | | | | | |
| Industrial Waste (Including Industrial Process Sludges) | | | | | | | | |
| Mixed Municipal Solid Waste (MSW) (Residential, Institutional & Commercial) | | | | | | | | |
| Oil/Gas Drilling Waste | | | | | | | | |
| Petroleum Contaminated Soil | | | | | | | | |
| Sewage Treatment Plant Sludge | | | | | | | | |
| Treated Regulated Medical Waste | | | | | | | | |
| Emergency Authorization Waste (Storm Debris) | | | | | | | | |
| Other (specify) | | | | | | | | |
| | | | | | | | | |
| Drums Total ~~Tons~~ Received | | | | | | | 172 Drums | |

Confidential   DEF004958   REPRINTED (10/15)

## SECTION 3 – SERVICE AREA OF SOLID WASTE RECEIVED

Identify the service area of the waste. The Total Tons Received reported below should equal the Total Tons Received in Section 2 (Solid Waste Received). **DO NOT REPORT IN CUBIC YARDS!**

1) *Direct hauled from the generator of the waste.* In the case where the waste is hauled to your facility from the generator (i.e. hauled from residences, commercial establishments, etc.), "Direct Haul" is the appropriate response in Column 2 under "Service Area." Please report the tonnage by waste type and identify the state, county and planning unit where it was generated; or

2) *Sent to your transfer station from another solid waste management facility.* Waste may be sent to your transfer station from another solid waste management facility. In this case, please report the tonnage by waste type from each sending solid waste management facility, as well as the sending facility's name, address, county, and the planning unit where the sending facility is located.

Specify transport method and percentages of total waste transported by each:

100 % Road  _____ % Rail  _____ % Water  _____ % Other (specify: _____)

Explain which waste types and service areas below are included in these transport methods _____

| TYPE OF SOLID WASTE | SOLID WASTE MANAGEMENT FACILITY FROM WHICH IT WAS RECEIVED (Name & Address) OR "Direct Haul" | SERVICE AREA STATE OR COUNTRY | SERVICE AREA COUNTY OR PROVINCE | SERVICE AREA NYS PLANNING UNIT (See Attached List of NYS Planning Units) | TONS RECEIVED |
|---|---|---|---|---|---|
| Asbestos | | | | | |
| | | | | | |
| | | | | | |
| Construction & Demolition (C&D) Debris | | | | | |
| | | | | | |
| | | | | | |
| Industrial Waste (Including Industrial Process Sludges) | | | | | |

Confidential

DEF004959

REPRINTED (10/15)

## SERVICE AREA OF SOLID WASTE RECEIVED

| TYPE OF SOLID WASTE | SOLID WASTE MANAGEMENT FACILITY FROM WHICH IT WAS RECEIVED (Name & Address) OR "Direct Haul" | SERVICE AREA STATE OR COUNTRY | SERVICE AREA COUNTY OR PROVINCE | SERVICE AREA NYS PLANNING UNIT (See Attached List of NYS Planning Units) | DRums ~~TONS~~ RECEIVED |
|---|---|---|---|---|---|
| Municipal Solid Waste (MSW) (Residential, Institutional & Commercial) | | | | | |
| Oil/Gas Drilling Waste | | | " | | |
| Petroleum Contaminated Soil | Direct Haul From Petroleum Tank Cleaners For All 172 Drums | NY | Brooklyn-Kings | R2 | 42 |
| | | NY | Queens | R2 | 28 |
| | | NY | Bronx | R2 | 18 |
| | | NY | Manhattan-NY | R2 | 84 |
| Sewage Treatment Plant Sludge | | | | | |
| Treated Regulated Medical Waste (TRMW)* | | | | | |
| Emergency Authorization Waste (Storm Debris) | | | | | |
| Other (specify) | | | | | |

TOTAL RECEIVED DRums ~~(TONS)~~: 172 Drums

* List generators that provide you Certificates of Treatment forms and quantities of TRMW from each

## SECTION 4 - TRANSFER OR DISPOSAL DESTINATION

Identify the transfer or disposal destination of waste removed by indicating the name of the transfer or disposal facility to which solid waste was sent from your facility, the type of solid waste transferred from your facility, the corresponding State/Country, the County/Province, the NYS Planning Unit of the transfer or disposal destination facility, and the amount transferred or disposed. Include only waste sent off-site for disposal or further transfer prior to disposal. Exclude Recyclable Material amounts reported in Section 5. **Refer to the list of NYS Planning Units that can be found at the end of this report. DO NOT REPORT IN CUBIC YARDS!**

Transport (specify percentages):
100 % Road        _____ % Rail
_____ % Water    _____ % Other (specify: _____)

