**Exhibit 15**

**Denise Schulman**

| | |
|---|---|
| **From:** | C . [111csmith111@gmail.com] |
| **Sent:** | Tuesday, April 26, 2016 6:34 PM |
| **To:** | Denise Schulman |
| **Cc:** | Finn Walter Dusenbery, Esq. |
| **Subject:** | Orlando v Liberty - 042616 document production attached. |

Denise,

Per our discussion at today's deposition, Bates 6433-6444 is the DEC 2013 report, Bates 6445- 6466 is the DEC 2014 report, Bates 6457-6469 is the 2015 report and Bates 6470-6482 is the 2016 DEC report. My client advises me these documents reflect the deliveries from Liberty to Jamaica where the transporter is listed as Liberty.  Also attached are documents Bates 6483 6535 my client advises me

 **Defendants 042616 document production**

are documents for all of the incoming freight that came into Jamaica Recycling trucked by Liberty Ashes for 2010-2011.

I also have outgoing manifests and permits and safety plans for Jamaica available for production. Today you advised me you did not require their production to you at this time. If you change your mind and want them let me know.  Defendants reserve their right to utilize those documents in this litigation.

Best regards,

TRIVELLA & FORTE, LLP

Christopher A. Smith

1311 Mamaroneck Avenue, Suite 170

White Plains, New York 10605

(914) 949-9075/949-4752 (facsimile)

111csmith111@gmail.com

------------------------------------------------------- NOTICE
This E-mail message is intended only for the named recipient(s) above. It may contain confidential information that is privileged or that constitutes attorney work product. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this E-mail and any attachment(s) is strictly prohibited. If you have received this E-mail in error, please immediately notify the sender by replying to this E-mail and delete the message and any attachment(s) from your system. Thank you.

PERSONAL AND CONFIDENTIAL ATTORNEY CLIENT PRIVILEGED. The attorney does not provide tax advice to clients. To ensure compliance with the requirements imposed by IRS Circular 230, we inform you that any statement contained in this communication (including any attachment) is not intended or written by the attorney to be used as tax advice, and cannot be used, by a client or any other person or entity, for the purpose of avoiding penalties that may be imposed on any taxpayer under the Internal Revenue Code or promoting, marketing or recommending to another party any tax related matter. If this E-mail refers to any issue relating to debt collection, please be advised that this E-mail is from a debt collector and any information obtained will be

**Jamaica Recycling, Inc.**                      **DEC Incoming**                                    **January 2011**

| Date | Transporter | Generator | Material | Ticket # | Tonn | Debris Tonnage | Drums |
|------|-------------|-----------|----------|----------|------|----------------|-------|
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  | 0 | 0 | 0 |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

Confidential

| Date | Transporter | Generator | Material | Ticket # | Ton | Debris Tonnage | Drums |
|---|---|---|---|---|---|---|---|
| 3-Feb | PETROLEUM TANK CLEANER | VISION ENTERPRISES  236 EAST 75TH STREET  NYC | NON HAZ- OILY SANDS,DIRT AND DEBRI | | | | 2 |
| 3-Feb | PETROLEUM TANK CLEANER | PETROLEUM TANK CLEANERS  234 BUTLER STREET  BKLYN | NON HAZ- OILY SANDS,DIRT AND DEBRI | | | | 9 |
| 3-Feb | PETROLEUM TANK CLEANER | BOARD OF EDUCATION   29 FT GREENE PLACE  BKLYN | NON HAZ- OILY SANDS,DIRT AND DEBRI | | | | 12 |
| 3-Feb | PETROLEUM TANK CLEANER | ABRO MANAGEMENT   445 EAST 77TH STREET  NYC | NON HAZ- OILY SANDS,DIRT AND DEBRI | | | | 21 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | 0 | 0 | 44 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Jamaica Recycling, Inc.                                          DEC Incoming                                          March 2011

