Page 35

1               Cristina
2       A.    Not specific to his, no.
3       Q.    You would just know where, on
4   a certain day, there was a load that went
5   to a certain broker, but you don't know
6   if Liberty's materials were in that or
7   not; right?
8       A.    That is correct.
9       Q.    Has Liberty ever asked Empire
10  where the materials Liberty delivers go?
11      A.    I'm sure -- I'm sure it's
12  happened.
13            A lot of people do ask for --
14  you know, where does it go, they're just
15  curious to know where, what we do with
16  the stuff.
17      Q.    You don't have a specific
18  recollection of that type of
19  conversation --
20      A.    No.
21      Q.    -- with Liberty?
22      A.    Only when they asked me for
23  the letter.
24      Q.    So why don't we go to that
25  now.