# Exhibit 17

```
                                          Page 135
 1                      S. Bellino
 2         A.     Yes.
 3         Q.     Would those records show the quantity of
 4    non-hazardous industrial waste that was being
 5    delivered to these locations?
 6         A.     More than likely, yes.
 7         Q.     From December 2009 to now, has Liberty
 8    delivered non-hazardous industrial waste to any
 9    facility other than Jamaica Recycling or Clean Water
10    of New York?
11         A.     I don't recall.
12         Q.     Can you go to the second page of Exhibit
13    22.  There is an e-mail sent 4:10 p.m. on March 28,
14    2016.
15              Do you see that?
16         A.     Yes, I see it.
17         Q.     That's an e-mail from Liberty Ashes to
18    someone at Clean Water of New York, correct?
19         A.     Yes.
20         Q.     Who sent that e-mail?
21         A.     I'm not sure.
22         Q.     Is "MB" Michael Bellino?
23         A.     Yes.
24         Q.     Do you think your brother sent this
25    e-mail?
```

```
                                          Page 140
 1                    S. Bellino
 2      Q.    Why do you think they pull a lot of
 3   recyclables out of Liberty's freight?  Did someone
 4   tell you that?
 5      A.    Yes.
 6      Q.    Who told you that?
 7      A.    I don't recall.
 8      Q.    Was it someone from Covanta?
 9      A.    Yes.
10      Q.    Do you recall when you were told this?
11      A.    It's a long time ago.
12      Q.    Does Liberty primarily deliver
13   non-recyclables to Covanta?
14            MR. SMITH:  Objection.  You can answer.
15      A.    Liberty delivers non-recyclables to
16   Covanta.
17      Q.    So what they are pulling out is
18   recyclables that are mixed in with non-recyclables?
19      A.    I believe so.
20      Q.    Does Covanta pay Liberty for the
21   recyclables it extracts from Liberty's deliveries?
22      A.    No.
23      Q.    The non-recyclables are converted to
24   energy on site in New York, correct?
25      A.    I believe so.
```