UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



CARL ORLANDO, JR., *on behalf of himself and others similarly situated*, and LEONARD MENNA, JR., *et al.*,

Plaintiffs,

-v-

LIBERTY ASHES, INC., *et al.*,

Defendants.

No. 15-cv-9434 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of Defendants' motion to compel arbitration. (Doc. Nos. 98-101.) Accordingly, IT IS HEREBY ORDERED that the parties' pending cross-motions for summary judgment are dismissed without prejudice to renewal pending resolution of the motion to compel arbitration. The Clerk of the Court is respectfully directed to terminate the motions at Doc. Nos. 50 and 61.

SO ORDERED.

Dated:   March 8, 2017
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE