## MEMORANDUM OF AGREEMENT

This Memorandum of Agreement ("MoA") is dated this 22ⁿᵈ day of December, 2015, by and between L. 890 LIFE ("890") and Liberty Ashes, Inc. ("Liberty" or "Employer").

WHEREAS the Parties are signatories to a Collective Bargaining Agreement ("CBA") for the period of January 1, 2012 through December 31, 2015;

WHEREAS the Employer and 890 have met to negotiate a successor agreement;

WHEREAS the Parties wish to execute this MoA to acknowledge the modifications to the existing CBA from those negotiations;

NOW, THEREFORE, the parties agree as follows:

1. Effective January 1, 2016, the Employer shall contribute into the Emblem Health Care Plan instead of the Union Multiplan for Drivers only. The Driver's shall contribute $55 per week toward the premium costs. All Helpers, Mechanics and Welders shall remain in the Unions Multiplan.

2. There shall be a Wage Reopener in each subsequent November concerning Wage Increases to be effective January 1, 2017 and January 1, 2018.

3. The term of the successor CBA shall be for the period of January 1, 2016 through December 31, 2018.

4. All other terms and conditions of employment as contained in the expired CBA, and any ~~Moan~~ MoA executed between the parties after the execution of the prior CBA, shall remain in full force and effect.

LIBERTY ASHES INC.

Steven Bellino, Owner
12/23/15

LOCAL 890 LIFE

Dina Chiclana, Business Agent
12/22/15

PLAINTIFF'S
EXHIBIT
5
3/27/18    WH
PENGAD 800-631-6989