**EXHIBIT**
Menna 1
DATE 3/29/18  RPTR GT
DALCO REPORTING

(PLEASE PRINT OR TYPE)   #0509   HIPS

| Your Last Name | First Name | Middle Name | Sex | Date of Birth Mo. Day Year |
|---|---|---|---|---|
| Menna | Leonard | J | M | |

Address: [redacted]   Zip Code: 11714

Social Security #: [redacted]   Home Telephone: [redacted]

Name of Employer: Lisa's Ashes

Date Employed: 1/8/07

Full Name of Beneficiary (Example Mary Doe Mr. and Mrs. John Doe): Carol Menna

Relationship: Mother

Are you covered by any other Health Insurance? ☐ Yes   ☒ No   Carrier: ___

If dependent coverage is provided, do you have eligible dependents? Yes ☐   No ☒

List below all family members to be covered
Name — Indicate different last name if applicable

| | Name | | Birth Date MO DAY YR | Relationship |
|---|---|---|---|---|
| | | SS# | / / | ☐ Husband ☐ Wife |
| SPOUSE'S NAME | LAST (If Different) | FIRST | / / | ☐ Son ☐ Daughter |
| DEPENDENT | LAST (If Different) | FIRST | / / | ☐ Son ☐ Daughter |
| DEPENDENT | LAST (If Different) | FIRST | / / | ☐ Son ☐ Daughter |
| DEPENDENT | LAST (If Different) | FIRST | / / | ☐ Son ☐ Daughter |
| DEPENDENT | LAST (If Different) | FIRST | / / | ☐ Son ☐ Daughter |

ENTERED

I hereby apply for that coverage for which I am or may become eligible under the group policy or policies issued by L I F E Benefit Plan. I authorize such deductions, if any, from my earnings as may be required as my contribution to the cost of such coverage, I designate the above as my beneficiary under any life insurance issued and certify that the above is my correct date of birth. I have read this or it has been explained to me and I am signing on the reverse side.

HIP

S— 01/08

# LIFE

League of International Federated Employees
325-73rd STREET • BROOKLYN, N.Y. 11209 • (718) 238-2399

## APPLICATION AND CHECK-OFF AUTHORIZATION BLANK

I, the undersigned, hereby apply for membership in the above Union and I authorize it to represent me for the purpose of collective bargaining, and I authorize and irrevocably direct my Employer to deduct from my wages initiation fees and dues uniformly required by said Union as a condition of acquiring or maintaining membership, and in compliance with the National Labor Relations Act of 1974. The amount deducted each month shall be forwarded to the Secretary-Treasurer of said Union.

This authorization may be revoked by me as of any anniversary date hereof, by written notice of such revocation signed by me and given to my Employer and the Union by certified mail, not less than thirty (30) days nor more than sixty (60) days before any such anniversary date, or on the termination date of the Collective Bargaining Agreement covering my employment, by like notice prior to such termination date, whichever occurs sooner.

"Contributions of gifts to L I F E are not tax deductible as charitable contributions. However, they may be tax deductible as ordinary and necessary business expenses."

Signature: [signature]   Date: 12/21/07

(Please Answer All Questions In Ink)

ALL REPLIES WILL BE KEPT STRICTLY CONFIDENTIAL   (OVER)

L890 000025



**EXHIBIT**
Acevedo 01
DATE 3/25/18 RPTR GT
DALCO REPORTING

(PLEASE PRINT OR TYPE)     #0509   HIPS
Your Last Name: Menna    First Name: Leonard    Middle Name: J
Sex: ☒ M  ☐ F
Date of Birth: Mo. / Day / Year [redacted]

Address: [redacted]   Zip Code: 11417
Home Telephone: [redacted]

Name of Employer: Liberty Ashes
Date Employed: 11/8/07

Full Name of Beneficiary (Example Mary Doe Mr. and Mrs. John Doe): Carol Menna
Relationship: Mother

