1

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
CARL ORLANDO, JR., on behalf of himself and other
similarly situated,

                    Plaintiffs,

      -against-                    Index No.
                                   15-CV-9434

LIBERTY ASHES, INC., FRANCESCO BELLINO, MICHAEL
BELLINO, JR., STEPHEN BELLINO, and MICHAEL BELLINO,

                    Defendants.
---------------------------------X
                    March 28, 2018
                    12:57 p.m.
```

DEPOSITION of RAMDEO PERSAD, a Plaintiff herein, taken pursuant to Notice, and held at the offices of Trivella & Forte, LLP, 1311 Mamaroneck Avenue, Suite 170, White Plains, New York, before Gardith Torchon, a Court Reporter and Notary Public of the State of New York.



800.DAL.8779
dalcoreporting.com
DALCO

```
 1   RAMDEO PERSAD,
 2   having been first duly sworn by the Notary Public (Gardith
 3   Torchon), and stating his address as 130-24
 4   Lefferts Boulevard, Queens, New York 10420, was
 5   examined and testified as follows:
 6
 7   EXAMINATION
 8   BY MR. SMITH:
 9        Q.   Good morning, Mr. Persad.
10        A.   Good morning, sir.
11        Q.   Good afternoon, I guess it is now.
12             My name is Christopher Smith.  I'm with
13   the firm of Trivella & Forte.  We're the attorneys
14   for the defendants Liberty Ashes, Incorporated,
15   Francesco Bellino, Michael Bellino, Junior, Stephen
16   Bellino, and Michael Bellino in the case Carl
17   Orlando, Junior and others, including yourself,
18   Southern District of New York, 159434.
19             I'm going to be asking you a series of
20   questions today.  If at any time you don't
21   understand the question that I ask, would you agree
22   to bring that to my immediate attention?
23        A.   Yes.
24        Q.   Thank you very much.
```



```
 1        A.    I worked for them.
 2        Q.    Okay.  How long did you work for them?  Do
 3   you remember your date of hire?
 4        A.    Not really.
 5        Q.    Okay.  Do you remember -- do you still
 6   work for Liberty Ashes, Incorporated?
 7        A.    No.
 8        Q.    Okay.  Do you remember the date that you
 9   left Liberty Ashes's employment?
10        A.    No.
11        Q.    Okay.  What was your job responsibilities
12   while working at Liberty?
13        A.    As a helper.
14        Q.    Okay.  Can you briefly describe what that
15   entailed?
16        A.    Most of the time, you have to back up the
17   truck, picking up garbage, and throwing it in the
18   truck.
19        Q.    Okay.  And just for the purposes of the
20   record, when you're talking about a truck, what type
21   of truck is it?
22        A.    Commercial.  Commercial vehicle.
23        Q.    It's a commercial vehicle.
24              Is it a packer truck?
```



```
 1        A.   Packer, yes.
 2        Q.   Okay.  Okay.
 3             And where did you perform your work
 4   activities for Liberty?
 5        A.   Mostly in Brooklyn.
 6        Q.   Okay.  Do you remember how many years you
 7   worked for Liberty?
 8        A.   10 to 15 years.
 9        Q.   10 to 15 years.  Okay.
10             And when you worked at Liberty, were you a
11   member of a union?
12        A.   Yes.
13        Q.   Okay.  And do you remember the name of
14   that union?
15        A.   LIFE.
16        Q.   Okay.  And when you refer to LIFE, are you
17   referring to the League of International Federated
18   Employees?
19        A.   Yes.
20        Q.   Okay.  And did you -- were you a member of
21   LIFE throughout your entire employment at Liberty?
22        A.   Yes.
23        Q.   Okay.
24             MR. SMITH:  And can we mark this as -- I
```



```
 1        guess we'll mark it as Persad Number 1.
 2
 3             (Persad Exhibit 1,
 4             PERSAD CONTRACT, was marked for
 5             identification.)
 6
 7             MR. SMITH:  Just for the record:  We've
 8        marked as Persad Exhibit 1 a one-page document
 9        that has a previous Bates stamp LIFE026.
10        Q.   Just going to show you to that -- show you
11   that now.
12        A.   Yes.
13        Q.   Have you ever seen that document before?
14        A.   Yes.
15        Q.   There's some handwriting on that document.
16             Do you see the handwriting?
17        A.   My name.
18        Q.   Okay.  Is that your signature?
19        A.   Yes.
20        Q.   And do you -- do you recall when you
21   signed that document?
22        A.   No.
23        Q.   Okay.  Is that a true and accurate copy of
24   the document that you signed?
```



