# Exhibit 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARL ORLANDO, JR., on behalf of himself )
and others similarly situated,          )
                Plaintiffs,              )
                                         ) INDEX NO.
   - against -                           ) 15-cv-9434
                                         )
LIBERTY ASHES, INC., FRANCESCO BELLINO,  )
MICHAEL BELLINO, JR., STEPHEN BELLINO,   )
and MICHAEL BELLINO,                     )
                Defendants.              )
_____)

                           32 Broadway
                           New York, New York

                           April 12, 2016
                           10:33 a.m.

    Deposition of the Defendant STEPHEN
BELLINO, held at the offices of JOSEPH &
KIRSCHENBAUM LLP, pursuant to Notice, before
LINDA DEVECKA, a Notary Public of the State of
New York.

1              S. Bellino
2      A.    I believe what it means is that they would
3  do both that work, cardboard and then they would do
4  garbage.
5      Q.    They would collect them separately, right?
6      A.    Yes.
7      Q.    Above that it says "Route 4" with no
8  explanation.
9            What would be collected from that;
10 everything that isn't cardboard?
11     A.    I'm not sure I understand your question.
12     Q.    The second row says "Route 4 11, Lenny and
13 Luis."
14     A.    Yes.
15     Q.    Does this Route 4 not collect cardboard?
16           MR. SMITH:  Objection.
17     A.    I believe so.
18     Q.    When the name "Lenny" is written on these
19 types of documents, is that referring to Leonard
20 Menna?
21     A.    I believe so.
22     Q.    When "Luis" is written on these types of
23 documents, is that referring to Luis Acevedo?
24     A.    I believe so.
25     Q.    If you turn two pages to 2694, do you see

1             S. Bellino
2    the name "Harripaul" after Route 6?
3        A.    Yes.
4        Q.    When the name "Harripaul" is written, does
5    that refer to Ramdeo Persad?
6        A.    I believe so.
7        Q.    When the name "Quamaine" is written on
8    these types of documents, is that referring to
9    Quamaine Powell?
10       A.    I believe so.
11       Q.    When the name "Carl" is written on these,
12   does that refer to Carl Orlando, Jr.?
13       A.    I believe so.
14       Q.    Can we determine the dates of employment
15   for those individuals based on when their names
16   appear on the assignment sheets?
17             MR. SMITH:  Objection.
18       A.    I'm not sure I understood the question or
19   heard the question.
20       Q.    I will ask it again.
21             I asked you when certain individuals
22   worked for Liberty, and you didn't recall.  Can we
23   figure out when they worked for Liberty by seeing
24   when their names appear on these types of documents?
25             MR. SMITH:  Objection.

1 S. Bellino
2 A. Probably.
3 Q. It would be close, if not perfect, right?
4 MR. SMITH: Objection.
5 A. Probably.
6 MS. SCHULMAN: Next one, please.
7 (Plaintiffs' Exhibit 16, document Bates
8 stamped DEF001383 through DEF001392, marked for
9 identification, as of this date.)
10 Q. I am showing you what has been marked as
11 Exhibit 16. This is Bates stamped DEF 1383 to 1392.
12 Do you recognize this document?
13 (Witness reviewed document.)
14 A. I do.
15 Q. What is it?
16 A. Route sheet.
17 Q. What is a route sheet?
18 A. It's a list of customers that a driver
19 will service, I guess, that night when he receives
20 his route sheet.
21 Q. So a driver is given this to take with him
22 as he drives his route?
23 A. Correct.
24 Q. At the top it says "Route Thur R001."
25 Does that mean this is the route sheet for