**Exhibit 2**

# Daily Truck Assignments
## Tuesday July 1st, 2014

*Route 1*   87   Juice & Robert

*Route 3*   86   Wildeck & Clarence

*Route 4*   11   Lenny & Luis

*Route 5*   07   Jesse & Marvin

*Route 6*   86   Jermaine & Ralph

*Route 14*  06   Tishawn & Mickey

*Route 14CB*   09 Deryck M. & Curtis Jr

*Route 16/16CB*   12  Curtis & Shorty

*Route 17CB*   10  Silvestre & Sheldon

*SPARE TRUCKS*                               *SPARE TRUCKS*
08/02/00 SPARES
Deryck D Out,

# Daily Truck Assignments
## Wednesday August 13th, 2014

**Route 1**     10  Juice & Paco

**Route 4**     11  Lenny & Luis

**Route 4/5 CB**  12  Curtis & Shorty

**Route 5GB/6CB**  07  Jesse & Marvin

**Route 6**     86  Jermaine & Ralph

**Route 8**     87  Curtis Jr & Sheldon

**Route 14**    06  Tishawn & Robert

**Route 14CB**  09  Deryck M & Abdul

**SPARE TRUCKS**                    **SPARE TRUCKS**
00/02 SPARE
Deryck D Out,

# Daily Truck Assignments
## Tuesday May 6th, 2014

*Route 1*      08   Jermaine & Robert

*Route 3*      87   Wildeck & Clarence

*Route 4*      11   (D11) Rubin & Luis

*Route 5*      07 (D07) Jesse & Kevin

*Route 6*      86   Harripaul & Ralph

*Route 14*     06   Tishawn & Mickey

*Route 14CB*   09   Curtis Jr & Deryck M

*Route 16/16CB*   12   Curtis & Shorty

*Route 17CB*   87   Selvester & JUICE

## SPARE TRUCKS                SPARE TRUCKS
10Down  00/02 SPARE   Deryck D Out
Lenny Vaca

Confidential

DEF003392

# Daily Truck Assignments
# Friday May 9th, 2014

*Route 1*     87 Jermaine & Robert

*Route 4*     11  (D11)Rubin & Luis

*Route 4CB/5CB*     12 Curtis & PJ

*Route 6CB/5GB*     07 (D07)Jesse & Kevin

*Route 6*     86   Harripaul & Ralph

*Route 8*     00/08  Sylvester & Juice

*Route 14*     06   Tishawn & Mickey

*Route 14CB*   09 Curtis Jr & Deryck M

**SPARE TRUCKS**                              **SPARE TRUCKS**
10DOWN     00/02
**Deryck D Out, Lenny Vaca, Shorty Out**

Confidential
DEF003395

# Daily Truck Assignments
## Wednesday October 1st, 2014

*Route 1*  09  Deryck & Robert

*Route 4*  11  Juice & Luis

*Route 4/5 CB*  06  Quamine & Shorty

*Route 5GB/6CB*  12  Jesse & PJ  **Get Weights**

*Route 6*  86  Jermaine & Ralph  **Get Weights**

*Route 8*  87  Curtis Jr & Sheldon

*Route 14*  07  Tishawn & Paco  **Get Weights**

*Route 14CB*  08  Deryck M & Abdul

*SPARE TRUCKS*                *SPARE TRUCKS*
**00/02 SPARE** Curtis Sr. Out

Confidential                                    DEF003442

# Daily Truck Assignments
## Monday June 1st, 2015

| | | |
|---|---|---|
| *Route 1* | 13 | Dereck & Brian |
| *Route 4* | 11 | Jesse & Luis |
| *Route 4/5CB* | 12 | Curtis & Marvin |
| *Route 5GB/6CB* | 09 | Juice & Paco |
| *Route 6* | 86 | Jermaine & Ralph |
| *Route 8* | 87 | Quamaine & Deryck M |
| *Downtown* | 06 | Tishawn & Sheldon |
| *Midtown* | 10 | Will & Eric |
| *Uptown* | 14 | Jose & Worked Alone |

