# Exhibit 4

# STARR, GERN, DAVISON & RUBIN

A PROFESSIONAL CORPORATION

## COUNSELLORS AT LAW

105 EISENHOWER PARKWAY
SUITE 401
ROSELAND, NEW JERSEY 07068-1640
TEL (973) 403-9200
FAX (973) 226-0031
WWW.STARRGERN.COM

EDWIN S. RUBIN (1929-2017)
RONALD L. DAVISON
AMOS GERN\*†
IRA M. STARR\*
JONATHAN J. LERNER\*^
NICHOLAS STEVENS^ᵛ
STEPHEN R. URBINATO▫

JOHN T. BROST\*
ALONA MAGIDOVA\*^
HENRY J. CISTRELLI
L. JUSTINE JURICK\*<
DAVID WENDEL
STEWART J. MILLER
ANA RITA FERREIRA

**COUNSEL TO THE FIRM**
LARRY M. COLE

OF COUNSEL
BRUCE M. PITMAN\*^
CHARLES F. VUOTTO, JR.^◊
DONALD S. GOLDMAN^
LISA BESSON GERAGHTY\*
LYNN B. NORCIA^
BENJAMIN J. MENASHA
CATHYANNE A. PISCIOTTA\*

\*  MEMBER NJ & NY BAR
°  MEMBER NJ & DC BAR
▫  MEMBER NJ & PA BAR
<  MEMBER NJ & TX BAR
ᵛ  MEMBER OF THE NATIONAL
   ACADEMY OF DISTINGUISHED
   NEUTRALS
†  CERTIFIED BY THE
   SUPREME COURT OF
   NEW JERSEY AS A
   CIVIL TRIAL ATTORNEY
◊  CERTIFIED BY THE SUPREME
   COURT OF NEW JERSEY AS A
   MATRIMONIAL LAW ATTORNEY
^  N.J.Ct.R. 1:40
   QUALIFIED MEDIATOR
•  L.L.M. IN TAXATION

lcole@starrgern.com

February 22, 2018

VIA EMAIL
Denise A. Schulman, Esq.
Joseph & Kirschenbaum, LLP
32 Broadway, Suite 601
New York, N.Y. 10004

Re:   Orlando, et al v. Liberty Ashes, et al
      Civil Action No.: 15-CV-9434
      Subpoena to Produce Documents – Local 890 League of International
      Federated Employees

Dear Ms. Shulman:

In response to your Subpoena served on Local 890 League of International Federated Employees, attached please find the following documents:

1. See attached Constitution of League of International Federated Employees Local 890 attached as Exhibit 1;
2. See attached Employee File Inquiry and Authorization Cards attached as Exhibit 2;
3. See attached Reporting Form attached as Exhibit 3;
4. See attached Employee File Inquiry and Authorization Cards attached as Exhibit 2;
5. See attached letter from Denise A. Schulman to League of International Federated Employees dated November 14, 2017 attached as Exhibit 4;
6. See attached letter from Denise A. Schulman to League of International Federated Employees dated November 14, 2017 attached as Exhibit 4;
7. See attached Collective Bargaining Agreement attached as Exhibit 5;
8. See attached letter from Denise A. Schulman to League of International Federated Employees dated November 14, 2017 attached as Exhibit 4;
9. See attached Memorandum of Agreement attached as Exhibit 6;

10. Do not have; and
11. Do not have.

Very truly yours,

STARR, GERN, DAVISON & RUBIN, P.C.

By Larry Cole

Larry M. Cole

LMC:kp
Enc.
cc:    Local 890 LIFE