# Exhibit 5

# CONSTITUTION
## Of
## *LEAGUE OF INTERNATIONAL FEDERATED EMPLOYEES Local 890*

### PREAMBLE

We, the workers engaged in the various trades and industries, in order to preserve and maintain our integrity as individuals, union members, and employees, to make a more effective union, to improve our conditions, to protect and serve our interests and welfare, and to establish and administer collective bargaining with employers, do enact this constitution.

### ARTICLE I – Name

The name of this Union shall be the League of International Federated Employees, Local 890 LIFE herein referred to as the Union.

### ARTICLE II – Jurisdiction

The jurisdiction of the Union shall extend to and include workers employed in any trades and industries as the Executive Board may, from time to time, designate.

### ARTICLE III – Purpose

The objects of the Union shall be as follows:

A. To Unite within the Union all workers employed in the trades and industries under its jurisdiction;
B. To improve the wages and hours of work, to increase the job security, and to better the working and living conditions of its members;
C. To establish and maintain collective bargaining throughout the trades and industries within its jurisdiction;
D. To promote the health, security, economic, cultural, legislative, social, political, and recreational interests of workers and others;
E. To defend and extend democratic institutions and procedures and the civil rights and liberties of its members and other with whom it bears essential relationships;
F. To give assistance and encouragement to organizations in organizing workers and to engage in other such activities as may be necessary or proper to strengthen the labor movement and to extend in the process of collective bargaining throughout all trades and industries;
G. To organize corporate or other instrumentalities; to affiliate with or lend assistance to associations of labor organizations and political organizations; to aid charitable organizations and institutions; and to use all other appropriate means for the accomplishment of the foregoing objects.

1


PLAINTIFF'S EXHIBIT 8
6/27/18

LIFE004

## ARTICLE IV – Headquarters

The Headquarters of the Union shall be located in the City of Brooklyn, State of New York,, or in such other city as may be designated by the Executive Board.

## ARTICLE V – Government

The structure of authority of the Union shall be as follows, and in the order listed:
A. The membership;
B. The Executive Board;

## ARTICLE VI – Executive Board

A. There shall be an Executive Board composed of the President, Secretary-Treasurer, Vice-President and three trustees.
B. The Executive Board shall have general supervision over the affairs and properties of the Union. The Board shall have all powers necessary or appropriate to effectuate the powers granted to it by this constitution.

   1. The Executive Board shall have the power to authorize the expenditure of the funds or the use of the property of the Union for the effectuation of any of the objects of the Union. The board is authorized to borrow money and pledge property or securities of the Union as security thereof, to make guarantees, to buy, sell, exchange, rent, lease or otherwise acquire or dispose of real or personal property. The Executive Board may also invest the funds or properties of the Union.
   2. A majority of the members of the Executive Board shall constitute a quorum for the transaction of business at any meeting and all decisions of the board shall be by concurring vote of a majority of all its members. The Executive Board may take action, without meeting, by the written approval of a majority of its members, after notice to all its members of the question to be decided.
   3. The Executive Board may elect or authorize the President to appoint among its members such committees, and delegate to them such functions and powers, as it deems desirable.
   4. The Executive Board shall present a report of its activities to each membership meeting for approval.

## ARTICLE VII – Officers

A. The officers of the Union shall be a President, a Vice-President, and a Secretary-Treasurer.
B. No member shall be eligible for nomination or election as an officer unless, for not less than one year immediately preceding the date of the nomination of that member, he or she has been a member of the Union in good standing and

LIFE005

employed by it, by one of its locals, by an organization with which it is affiliated, or in a trade or industry within its jurisdiction; provided that the Executive Board may suspend these requirements in the case of any candidate who was a member of another labor organization that has affiliated itself with and become a part of the Union within such one year period.

C. Every three years, the membership shall nominate candidates for the offices of President, Vice President, Secretary-Treasurer and three Trustees. No nominee shall become a candidate for election unless his or her nomination is seconded by not less than two members at the membership meeting. The officers shall be elected from among the candidates by plurality vote in a referendum election, notice of which shall be given within fifteen (15) days after the adjournment of the membership nomination meeting.