Explain which waste types and destinations below are included in these transport methods _____

| TYPE OF SOLID WASTE | SOLID WASTE MANAGEMENT FACILITY TO WHICH IT WAS SENT (Name & Address) | DESTINATION STATE OR COUNTRY | DESTINATION COUNTY OR PROVINCE | DESTINATION NYS PLANNING UNIT (See Attached List of NYS Planning Units) | AMOUNT TO TRANSFER DESTINATION (TONS) | AMOUNT TO DISPOSAL DESTINATION (TONS) | TOTAL YEAR (TONS) |
|---|---|---|---|---|---|---|---|
| Asbestos | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Construction & Demolition (C&D) Debris | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Industrial Waste (Including Industrial Process Sludges) | | | | | | | |
| | | | | | | | |

REPRINTED (10/15)

Confidential    DEF004961

## TRANSFER OR DISPOSAL DESTINATION

| TYPE OF SOLID WASTE | SOLID WASTE MANAGEMENT FACILITY TO WHICH IT WAS SENT (Name & Address) | DESTINATION STATE OR COUNTRY | DESTINATION COUNTY OR PROVINCE | DESTINATION NYS PLANNING UNIT (See Attached List of NYS Planning Units) | AMOUNT TO TRANSFER DESTINATION (TONS) | AMOUNT TO DISPOSAL DESTINATION (TONS) | TOTAL YEAR (TONS) DRUMS |
|---|---|---|---|---|---|---|---|
| Municipal Solid Waste (MSW) (Residential, Institutional & Commercial) | | | | | | | |
| Oil/Gas Drilling Waste | | | | | | | |
| Petroleum Contaminated Soil | Clean Water of N.Y., Inc. 3249 Richmond Terrace Staten Island, NY 10303 | N.Y. | Richmond Staten Island | R2 | 172 Drums | 172 Drums | 172 Drums |
| Sewage Treatment Plant Sludge | | | | | | | |
| Treated Regulated Medical Waste | | | | | | | |
| Emergency Authorization Waste (Storm Debris) | | | | | | | |
| Other (specify) | | | | | | | |

TOTAL SENT (Drums) (TONS): 172 Drums

Confidential    DEF004962    REPRINTED (10/15)

## SECTION 5 – PERMITTED TRANSFER STATION RECYCLABLE & RECOVERED MATERIALS

Is your facility also a permitted or registered Recyclables Handling & Recovery Facility?

☐ Yes; Complete Section 5 for material recovered from the mixed solid waste stream. Complete a Recyclables Handling & Recovery Facility (RHRF) form for material received as source separated. The RHRF form is located at: http://www.dec.ny.gov/chemical/52706.html .

☒ No; Complete Section 5 for material recovered from the mixed solid waste stream and for material received as source separated.

### A. Service Area of Recyclable Material Received

Identify the service area of the material. DO NOT REPORT IN CUBIC YARDS!

1) *Direct hauled from the generator of the recyclables.* In the case where the recyclables are hauled to your transfer station from the generator (i.e. hauled from residences, commercial establishments, etc.), "Direct Haul" would be the appropriate response in Column 2 under "Service Area". Please report the tonnage by material type and identify the state, county and planning unit where it was generated; or

2) *Sent to your transfer station from another solid waste management facility.* Recyclables may be sent to your transfer station from another solid waste management facility. In this case, please report the tonnage by material type from each sending solid waste management facility, as well as the sending facility's name, address, county, and the planning unit where the sending facility is located.

| MATERIAL | SOLID WASTE MANAGEMENT FACILITY FROM WHICH IT WAS RECEIVED (Name & Address) OR "Direct Haul" | SERVICE AREA STATE OR COUNTRY | SERVICE AREA COUNTY OR PROVINCE | SERVICE AREA NYS PLANNING UNIT (See Attached List of NYS Planning Units) | TONS RECEIVED |
|---|---|---|---|---|---|
| Commingled Containers (metal, glass, plastic) | | | | | |
| Commingled Paper (all grades) | | | | | |
| Single Stream (total) | | | | | |
| Brush, Branches, Trees, & Stumps | | | | | |
| Food Scraps | | | | | |
| Yard Waste (curbside) | | | | | |
| Other (specify) | | | | | |
| | | | | TOTAL RECEIVED (tons): | |

REPRINTED (10/15)

Confidential    DEF004963

# SECTION 5 – PERMITTED TRANSFER STATION RECYCLABLE & RECOVERED MATERIALS (continued)
## B. Material Recovered

Identify the name of the destination facility to which the material was sent from your facility, the corresponding State/Country, the County/Province, the NYS Planning Unit, and the amount of material transported. Refer to the list of NYS Planning Units that can be found at the end of this report. **DO NOT REPORT IN CUBIC YARDS!**