| Date | Transporter | Generator | Material | Ticket # | Soil Tonnage | Debris Tonnage | Drum |
|------|-------------|-----------|----------|----------|--------------|----------------|------|
|      |             |           |          |          |              |                |      |
|      |             |           |          |          |              |                |      |
|      |             |           |          |          |              |                |      |
|      |             |           |          |          |              |                |      |
|      |             |           |          |          |              |                |      |
|      |             |           |          |          |              |                |      |
|      |             |           |          |          |              |                |      |
|      |             |           |          |          |              |                |      |
|      |             |           |          |          |              |                |      |
|      |             |           |          |          |              |                |      |
|      |             |           |          |          |              |                |      |
|      |             |           |          |          |              |                |      |
|      |             |           |          |          |              |                |      |
|      |             |           |          |          |              |                |      |
|      |             |           |          |          |              |                |      |
|      |             |           |          |          |              |                |      |
|      |             |           |          |          |              |                |      |
|      |             |           |          |          |              |                |      |
|      |             |           |          |          |              |                |      |
|      |             |           |          |          |              |                |      |
|      |             |           |          |          |              | 0 | 0 | 0 |
|      |             |           |          |          |              |                |      |
|      |             |           |          |          |              |                |      |
|      |             |           |          |          |              |                |      |
|      |             |           |          |          |              |                |      |
|      |             |           |          |          |              |                |      |
|      |             |           |          |          |              |                |      |
|      |             |           |          |          |              |                |      |
|      |             |           |          |          |              |                |      |
|      |             |           |          |          |              |                |      |

Confidential                                                                                           DEF006459

**Jamaica Recycling, Inc.**                                         **DEC Incoming**                                                    **April 2011**

| Date | Transporter | Generator | Material | Ticket # | Soil Tonnage | Debris Tonnage | Drums |
|------|-------------|-----------|----------|----------|--------------|----------------|-------|
|      |             |           |          |          |              |                |       |
|      |             |           |          |          |              |                |       |
|      |             |           |          |          |              |                |       |
|      |             |           |          |          |              |                |       |
|      |             |           |          |          |              |                |       |
|      |             |           |          |          |              |                |       |
|      |             |           |          |          |              |                |       |
|      |             |           |          |          |              |                |       |
|      |             |           |          |          |              |                |       |
|      |             |           |          |          |              |                |       |
|      |             |           |          |          |              |                |       |
|      |             |           |          |          |              |                |       |
|      |             |           |          |          |              |                |       |
|      |             |           |          |          |              |                |       |
|      |             |           |          |          |              |                |       |
|      |             |           |          |          |              |                |       |
|      |             |           |          |          |              |                |       |
|      |             |           |          |          |              |                |       |
|      |             |           |          |          |              |                |       |
|      |             |           |          |          |              |                |       |
|      |             |           |          |          |              |                |       |
|      |             |           |          |          |              |                |       |
|      |             |           |          |          |              |                |       |
|      |             |           |          |          |              |                |       |
|      |             |           |          |          |              |                |       |
|      |             |           |          |          |              |                |       |
|      |             |           |          |          |              |                |       |
|      |             |           |          |          |              |                |       |
|      |             |           |          |          |              |                |       |
|      |             |           |          |          |              |                |       |
|      |             |           |          |          |              |                |       |
|      |             |           |          |          |              |                |       |
|      |             |           |          |          |              |                |       |
|      |             |           |          |          |              |                |       |
|      |             |           |          |          |              |                |       |
|      |             |           |          |          |              |                |       |