Are you covered by any other Health Insurance? ☐ Yes ☒ No   Carrier: ___

If dependent coverage is provided, do you have eligible dependents? ☐ Yes ☒ No

List below all family members to be covered

| Name (Indicate different last name if applicable) | Birth Date MO DAY YR | Relationship |
|---|---|---|
| SS# | / / | ☐ Husband ☐ Wife |
| SPOUSE'S NAME  LAST (If Different)  FIRST | / / | ☐ Son ☐ Daughter |
| DEPENDENT  LAST (If Different)  FIRST | / / | ☐ Son ☐ Daughter |
| DEPENDENT  LAST (If Different)  FIRST | / / | ☐ Son ☐ Daughter |
| DEPENDENT  LAST (If Different)  FIRST | / / | ☐ Son ☐ Daughter |
| DEPENDENT  LAST (If Different)  FIRST | / / | ☐ Son ☐ Daughter |

ENTERED

I hereby apply for that coverage for which I am or may become eligible under the group policy or policies issued by L I F E Benefit Plan. I authorize such deductions, if any, from my earnings as may be required as my contribution to the cost of such coverage. I designate the above as my beneficiary under any life insurance issued, and certify that the above is my correct date of birth. I have read this or it has been explained to me and I am signing on the reverse side.

HIP

S— 01/08

# LIFE
### League of International Federated Employees
325-73rd STREET • BROOKLYN, N.Y. 11209 • (718) 238-2399

### APPLICATION AND CHECK-OFF AUTHORIZATION BLANK

I, the undersigned, hereby apply for membership in the above Union and I authorize it to represent me for the purpose of collective bargaining, and I authorize and irrevocably direct my Employer to deduct from my wages initiation fees and dues uniformly required by said Union as a condition of acquiring or maintaining membership, and in compliance with the National Labor Relations Act of 1974. The amount deducted each month shall be forwarded to the Secretary-Treasurer of said Union.

This authorization may be revoked by me as of any anniversary date hereof, by written notice of such revocation signed by me and given to my Employer and the Union by certified mail, not less than thirty (30) days nor more than sixty (60) days before any such anniversary date, or on the termination date of the Collective Bargaining Agreement covering my employment, by like notice prior to such termination date, whichever occurs sooner.

"Contributions of gifts to L I F E are not tax deductible as charitable contributions. However, they may be tax deductible as ordinary and necessary business expenses."

Signature: [signature]   Date: 12/21/07

(Please Answer All Questions In Ink)

ALL REPLIES WILL BE KEPT STRICTLY CONFIDENTIAL    (OVER)

L890 000025

| (PLEASE PRINT OR TYPE) | | | Sex | Date of Birth |
|---|---|---|---|---|
| Your Last Name | First Name | Middle Name | ☒ M ☐ F | Mo. Day Year |
| ACEVEDO | LUIS | | | |

| Address | City | State | Zip Code |
|---|---|---|---|
| | | NY | 11417 |

| Social Security # | Home Telephone # | | |
|---|---|---|---|

| Name of Employer | Date Employed |
|---|---|
| Liberty Ashes Inc. | 3/17/10 |

| Full Name of Beneficiary (Example Mary Doe Mr. and Mrs. John Doe) | Relationship |
|---|---|
| CARMEN ACEVEDO | Wife |

Are you covered by any other Health Insurance?   Yes ☐   No ☒   Carrier _____

If dependent coverage is provided, do you have eligible dependents?   Yes ☐   No ☒

List below all family members to be covered

| Name (Indicate different last name if applicable) | Birth Date MO DAY YR | Relationship |
|---|---|---|
| SS# | / / | ☐ Husband ☐ Wife |
| SPOUSE'S NAME   LAST (If Different)   FIRST | / / | ☐ Son ☐ Daughter |
| DEPENDENT   LAST (If Different)   FIRST | / / | ☐ Son ☐ Daughter |
| DEPENDENT   LAST (If Different)   FIRST | / / | ☐ Son ☐ Daughter |
| DEPENDENT   LAST (If Different)   FIRST | / / | ☐ Son ☐ Daughter |
| DEPENDENT   LAST (If Different)   FIRST | / / | ☐ Son ☐ Daughter |

I hereby apply for the coverage for which I am or may become eligible under the group policy or policies issued by L.I.F.E. Benefit Plan. I authorize such deductions, if any, from my earnings as may be required as my contribution to the cost of such coverage. I designate the above as my beneficiary under any insurance covered, and certify that the above is true and correct. I have read this or it has been explained to me and I am signing on the reverse side.