```
 1  referring to LIFE?
 2       A.   LIFE, yes.
 3       Q.   Okay.  Were you ever a member while you
 4  worked at Liberty Ashes of any other union besides
 5  LIFE?
 6       A.   No.
 7       Q.   Okay.  And were you a member of LIFE
 8  continuously throughout your employment at Liberty
 9  Ashes?
10       A.   Yes.
11       Q.   Okay.  Did you read that document that's
12  been marked as Persad 1 before you signed it?
13       A.   Not really.
14       Q.   Okay.
15       A.   I can't remember at that time.
16       Q.   You don't remember whether you did or not?
17       A.   Yeah.
18       Q.   Okay.  Do you remember who gave that
19  document to you to sign?
20       A.   I believe it's Francesco.
21       Q.   And when you're saying Francesco --
22       A.   Bellino.
23       Q.   -- Francesco Bellino?
24       A.   Yeah.
```



```
 1   Liberty Ashes?
 2        A.   No.
 3        Q.   No.  Okay.
 4             Do you remember -- with respect to the one
 5   communication that you said you had with the LIFE
 6   representative, was that a written communication;
 7   was it an oral communication or something else?
 8        A.   It's a verbal communication.
 9        Q.   Verbal.  Okay.
10             Do you remember where it occurred?
11        A.   It was outside on the street.
12        Q.   Okay.  And do you remember what you said
13   to that person and what they said to you, if
14   anything?
15        A.   They were -- they were just asking us --
16   because I say it is -- was a union voting to vote
17   them back into the company, and they were just
18   telling us to vote for them.  They're going to help
19   you and, you know, take care of you and whatever
20   other stuff.
21        Q.   And did you, in fact, vote for LIFE?
22        A.   We did, yeah.
23        Q.   Okay.  And that included you?
24        A.   Yeah.
```



```
 1        Q.   Who else besides you voted for life, if
 2   you remember?
 3        A.   I don't remember names, but I know a lot
 4   of my friends.
 5        Q.   Okay.  How about do you know if Luis
 6   Acevedo voted for the union?
 7        A.   I can't say that.
 8        Q.   Okay.  Do you know if he was a member of
 9   LIFE?
10        A.   No.
11        Q.   Okay.  How about do you know Carl Orlando?
12        A.   No.
13        Q.   You don't know him.  Okay.  All right.
14             Did you say anything else to that one
15   LIFE -- LIFE representative besides what you just
16   told me?
17        A.   Not at that point, no.
18        Q.   Okay.  And your testimony is you never had
19   any other communication with any LIFE representative
20   after that?
21        A.   No.
22        Q.   Okay.  Did you ever communicate in writing
23   to LIFE?
24        A.   No.
```



```
 1      Q.   Okay.  Did you ever send a writing to LIFE
 2   revoking their right to negotiate on your behalf
 3   with the union?
 4      A.   No.
 5      Q.   Okay.  When you said you were voting for
 6   the union, at the time that you --
 7           You voted affirmatively to bring the union
 8   in, isn't that correct?
 9      A.   Yes.
10      Q.   Okay.  And at that time, what did you
11   understand LIFE would be doing for you if they came
12   in as the union?
13      A.   They were just, you know, letting us know
14   that they're going to make it better with the
15   medical and, you know, that's basically it.  Medical
16   and whatever otherwise it does.
17      Q.   Okay.  Are you familiar with the term
18   collective bargaining agreement?
19      A.   Yes.
20      Q.   Okay.  And what's your understanding of
21   what that is?
22      A.   Working together, I would say.
23      Q.   Okay.  And did -- did LIFE negotiate a
24   collective bargaining agreement on behalf of the
```



```
 1    employees of Liberty Ashes, if you know?
 2         A.    I have no idea.
 3         Q.    You don't know.  Okay.
 4               When you voted for LIFE, was it your
 5    understanding that if LIFE came in, that they would
 6    be negotiating with the employer on your behalf?
 7         A.    Yes.
 8         Q.    Okay.  And they would be negotiating the
 9    terms and conditions of your employment?
10         A.    Yeah.
11         Q.    All of the terms and conditions of your
12    employment?
13         A.    I can't say that part, no.
14         Q.    Okay.  Did you ever tell them that they
15    were not authorized to negotiate anything on your
16    behalf, LIFE?
17         A.    Honestly, after that, I never saw them
18    back; so I can't say anything.
19         Q.    Okay.  And did you ever send any LIFE
20    representative a writing to revoke their right to
21    negotiate on your behalf with Liberty Ashes?
22               MR. DUSENBERY:  Objection.  Asked and
23         answered.
24               MR. SMITH:  Okay.
```