*SPARE TRUCKS*          *PEOPLE OUT*

02 SPARE  07, 08 DOWN   Shorty Out,
Pay Luis B-Day

## Daily Truck Assignments
## Tuesday June 2nd, 2015

| Route | Truck | Crew |
|---|---|---|
| *Route 1* | 13 | Deryck & Brian |
| *Route 3* | 08 | Wildeck & Clarence |
| *Route 4* | 11 | Jesse & Luis |
| *Route 5* | 09 | Juice & Paco |
| *Uptown* | 14 | Jose & Quran |
| *Midtown* | 10 | Will & Eric |
| *Downtown* | 06 | Tishawn & Sheldon |
| *Route 14 CB* | 87 | Quamaine & Deryck |
| *Route 16 CB* | 86 | Jermaine & Ralph |
| *Route 17 CB* | 12 | Curtis Sr. & Marvin |

*SPARE TRUCKS*        *SPARE TRUCKS*
02  07 DOWN  Shorty Out, Jeremy Out
Jermaine 2 hr ot, Ralph 2 hr out

Confidential
DEF003499

# Daily Truck Assignments
## Tuesday January 20th, 2015

*Route 1*      02/86   Deryck & Brian

*Route 3*      86   Wildeck & Clarence

*Route 4*      11   Lenny & Luis

*Route 5*      08   Juice & Chris

*Route 14*     06   Tishawn & Sheldon

*Route 14 CB*  10   Jesse & Quamine

*Route 15 A*   87   Deryck M & Tyrone

*Route 15 B*   09   Will & Paco

*Route 16 CB*  07   Jermaine & Ralph

*Route 17 CB*  12   Curtis Sr & Shorty


**SPARE TRUCKS**                    **SPARE TRUCKS**
00 SPARE   Jeremy Out   CYNTHIA 6:15-7

Confidential
DEF003597

# Daily Truck Assignments
# Wednesday December 16th, 2015

| | | |
|---|---|---|
| *Route 1* | 08 | Dereck & Brian |
| *Route 4* | 14 | Jesse & Marvin |
| *Route 4/5 CB* | 12 | Curtis Sr. & Shorty |
| *Route 5GB/6CB* | 10 | Juice & Paco |
| *Route 6* | 11/06 | Jermaine & Ralph |
| *Route 8* | 09 | (d09)Deryck M & Rhoan |
| *Downtown* | 15 | Tishawn & Sheldon |
| *Midtown* | 87 | Will & Eric |
| *Uptown* | 16 | Jose & KB |

**SPARE TRUCKS**      **SPARE TRUCKS**

06/07/86 Spares  13 Down  Jemel Out, Jeremy Bday & Please pay me any sick days or vacation days I have left for 2015.

Confidential

DEF003696

# Daily Truck Assignments
## Wednesday December 23rd, 2015

| | | |
|---|---|---|
| *Route 1* | 13 | Dereck & Brian & Nick |
| *Route 4* | 14 | Jesse & Marvin |
| *Route 4/5 CB* | 06 | Curtis Sr. & Shorty |
| *Route 5GB/6CB* | 10 | Juice & Paco |
| *Route 6* | 11/08 | Jermaine & Ralph |
| *Route 8* | 09 | (d09) Deryck M & Nas |
| *Downtown* | 15 | Tishawn & Sheldon |
| *Midtown* | 87 | Will & Eric |
| *Uptown* | 16 | Jose & Wesley |

## SPARE TRUCKS           SPARE TRUCKS
07/08/86 Spares 12 Down  Mike Jr Vac, Rhoan Out

Confidential
DEF003698

# Daily Truck Assignments
## Wednesday December 30th, 2015

| Route | Truck | Crew |
|---|---|---|
| **Route 1** | 86 | Nick & Brian |
| **Route 4** | 14 | Juice & Marvin |
| **Route 4/5 CB** | 12 | Curtis Sr. & Shorty |
| **Route 5GB/6CB** | 10 | KB & Paco |
| **Route 6** | 06/07 | Jermaine & Ralph |
| **Route 8** | 09 | Deryck M & Gordon |
| **Downtown** | 15 | Tishawn & Shaun |
| **Midtown** | 87 | Nas & Eric |
| **Uptown** | 16 | Jose & Wesly |

**SPARE TRUCKS            SPARE TRUCKS**

08/07 Spares  11/13 Down
Deryck D Vac, Jesse Vac, Will Vac, Sheldon Vac
Vito left after 7 hours didn't dump a packer he was scheduled for.