D. Officers shall hold office until their successors are elected and assume office.

E. A vacancy in the office of Vice-President or Secretary-Treasurer may be filled by a qualified person elected by the Executive Board, who shall hold office until his or her successor is elected and assumes office. A vacancy in the office of President shall be filled by the Vice President who shall hold office until his or her successor is elected and assumes office.

F. The Secretary-Treasurer shall be the principal executive officer of the Union.

G. The President shall have the following powers and duties:

   (1) The President shall preside at membership meetings and at meetings of the Executive Board, shall convene meetings of the Executive Board at least four times a year and at any time on the request of not less than three members of the Executive Board.

   (2) The President may call and attend meetings of the Union's Boards and Committees.

   (3) The President may employ and discharge such representatives (subject, in the case of members of the executive board who are employed as representatives, to the approval of the Board), organizers, administrative, technical and other employees as may be required and fix the salaries of all persons employed by him or her.

   (4) The President shall appoint all committees not otherwise provided by this Constitution.

   (5) The President shall have such further powers, in addition to those herein enumerated, as are usual to the office, and may delegate any of his or her powers and duties under this constitution, subject to disapproval by the Executive Board.

   (6) The President shall make a report of his or her activities to each membership meeting and to each meeting of the Executive board for approval.

   (7) The President shall receive an annual salary as may be set by the Executive Board from time to time and ratified by the membership.

H. The Vice-President shall have the following powers and duties:

   (1) The Vice President shall be a member of the Executive Board.

3

    (2)    The Vice President shall, when called upon by the President, perform such duties as may be assigned and act for the President in the President's absence.

    (3)    The Vice President shall fill a vacancy in the office of President for the unexpired term.

    (4)    The Vice President shall have such further powers, in addition to those herein enumerated, as are usual to the office, and may delegate any of his or her powers and duties under this constitution, subject to disapproval by the Executive Board.

    (5)    The vice President shall make a report of his or her activities to each membership meeting and to each meeting of the Executive Board for approval.

    (6)    The Vice President shall receive an annual salary as may be set by the Executive Board from time to time and ratified by the membership.

I.    The Secretary/Treasurer shall have the following powers and duties:

    (1)    The Secretary/Treasurer shall exercise executive supervision, not inconsistent with any express provision of this Constitution, over the business and affairs of this Union and all subordinate bodies thereof; have the power to issue and promulgate orders and directives within the sphere of his constitutional power; sign all charges with the President; decide all points of law, in the first instance, concerning the construction or interpretation of this Constitution and/or of the constitution or By-Laws of any subordinate body, subject to appeal to the Executive Board; preside at meetings of the Executive Board; have the power to appoint all committees and have the right and obligation to perform such other duties or functions as this Constitution may expressly or impliedly require.

    (2)    The Secretary/Treasurer may employ and discharge such representatives (subject, in the case of members of the Executive Board who are employed as representatives, to the approval of the Board), organizers, administrative, technical and other employees as may be required and fix the salaries of all persons employed by him or her.

    (3)    The Secretary/Treasurer shall have the power to examine the Constitution, By-Laws, rules and regulations, customs or practices heretofore or hereafter adopted or pursued by any and all subordinate bodies and approve the same if he finds that they are not in conflict with this Constitution and all pertinent law or statures and are designed to accomplish the objects or to promote the welfare of this Union, of that subordinate body, its members or constituents. Such approval by the Secretary/Treasurer may be revoked, in whole or in part, from time to time, if such enactments, customs or practices subsequently conflict with the guide herein established. Said Secretary/Treasurer shall revoke or disapprove, in whole or in part, any such enactment, custom or practice which conflicts with the aforesaid guide. No proposed Constitution, By Laws, rules and regulations of any subordinate body shall hereafter become effective until the Secretary/Treasurer's approval is first obtained

LIFE007

in writing. The Secretary/Treasurer's decision on any matter in this subsection contained, which he may make prospective or retroactive by this order, may be appealed by anyone thereby aggrieved to the Executive Board.

(4) The Secretary-Treasurer shall assume all the constitutional rights, powers, privileges, and prerogatives and perform all the constitutional duties of the President of this Union in the latter's absence, or while he is temporarily disabled for any cause or before the vacant office of the President is filled in accordance with this Constitution.