Specify transport method and percentages of total material transported by each:

_____ % Road     _____ % Rail     _____ % Water     _____ % Other (specify: _____ )

Explain which materials and destinations below are included in these transport methods

### PAPER RECOVERED

| RECOVERED MATERIAL | DESTINATION (Name & Address) | DESTINATION STATE OR COUNTRY | DESTINATION COUNTY OR PROVINCE | DESTINATION NYS PLANNING UNIT (See Attached List of NYS Planning Units) | TONS RECOVERED (out of facility) |
|---|---|---|---|---|---|
| Commingled Paper (all grades) | | | | | |
| Corrugated Cardboard | | | | | |
| Junk Mail | | | | | |
| Magazines | | | | | |
| Newspaper | | | | | |
| Office Paper | | | | | |
| Paperboard / Boxboard | | | | | |
| Other Paper (specify) | | | | | |
| | | | | | |
| | | | | | |
| TOTAL PAPER RECOVERED (tons): | | | | | |

REPRINTED (10/15)

## SECTION 5 – PERMITTED TRANSFER STATION RECYCLABLE & RECOVERED MATERIALS (continued)
### B. Material Recovered

#### GLASS RECOVERED

| RECOVERED MATERIAL | DESTINATION (Name & Address) | DESTINATION STATE OR COUNTRY | DESTINATION COUNTY OR PROVINCE | DESTINATION NYS PLANNING UNIT (See Attached List of NYS Planning Units) | TONS RECOVERED (out of facility) |
|---|---|---|---|---|---|
| Container Glass | | | | | |
| | | | | | |
| Industrial Scrap Glass | | | | | |
| | | | | | |
| Other Glass (specify) | | | | | |
| | | | | | |
| | | | | TOTAL GLASS RECOVERED (tons): | |

#### METAL RECOVERED

| RECOVERED MATERIAL | DESTINATION (Name & Address) | DESTINATION STATE OR COUNTRY | DESTINATION COUNTY OR PROVINCE | DESTINATION NYS PLANNING UNIT (See Attached List of NYS Planning Units) | TONS RECOVERED (out of facility) |
|---|---|---|---|---|---|
| Aluminum Foil / Trays | | | | | |
| | | | | | |
| Bulk Metal (from MSW) | | | | | |
| | | | | | |
| Bulk Metal (from CD debris) | | | | | |
| | | | | | |
| Enameled Appliances / White Goods | | | | | |
| | | | | | |
| Industrial Scrap Metal | | | | | |
| | | | | | |
| Tin & Aluminum Containers | | | | | |
| | | | | | |
| Other Metal (specify) | | | | | |
| | | | | | |
| | | | | TOTAL METAL RECOVERED (tons): | |

REPRINTED (10/15)

Confidential DEF004965

## SECTION 5 – PERMITTED TRANSFER STATION RECYCLABLE & RECOVERED MATERIALS (continued)
### B. Material Recovered

#### PLASTIC RECOVERED

| RECOVERED MATERIAL | DESTINATION (Name & Address) | DESTINATION STATE OR COUNTRY | DESTINATION COUNTY OR PROVINCE | DESTINATION NYS PLANNING UNIT (See Attached List of NYS Planning Units) | TONS RECOVERED (out of facility) |
|---|---|---|---|---|---|
| Commingled Plastic (#1 - #7) | | | | | |
| PET (plastic #1) | | | | | |
| HDPE (plastic #2) | | | ` `` ` | | |
| Other Rigid Plastics (#3 - #7) | | | | | |
| Industrial Scrap Plastic | | | | | |
| Plastic Film & Bags | | | | | |
| Other Plastics (specify) | | | | | |

TOTAL PLASTIC RECOVERED (tons): _____

#### MISCELLANEOUS MATERIAL RECOVERED

| RECOVERED MATERIAL | DESTINATION (Name & Address) | DESTINATION STATE OR COUNTRY | DESTINATION COUNTY OR PROVINCE | DESTINATION NYS PLANNING UNIT (See Attached List of NYS Planning Units) | TONS RECOVERED (out of facility) |
|---|---|---|---|---|---|
| Electronics | | | | | |
| Textiles | | | | | |
| Other (specify) | | | | | |

TOTAL MISCELLANEOUS MATERIAL RECOVERED (tons): _____

REPRINTED (10/15)