Confidential

DEF006460

**Jamaica Recycling, Inc.**　　　　　　　　　　　　　DEC Incoming　　　　　　　　　　　　　**May 2011**

| Date | Transporter | Generator | Material | Ticket # | Tonnage | Drums |
|---|---|---|---|---|---|---|
| 19-May | PETROLEUM TANK CLEANERS | GREENWOOD CEMETARY 500 25TH STREET, BKLYN | NON-HAZ OIL CONT SOIL/DEBRIS/SAND | | | 4 |
| 19-May | PETROLEUM TANK CLEANERS | A&C HEATING SERVICE 32-15 35TH STREET, QUEENS | NON-HAZ OIL CONT SOIL/DEBRIS/SAND | | | 10 |
| 19-May | PETROLEUM TANK CLEANERS | J&M REALTY SERVICES 452 FT. WASHINGTON AVE, NYC | NON-HAZ OIL CONT SOIL/DEBRIS/SAND | | | 13 |
| 19-May | PETROLEUM TANK CLEANERS | PETROLEUM TANK CLEANERS, 236 BUTLER ST, BKLYN | NON-HAZ OIL CONT SOIL/DEBRIS/SAND | | | 17 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Confidential

DEF006461

Jamaica Recycling, Inc. — **DEC Incoming** — June 2011

| Date | Transporter | Generator | Material | Ticket # | Tonnage | Drums |
|---|---|---|---|---|---|---|
| 13-Jun | PETROLEUM TANK | MELHON PROPERTIES 365 WEST END AVE | NON HAZ NON CONTAMINATED SOIL | | | 44 DRUMS |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Confidential

DEF006462

**Jamaica Recycling, Inc.**  **DEC Incoming**  **July 2011**

| Date | Transporter | Generator | Material | Ticket # |
|---|---|---|---|---|
| 2-Jul | PETROLEUM TANK CLEANERS | BENENSON FUNDING CORP  1447 MACOMBS RD  BX | NON HAZ NON CONTAMINATED SOILS & DEBRI | |
| 2-Jul | PETROLEUM TANK CLEANERS | HOFFMAN MANAGEMENT  201 EAST 83RD STREET  NYC | NON HAZ NON CONTAMINATED SOILS & DEBRI | |
| 2-Jul | PETROLEUM TANK CLEANERS | BOARD OF EDUCATION  1594/98 TOWNSAND AVE  BX | NON HAZ NON CONTAMINATED SOILS & DEBRI | |
| 2-Jul | PETROLEUM TANK CLEANERS | CHIZUKBETH ASSOCIATES  121 BENNETT AVE  NYC | NON HAZ NON CONTAMINATED SOILS & DEBRI | |
| 2-Jul | PETROLEUM TANK CLEANERS | PERSING CRESENT COMPANY  142-25 PERSING CRESESNT QNS | NON HAZ NON CONTAMINATED SOILS & DEBRI | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Confidential

**Jamaica Recycling, Inc.**                    **DEC Incoming**                                        **July 2011**

| Tonnage | Drums |
|---------|-----------|
|         | 8 DRUMS |
|         | 3 DRUMS |
|         | 10 DRUMS |
|         | 1 DRUM |
|         | 18 DRUMS |
|         |           |
|         |           |
|         |           |
|         |           |
|         |           |
|         |           |
|         |           |
|         |           |
|         |           |
|         |           |
|         |           |
|         |           |
|         |           |
|         |           |
|         |           |
|         |           |
|         |           |
|         |           |
|         |           |
|         |           |
|         |           |
|         |           |
|         |           |
|         |           |
|         |           |

Confidential                                                                                    DEF006464