# LIFE
## League of International Federated Employees
### 325 73rd STREET · BROOKLYN, N.Y. 11209 · (718) 238-2399

## APPLICATION AND CHECK-OFF AUTHORIZATION BLANK

I, the undersigned, hereby apply for membership in the above Union and I authorize it to represent me for the purpose of collective bargaining, and I authorize and irrevocably direct my Employer to deduct from my wages initiation fees, and dues uniformly required to be paid to it, as a condition of acquiring or maintaining membership, and in compliance with the National Labor Relations Act of 1974. The amount so deducted each month shall be forwarded to the Secretary-Treasurer of said Union.

This authorization may be revoked by me as of any anniversary date hereof, by written notice of such revocation to both my Employer and the Union by certified mail, not less than thirty (30) days nor more than sixty (60) days before any such anniversary date, or on the termination date of the Collective Bargaining Agreement covering my employment, by like notice prior to such termination date, whichever occurs sooner.

Contributions of gifts to L.I.F.E. are not tax deductible as charitable contributions. However, they may be tax deductible as ordinary and necessary business expenses.

Signature: _____  6/17/10

(Please Answer All Questions on this)

ALL REPLIES WILL BE KEPT STRICTLY CONFIDENTIAL   (OVER)

EXHIBIT
Acevedo 2
DATE 3/29/18  RPTR
DALCO REPORTING

DEF006735

| (PLEASE PRINT OR TYPE) Your Last Name | First Name | Middle Name | Sex | Date of Birth Mo. Day Year |
|---|---|---|---|---|
| ACEVEDO | Luis | | ☒ M ☐ F | [redacted] |

| Address | City | State | Zip Code |
|---|---|---|---|
| [redacted] | [redacted] | NY | 11217 |

| S.S.# | Home Telephone # |
|---|---|
| [redacted] | (917) 805-7012 |

| Name of Employer | Date Employed |
|---|---|
| Liberty Ashes Inc | 3/17/10 |

| Full Name of Beneficiary (Example Mary Doe Mr. and Mrs. John Doe) | Relationship |
|---|---|
| Carmen Acevedo | Wife |

Are you covered by any other Health Insurance?  ☐ Yes  ☒ No   Carrier: _____

If dependent coverage is provided, do you have eligible dependents?  ☐ Yes  ☒ No

List below all family members to be covered:

| Name (indicate different last name if applicable) | | | Birth Date MO DAY YR | Relationship |
|---|---|---|---|---|
| | | SS# | / / | ☐ Husband ☐ Wife |
| SPOUSE'S NAME | LAST (If Different) | FIRST | / / | ☐ Son ☐ Daughter |
| DEPENDENT | LAST (If Different) | FIRST | / / | ☐ Son ☐ Daughter |
| DEPENDENT | LAST (If Different) | FIRST | / / | ☐ Son ☐ Daughter |
| DEPENDENT | LAST (If Different) | FIRST | / / | ☐ Son ☐ Daughter |
| DEPENDENT | LAST (If Different) | FIRST | / / | ☐ Son ☐ Daughter |

[Illegible authorization paragraph and signature line]

---

# LIFE
## League of International Federated Employees
### 325 73rd STREET • BROOKLYN, N.Y. 11209 • (718) 238-2399

**APPLICATION AND CHECK-OFF AUTHORIZATION BLANK**

I, the undersigned, hereby apply for membership in the above Union and I authorize it to represent me for the purpose of collective bargaining, and I authorize and irrevocably direct my Employer to deduct from my wages initiation fees and dues uniformly required by said Union as a condition of acquiring or maintaining membership, and in compliance with the National Labor Relations Act of 1974. The amount deducted each month shall be forwarded to the Secretary-Treasurer of said Union.