Confidential
DEF003699

# Daily Truck Assignments
## Friday April 10th, 2015

| | | |
|---|---|---|
| *Route 1* | 13 | Deryck & Brian |
| *Route 4* | 11 | Lenny & Marvin |
| *Route 4CB/5CB* | 12/11/13 | Quamine & Shorty |
| *Route 5GB/6CB* | 09/87/86 | Juice & Paco |
| *Route 6* | 07 | Jermaine & Ralph |
| *Route 8* | 14 | Jesse & Deryck M |
| *Uptown* | 08 | Jose & Maurice |
| *Midtown* | 10 | Will & Eric |
| *Downtown* | 06 | Tishawn & Sheldon |

*SPARE TRUCKS*                               *PEOPLE OUT*

02, 86, 87 Luis Out, Curtis Sr. Out    Juice & Paco 6 hours OT each (worked 5pm-9am) Quamine & Shorty 5 hours OT each. Deryck M Helper

# Daily Truck Assignments
## Thursday November 5th, 2015

Route 1        09   Deryck & Brian

Route 3        08   Wildeck & Clarence

Route 4        14   Jesse & David

Route 5        10   Juice & Paco

Route 6        86   Jermaine & Ralph

Uptown         16   Jose & Quran

Midtown        87   Will & Eric

Downtown       15   Rhoan & Wesley

Route 14A CB   08   Tishawn & Sheldon

Route 14 CB    07   (d15)Deryck M & Gordon

Route 17 CB    06   Curtis Sr. & Shorty

SPARE TRUCKS                SPARE TRUCKS
12/13/11 Down   Cynthia Wed-9-7:45/Thurs 7:30-4:30    Chesko Vacay

Confidential

DEF003812

# Daily Truck Assignments
## Tuesday May 19th, 2015

| | | |
|---|---|---|
| *Route 1* | 13 | Deryck & Marvin |
| *Route 3* | 09 | Wildeck & Clarence |
| *Route 4* | 11 | Lenny & Luis |
| *Route 5* | 09 | Juice & Paco |
| *Uptown* | 14 | Jesse & Chris |
| *Midtown* | 10 | Will & David |
| *Downtown* | 06 | Tishawn & Sheldon |
| *Route 14 CB* | 87 | Jose & Deryck M |
| *Route 14a CB* | 86 | Quamaine |
| *Route 16 CB* | 08 | Jermaine & Ralph |
| *Route 17 CB* | 12 | Curtis Sr. & James |

*SPARE TRUCKS*         *SPARE TRUCKS*
02  07 DOWN  Brian Out, Eric Out, Shorty Out

# Daily Truck Assignments
## Monday November 30, 2015

| Route | Truck | Crew |
|---|---|---|
| *Route 1* | 09/13 | Deryck & Brian |
| *Route 4* | 14 | Jesse & Marvin |
| *Route 4/5CB* | 12 | Curtis Sr & Shorty |
| *Route 5GB/6CB* | 10 | Juice & Paco |
| *Route 6* | 86 | Jermaine & Tyrone |
| *Route 8* | 06/16/09/08(d09) | Deryck M & Rhoan |
| *Downtown* | 15 | Tishawn & Sheldon |
| *Midtown* | 87 | Will & Eric |
| *Uptown* | 16 | Jose & Wesley |

**SPARE TRUCKS**           **PEOPLE OUT**
06/07/08 Spares   11 Down
Curtis jr vacation, Rocky vacation, Ralph Out
Cynthia 8:30-6:30

Confidential                                                    DEF003847