(5) The Secretary-Treasurer shall act as secretary of membership meetings and of meetings of the Executive Board and shall keep a record of their proceedings. He or she shall have custody of the seal of the Union and of all of its books, records and papers.

(6) The Secretary-Treasurer shall keep accurate accounts of all financial transactions of the Union, receive all funds due it, and deposit such funds in its name in depositories and invest them in securities authorized by the Executive Board. He or she shall cause such accounts to be audited annually by an independent certified public accountant approved by the Executive Board, and a report thereof to be made to the membership annually. He or she shall submit a financial report to the Executive Board at each meeting thereof and to each membership meeting.

(7) The Secretary-Treasurer, with the approval of the President, shall make appropriate regulations relating to the reimbursement of expenses or other obligations incurred by officers or representatives of the Union in the performance of their duties.

(8) The Secretary-Treasurer shall have such further powers, in addition to those herein enumerated, as are usual to the office, and may delegate any powers and duties under this Constitution, subject to disapproval by the Executive Board.

(9) The Secretary-Treasurer shall give bond in such amount and executed by such surety company as may be determined by the Executive Board. The premium on the bond shall be paid by the Union.

(10) The Secretary-Treasurer shall receive an annual salary as may be set by the Executive Board from time to time and ratified by the membership.

## ARTICLE VIII- Membership

A. Any person of good character shall be eligible for membership in the Union provided the person is employed in an industry under the jurisdiction of the

Union. No member or applicant for membership in the Union shall be in any manner discriminated against because of race, creed, color, national origin, sex or age.

B. Any person meeting the eligibility requirements set forth above may obtain membership by the signing of the membership application, the payment of the Union's initiation fee, and taking the membership oath as administered by an officer of the local or signing the membership oath in writing.

C. After having successfully met the application requirements, candidates may be required to assume the following obligation either in writing or by repeating it when read to them by the presiding officer of the meeting in which they are initiated:

> "I, _____, solemnly promise to maintain the Constitution of the League of International Federated Employees Union and the By-Laws of this Local, as they are now Constituted or may later be changed. I promise to maintain the dignity of this organization and to further its objectives. I furthermore promise that I will not join or render aid or comfort to any organization hostile to the Union and that I will keep secret the proceedings of the Union. I also promise that I will, whenever possible, purchase only Union label goods and that I will patronize only those establishments that display Union Cards."

D. Membership in the Union constitutes acceptance by each member to be bound by the provisions of the Constitution, the oath of membership, and the law, policies and directives of the Union. It is the duty and obligation of every member to report to the Executive Board every infringement of the Constitution by any member or officer thereof. Membership in the Union constitutes an exclusive irrevocable designation of the Union by each member to engage in collective bargaining on his behalf, and an undertaking to be bound by all the sessions of the Union affecting his or her status and duties as a Union Member.

E. Dues shall be paid commencing with the month in which application for membership is made. Dues and assessments for each calendar month must be paid on or before the first day of that calendar month in order to avoid delinquency. No dues shall be accepted by the Union unless all outstanding assessments uniformly required have first been paid in full by the member.

F. As soon as a member becomes delinquent in his or her dues, the members becomes immediately subject to loss of employment opportunities and to discharge under a valid union-security clause, at the discretion of the Union. The Union also may establish other appropriate penalties, subject to the following conditions:

LIFE009

    1. Members in arrears with dues and/or assessments more than two months shall be suspended by the Union. Suspension shall mean loss of all Union privileges and benefits and of all rights to participate in Union proceedings.

    2. Members may be expelled for being in arrears with their regular dues or an assessment for more than 2 months, provided that they shall have received notice of their delinquency at least 30 days prior to the expulsion.

G. Any member who has permitted his or her membership in the Union or in any local to terminate for any reason or who has been expelled shall, on rejoining, comply with all conditions set forth in this constitution covering admissions of the new members and shall pay a new initiation fee and in addition thereto a readmission fee of $10.00 which can be waived. Nothing contained in this subparagraph (G) shall be deemed to require the Union to readmit any member who is indebted to the Local Union, or any other Local of this International, or the International Union, for any dues, fines, or assessments arising out of his or her previous period of membership. In any case, for cause shown and with the approval of the General President of the Union, any of the requirements of this article may be waived.