Confidential      DEF004966

Page 11

## SECTION 5 – PERMITTED TRANSFER STATION RECYCLABLE & RECOVERED MATERIALS (continued)
### B. Material Recovered

#### MIXED MATERIAL RECOVERED

| RECOVERED MIXED MATERIAL | DESTINATION (Name & Address) | DESTINATION STATE OR COUNTRY | DESTINATION COUNTY OR PROVINCE | DESTINATION NYS PLANNING UNIT (See Attached List of NYS Planning Units) | TONS RECOVERED (out of facility) |
|---|---|---|---|---|---|
| Commingled Containers (metal, glass, plastic) | | | | | |
| Commingled Paper & Containers | | | | | |
| Single Stream (total) | | | | | |
| Other (specify) | | | | | |
| | | | | | |
| | | | | | |

**TOTAL MIXED MATERIAL RECOVERED (tons):**

#### ORGANIC MATERIAL RECOVERED

| RECOVERED MATERIAL | DESTINATION (Name & Address) | DESTINATION STATE OR COUNTRY | DESTINATION COUNTY OR PROVINCE | DESTINATION NYS PLANNING UNIT (See Attached List of NYS Planning Units) | TONS RECOVERED (out of facility) |
|---|---|---|---|---|---|
| Brush, Branches, Trees, & Stumps | | | | | |
| Food Scraps | | | | | |
| Yard Waste (curbside) | | | | | |
| Other (specify) | | | | | |
| | | | | | |

**TOTAL ORGANIC MATERIAL RECOVERED (tons):**

REPRINTED (10/15)

Page 12

Confidential

DEF004967

## SECTION 6 – UNAUTHORIZED SOLID WASTE

Has unauthorized solid waste been received at the facility during the reporting period?

☐ Yes  ☒ No   If yes, give information below for each incident (attach additional sheets if necessary):

| Date Received | Type Received | Date Disposed | Disposal Method & Location |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

### Radiation Monitoring

Does your facility use a fixed radiation monitor? _____ Yes ☒ No

Identify Manufacturer _____ and Model _____ of fixed unit.

Does your facility use a portable radiation monitor? _____ Yes ☒ No

Identify Manufacturer _____ and Model _____ of fixed unit.

If the radiation monitors have been triggered give information below for each incident:

| Incident Number | Received | | Hauler | Origin | Truck Number | Reading | Disposal Status | Removed | |
|---|---|---|---|---|---|---|---|---|---|
| | Date | Time | | | | | | Date | Time |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

## SECTION 7 - COST ESTIMATES AND FINANCIAL ASSURANCE DOCUMENTS

Are there required cost estimates and financial assurance documents for closure?

☐ Yes  ☒ No   If yes, attach additional sheets reflecting annual adjustments for inflation and any changes to the Closure Plan?

REPRINTED (10/15)

Confidential  DEF004968

## SECTION 8 – PROBLEMS

Were any problems encountered during the reporting period (e.g., specific occurrences which have led to changes in facility procedures)?

☐ Yes   ☒ No   If yes, attach additional sheets identifying each problem and the methods for resolution of the problem.

## SECTION 9 – CHANGES

Were there any changes from approved reports, plans, specifications, and permit conditions?

☐ Yes   ☒ No   If yes, attach additional sheets identifying changes with a justification for each change.

## SECTION 10 - PERMIT/CONSENT ORDER REPORTING REQUIREMENTS

Are there any additional permit/consent order reporting requirements not covered by the previous sections of this form?

☐ Yes   ☒ No   If yes, attach additional sheets identifying the reporting requirements with their respective responses.

## SECTION 11 - SIGNATURE AND DATE BY OWNER OR OPERATOR

Owner or Operator must sign, date and submit one completed form with an original signature to the appropriate Regional Office (See attachment for Regional Office addresses and Solid Waste Contacts.)

The Owner or Operator must also submit one copy by email, fax or mail to:

**New York State Department of Environmental Conservation**
**Division of Materials Management**
**Bureau of Permitting and Planning**
**625 Broadway**
**Albany, New York 12233-7260**
**Fax 518-402-9041**
**Email address: SWMFannualreport@dec.ny.gov**

I hereby affirm under penalty of perjury that information provided on this form and attached statements and exhibits was prepared by me or under my supervision and direction and is true to the best of my knowledge and belief, and that I have the authority to sign this report form pursuant to 6 NYCRR Part 360. I am aware that any false statement made herein is punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

Signature: _[signed]_   Date: 02-10-2016

Name (Print or Type): Michael Bellino
Title (Print or Type): President
Phone Number: (516) 354-6583

Address: 112 Phyllis Court
City: Elmont
State and Zip: N.Y. 11003

Email (Print or Type): Libertyashes@aol.com

ATTACHMENTS: ____ YES ✓ NO (Please check appropriate line)

REPRINTED (10/15)