**Jamaica Recycling, Inc.**

**DEC Incoming**

**August 2011**

| Date | Transporter | Generator | Material | Ticket # | Tonnage | Drums |
|------|-------------|-----------|----------|----------|---------|-------|
|      |             |           |          |          |         |       |
|      |             |           |          |          |         |       |
|      |             |           |          |          |         |       |
|      |             |           |          |          |         |       |
|      |             |           |          |          |         |       |
|      |             |           |          |          |         |       |
|      |             |           |          |          |         |       |
|      |             |           |          |          |         |       |
|      |             |           |          |          |         |       |
|      |             |           |          |          |         |       |
|      |             |           |          |          |         |       |
|      |             |           |          |          |         |       |
|      |             |           |          |          |         |       |
|      |             |           |          |          |         |       |
|      |             |           |          |          |         |       |
|      |             |           |          |          |         |       |
|      |             |           |          |          |         |       |
|      |             |           |          |          |         |       |
|      |             |           |          |          |         |       |
|      |             |           |          |          |         |       |
|      |             |           |          |          |         |       |
|      |             |           |          |          |         |       |
|      |             |           |          |          |         |       |
|      |             |           |          |          |         |       |
|      |             |           |          |          |         |       |
|      |             |           |          |          |         |       |
|      |             |           |          |          |         |       |
|      |             |           |          |          |         |       |

Confidential

DEF006465

**Jamaica Recycling, Inc.** **DEC Incoming** **September 2011**

| Date | Transporter | Generator | Material | Ticket # | Tonnage | Drums |
|------|-------------|-----------|----------|----------|---------|-------|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

Confidential

DEF006466

**Jamaica Recycling, Inc.**   **DEC Incoming**   **October 2011**

| Date | Transporter | Generator | Material | Ticket # | Tonnage | Drums |
|------|-------------|-----------|----------|----------|---------|-------|
|      |             |           |          |          |         |       |
|      |             |           |          |          |         |       |
|      |             |           |          |          |         |       |
|      |             |           |          |          |         |       |
|      |             |           |          |          |         |       |
|      |             |           |          |          |         |       |
|      |             |           |          |          |         |       |
|      |             |           |          |          |         |       |
|      |             |           |          |          |         |       |
|      |             |           |          |          |         |       |
|      |             |           |          |          |         |       |
|      |             |           |          |          |         |       |
|      |             |           |          |          |         |       |
|      |             |           |          |          |         |       |
|      |             |           |          |          |         |       |
|      |             |           |          |          |         |       |
|      |             |           |          |          |         |       |
|      |             |           |          |          |         |       |
|      |             |           |          |          |         |       |
|      |             |           |          |          |         |       |
|      |             |           |          |          |         |       |
|      |             |           |          |          |         |       |
|      |             |           |          |          |         |       |
|      |             |           |          |          |         |       |
|      |             |           |          |          |         |       |
|      |             |           |          |          |         |       |
|      |             |           |          |          |         |       |
|      |             |           |          |          |         |       |
|      |             |           |          |          |         |       |
|      |             |           |          |          |         |       |

Confidential

DEF006467

**Jamaica Recycling, Inc.**                     **DEC Incoming**                                    **November 2011**

| Date | Transporter | Generator | Material | Ticket # | Tonnage | Drums |
|------|-------------|-----------|----------|----------|---------|-------|
|      |             |           |          |          |         |       |
|      |             |           |          |          |         |       |
|      |             |           |          |          |         |       |
|      |             |           |          |          |         |       |
|      |             |           |          |          |         |       |
|      |             |           |          |          |         |       |
|      |             |           |          |          |         |       |
|      |             |           |          |          |         |       |
|      |             |           |          |          |         |       |
|      |             |           |          |          |         |       |
|      |             |           |          |          |         |       |
|      |             |           |          |          |         |       |
|      |             |           |          |          |         |       |
|      |             |           |          |          |         |       |
|      |             |           |          |          |         |       |
|      |             |           |          |          |         |       |
|      |             |           |          |          |         |       |
|      |             |           |          |          |         |       |
|      |             |           |          |          |         |       |
|      |             |           |          |          |         |       |
|      |             |           |          |          |         |       |
|      |             |           |          |          |         |       |
|      |             |           |          |          |         |       |
|      |             |           |          |          |         |       |
|      |             |           |          |          |         |       |

Confidential

DEF006468

**Jamaica Recycling, Inc.**

**DEC Incoming**

**December 2011**

| Date | Transporter | Generator | Material | Ticket # | Tonnage | Drums |
|------|-------------|-----------|----------|----------|---------|-------|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Confidential

DEF006469