This authorization may be revoked by me as of any anniversary date hereof, by written notice of such revocation signed by me and given to my Employer and the Union by certified mail, not less than thirty (30) days nor more than sixty (60) days before any such anniversary date, or on the termination date of the Collective Bargaining Agreement covering my employment, by like notice prior to such termination date, whichever occurs sooner.

Contributions or gifts to L.I.F.E. are not tax deductible as charitable contributions. However, they may be tax deductible as ordinary and necessary business expenses.

Signature: [signature]                                       Date: 6/17/10

(Please Answer All Questions in Ink)

ALL REPLIES WILL BE KEPT STRICTLY CONFIDENTIAL                (OVER)

EXHIBIT 3
Acevedo
DATE 3/29/18  RPTR GT
DALCO REPORTING

DEF006735



LBP → 6/15
LG

# LIFE
### League of International Federated Employees
325-73rd STREET · BROOKLYN N.Y. 11209 · (718) 238-2399

JUN 1 9 2015

stuff as per Francesco

**APPLICATION AND CHECK OFF AUTHORIZATION BLANK**

I, the undersigned, hereby apply for membership in the above Union and I authorize it to represent me for the purpose of collective bargaining, and I authorize and empower my Employer to deduct from my wages initiation fees and dues uniformly required by said Union as a condition of acquiring or maintaining membership, and in compliance with the National Labor Relations Act of 1974. The amount deducted each month shall be forwarded to the Secretary-Treasurer of the Union.

This authorization may be revoked by me as of any anniversary date hereof, by written notice of such revocation signed by me and given to my Employer and the Union by certified mail, not less than thirty (30) days nor more than sixty (60) days before any such anniversary date, or on the termination date of the Collective Bargaining Agreement covering my employment, by like notice prior to such termination date, whichever occurs sooner.

"Contributions or gifts to L.I.F.E. are not tax deductible as charitable contributions. However, they may be tax deductible as ordinary and necessary business expenses."

Signature: _Quamaine Powell_   Date 6-19-2011

(Please Answer All Questions In Ink)

ALL REPLIES WILL BE KEPT STRICTLY CONFIDENTIAL   (OVER)

---

(PLEASE PRINT OR TYPE)  #0506  #0502

| Your Last Name | First Name | Middle Name | Sex | Date of Birth |
|---|---|---|---|---|
| Powell | Quamaine | Jr | ☒ M ☐ F | [redacted] |

State: NY    Zip Code: 11570

Name of Employer: Liberty Ashes Inc.

Full Name of Beneficiary:

Are you covered by any other Health Insurance? ☐ Yes  ☒ No

If dependent coverage is provided, do you have eligible dependents? ☒ Yes  ☐ No

List below all family members to be covered:

ENTERED
JUN 1 9 2015

| Name | SS# | Birth Date MO DAY YR | Relationship |
|---|---|---|---|
| SPOUSE'S NAME LAST (If Different) FIRST | / / | | ☐ Husband ☐ Wife |
| DEPENDENT LAST (If Different) Powell II FIRST Quamaine | | 6/25/15 | ☒ Son ☐ Daughter |
| DEPENDENT LAST (If Different) FIRST | / / | | ☐ Son ☐ Daughter |
| DEPENDENT LAST (If Different) FIRST | / / | | ☐ Son ☐ Daughter |
| DEPENDENT LAST (If Different) FIRST | / / | | ☐ Son ☐ Daughter |

I hereby apply for that coverage for which I am or may become eligible under the group policy or policies issued by L.I.F.E. Benefit Plan. I authorize such deductions, if any, from my earnings as may be required as my contribution to the cost of such coverage. I designate the above as my beneficiary under any life insurance issued and certify that the above is my correct date of birth. I have read this or it has been explained to me and I am signing on the reverse side.