H. Any member who has been in good standing for the preceding 12 months may apply to the Union for a withdrawal card. On establishing to its satisfaction that the member has ceased to be employed in any trade or industry within the jurisdiction of the Union, and the payment of a fee of $5.00, which can be waived, a withdrawal card shall be issued to him/her on surrender of his or her membership book or card. The withdrawing member shall thereupon lose all the rights and privileges of membership and shall be exempt from the payment of dues and assessments falling due during the period of the member's withdrawal. A member so withdrawing, if eligible for membership, may apply for readmission within one year from the date of such withdrawal and, if readmitted, shall not be required to pay an initiation fee. A member so withdrawing who applies for readmission after one year from the date of the withdrawal shall be considered as a new applicant.

## ARTICLE IX - Revenue

A. The initiation fee for membership in the Union shall be as set by the Executive Board, but not less than $25.00 but can be waivered.

B. The Union shall have the power to fix the dues of its members, which shall be payable in advance monthly or more often.

LIFE010

C. The Executive Board shall have the power to provide assessments in addition to per capita payments, provided that the purpose, amount and methods of payment of such assessments are approved by a majority of the members voting by secret ballot in a referendum election among those subject to such assessments.

D. The payment of dues and assessments by members shall be evidenced by appropriate receipts issued by the Secretary-Treasurer. The fiscal year shall be January 1st, to December 31st.

## ARTICLE X-Disciplinary Proceedings: Trails and Appeals

A. The term discipline, when used in this article, shall include, without limitation, all fines, removal from office, disqualification to run for office or suspension or expulsion from membership.

B. Any member, including any officer, shall be subject to discipline who is found guilty, after notice of an opportunity for hearing on the charges, of violating any provision of this Constitution, or a decision of the Executive Board or of the Local, of dishonesty, misconduct, denial of the privileges of membership to any other member, or conduct detrimental to the welfare of the Union.

The Executive Board shall have power to discipline any member or officer of the Union or any Vice-President whom it finds guilty of any conduct specified in this subparagraph (B).

C. Proceeding under this article may be initiated by any member of the Union by filing written charges, specifying the acts or conduct with which the accused is charged, with the Secretary-Treasurer. The Secretary-Treasurer shall promptly transmit a copy thereof to the accused at his or her last known address together with written notice of the time and place of the hearing thereon, which shall be held not less than 90 days after the date of the notice. Charges must be submitted to the appropriate official within sixty days of the time the complainant first became aware, or reasonably should have become aware, of the alleged offense.

D. After receiving such charges, the Secretary-Treasurer shall cause an investigation to be made of the charges to determine whether there is sufficient basis to hold a trial thereon; said investigation to be completed within sixty days. This investigation official shall, unless he finds as a result of the investigation, that the charges were filed frivolously and/or without sufficient merit to conduct a trial thereon, fix a time for trial which shall be no later than ninety days following receipt of such charges and shall give the accused at least fifteen days notice of the tie and place of a hearing on such charges at which time such accused shall appear and defend. Similar notice shall be given to the charging party and all other interested parties.

LIFE011

E. Hearings shall be held by the Executive Board or by a committee appointed thereby to report the evidence to it, provided that all decisions shall be made by such Board. The accused shall have the right to appear at such hearing, produce and cross-examine witnesses, and be represented by any member of the Union in good standing designated by the accused for that purpose.

Hearings may be held on any charge, notwithstanding the failure of the accused, after having been given notice pursuant to the provisions of this article, to appear at the hearing.

F. Whenever charges have been filed with the board against an officer or officers of the Union, the board shall have the following powers which it may exercise prior to a hearing or decision on such charges:

1. Summarily to suspend the accused officer or officers;
2. To appoint a temporary officer or temporary officers who shall have all the powers of the officer or officers so suspended, and who shall serve pending the decision of the board on the charges against the accused, and if the board finds the accused guilty, for a period of not more than nine months after the rendition of such decision;

G. No member who has been expelled from the Union pursuant to the provisions of this article shall be reinstated to membership without the approval of the Executive Board. The Board may approve the reinstatement of an expelled member subject to such conditions or limitations as it may prescribe.

H. Appeals may be taken from any decision of the Executive Board, made under this article, to the general membership, whose decision shall be made by a majority of those present and voting on the question.

1. Any appellate body specified in this subparagraph (I) may hear and determine an appeal filed with it notwithstanding the fact that such appeal has not first been submitted to or decided by a subordinate appellate body pursuant to the provisions of this subparagraph, in which event the subordinate appellate body shall not act on the appeal; provided that no appeal shall be taken to the general membership unless it has first been submitted for decision to the Executive Board.

2. All appeals shall be in writing, shall contain a brief statement of the facts and the grounds for the appeal, and shall be filed with the secretary of the body to which they are addressed within 20 days, or such longer period as such body may permit, after the rendition of the decision from which the appeal is taken. The secretary with whom the appeal is filed shall promptly transmit copies thereof to the parties to the appeal, together with a notice of the date of

9

hearing thereon, which shall be held not less than 30 days from the date of the notice. The provisions of subparagraph (F) providing for the procedure of hearing charges, except the right of the accused to produce and cross-examine witnesses, shall apply to hearings on appeals taken under this article.

3. An appeal taken under this article shall not operate to stay the action or decision appealed from, unless the body to which the appeal is taken shall so order.

4. No member shall institute any civil action, suit or proceeding in any court against the Union, or any officer or member of the Union on account of any controversy for which a remedy by trial or appeal is provided in this constitution, unless and until he has first exhausted all such remedies of trial and appeal.

### ARTICLE XI – Referendum Elections

Whenever a referendum election is permitted or required under the provisions of this Constitution, it shall be held in the manner provided by this article.

A. All referendum elections shall be held under the general supervision of the Executive Board.

B. The Secretary-Treasurer shall prepare referendum ballots and transmit them, in appropriate number, together with a notice of the referendum elections to the membership. Within 10 days from the date of the notice of a referendum election, a secret vote shall be taken among its members at such place or places as the Union in its discretion may determine. The vote shall be by ballot on the ballots prepared by the Secretary-Treasurer. Before any member is permitted to vote, he or she shall be required to identify himself or herself as a member in good standing.

C. A Board of Election designated by the Union shall count the ballots and forward to the Secretary-Treasurer within 3 days after the election has been held, a certificate executed by it recording the result of the election, together with the original ballots. The certificates recording the result of the election, together with all original ballots, shall be made available to the election committee to be designated by the Executive Board. The Secretary-Treasurer shall cause the results of the election, as certified by the election committee, to be published and shall retain the certificates recording the result of the election, together with all original ballots, for the period required by law.

D. Except as otherwise provided by this Constitution, all referendum elections shall be determined by a majority of the votes cast.

LIFE013

E. The results of each referendum election shall be announced by the Secretary-Treasurer within 30 days from the date on which the notice therefore was issued.

## ARTICLE XII        - Audit of Treasurer's Books

The books of the Secretary-Treasurer shall be audited at least once every 12 months by a Certified Public Accountant selected by the Executive Board. The Executive Board shall have the power to order such audit at any other time or times as it may deem necessary and proper.

## ARTICLE XIII-Benefit Funds

A. This article shall apply to all funds and plans (collectively called "funds") providing benefits to workers and their dependents, including funds to which employers are obligated to contribute under a collective bargaining agreement with the Union or a subordinate organization. Such benefit funds include health and welfare funds, health and vacation funds, supplementary unemployment benefit funds, death benefit funds, and other funds and plans providing benefits to workers in the industry or their dependents.

B. All moneys received by the Union or a subordinate organization as contributions to a fund for the benefit of workers or their dependents shall be immediately transmitted to the Fund. No loans shall be made by such funds to the Union or to subordinate organizations or to members.

## ARTICLE XIV- Bonding of Union Officers and Agents

A. All officers, representatives and employees of the Union or of any subordinate body thereof who are required to be bonded by law and or this constitution shall be bonded through the office of the Secretary-Treasurer, and the cost thereof shall be borne by the respective body involved of which the person being bonded is an officer, representative or employee. Any person elected to office and unable to qualify for proper bonding shall be automatically disqualified and the office vacated.

B. The amount of the bond for each person bonded shall be in the proper legal amounts as required by law and/or the Secretary-Treasurer.

C. No officer, representative, or employee shall be released from such bond until a proper audit of the accounts of such officer, representative or employee has been made and accepted by the appropriate body and the Executive board, and the release of the bond has been approved by the Secretary-Treasurer.

11

## ARTICLE XV- Collective Bargaining

A. It shall be the responsibility of the Union to adopt programs and policies with respect to collective bargaining, and all collective bargaining shall be conducted in accordance with such policies as established by this Constitution, by the membership and by the Executive Board acting pursuant to the provisions of this Constitution.

B. It shall be the policy of the Union to promote coordination of bargaining activities of local unions that represent individual bargaining units of the same employer, or of individual employers of a single industry, when possible, if in the opinion of the General President such negotiations would be in the interest of the Union.

C. The Union shall negotiate all Labor Agreements.

D. The General President, or his designated representative, shall be the Chairman of all Negotiating Committees.

## ARTICLE XVI – Contracts and Liabilities

No officer (except the President and Secretary-Treasurer), Executive Board Member, person holding an elective or appointive position, organizer, employee, representative, or agent of the Union or of a subordinate organization and no subordinate organization shall make or be empowered to make any contract or incur any liability or act for the Union or represent, comment, or bind the Union or receive legal process on its behalf binding on the Union, unless authorized in writing by the Executive Board. The Union shall not be liable under any contract or for any acts of any such organization or any such person, unless authorized in writing by the Executive Board, by the President, or by the Secretary-Treasurer, or for any conduct or act by any of them that violated this Constitution.

## ARTICLE XVII – Protection of Representatives

A. The Labor-Management Reporting and Disclosure Act may subject our officer, agents and representative to civil suits and criminal prosecutions in numerous situation, and criminal prosecutions in numerous situations, and the language of said Act is so replete with uncertainty and ambiguity that even experienced labor attorneys cannot tell us what is permitted and what is prohibited under certain sections. In addition, we believe that the law is an open invitation to sue and prosecute and will result in union officers, agents and representatives being forced to defend themselves in man unmeritorious cases.

B. Because of the foregoing, the Union shall pay or reimburse for the payment of all reasonable expenses involved in the defense of civil and criminal proceedings instituted against our officers, agents and representatives, including attorneys fees, subject to the following conditions:

1.  It must appear that the proceedings are related, arose and grew out of the performance of their duties for and on behalf of this organization.

2.  If the proceedings be criminal in nature, they must have finally terminated without a conviction, a plea of guilty, or a plea of nolo contendere;

3.  If the proceedings be civil in nature, they must have finally terminated without and adjudication or admission of wrong doing.

### ARTICLE XVIII – Legal Counsel and Litigation

The Secretary-Treasurer, by and with the consent of the Executive Board, may employ legal counsel to advance the aims and welfare of the Union. Compensation for such counsel shall be fixed by the Secretary-Treasurer, subject to the approval of the Executive Board, on a reasonable basis commensurate with the services to be rendered.

### ARTICLE XIX - Membership Meetings

A.  The Membership Meetings of the Union shall be held quarterly, at such dates, times and places as determined by the President, with the approval of the Executive Board. Advance notice of the Membership Meetings shall be posted on the Bulletin Board of each shop unit, place of employment where members of this Union are employed or in the Local/International newsletter.

B.  Special Meetings may be called by the President or the Executive Board whenever they are deemed necessary and/or by written petition of ten percent of the entire membership. Advance notice shall be posted of the date, time, place and business to be conducted and shall be given to the membership and only the business specified shall be considered at the meeting.

C.  Shop Unit or Place of Employment meetings shall be held as often as necessary or required by the members for the discussion and consideration of affairs pertaining to the respective members. Collection Bargaining Agreements shall be ratified at Shop Unit or Place of Employment Meetings of the members involved. Each separate Shop Unit or Place of Employment shall vote on matters arising under contracts applicable only to them and any other activity in which only they will participate.

D.  The President shall have the right to call and hold a General Meeting of all Chief Shop Stewards and Stewards or a Shop Unit or Place of Employment of same.

E.  On all matters which apply to the membership, the votes of each meeting shall be totaled to determine the action of the Union in such matter.

LIFE016

F. Grievances shall not be taken up or discussed at any membership or special membership meeting of this Union, but the same shall be processed in accordance with the terms and conditions of the agreement at the Shop Unit or Place of Employment.

G. The President or his designated representative shall appoint a member or members to keep minutes of meeting held by the Shop Unit or Place of Employment. Such minutes shall be read and approved at the next following meeting of the Shop Unit or Place of Employment.

## ARTICLE XX – Shop Stewards

A. Only members who have been in continuous good standing for at least one (1) year in the Union shall be eligible for the office of Chief Shop Steward, however, this does not apply to newly organized plants. The President shall have the authority to appoint or waive this clause where he deems it necessary.

B. Stewards shall be appointed in their respective Shop Units or Places of Employment and shall hold their Stewardship at the discretion of the President.

C. Shop Stewards shall not be considered officers of the Union and shall under no circumstances be permitted to receive or collect any money for or on behalf of the Union.

D. Stewards are empowered to investigate and present grievances in accordance with the provisions of their collective bargaining agreements.

E. The Steward shall also be empowered to transmit messages and information which shall originate with, and are authorized by the President of the Union, provided such messages and information (a) have been reduced in writing; or (b) if not reduced to writing, are of routine nature and do not involve work stoppages, slowdowns, refusals to handle goods or any other interference with the employer's business.

F. Shop Stewards and alternates have no authority to take strike action or any other action interrupting the employer's business except as authorized by official action of the Executive Board of the Union, in writing.

## ARTICLE XXI – Strikes

A. When any difficulty or dispute arise between the members of this Union and their employer, it shall be the duty of the officers of this Union to use every possible means of achieving a settlement or resolution of the difficulty or dispute through the process of collective bargaining.

14

B. In the event of a difficulty or dispute which cannot be settled or resolved, the Union shall not call a strike against such employer unless a two-thirds majority of the members of the Shop Unit or Place of Employment, present at a called meeting of which all such members have been notified, so vote by secret ballot; except as may be otherwise provided in this constitution, provided that such two-thirds majority voting at a meeting as aforesaid my authorize the President to call any and all strikes.

C. Only those members who are actually employed or those members who are on the current out-of-work list, available for and seeking work at the time a strike vote is taken, shall be entitled to vote on a strike or a proposal for settlement. Before a vote is taken, the members shall be advised of the issues involved.

D. No strike shall be called which is in violation of an existing collective bargaining agreement or which is otherwise in violation of law.

E. A strike against any employer ma be terminated by a majority secret ballot of the members employed by the employer involved in such a strike present at a called meeting of which all such members of the Shop Unit or Place of Employment have been notified, except as may be otherwise provided in this Constitution.

## ARTICLE XXII – Amendments

The Executive Board may propose amendments to this Constitution at any regular or special membership meeting, and such proposed amendments shall become effective when adopted b an affirmative vote of a majority of the membership present and voting at the general membership meeting. The Board may also propose amendments to this Constitution between membership meetings and submit them to a referendum election, and such proposed amendments shall become effective when approved by a majority of those voting in such referendum election. Any ten members may propose amendments to this Constitution by filing them with the Secretary-Treasurer not less than thirty (30) days prior to the date of a regular membership meeting or a special membership meeting called to consider, among other things, such proposed amendments. Amendments so proposed shall become effective when adopted by the affirmative vote of a majority of the members present at a regular membership meeting, or a special membership meeting called to consider, among other things, such proposed amendments.

## ARTICLE XXIII – Severability

If any provision of this Constitution or the Application of such provision to any officer, member, person or circumstances shall be held invalid, the remainder of this Constitution or the application of such provision to officers, members, persons or circumstances, other than those as to which it is held invalid, shall not be affected thereby.

LIFE018

## ARTICLE XXIV- Effective Date

This Constitution shall take effect on FEB. 13, 1997

This will certify that this constitution and bylaws for Local 890 replace the existing Constitution and bylaws for Local 445 ( Feb. 1997) due to the number reassignment as of November 1997 and approved at the November 1997 membership meeting. The only changes were the number designation from 445 to 890.

_____
John Mongello Secy/Treas

_____
Ella Dupree Vice President

Signed this 4 day of November 1997

LIFE019