**Exhibit 7**

# LEAGUE OF INTERNATIONAL FEDERATED EMPLOYEES
### 325 73RD STREET
### BROOKLYN, NEW YORK 11209
### (718) 238-2399


FEB 0 5 2014

## UNION ALL - PURPOSE REPORTING FORM


PLAINTIFF'S
EXHIBIT
3
3/27/18  WH

LIBERTY ASHES
112 PHYLIS COURT
ELMONY NY 11030

#1710                    570.00

SHOP #:  0502

PERIOD:  01/2014

REF. #:  0502201401

PAGE #:   1

| SOCIAL SECURITY NUMBER | LAST NAME, FIRST NAME | LIFE DUES | TERMINATION DATE | INITIATION FEE | LIFE BENEFIT PLAN PAYMEN |
|---|---|---|---|---|---|
| XXX-XX- | BANDOO, DEARMINDRA | 30.00 | | .00 | |
| XXX-XX- | BARBER, JERRY | 30.00 | | .00 | |
| XXX-XX- | BELLINO, MICHAEL FRANK | 30.00 | | .00 | |
| XXX-XX- | DE ABREU, DERECK MICHAEL | 30.00 | | .00 | |
| XXX-XX- | EINHORN, RICHARD | 30.00 | | .00 | |
| XXX-XX- | GHANSHIAM, B CHANDRA | 30.00 | | .00 | |
| XXX-XX- | LATRATTA, ROBERT | 30.00 | | .00 | |
| XXX-XX- | LINCIFORT, WILDECK | 30.00 | | .00 | |
| XXX-XX- | MAYO, SILVESTRE | 30.00 | | .00 | |
| XXX-XX- | MENNA, LEONARD J. | 30.00 | | .00 | |
| XXX-XX- | MITCHELL, DERYCK C. | 30.00 | | .00 | |
| XXX-XX- | MOHAMMED, REYAZ MICKEY | 30.00 | | .00 | |
| XXX-XX- | PEREZ, AMANDO | 30.00 | | .00 | |
| XXX-XX- | PERSAD, RAMDEO | 30.00 | | .00 | |
| XXX-XX- | SHESHERINE, RAMLOCHAN | 30.00 | | .00 | |
| XXX-XX- | SIERRA, NALSON | 30.00 | | .00 | |
| XXX-XX- | WARD, CURTIS | 30.00 | | .00 | |
| XXX-XX- | WILLIAMS, TISHAWN | 30.00 | | .00 | |
| XXX-XX- | WYNN, CURTIS D. | 30.00 | | .00 | |

MEMBERS IN SHOP: 19      CURRENT DUE:      570.00

TOTAL DUE:      570.00

NOTE: We require separate checks for each account. DO NOT CONSOLIDATE LIFE DUES AND LIFE BENEFIT PLAN PAYMENTS, as Government Agencies forbid us to commingle these various accounts.

**This All-Purpose Reporting Form must be mailed to 325 73rd Street, Brooklyn, N.Y. 11209, by the 10th of every month.**

Life Payment (Dues & Initiation) _____ Life Benefit Plan Payment _____

→ Employer may retain YELLOW COPY for its own files ←      Please notify the Union of any Employee's change of address

LIFE029

# LEAGUE OF INTERNATIONAL FEDERATED EMPLOYEES

325 73RD STREET
BROOKLYN, NEW YORK 11209
(718) 238-2399

FEB 1 8 2014

## UNION ALL - PURPOSE REPORTING FORM

LIBERTY ASHES
112 PHYLIS COURT
ELMONY NY 11030

#1777          570.00

SHOP #: 0502

PERIOD: 02/2014

REF. #: 0502201402

PAGE #:     1

| SOCIAL SECURITY NUMBER | LAST NAME, FIRST NAME | LIFE DUES | TERMINATION DATE | INITIATION FEE | LIFE BENEFIT PLAN PAYMEN |
|---|---|---|---|---|---|
| XXX-XX- | BANDOO, DEARMINDRA | 30.00 | | .00 | |
| XXX-XX- | BARBER, JERRY | 30.00 | | .00 | |
| XXX-XX- | BELLINO, MICHAEL FRANK | 30.00 | | .00 | |
| XXX-XX- | DE ABREU, DERECK MICHAEL | 30.00 | | .00 | |
| XXX-XX- | EINHORN, RICHARD | 30.00 | | .00 | |
| XXX-XX- | GHANSHIAM, B CHANDRA | 30.00 | | .00 | |
| XXX-XX- | LAFRATTA, ROBERT | 30.00 | | .00 | |
| XXX-XX- | LINGIFORT, WILDECK | 30.00 | | .00 | |
| XXX-XX- | MAYO, SILVESTRE | 30.00 | | .00 | |
| XXX-XX- | MENNA, LEONARD J. | 30.00 | | .00 | |
| XXX-XX- | MITCHELL, DERYCK C. | 30.00 | | .00 | |
| XXX-XX- | MOHAMMED, REYAZ MICKEY | 30.00 | | .00 | |
| XXX-XX- | PEREZ, AMANDO | 30.00 | | .00 | |
| XXX-XX- | PERSAD, RAMDEO | 30.00 | | .00 | |
| XXX-XX- | SHESHERINE, RAMLOCHAN | 30.00 | | .00 | |
| XXX-XX- | SIERRA, NALSON | 30.00 | | .00 | |
| XXX-XX- | WARD, CURTIS | 30.00 | | .00 | |
| XXX-XX- | WILLIAMS, TISHAWN | 30.00 | | .00 | |
| XXX-XX- | WYNN, CURTIS D. | 30.00 | | .00 | |

MEMBERS IN SHOP: 19          CURRENT DUE:          $70.00

TOTAL DUE:          $70.00

NOTE: We require separate checks for each account. DO NOT CONSOLIDATE LIFE DUES AND LIFE BENEFIT PLAN PAYMENTS, as
Government Agencies forbid us to commingle these various accounts.

This All-Purpose Reporting Form must be mailed to 325 73rd Street, Brooklyn, N.Y. 11209, by the 10th of
every month.

Life Payment (Dues & Initiation) _____ Life Benefit Plan Payment _____

→ Employer may retain YELLOW COPY for its own files ←          Please notify the Union of any Employee's change of address

LIFE0030

# LEAGUE OF INTERNATIONAL FEDERATED EMPLOYEES
### 325 73RD STREET
### BROOKLYN, NEW YORK 11209
### (718) 238-2399

MAR 3 1 2014

## UNION ALL - PURPOSE REPORTING FORM

LIBERTY ASHES
112 PHYLIS COURT
ELMONY NY 11030

SHOP #:  0502

PERIOD:  03/2014

# 1897        610.00

REF. #:  0502201403

PAGE #:      1

| SOCIAL SECURITY NUMBER | LAST NAME, FIRST NAME | LIFE DUES | TERMINATION DATE | INITIATION FEE | LIFE BENEFIT PLAN PAYMEN |
|---|---|---|---|---|---|
| XXX-XX- | BANDOO, DEARMINDRA | 30.00 | | .00 | |
| XXX-XX- | BARBER, JERRY | 30.00 | | .00 | |
| XXX-XX- | BELLINO, MICHAEL FRANK | 30.00 | | .00 | |
| XXX-XX- | DE ABREU, DERECK MICHAEL | 30.00 | | .00 | |
| XXX-XX- | EINHORN, RICHARD | 30.00 | | .00 | |
| XXX-XX- | GHANSHIAM, B CHANDRA | 30.00 | | .00 | |
| XXX-XX- | LAFRATTA, ROBERT | 30.00 | | .00 | |
| XXX-XX- | LINCIFORT, WILDECK | 30.00 | | .00 | |
| XXX-XX- | MAYO, SILVESTRE | 30.00 | | .00 | |
| XXX-XX- | MENNA, LEONARD J. | 30.00 | | .00 | |
| XXX-XX- | MITCHELL, DERYCK C. | 30.00 | | .00 | |
| XXX-XX- | MOHAMMED, REYAZ MICKEY | 30.00 | | .00 | |
| XXX-XX- | PEREZ, AMANDO | 30.00 | | .00 | |
| XXX-XX- | PERSAD, RAMDEO | 30.00 | | .00 | |
| XXX-XX- | SHESHERINE, RAMLOCHAN | 30.00 | | .00 | |
| XXX-XX- | SIERRA, NALSON | 30.00 | | .00 | |
| XXX-XX- | WARD, CURTIS | 30.00 | | .00 | |
| XXX-XX- | WILLIAMS, TISHAWN | 30.00 | | .00 | |
| XXX-XX- | WYNN, CURTIS D. | 30.00 | | .00 | |

Franciso, Avarus-Montox        30.00

MEMBERS IN SHOP:  19        CURRENT DUE:       570.00

TOTAL DUE:       570.00

$ 610

---

**NOTE: We require separate checks for each account. DO NOT CONSOLIDATE LIFE DUES AND LIFE BENEFIT PLAN PAYMENTS, as Government Agencies forbid us to commingle these various accounts.**

**This All-Purpose Reporting Form must be mailed to 325 73rd Street, Brooklyn, N.Y. 11209, by the 10th of every month.**

Life Payment (Dues & Initiation) _____ Life Benefit Plan Payment _____

→ **Employer may retain YELLOW COPY for its own files** ←        Please notify the Union of any Employee's change of address

LIFE031

# LEAGUE OF INTERNATIONAL FEDERATED EMPLOYEES
### 325 73RD STREET
### BROOKLYN, NEW YORK 11209
### (718) 238-2399

APR 2 1 2014

## UNION ALL - PURPOSE REPORTING FORM

LIBERTY ASHES
112 PHYLIS COURT
ELMONY NY 11030

*1985*　　　*630.00*

SHOP #: 0502

PERIOD: 04/2014

REF. #: 0502201404

PAGE #: 1

| SOCIAL SECURITY NUMBER | LAST NAME, FIRST NAME | LIFE DUES | TERMINATION DATE | INITIATION FEE | LIFE-BENEFIT PLAN PAYMEN |
|---|---|---|---|---|---|
| XXX-XX- | BANDOO, DEARMINDRA | 30.00 | *4/14 - 600.00* | .00 | |
| XXX-XX- | BARBER, JERRY | 30.00 | *fee - 30.00* | .00 | |
| XXX-XX- | BELLINO, MICHAEL FRANK | 30.00 | | .00 | |
| XXX-XX- | DE ABREU, DERECK MICHAEL | 30.00 | | .00 | |
| XXX-XX- | EINHORN, RICHARD | 30.00 | | .00 | |
| XXX-XX- | GHANSHIAM, B CHANDRA | 30.00 | | .00 | |
| XXX-XX- | GONZALEZ MONTAS, FRANCISCO ARGENIS | 30.00 | | 75.00 | *3/1* |
| XXX-XX- | LAFRATTA, ROBERT | 30.00 | | .00 | *30.0* |
| XXX-XX- | LINCIFORT, WILDECK | 30.00 | | .00 | |
| XXX-XX- | MAYO, SILVESTRE | 30.00 | | .00 | |
| XXX-XX- | MENNA, LEONARD J. | 30.00 | | .00 | |
| XXX-XX- | MITCHELL, DERYCK C. | 30.00 | | .00 | |
| XXX-XX- | MOHAMMED, REYAZ MICKEY | 30.00 | | .00 | |
| XXX-XX- | PEREZ, AMANDO | 30.00 | | .00 | |
| XXX-XX- | PERSAD, RAMDEO | 30.00 | | .00 | |
| XXX-XX- | SHESHERINE, RAMLOCHAN | 30.00 | | .00 | |
| XXX-XX- | SIERRA, NALSON | 30.00 | | .00 | |
| XXX-XX- | WARD, CURTIS | 30.00 | | .00 | |
| XXX-XX- | WILLIAMS, TISHAWN | 30.00 | | .00 | |
| XXX-XX- | WYNN, CURTIS D. | 30.00 | | .00 | |

MEMBERS IN SHOP: 20　　　CURRENT DUE: 600.00　　75.00

TOTAL DUE: 600.00　　75.00

*+ 30.00*

*630.00*

NOTE: We require separate checks for each account. DO NOT CONSOLIDATE LIFE DUES AND LIFE BENEFIT PLAN PAYMENTS, as Government Agencies forbid us to commingle these various accounts.

This All-Purpose Reporting Form must be mailed to 325 73rd Street, Brooklyn, N.Y. 11209, by the 10th of every month.

Life Payment (Dues & Initiation) _____ Life Benefit Plan Payment _____

→ Employer may retain YELLOW COPY for its own files ←　　　Please notify the Union of any Employee's change of address

LIFE032

ᴀGUE OF INTERNATIONAL FEDERATED EMPLOYEES
325 73RD STREET
BROOKLYN, NEW YORK 11209
(718) 238-2399

MAY 1 2 2014

## UNION ALL - PURPOSE REPORTING FORM

#2054        600.00

LIBERTY ASHES
112 PHYLIS COURT
ELMONY NY 11030

SHOP #: 0502

PERIOD: 05/2014

REF. #: 0502201405

PAGE #:    1

| SOCIAL SECURITY NUMBER | LAST NAME, FIRST NAME | LIFE DUES | TERMINATION DATE | INITIATION FEE | LIFE BENEFIT PLAN PAYMEN |
|---|---|---|---|---|---|
| XXX-XX- | BANDOO, DEARMINDRA | 30.00 | | .00 | |
| XXX-XX- | BARBER, JERRY | 30.00 | | .00 | |
| XXX-XX- | BELLINO, MICHAEL FRANK | 30.00 | | .00 | |
| XXX-XX- | DE ABREU, DERECK MICHAEL | 30.00 | | .00 | |
| XXX-XX- | EINHORN, RICHARD | 30.00 | | .00 | |
| XXX-XX- | GHANSHIAM, B CHANDRA | 30.00 | | .00 | |
| XXX-XX- | GONZALEZ MONTAS, FRANCISCO ARGENIS | 30.00 | | .00 | |
| XXX-XX- | LAFRATTA, ROBERT | 30.00 | | .00 | |
| XXX-XX- | LINCIFORT, WILDECK | 30.00 | | .00 | |
| XXX-XX- | MAYO, SILVESTRE | 30.00 | | .00 | |
| XXX-XX- | MENNA, LEONARD J. | 30.00 | | .00 | |
| XXX-XX- | MITCHELL, DERYCK C. | 30.00 | | .00 | |
| XXX-XX- | MOHAMMED, REYAZ MICKEY | 30.00 | | .00 | |
| XXX-XX- | PEREZ, AMANDO | 30.00 | | .00 | |
| XXX-XX- | PERSAD, RAMDEO | 30.00 | | .00 | |
| XXX-XX- | SHESHERINE, RAMLOCHAN | 30.00 | | .00 | |
| XXX-XX- | SIERRA, NALSON | 30.00 | | .00 | |
| XXX-XX- | WARD, CURTIS | 30.00 | | .00 | |
| XXX-XX- | WILLIAMS, TISHAWN | 30.00 | | .00 | |
| XXX-XX- | WYNN, CURTIS D. | 30.00 | | .00 | |

MEMBERS IN SHOP: 20.        CURRENT DUE:        600.00

TOTAL DUE:        600.00

**NOTE: We require separate checks for each account. DO NOT CONSOLIDATE LIFE DUES AND LIFE BENEFIT PLAN PAYMENTS, as Government Agencies forbid us to commingle these various accounts.**

**This All-Purpose Reporting Form must be mailed to 325 73rd Street, Brooklyn, N.Y. 11209, by the 10th of every month.**

Life Payment (Dues & Initiation) _____ Life Benefit Plan Payment _____

⟶ Employer may retain YELLOW COPY for its own files ⟵        Please notify the Union of any Employee's change of address

LIFE033

# LEAGUE OF INTERNATIONAL FEDERATED EMPLOYEES

### 325 73RD STREET
### BROOKLYN, NEW YORK 11209
### (718) 238-2399

JUN 1 7 2014

## UNION ALL - PURPOSE REPORTING FORM

LIBERTY ASHES
112 PHYLIS COURT
ELMONY NY 11030

SHOP #: 0502

PERIOD: 06/2014

#2173                    570.00

REF. #: 0502201406

PAGE #:    1

| SOCIAL SECURITY NUMBER | LAST NAME, FIRST NAME | LIFE DUES | TERMINATION DATE | INITIATION FEE | LIFE BENEFIT PLAN PAYMENT |
|---|---|---|---|---|---|
| XXX-XX- | BANDOO, DEARMINDRA | 30.00 | | .00 | |
| XXX-XX- | BARBER, JERRY | 30.00 | | .00 | |
| XXX-XX- | BELLINO, MICHAEL FRANK | 30.00 | | .00 | |
| XXX-XX- | DE ABREU, DERECK MICHAEL | 30.00 | | .00 | |
| XXX-XX- | EINHORN, RICHARD | 30.00 | | .00 | |
| XXX-XX- | GHANSHIAM, B CHANDRA | 30.00 | | .00 | |
| XXX-XX- | GONZALEZ MONTAS, FRANCISCO ARGENIS | 30.00 | | .00 | |
| XXX-XX- | LAFRATTA, ROBERT | 30.00 | | .00 | |
| XXX-XX- | LINCIFORT, WILDECK | 30.00 | | .00 | |
| XXX-XX- | MAYO, SILVESTRE | 30.00 | | .00 | |
| XXX-XX- | MENNA, LEONARD J. | 30.00 | | .00 | |
| XXX-XX- | MITCHELL, DERYCK C. | 30.00 | | .00 | |
| XXX-XX- | MOHAMMED, REYAZ MICKEY | 30.00 | | .00 | |
| XXX-XX- | PEREZ, AMANDO | 30.00 | | .00 | |
| XXX-XX- | PERSAD, RAMDEO | 30.00 | | .00 | |
| XXX-XX- | SHESHERINE, RAMLOCHAN | 30.00 | | .00 | |
| XXX-XX- | SIERRA, NALSON | 30.00 | | .00 | |
| XXX-XX- | WARD, CURTIS | 30.00 | | .00 | |
| XXX-XX- | WILLIAMS, TISHAWN | 30.00 | | .00 | |
| XXX-XX- | WYNN, CURTIS D. | 30.00 | | .00 | |

MEMBERS IN SHOP: 20        CURRENT DUE:    600.00

TOTAL DUE:    600.00

30.00

570.00

**NOTE: We require separate checks for each account. DO NOT CONSOLIDATE LIFE DUES AND LIFE BENEFIT PLAN PAYMENTS, as Government Agencies forbid us to commingle these various accounts.**

**This All-Purpose Reporting Form must be mailed to 325 73rd Street, Brooklyn, N.Y. 11209, by the 10th of every month.**

Life Payment (Dues & Initiation) _____ Life Benefit Plan Payment _____

➤ Employer may retain YELLOW COPY for its own files ◄        Please notify the Union of any Employee's change of address

LIFE034

# LEAGUE OF INTERNATIONAL FEDERATED EMPLOYEES
### 325 73RD STREET
### BROOKLYN, NEW YORK 11209
### (718) 238-2399

JUL 2 2 2014

## UNION ALL - PURPOSE REPORTING FORM

LIBERTY ASHES
112 PHYLIS COURT
ELMONY NY 11030

*570.00*

*#2285*

SHOP #: 0502

PERIOD: 07/2014

REF. #: 0502201407

PAGE #:    1

| SOCIAL SECURITY NUMBER | LAST NAME, FIRST NAME | LIFE DUES | TERMINATION DATE | INITIATION FEE | LIFE BENEFIT PLAN PAYMEN |
|---|---|---|---|---|---|
| XXX-XX- | BANDOO, DEARMINDRA | 30.00 | | .00 | |
| XXX-XX- | BARBER, JERRY | 30.00 | | .00 | |
| XXX-XX- | BELLINO, MICHAEL FRANK | 30.00 | | .00 | |
| XXX-XX- | DE ABREU, DERECK MICHAEL | 30.00 | | .00 | |
| XXX-XX- | EINHORN, RICHARD | 30.00 | | .00 | |
| XXX-XX- | GHANSHIAM, B CHANDRA | 30.00 | | .00 | |
| XXX-XX- | GONZALEZ MONTAS, FRANCISCO ARGENIS | 30.00 | | .00 | |
| XXX-XX- | LAFRATTA, ROBERT | 30.00 | | .00 | |
| XXX-XX- | LINCIFORT, WILDECK | 30.00 | | .00 | |
| XXX-XX- | MAYO, SILVESTRE | 30.00 | | .00 | |
| XXX-XX- | MENNA, LEONARD J. | 30.00 | | .00 | |
| XXX-XX- | MITCHELL, DERYCK C. | 30.00 | | .00 | |
| XXX-XX- | MOHAMMED, REYAZ MICKEY | 30.00 | | .00 | |
| XXX-XX- | PEREZ, AMANDO | 30.00 | | .00 | |
| XXX-XX- | SHESHERINE, RAMLOCHAN | 30.00 | | .00 | |
| XXX-XX- | SIERRA, NALSON | 30.00 | | .00 | |
| XXX-XX- | WARD, CURTIS | 30.00 | | .00 | |
| XXX-XX- | WILLIAMS, TISHAWN | 30.00 | | .00 | |
| XXX-XX- | WYNN, CURTIS D. | 30.00 | | .00 | |

MEMBERS IN SHOP: 19        CURRENT DUE:    570.00

                            TOTAL DUE:    570.00

NOTE: We require separate checks for each account. DO NOT CONSOLIDATE LIFE DUES AND LIFE BENEFIT PLAN PAYMENTS, as Government Agencies forbid us to commingle these various accounts.

**This All-Purpose Reporting Form must be mailed to 325 73rd Street, Brooklyn, N.Y. 11209, by the 10th of every month.**

Life Payment (Dues & Initiation) _____ Life Benefit Plan Payment _____

➤ Employer may retain YELLOW COPY for its own files ◄        Please notify the Union of any Employee's change of address

LIFE035

# League of International Federated Employees
### 325 73RD STREET
### BROOKLYN, NEW YORK 11209
### (718) 238-2399

AUG 1 2 2014

## UNION ALL - PURPOSE REPORTING FORM

3000

LIBERTY ASHES
112 PHYLIS COURT
ELMONY NY 11030

≠ 2867

510.00

SHOP #: 0502

PERIOD: 08/2014

REF. #: 0502201408

PAGE #:   1

| SOCIAL SECURITY NUMBER | LAST NAME, FIRST NAME | LIFE DUES | TERMINATION DATE | INITIATION FEE | LIFE BENEFIT PLAN PAYMEN |
|---|---|---|---|---|---|
| XXX-XX- | BANDOO, DEARMINDRA | 30.00 | | .00 | |
| XXX-XX- | BARBER, JERRY | 30.00 | | .00 | |
| XXX-XX- | BELLINO, MICHAEL FRANK | 30.00 | | .00 | |
| XXX-XX- | DE ABREU, DERECK MICHAEL | 30.00 | | .00 | |
| XXX-XX- | EINHORN, RICHARD | 30.00 | | .00 | |
| XXX-XX- | GHANSHIAM, B CHANDRA | 30.00 | | .00 | |
| XXX-XX- | GONZALEZ MONTAS, FRANCISCO ARGENIS | 30.00 | | .00 | |
| XXX-XX- | LAFRATTA, ROBERT | 30.00 | | .00 | |
| XXX-XX- | LINCIFORT, WILDECK | 30.00 | | .00 | |
| XXX-XX- | MAYO, SILVESTRE | 30.00 | | .00 | |
| XXX-XX- | MENNA, LEONARD J. | 30.00 | | .00 | |
| XXX-XX- | MITCHELL, DERYCK C. | 30.00 | | .00 | |
| XXX-XX- | MOHAMMED, REYAZ MICKEY | 30.00 | | .00 | |
| XXX-XX- | PEREZ, AMANDO | 30.00 | | .00 | |
| XXX-XX- | SHESHERINE, RAMLOCHAN | 30.00 | | .00 | |
| XXX-XX- | SIERRA, NALSON | 30.00 | | .00 | |
| XXX-XX- | WARD, CURTIS | 30.00 | | .00 | |
| XXX-XX- | WILLIAMS, TISHAWN | 30.00 | | .00 | |
| XXX-XX- | WYNN, CURTIS D. | 30.00 | | .00 | |

MEMBERS IN SHOP: 19      CURRENT DUE:   570.00

TOTAL DUE:   570.00

NOTE: We require separate checks for each account. DO NOT CONSOLIDATE LIFE DUES AND LIFE BENEFIT PLAN PAYMENTS, as Government Agencies forbid us to commingle these various accounts.

This All-Purpose Reporting Form must be mailed to 325 73rd Street, Brooklyn, N.Y. 11209, by the 10th of every month.

Life Payment (Dues & Initiation) _____ Life Benefit Plan Payment _____

→ Employer may retain YELLOW COPY for its own files ←        Please notify the Union of any Employee's change of address

LIFE036

# LEAGUE OF INTERNATIONAL FEDERATED EMPLOYEES
### 325 73RD STREET
### BROOKLYN, NEW YORK 11209
### (718) 238-2399

## UNION ALL - PURPOSE REPORTING FORM

LIBERTY ASHES
112 PHYLIS COURT
ELMONY NY 11030

*# 2607*

*480.00*

SHOP #: 0502

PERIOD: 09/2014

REF. #: 0502201409

PAGE #:    1

*OCT 10 2014*

| SOCIAL SECURITY NUMBER | LAST NAME, FIRST NAME | LIFE DUES | TERMINATION DATE | INITIATION FEE | LIFE BENEFIT PLAN PAYMEN |
|---|---|---|---|---|---|
| XXX-XX- | BANDOO, DEARMINDRA | 30.00 | | .00 | |
| XXX-XX- | BARBER, JERRY | 30.00 | | .00 | |
| XXX-XX- | BELLINO, MICHAEL FRANK | 30.00 | | .00 | |
| XXX-XX- | DE ABREU, DERECK MICHAEL | 30.00 | | .00 | |
| XXX-XX- | GHANSHIAM, B CHANDRA | 30.00 | | .00 | |
| XXX-XX- | GONZALEZ MONTAS, FRANCISCO ARGENIS | 30.00 | | .00 | |
| XXX-XX- | LAFRATTA, ROBERT | 30.00 | | .00 | |
| XXX-XX- | LINCIFORT, WILDECK | 30.00 | | .00 | |
| XXX-XX- | MAYO, SILVESTRE *leave* | 30.00 | | .00 | |
| XXX-XX- | MENNA, LEONARD J. | 30.00 | | .00 | |
| XXX-XX- | MITCHELL, DERYCK C. | 30.00 | | .00 | |
| XXX-XX- | PEREZ, AMANDO | 30.00 | | .00 | |
| XXX-XX- | SHESHERINE, RAMLOCHAN | 30.00 | | .00 | |
| XXX-XX- | SIERRA, NALSON | 30.00 | | .00 | |
| XXX-XX- | WARD, CURTIS | 30.00 | | .00 | |
| XXX-XX- | WILLIAMS, TISHAWN | 30.00 | | .00 | |
| XXX-XX- | WYNN, CURTIS D. | 30.00 | | .00 | |

MEMBERS IN SHOP: 17       CURRENT DUE:    $10.00

TOTAL DUE:    $10.00

*30.00*
*480.00* *(OK PB)*

**NOTE: We require separate checks for each account. DO NOT CONSOLIDATE LIFE DUES AND LIFE BENEFIT PLAN PAYMENTS, as Government Agencies forbid us to commingle these various accounts.**

**This All-Purpose Reporting Form must be mailed to 325 73rd Street, Brooklyn, N.Y. 11209, by the 10th of every month.**

Life Payment (Dues & Initiation) _____ Life Benefit Plan Payment _____

➡ Employer may retain YELLOW COPY for its own files ⬅         Please notify the Union of any Employee's change of address

LIFE037

# LEAGUE OF INTERNATIONAL FEDERATED EMPLOYEES

325 73RD STREET
BROOKLYN, NEW YORK 11209
(718) 238-2399

NOV 1 8 2014

## UNION ALL - PURPOSE REPORTING FORM

≠ 28 21     30.00

LIBERTY ASHES
112 PHYLIS COURT
ELMONY NY 11030

≠ 27 15

450.00

SHOP #: 0502

PERIOD: 10/2014

REF. #: 0502201410

PAGE #:     1

| SOCIAL SECURITY NUMBER | LAST NAME, FIRST NAME | LIFE DUES | TERMINATION DATE | INITIATION FEE | LIFE BENEFIT PLAN PAYMEN |
|---|---|---|---|---|---|
| XXX-XX- | BANDOO, DEARMINDRA | 30.00 | | .00 | |
| XXX-XX- | BARBER, JERRY | 30.00 | | .00 | |
| XXX-XX- | BELLINO, MICHAEL FRANK | 30.00 | | .00 | |
| XXX-XX- | DE ABREU, DERECK MICHAEL | 30.00 | | .00 | |
| XXX-XX- | GHANSHIAM, B CHANDRA | 30.00 | | .00 | |
| XXX-XX- | GONZALEZ MONTAS, FRANCISCO ARGENIS | 30.00 | | .00 | |
| XXX-XX- | LAFRATTA, ROBERT | 30.00 | | .00 | |
| XXX-XX- | LINCIFORT, WILDECK | 30.00 | 8/13/14 | .00 | |
| XXX-XX- | MAYO, SILVESTRE | 30.00 | | .00 | |
| XXX-XX- | MENNA, LEONARD J. | 30.00 | Terminated. | .00 | |
| XXX-XX- | MITCHELL, DERYCK C. | 30.00 | | .00 | |
| XXX-XX- | PEREZ, AMANDO | 30.00 | | .00 | |
| XXX-XX- | SHESHERINE, RAMLOCHAN | 30.00 | | .00 | |
| XXX-XX- | SIERRA, NALSON | 30.00 | | .00 | |
| XXX-XX- | WARD, CURTIS | 30.00 | | .00 | |
| XXX-XX- | WILLIAMS, TISHAWN | 30.00 | | .00 | |
| XXX-XX- | WYNN, CURTIS D. | 30.00 | | .00 | |

MEMBERS IN SHOP: 17     CURRENT DUE:     510.00

TOTAL DUE:     510.00
60.00

Short     $ 30.00     DUE     450.00

NOTE: We require separate checks for each account. DO NOT CONSOLIDATE LIFE DUES AND LIFE BENEFIT PLAN PAYMENTS, as
Government Agencies forbid us to commingle these various accounts.

This All-Purpose Reporting Form must be mailed to 325 73rd Street, Brooklyn, N.Y. 11209, by the 10th of
every month.

Life Payment (Dues & Initiation) _____     Life Benefit Plan Payment _____

→ Employer may retain YELLOW COPY for its own files ←     Please notify the Union of any Employee's change of address

LIFE038

# LEAGUE OF INTERNATIONAL FEDERATED EMPLOYEES

### 325 73RD STREET
### BROOKLYN, NEW YORK 11209
### (718) 238-2399

*union plan* [handwritten]

DEC 30 2014 [handwritten]

## UNION ALL - PURPOSE REPORTING FORM

LIBERTY ASHES
112 PHYLIS COURT
ELMONY NY 11030

JS [handwritten, circled]

# 2822 [handwritten]

510.00 [handwritten]

SHOP #: 0502

PERIOD: 11/2014

REF. #: 0502201411

PAGE #: 1

| SOCIAL SECURITY NUMBER | LAST NAME, FIRST NAME | LIFE DUES | TERMINATION DATE | INITIATION FEE | LIFE BENEFIT PLAN PAYMEN |
|---|---|---|---|---|---|
| XXX-XX- | BANDOO, DEARMINDRA  *10/14 - 3000* | 30.00 | | .00 | |
| XXX-XX- | BARBER, JERRY  *11/14 - 480.00* | 30.00 | | .00 | |
| XXX-XX- | BELLINO, MICHAEL FRANK | 30.00 | | .00 | |
| XXX-XX- | DE ABREU, DERECK MICHAEL | 30.00 | | .00 | |
| XXX-XX- | GHANSHIAM, B CHANDRA | 30.00 | | .00 | |
| XXX-XX- | GONZALEZ MONTAS, FRANCISCO ARGENIS | 30.00 | | .00 | |
| XXX-XX- | LAFRATTA, ROBERT | 30.00 | | .00 | |
| XXX-XX- | LINCIFORT, WILDECK | 30.00 | | .00 | |
| XXX-XX- | MENNA, LEONARD J. | 30.00 | | .00 | |
| XXX-XX- | MITCHELL, DERYCK C. | 30.00 | | .00 | |
| XXX-XX- | PEREZ, AMANDO | 30.00 | | .00 | |
| XXX-XX- | SHESHERINE, RAMLOCHAN | 30.00 | | .00 | |
| XXX-XX- | SIERRA, NALSON | 30.00 | | .00 | |
| XXX-XX- | WARD, CURTIS | 30.00 | | .00 | |
| XXX-XX- | WILLIAMS, TISHAWN | 30.00 | | .00 | |
| XXX-XX- | WYNN, CURTIS D. | 30.00 | | .00 | |

*plan* [handwritten]

MEMBERS IN SHOP: 16        CURRENT DUE:        480.00

TOTAL DUE:        480.00

+ 30 [handwritten]

NOTE: We require separate checks for each account. DO NOT CONSOLIDATE LIFE DUES AND LIFE BENEFIT PLAN PAYMENTS, as Government Agencies forbid us to commingle these various accounts.

This All-Purpose Reporting Form must be mailed to 325 73rd Street, Brooklyn, N.Y. 11209, by the 10th of every month.

Life Payment (Dues & Initiation)                    Life Benefit Plan Payment

→ Employer may retain YELLOW COPY for its own files ←        Please notify the Union of any Employee's change of address

LIFE039

# LEAGUE OF INTERNATIONAL FEDERATED EMPLOYEES

325 73RD STREET
BROOKLYN, NEW YORK 11209
(718) 238-2399

## UNION ALL - PURPOSE REPORTING FORM

JAN 1 3 2015

LIBERTY ASHES
112 PHYLIS COURT
ELMONY NY 11030

SHOP #: 0502

PERIOD: 12/2014

REF. #: 0502201412

PAGE #:   1

*2893     450.00

| SOCIAL SECURITY NUMBER | LAST NAME, FIRST NAME | LIFE DUES | TERMINATION DATE | INITIATION FEE | LIFE BENEFIT PLAN PAYMEN |
|---|---|---|---|---|---|
| XXX-XX- | BANDOO, DEARMINDRA | 30.00 | | .00 | |
| XXX-XX- | BARBER, JERRY | 30.00 | | .00 | |
| XXX-XX- | BELLINO, MICHAEL FRANK | 30.00 | | .00 | |
| XXX-XX- | DE ABREU, DERECK MICHAEL | 30.00 | | .00 | |
| XXX-XX- | GHANSHIAM, B CHANDRA | 30.00 | | .00 | |
| XXX-XX- | GONZALEZ MONTAS, FRANCISCO ARGENIS | 30.00 | | .00 | |
| XXX-XX- | LAFRATTA, ROBERT | 30.00 | | .00 | |
| XXX-XX- | LINCIFORT, WILDECK | 30.00 | | .00 | |
| XXX-XX- | MENNA, LEONARD J. | 30.00 | | .00 | |
| XXX-XX- | MITCHELL, DERYCK C. | 30.00 | | .00 | |
| XXX-XX- | PEREZ, AMANDO | 30.00 | | .00 | |
| XXX-XX- | SHESHERINE, RAMLOCHAN | 30.00 | | .00 | |
| XXX-XX- | SIERRA, NALSON | 30.00 | | .00 | |
| XXX-XX- | WARD, CURTIS | 30.00 | | .00 | |
| XXX-XX- | WILLIAMS, TISHAWN | 30.00 | | .00 | |
| XXX-XX- | WYNN, CURTIS D. | 30.00 | | .00 | |

MEMBERS IN SHOP: 16        CURRENT DUE:        480.00

TOTAL DUE:        480.00

30.00

450.00

A9

NOTE: We require separate checks for each account. DO NOT CONSOLIDATE LIFE DUES AND LIFE BENEFIT PLAN PAYMENTS, as Government Agencies forbid us to commingle these various accounts.

This All-Purpose Reporting Form must be mailed to 325 73rd Street, Brooklyn, N.Y. 11209, by the 10th of every month.

Life Payment (Dues & Initiation) _____ Life Benefit Plan Payment _____

→ Employer may retain YELLOW COPY for its own files ←        Please notify the Union of any Employee's change of address

LIFE0040

# LEAGUE OF INTERNATIONAL FEDERATED EMPLOYEES

### 325 73RD STREET
### BROOKLYN, NEW YORK 11209
### (718) 238-2399


FEB 0 3 2015

## UNION ALL - PURPOSE REPORTING FORM

LIBERTY ASHES
112 PHYLIS COURT
ELMONY NY 11030

SHOP #:  0502

PERIOD:  01/2015

REF. #:  0502201501

PAGE #:  1

_# 2959_     _480.00_

| SOCIAL SECURITY NUMBER | LAST NAME, FIRST NAME | LIFE DUES | TERMINATION DATE | INITIATION FEE | LIFE BENEFIT PLAN PAYMENT |
|---|---|---|---|---|---|
| XXX-XX- | BANDOO, DEARMINDRA | 30.00 | | .00 | |
| XXX-XX- | BARBER, JERRY | 30.00 | | .00 | |
| XXX-XX- | BELLINO, MICHAEL FRANK | 30.00 | | .00 | |
| XXX-XX- | DE ABREU, DERECK MICHAEL | 30.00 | | .00 | |
| XXX-XX- | GHANSHIAM, B CHANDRA | 30.00 | | .00 | |
| XXX-XX- | GONZALEZ MONTAS, FRANCISCO ARGENIS | 30.00 | | .00 | |
| XXX-XX- | ~~LAFRATTA, ROBERT~~ | 30.00 | | .00 | |
| XXX-XX- | LINCIFORT, WILDECK | 30.00 | | .00 | |
| XXX-XX- | MENNA, LEONARD J. | 30.00 | | .00 | |
| XXX-XX- | MITCHELL, DERYCK C. | 30.00 | | .00 | |
| XXX-XX- | PEREZ, AMANDO | 30.00 | | .00 | |
| XXX-XX- | SHESHERINE, RAMLOCHAN | 30.00 | | .00 | |
| XXX-XX- | SIERRA, NALSON | 30.00 | | .00 | |
| XXX-XX- | WARD, CURTIS | 30.00 | | .00 | |
| XXX-XX- | WILLIAMS, TISHAWN | 30.00 | | .00 | |
| XXX-XX- | WYNN, CURTIS D. | 30.00 | | .00 | |

MEMBERS IN SHOP: 16       CURRENT DUE:     480.00

TOTAL DUE:     480.00

_Short pmt. 10/14_     _30.00_

_510.00_

_30 or Lafata_

_480_

**NOTE: We require separate checks for each account. DO NOT CONSOLIDATE LIFE DUES AND LIFE BENEFIT PLAN PAYMENTS, as Government Agencies forbid us to commingle these various accounts.**

**This All-Purpose Reporting Form must be mailed to 325 73rd Street, Brooklyn, N.Y. 11209, by the 10th of every month.**

Life Payment (Dues & Initiation) _____ Life Benefit Plan Payment _____

━▶ Employer may retain YELLOW COPY for its own files ◀━          Please notify the Union of any Employee's change of address

LIFE041

# LEAGUE OF INTERNATIONAL FEDERATED EMPLOYEES
### 325 73RD STREET
### BROOKLYN, NEW YORK 11209
### (718) 238-2399

FEB 2 4 2015

## UNION ALL - PURPOSE REPORTING FORM

LIBERTY ASHES
112 PHYLIS COURT
ELMONY NY 11030

*3007                    450.00

SHOP #: 0502

PERIOD: 02/2015

REF. #: 0502201502

PAGE #:    1

| SOCIAL SECURITY NUMBER | LAST NAME, FIRST NAME | LIFE DUES | TERMINATION DATE | INITIATION FEE | LIFE BENEFIT PLAN PAYMENT |
|---|---|---|---|---|---|
| XXX-XX- | BANDOO, DEARMINDRA | 30.00 | | 00 | |
| XXX-XX- | BARBER, JERRY | 30.00 | | 00 | |
| XXX-XX- | BELLINO, MICHAEL FRANK | 30.00 | | 00 | |
| XXX-XX- | DE ABREU, DERECK MICHAEL | 30.00 | | 00 | |
| XXX-XX- | GHANSHIAM, B CHANDRA | 30.00 | | 00 | |
| XXX-XX- | GONZALEZ MONTAS, FRANCISCO ARGENIS | 30.00 | | 00 | |
| XXX-XX- | LINCIFORT, WILDECK | 30.00 | | 00 | |
| XXX-XX- | MENNA, LEONARD J. | 30.00 | | 00 | |
| XXX-XX- | MITCHELL, DERYCK C. | 30.00 | | 00 | |
| XXX-XX- | PEREZ, AMANDO | 30.00 | | 00 | |
| XXX-XX- | SHESHERINE, RAMLOCHAN | 30.00 | | 00 | |
| XXX-XX- | SIERRA, NALSON | 30.00 | | 00 | |
| XXX-XX- | WARD, CURTIS | 30.00 | | 00 | |
| XXX-XX- | WILLIAMS, TISHAWN | 30.00 | | 00 | |
| XXX-XX- | WYNN, CURTIS D. | 30.00 | | 00 | |

EMBERS IN SHOP: 15      CURRENT DUE:       450.00

TOTAL DUE:       450.00

NOTE: We require separate checks for each account. DO NOT CONSOLIDATE LIFE DUES AND LIFE BENEFIT PLAN PAYMENTS, as Government Agencies forbid us to commingle these various accounts.

This All-Purpose Reporting Form must be mailed to 325 73rd Street, Brooklyn, N.Y. 11209, by the 10th of every month.

Life Payment (Dues & Initiation) _____ Life Benefit Plan Payment _____

→ Employer may retain YELLOW COPY for its own files ←        Please notify the Union of any Employee's change of address

LIFE042

# LEAGUE OF INTERNATIONAL FEDERATED EMPLOYEES

### 325 73RD STREET
### BROOKLYN, NEW YORK 11209
### (718) 238-2399

MAR 3 1 2015

## UNION ALL - PURPOSE REPORTING FORM

LIBERTY ASHES
112 PHYLIS COURT
ELMONY NY 11030

*# 3133*          *450.00*

SHOP #:  0502

PERIOD:  03/2015

REF. #:  0502201503

PAGE #:    1

| SOCIAL SECURITY NUMBER | LAST NAME, FIRST NAME | LIFE DUES | TERMINATION DATE | INITIATION FEE | LIFE BENEFIT PLAN PAYMEN |
|---|---|---|---|---|---|
| XXX-XX- | BANDOO, DEARMINDRA | 30.00 | | .00 | |
| XXX-XX- | BARBER, JERRY | 30.00 | | .00 | |
| XXX-XX- | BELLINO, MICHAEL FRANK | 30.00 | | .00 | |
| XXX-XX- | DE ABREU, DERECK MICHAEL | 30.00 | | .00 | |
| XXX-XX- | GHANSHIAM, B CHANDRA | 30.00 | | .00 | |
| XXX-XX- | GONZALEZ MONTAS, FRANCISCO ARGENIS | 30.00 | | .00 | |
| XXX-XX- | LINCIFORT, WILDECK | 30.00 | | .00 | |
| XXX-XX- | MENNA, LEONARD J. | 30.00 | | .00 | |
| XXX-XX- | MITCHELL, DERYCK C. | 30.00 | | .00 | |
| XXX-XX- | PEREZ, AMANDO | 30.00 | | .00 | |
| XXX-XX- | SHESHERINE, RAMLOCHAN | 30.00 | | .00 | |
| XXX-XX- | SIERRA, NALSON | 30.00 | | .00 | |
| XXX-XX- | WARD, CURTIS | 30.00 | | .00 | |
| XXX-XX- | WILLIAMS, TISHAWN | 30.00 | | .00 | |
| XXX-XX- | WYNN, CURTIS D. | 30.00 | | .00 | |

MEMBERS IN SHOP: 15        CURRENT DUE:    450.00

TOTAL DUE:    450.00

NOTE: We require separate checks for each account. DO NOT CONSOLIDATE LIFE DUES AND LIFE BENEFIT PLAN PAYMENTS, as Government Agencies forbid us to commingle these various accounts.

This All-Purpose Reporting Form must be mailed to 325 73rd Street, Brooklyn, N.Y. 11209, by the 10th of every month.

Life Payment (Dues & Initiation) _____ Life Benefit Plan Payment _____

# LEAGUE OF INTERNATIONAL FEDERATED EMPLOYEES
### 325 73RD STREET
### BROOKLYN, NEW YORK 11209
### (718) 238-2399

APR 0 7 2015

## UNION ALL - PURPOSE REPORTING FORM

LIBERTY ASHES
112 PHYLIS COURT
ELMONY NY 11030

SHOP #: 0502

PERIOD: 04/2015

REF. #: 0502201504

PAGE #:    1

#3153         450.00

| SOCIAL SECURITY NUMBER | LAST NAME, FIRST NAME | LIFE DUES | TERMINATION DATE | INITIATION FEE | LIFE BENEFIT PLAN PAYMEN |
|---|---|---|---|---|---|
| XXX-XX- | BANDOO, DEARMINDRA | 30.00 | | .00 | |
| XXX-XX- | BARBER, JERRY | 30.00 | | .00 | |
| XXX-XX- | BELLINO, MICHAEL FRANK | 30.00 | | .00 | |
| XXX-XX- | DE ABREU, DERECK MICHAEL | 30.00 | | .00 | |
| XXX-XX- | GHANSHIAM, B CHANDRA | 30.00 | | .00 | |
| XXX-XX- | GONZALEZ MONTAS, FRANCISCO ARGENIS | 30.00 | | .00 | |
| XXX-XX- | LINCIFORT, WILDECK | 30.00 | | .00 | |
| XXX-XX- | MENNA, LEONARD J. | 30.00 | | .00 | |
| XXX-XX- | MITCHELL, DERYCK C. | 30.00 | | .00 | |
| XXX-XX- | PEREZ, AMANDO | 30.00 | | .00 | |
| XXX-XX- | SHESHERINE, RAMLOCHAN | 30.00 | | .00 | |
| XXX-XX- | SIERRA, NALSON | 30.00 | | .00 | |
| XXX-XX- | WARD, CURTIS | 30.00 | | .00 | |
| XXX-XX- | WILLIAMS, TISHAWN | 30.00 | | .00 | |
| XXX-XX- | WYNN, CURTIS D. | 30.00 | | .00 | |

MEMBERS IN SHOP: 15        CURRENT DUE:        450.00

TOTAL DUE:        450.00

(OK pp)

**NOTE: We require separate checks for each account. DO NOT CONSOLIDATE LIFE DUES AND LIFE BENEFIT PLAN PAYMENTS, as Government Agencies forbid us to commingle these various accounts.**

**This All-Purpose Reporting Form must be mailed to 325 73rd Street, Brooklyn, N.Y. 11209, by the 10th of every month.**

Life Payment (Dues & Initiation) _____ Life Benefit Plan Payment _____

➔ Employer may retain YELLOW COPY for its own files ◄        Please notify the Union of any Employee's change of addre

LIFE044

# LEAGUE OF INTERNATIONAL FEDERATED EMPLOYEES

325 73RD STREET
BROOKLYN, NEW YORK 11209
(718) 238-2399

MAY 1 2 2015

## UNION ALL - PURPOSE REPORTING FORM

LIBERTY ASHES
112 PHYLIS COURT
ELMONY NY 11030

SHOP #:  0502

PERIOD:  05/2015

REF. #:  0502201505

# 3267              450.00

PAGE #:      1

| SOCIAL SECURITY NUMBER | LAST NAME, FIRST NAME | LIFE DUES | TERMINATION DATE | INITIATION FEE | LIFE BENEFIT PLAN PAYMEN |
|---|---|---|---|---|---|
| XXX-XX- | BANDOO, DEARMINDRA | 30.00 | | .00 | |
| XXX-XX- | BARBER, JERRY | 30.00 | | .00 | |
| XXX-XX- | BELLINO, MICHAEL FRANK | 30.00 | | .00 | |
| XXX-XX- | DE ABREU, DERECK MICHAEL | 30.00 | | .00 | |
| XXX-XX- | GHANSHIAM, B CHANDRA | 30.00 | | .00 | |
| XXX-XX- | GONZALEZ MONTAS, FRANCISCO ARGENIS | 30.00 | | .00 | |
| XXX-XX- | LINCIFORT, WILDECK | 30.00 | | .00 | |
| XXX-XX- | MENNA, LEONARD J. | 30.00 | | .00 | |
| XXX-XX- | MITCHELL, DERYCK C. | 30.00 | | .00 | |
| XXX-XX- | PEREZ, AMANDO | 30.00 | | .00 | |
| XXX-XX- | SHESHERINE, RAMLOCHAN | 30.00 | | .00 | |
| XXX-XX- | SIERRA, NALSON | 30.00 | | .00 | |
| XXX-XX- | WARD, CURTIS | 30.00 | | .00 | |
| XXX-XX- | WILLIAMS, TISHAWN | 30.00 | | .00 | |
| XXX-XX- | WYNN, CURTIS D. | 30.00 | | .00 | |

MEMBERS IN SHOP: 15          CURRENT DUE:     450.00

TOTAL DUE:     450.00

NOTE: We require separate checks for each account. DO NOT CONSOLIDATE LIFE DUES AND LIFE BENEFIT PLAN PAYMENTS, as Government Agencies forbid us to commingle these various accounts.

This All-Purpose Reporting Form must be mailed to 325 73rd Street, Brooklyn, N.Y. 11209, by the 10th of every month.

Life Payment (Dues & Initiation) _____ Life Benefit Plan Payment _____

→ Employer may retain YELLOW COPY for its own files ←          Please notify the Union of any Employee's change of address.

LIFE045

# LEAGUE OF INTERNATIONAL FEDERATED EMPLOYEES

325 73RD STREET
BROOKLYN, NEW YORK 11209
(718) 238-2399

JUN 2 4 2015

## UNION ALL - PURPOSE REPORTING FORM

*# 4123*
LIBERTY ASHES
112 PHYLIS COURT
ELMONY NY 11030

*30.00*

*# 3429*  *420.00*

SHOP #:  0502

PERIOD:  06/2015

REF. #:  0502201506

PAGE #:     1

| SOCIAL SECURITY NUMBER | LAST NAME, FIRST NAME | LIFE DUES | TERMINATION DATE | INITIATION FEE | LIFE BENEFIT PLAN PAYMENT |
|---|---|---|---|---|---|
| XXX-XX- | BANDOO, DEARMINDRA | 30.00 | | .00 | |
| XXX-XX- | BARBER, JERRY | 30.00 | | .00 | |
| XXX-XX- | BELLINO, MICHAEL FRANK | 30.00 | | .00 | |
| XXX-XX- | DE ABREU, DERECK MICHAEL | 30.00 | | .00 | |
| XXX-XX- | GHANSHIAM, B CHANDRA | 30.00 | | .00 | |
| XXX-XX- | GONZALEZ MONTAS, FRANCISCO ARGENIS | 30.00 | | .00 | |
| XXX-XX- | LINCIFORT, WILDECK | 30.00 | | .00 | |
| XXX-XX- | MENNA, LEONARD J. | 30.00 | | .00 | |
| XXX-XX- | MITCHELL, DERYCK C. | 30.00 | | .00 | |
| XXX-XX- | PEREZ, AMANDO | 30.00 | | .00 | |
| XXX-XX- | SHESHERINE, RAMLOCHAN | 30.00 | | .00 | |
| XXX-XX- | SIERRA, NALSON | 30.00 | | .00 | |
| XXX-XX- | WARD, CURTIS | 30.00 | | .00 | |
| XXX-XX- | WILLIAMS, TISHAWN | 30.00 | | .00 | |
| XXX-XX- | WYNN, CURTIS D. | 30.00 | | .00 | |

*Powell, Quarane*  *3000*

MEMBERS IN SHOP: 15          CURRENT DUE:   450.00

*missing*          TOTAL DUE:      ~~450.00~~

*OC. cvc # 4123 (8/15)*          *420.00*

*Only*

**NOTE: We require separate checks for each account. DO NOT CONSOLIDATE LIFE DUES AND LIFE BENEFIT PLAN PAYMENTS, as Government Agencies forbid us to commingle these various accounts.**

This All-Purpose Reporting Form must be mailed to 325 73rd Street, Brooklyn, N.Y. 11209, by the 10th of every month.

Life Payment (Dues & Initiation) _____ Life Benefit Plan Payment _____

→ Employer may retain YELLOW COPY for its own files ←          Please notify the Union of any Employee's change of address.

LIFE046

# LEAGUE OF INTERNATIONAL FEDERATED EMPLOYEES
### 325 73RD STREET
### BROOKLYN, NEW YORK 11209
### (718) 238-2399

AUG 07 2015

## UNION ALL - PURPOSE REPORTING FORM

#4123  30.00  (Pryon, J).
LIBERTY ASHES
112 PHYLIS COURT
ELMONT NY 11030  #4709  60.00  (9/15)
#4090  120.00

#4090

SHOP #: 0502
PERIOD: 07/2015
REF. #: 0502201507
PAGE #: 1

| SOCIAL SECURITY NUMBER | LAST NAME, FIRST NAME | LIFE/DUES | TERMINATION DATE | INITIATION FEE | LIFE BENEFIT PLAN PAYMEN |
|---|---|---|---|---|---|
| XXX-XX- | BANDOO, DEARMINDRA | 30.00 | | .00 | |
| XXX-XX- | BARBER, JERRY | 30.00 | | .00 | |
| XXX-XX- | BELLINO, MICHAEL FRANK | 30.00 | | .00 | |
| XXX-XX- | DE ABREU, DERECK MICHAEL | 30.00 | | .00 | |
| XXX-XX- | GHANSHIAM, B CHANDRA | 30.00 | | .00 | |
| XXX-XX- | GONZALEZ MONTAS, FRANCISCO ARGENIS | 30.00 | | .00 | |
| XXX-XX- | LINCIFORT, WILDECK | 30.00 | | .00 | |
| XXX-XX- | MENNAT LEONARD J | 30.00 | | .00 | |
| XXX-XX- | MITCHELL, DERYCK C. | 30.00 | | .00 | |
| XXX-XX- | PEREZ, AMANDO | 30.00 | | .00 | |
| XXX-XX- | SHESHERINE, RAMLOCHAN | 30.00 | | .00 | |
| XXX-XX- | SIERRA, NALSON | 30.00 | | .00 | |
| XXX-XX- | WARD, CURTIS | 30.00 | | .00 | |
| XXX-XX- | WILLIAMS, TISHAWN | 30.00 | | .00 | |
| XXX-XX- | WYNN, CURTIS D. | 30.00 | | .00 | |

MEMBERS IN SHOP: 15        CURRENT DUE:        450.00

                          TOTAL DUE:        450.00

missing!

1) Cabrera, J → or cc# 4122  30.00  (enmy vrend)

2) Pryor, J → or cc# 4123

3) Powell, Q → or cc# 4090

NOTE: We require separate checks for each account. DO NOT CONSOLIDATE LIFE DUES AND LIFE BENEFIT PLAN PAYMENTS, as Government Agencies forbid us to commingle these various accounts.

This All-Purpose Reporting Form must be mailed to 325 73rd Street, Brooklyn, N.Y. 11209, by the 10th of every month.

Life Payment (Dues & Initiation) _____ Life Benefit Plan Payment _____

→ Employer may retain YELLOW COPY for its own files ←        Please notify the Union of any Employee's change of address

LIFE047

# LEAGUE OF INTERNATIONAL FEDERATED EMPLOYEES

325 73RD STREET
BROOKLYN, NEW YORK 11209
(718) 238-2399

*AUG 2 0 2015*

## UNION ALL - PURPOSE REPORTING FORM

LIBERTY ASHES
112 PHYLIS COURT
ELMONY NY 11030

*#4123* *570.00*

| SHOP #: | 0502 |
|---|---|
| PERIOD: | 08/2015 |
| REF. #: | 0502201508 |
| PAGE #: | 1 |

| SOCIAL SECURITY NUMBER | LAST NAME, FIRST NAME | LIFE DUES | TERMINATION DATE | INITIATION FEE | LIFE BENEFIT PLAN PAYMEN |
|---|---|---|---|---|---|
| XXX-XX- | BANDOO, DEARMINDRA  *6/15 - 30.00* | 30.00 | | .00 | |
| XXX-XX- | BARBER, JERRY | 30.00 | | .00 | |
| XXX-XX- | BELLINO, MICHAEL FRANK | 30.00 | | .00 | |
| XXX-XX- | CABRERA, JESSE  *7/15 - 30.00* | 30.00 | | 75.00 | |
| XXX-XX- | DE ABREU, DERECK MICHAEL | 30.00 | | .00 | |
| XXX-XX- | GHANSHIAM, B CHANDRA | 30.00 | | .00 | |
| XXX-XX- | GONZALEZ MONTAS, FRANCISCO ARGENIS | 30.00 | | .00 | |
| XXX-XX- | LINCIFORT, WILDECK | 30.00 | | .00 | |
| XXX-XX- | MITCHELL, DERYCK C.  *8/15 - 510.00* | 30.00 | | .00 | |
| XXX-XX- | PEREZ, AMANDO | 30.00 | | .00 | |
| XXX-XX- | POWELL, QUANANE | 30.00 | | 75.00 | |
| XXX-XX- | PRYOR, JERMAINE | 30.00 | | .00 | |
| XXX-XX- | SHESHERINE, RAMLOCHAN | 30.00 | | .00 | |
| XXX-XX- | SIERRA, NALSON | 30.00 | | .00 | |
| XXX-XX- | WARD, CURTIS | 30.00 | | .00 | |
| XXX-XX- | WILLIAMS, TISHAWN | 30.00 | | .00 | |
| XXX-XX- | WYNN, CURTIS D. | 30.00 | | .00 | |

MEMBERS IN SHOP: 17     CURRENT DUE:     510.00     150.00

TOTAL DUE:     510.00     150.00

*missing pmts*
*1) Pryor, J - 30.00 (7/15)*
*2) Powell, Q (6/15) - 30.00*

*570.00*

*(su A/S)*

NOTE: We require separate checks for each account. DO NOT CONSOLIDATE LIFE DUES AND LIFE BENEFIT PLAN PAYMENTS, as Government Agencies forbid us to commingle these various accounts.

This All-Purpose Reporting Form must be mailed to 325 73rd Street, Brooklyn, N.Y. 11209, by the 10th of every month.

Life Payment (Dues & Initiation) _____ Life Benefit Plan Payment _____

➤ Employer may retain YELLOW COPY for its own files ◄     Please notify the Union of any Employee's change of address

LIFE048

# LEAGUE OF INTERNATIONAL FEDERATED EMPLOYEES

### 325 73RD STREET
### BROOKLYN, NEW YORK 11209
### (718) 238-2399

*SEP 14 2015*

## UNION ALL - PURPOSE REPORTING FORM

LIBERTY ASHES
112 PHYLIS COURT
ELMONY NY 11030

⌐ + 4199 ¬   *630.00*

SHOP #: 0502

PERIOD: 09/2015

REF. #: 0502201509

PAGE #:      1

| SOCIAL SECURITY NUMBER | LAST NAME, FIRST NAME | LIFE DUES | TERMINATION DATE | INITIATION FEE | LIFE BENEFIT PLAN PAYMEN |
|---|---|---|---|---|---|
| XXX-XX— | BANDOO, DEARMINDRA | 30.00 | 7/15 — 60.00 + 60.00 | .00 | |
| XXX-XX— | BARBER, JERRY | 30.00 | 9/15 | .00 | |
| XXX-XX— | BELLINO, MICHAEL FRANK | 30.00 | 7/15 | .00 | |
| XXX-XX— | CABRERA, JESSE | 30.00 | 30.00 | .00 | |
| XXX-XX— | DE ABREU, DERECK MICHAEL | 30.00 | | .00 | |
| XXX-XX— | GHANSHIAM, B CHANDRA | 30.00 | | .00 | |
| XXX-XX— | GONZALEZ MONTAS, FRANCISCO ARGENIS | 30.00 | | .00 | |
| XXX-XX— | LINCIFORT, WILDECK | 30.00 | | .00 | |
| XXX-XX— | MITCHELL, DERYCK C. | 30.00 | | .00 | |
| XXX-XX— | PEREZ, AMANDO | 30.00 | | .00 | |
| XXX-XX— | POWELL, QUANANE | 30.00 | 6/15, 7/15 60.00 | .00 | |
| XXX-XX— | PRYOR, JERMAINE | 30.00 | 7/15 30.00 | .00 | |
| XXX-XX— | SHESHERINE, RAMLOCHAN | 30.00 | | .00 | |
| XXX-XX— | SIERRA, NALSON | 30.00 | | .00 | |
| XXX-XX— | WARD, CURTIS | 30.00 | | .00 | |
| XXX-XX— | WILLIAMS, TISHAWN | 30.00 | | .00 | |
| XXX-XX— | WYNN, CURTIS D. | 30.00 | | .00 | |

MEMBERS IN SHOP: 17        CURRENT DUE:    510.00

                          TOTAL DUE:      510.00        *120.00*

*OK MB*

*630.00*

NOTE: We require separate checks for each account. DO NOT CONSOLIDATE LIFE DUES AND LIFE BENEFIT PLAN PAYMENTS, as Government agencies forbid us to commingle these various accounts.

This All-Purpose Reporting Form must be mailed to 325 73rd Street, Brooklyn, N.Y. 11209, by the 10th of every month.

Life Payment (Dues & Initiation) _____   Life Benefit Plan Payment _____

→ Employer may retain YELLOW COPY for its own files ←        Please notify the Union of any Employee's change of address

# LEAGUE OF INTERNATIONAL FEDERATED EMPLOYEES

### 325 73RD STREET
### BROOKLYN, NEW YORK 11209
### (718) 238-2399

NOV 0 3 2015

## UNION ALL - PURPOSE REPORTING FORM

LIBERTY ASHES
112 PHYLIS COURT
ELMONY, NY 11030

SHOP #: 0502
PERIOD: 10/2015
REF. #: 0502201500
PAGE #:     1

⌐ #4384          480.00  ⌐

| SOCIAL SECURITY NUMBER | LAST NAME, FIRST NAME | LIFE DUES | TERMINATION DATE | INITIATION FEE | LIFE BENEFIT PLAN PAYMEN |
|---|---|---|---|---|---|
| XXX-XX- | BANDOO, DEARMINDRA | 30.00 | | .00 | |
| XXX-XX- | BARBER, JERRY | 30.00 | | .00 | |
| XXX-XX- | BELLINO, MICHAEL FRANK | 30.00 | | .00 | |
| XXX-XX- | CABRERA, JESSE | 30.00 | | .00 | |
| XXX-XX- | DE ABREU, DERECK MICHAEL | 30.00 | | .00 | |
| XXX-XX- | GHANSHIAM, B CHANDRA | 30.00 | | .00 | |
| XXX-XX- | GONZALEZ MONTAS, FRANCISCO ARGENIS | 30.00 | | .00 | |
| XXX-XX- | LINCIFORT, WILDECK | 30.00 | | .00 | |
| XXX-XX- | MITCHELL, DERYCK C. | 30.00 | | .00 | |
| XXX-XX- | PEREZ, AMANDO | 30.00 | | .00 | |
| XXX-XX- | POWELL, QUANANE | 30.00 | | .00 | |
| XXX-XX- | PRYOR, JERMAINE | 30.00 | | .00 | |
| XXX-XX- | SHESHERINE, RAMLOCHAN | 30.00 | | .00 | |
| XXX-XX- | SIERRA, NALSON | 30.00 | | .00 | |
| XXX-XX- | WARD, CURTIS | 30.00 | | .00 | |
| XXX-XX- | WILLIAMS, TISHAWN | 30.00 | | .00 | |
| XXX-XX- | WYNN, CURTIS D. | 30.00 | | .00 | |

MEMBERS IN SHOP: 17        CURRENT DUE:        510.00

PREVIOUS BALANCE DUE

TOTAL DUE:

30.00

NOTE: We require separate checks for each account. DO NOT CONSOLIDATE LIFE DUES AND LIFE BENEFIT PLAN PAYMENTS, as Government agencies forbid us to commingle these various accounts.

This All-Purpose Reporting Form must be mailed to 325 73rd Street, Brooklyn, N.Y. 11209, by the 10th of every month.

Life Payment (Dues & Initiation) _____   Life Benefit Plan Payment _____

→ Employer may retain YELLOW COPY for its own files ←        Please notify the Union of any Employee's change of address

LIFE050

# LEAGUE OF INTERNATIONAL FEDERATED EMPLOYEES
### 325 73RD STREET
### BROOKLYN, NEW YORK 11209
### (718) 238-2399

DEC 14 2015

## UNION ALL - PURPOSE REPORTING FORM

LIBERTY ASHES
112 PHYLIS COURT
ELMONY NY 11030

≠ 3509            480.00

SHOP #:  0502

PERIOD: 11/2015

REF. #: 0502201511

PAGE #:      1

| SOCIAL SECURITY NUMBER | LAST NAME, FIRST NAME | LIFE DUES | TERMINATION DATE | INITIATION FEE | LIFE BENEFIT PLAN PAYMEN |
|---|---|---|---|---|---|
| XXX-XX- | BANDOO, DEARMINDRA | 30.00 | | .00 | |
| XXX-XX- | BARBER, JERRY | 30.00 | | .00 | |
| XXX-XX- | BELLINO, MICHAEL FRANK | 30.00 | | .00 | |
| XXX-XX- | CABRERA, JESSE | 30.00 | | .00 | |
| XXX-XX- | DE ABREU, DERECK MICHAEL | 30.00 | | .00 | |
| XXX-XX- | GHANSHIAM, CHANDRA | 30.00 | | .00 | |
| XXX-XX- | GONZALEZ MONTAS, FRANCISCO ARGENIS | 30.00 | | .00 | |
| XXX-XX- | LINCIFORT, WILDECK | 30.00 | | .00 | |
| XXX-XX- | MITCHELL, DERYCK C. | 30.00 | | .00 | |
| XXX-XX- | PEREZ, AMANDO | 30.00 | | .00 | |
| XXX-XX- | PRYOR, JERMAINE | 30.00 | | .00 | |
| XXX-XX- | SHESHERINE, RAMLOCHAN | 30.00 | | .00 | |
| XXX-XX- | SIERRA, NALSON | 30.00 | | .00 | |
| XXX-XX- | WARD, CURTIS | 30.00 | | .00 | |
| XXX-XX- | WILLIAMS, TISHAWN | 30.00 | | .00 | |
| XXX-XX- | WYNN, CURTIS D. | 30.00 | | .00 | |

MEMBERS IN SHOP: 16        CURRENT DUE:        480.00

TOTAL DUE:        480.00

NOTE: We require separate checks for each account. DO NOT CONSOLIDATE LIFE DUES AND LIFE BENEFIT PLAN PAYMENTS, as Government agencies forbid us to commingle these various accounts.

This All-Purpose Reporting Form must be mailed to 325 73rd Street, Brooklyn, N.Y. 11209, by the 10th of every month.

Life Payment (Dues & Initiation) _____ Life Benefit Plan Payment _____

→ Employer may retain YELLOW COPY for its own files ←        Please notify the Union of any Employee's change of address

LIFE051

# LEAGUE OF INTERNATIONAL FEDERATED EMPLOYEES
### 325 73RD STREET
### BROOKLYN, NEW YORK 11209
### (718) 238-2399

## UNION ALL - PURPOSE REPORTING FORM

FEB 0 1 2016

LIBERTY ASHES
112 PHYLIS COURT
ELMONY NY 11030

SHOP #: 0502

PERIOD: 12/2015

REF. #: 0502201512

└ #3678                48000 ┘

PAGE #:    1

| SOCIAL SECURITY NUMBER | LAST NAME, FIRST NAME | LIFE DUES | TERMINATION DATE | INITIATION FEE | LIFE BENEFIT PLAN PAYMENT |
|---|---|---|---|---|---|
| XXX-XX- | BANDOO, DEARMINDRA | 30.00 | | .00 | |
| XXX-XX- | BARBER, JERRY | 30.00 | | .00 | |
| XXX-XX- | BELLINO, MICHAEL FRANK | 30.00 | | .00 | |
| XXX-XX- | CABRERA, JESSE | 30.00 | | .00 | |
| XXX-XX- | DE ABREU, DERECK MICHAEL | 30.00 | | .00 | |
| XXX-XX- | GHANSHIAM, CHANDRA | 30.00 | | .00 | |
| XXX-XX- | GONZALEZ MONTAS, FRANCISCO ARGENIS | 30.00 | | .00 | |
| XXX-XX- | LINGIFORT, WILDECK | 30.00 | | .00 | |
| XXX-XX- | MITCHELL, DERYCK C. | 30.00 | | .00 | |
| XXX-XX- | PEREZ, AMANDO | 30.00 | | .00 | |
| XXX-XX- | PRYOR, JERMAINE | 30.00 | | .00 | |
| XXX-XX- | SHESHERINE, RAMLOCHAN | 30.00 | | .00 | |
| XXX-XX- | SIERRA, NALSON | 30.00 | | .00 | |
| XXX-XX- | WARD, CURTIS | 30.00 | | .00 | |
| XXX-XX- | WILLIAMS, TISHAWN | 30.00 | | .00 | |
| XXX-XX- | WYNN, CURTIS D. | 30.00 | | .00 | |

MEMBERS IN SHOP: 16          CURRENT DUE:          480.00

TOTAL DUE:          480.00

NOTE: We require separate checks for each account. DO NOT CONSOLIDATE LIFE DUES AND LIFE BENEFIT PLAN PAYMENTS, as Government agencies forbid us to commingle these various accounts.

**This All-Purpose Reporting Form must be mailed to 325 73rd Street, Brooklyn, N.Y. 11209, by the 10th of every month.**

Life Payment (Dues & Initiation) _____    Life Benefit Plan Payment _____

➤ Employer may retain YELLOW COPY for its own files ◄          Please notify the Union of any Employee's change of address

LIFE052

# LEAGUE OF INTERNATIONAL FEDERATED EMPLOYEES
### 325 73RD STREET
### BROOKLYN, NEW YORK 11209
### (718) 238-2399


FEB 1 9 2016

## UNION ALL - PURPOSE REPORTING FORM

LIBERTY ASHES
112 PHYLIS COURT
ELMONY NY 11030

#8745        480.00

SHOP #: 0502

PERIOD: 01/2016

REF. #: 0502201601

PAGE #:    1

| SOCIAL SECURITY NUMBER | LAST NAME, FIRST NAME | LIFE DUES | TERMINATION DATE | INITIATION FEE | LIFE BENEFIT PLAN PAYMEN |
|---|---|---|---|---|---|
| XXX-XX- | BANDOO, DEARMINDRA | 30.00 | | .00 | |
| XXX-XX- | BARBER, JERRY | 30.00 | | .00 | |
| XXX-XX- | BELLINO, MICHAEL FRANK | 30.00 | | .00 | |
| XXX-XX- | CABRERA, JESSE | 30.00 | | .00 | |
| XXX-XX- | DE ABREU, DERECK MICHAEL | 30.00 | | .00 | |
| XXX-XX- | GHANSHIAM, CHANDRA | 30.00 | | .00 | |
| XXX-XX- | GONZALEZ MONTAS, FRANCISCO ARGENIS | 30.00 | | .00 | |
| XXX-XX- | LINCIFORT, WILDECK | 30.00 | | .00 | |
| XXX-XX- | MITCHELL, DERYCK C. | 30.00 | | .00 | |
| XXX-XX- | PEREZ, AMANDO | 30.00 | | .00 | |
| XXX-XX- | PRYOR, JERMAINE | 30.00 | | .00 | |
| XXX-XX- | SHESHERINE, RAMLOCHAN | 30.00 | | .00 | |
| XXX-XX- | SIERRA, NALSON | 30.00 | | .00 | |
| XXX-XX- | WARD, CURTIS | 30.00 | | .00 | |
| XXX-XX- | WILLIAMS, TISHAWN | 30.00 | | .00 | |
| XXX-XX- | WYNN, CURTIS D. | 30.00 | | .00 | |

MEMBERS IN SHOP: 16        CURRENT DUE:      480.00

TOTAL DUE:      480.00

NOTE: We require separate checks for each account. DO NOT CONSOLIDATE LIFE DUES AND LIFE BENEFIT PLAN PAYMENTS, as Government agencies forbid us to commingle these various accounts.

**This All-Purpose Reporting Form must be mailed to 325 73rd Street, Brooklyn, N.Y. 11209, by the 10th of every month.**

Life Payment (Dues & Initiation) _____   Life Benefit Plan Payment _____

→ Employer may retain YELLOW COPY for its own files ←        Please notify the Union of any Employee's change of addres

# LEAGUE OF INTERNATIONAL FEDERATED EMPLOYEES

325 73RD STREET
BROOKLYN, NEW YORK 11209
(718) 238-2399

MAR 1 1 2016

## UNION ALL - PURPOSE REPORTING FORM

# 3908      30.00 (3/16)

LIBERTY ASHES
112 PHYLIS COURT      480.00
ELMONY NY 11030
# 3947      60.00 (4/16)
# 3780                DUES

SHOP #: 0502
PERIOD: 02/2016
REF. #: 0502201602
PAGE #:      1

| SOCIAL SECURITY NUMBER | LAST NAME, FIRST NAME | LIFE DUES | TERMINATION DATE | INITIATION FEE | LIFE BENEFIT PLAN PAYMEN |
|---|---|---|---|---|---|
| XXX-XX- | BANDOO, DEARMINDRA | 30.00 | | .00 | |
| XXX-XX- | BARBER, JERRY | 30.00 | | .00 | |
| XXX-XX- | BELLINO, MICHAEL FRANK | 30.00 | | .00 | |
| XXX-XX- | CABRERA, JESSE | 30.00 | | .00 | |
| XXX-XX- | DE ABREU, DERECK MICHAEL | 30.00 | | .00 | |
| XXX-XX- | GHANSHIAM, CHANDRA | 30.00 | | .00 | |
| XXX-XX- | GONZALEZ MONTAS, FRANCISCO ARGENIS | 30.00 | | .00 | |
| XXX-XX- | LINCIFORT, WILDECK | 30.00 | | .00 | |
| XXX-XX- | MITCHELL, DERYCK C. | 30.00 | | .00 | |
| XXX-XX- | PEREZ, AMANDO | 30.00 | | .00 | |
| XXX-XX- | PRYOR, JERMAINE | 30.00 | | .00 | |
| XXX-XX- | SHESHERINE, RAMLOCHAN | 30.00 | | .00 | |
| XXX-XX- | SIERRA, NALSON | 30.00 | | .00 | |
| XXX-XX- | WARD, CURTIS | 30.00 | | .00 | |
| XXX-XX- | WILLIAMS, TISHAWN | 30.00 | | .00 | |
| XXX-XX- | WYNN, CURTIS D. | 30.00 | | .00 | |

MEMBERS IN SHOP: 16      CURRENT DUE:      480.00

TOTAL DUE:      480.00

missing:
1) Adams, E → or CK# 3908    30.00    60.00
2) Faleon, J → ok ck 3947 30.00
3) Consolo, R → ok ck 3947 30.00

NOTE: We require separate checks for each account. DO NOT CONSOLIDATE LIFE DUES AND LIFE BENEFIT PLAN PAYMENTS, as Government agencies forbid us to commingle these various accounts.

**This All-Purpose Reporting Form must be mailed to 325 73rd Street, Brooklyn, N.Y. 11209, by the 10th of every month.**

Life Payment (Dues & Initiation) _____   Life Benefit Plan Payment _____

→ Employer may retain YELLOW COPY for its own files ←      Please notify the Union of any Employee's change of address

LIFE054

# LEAGUE OF INTERNATIONAL FEDERATED EMPLOYEES
### 325 73RD STREET
### BROOKLYN, NEW YORK 11209
### (718) 238-2399

APR 1 2 2016

## UNION ALL - PURPOSE REPORTING FORM

#3947   60.00 ( 4/16)

LIBERTY ASHES
112 PHYLIS COURT
ELMONY NY 11030

#3908   600.00

SHOP #:  0502

PERIOD:  03/2016

REF. #:  0502201603

PAGE #:   1

| SOCIAL SECURITY NUMBER | LAST NAME, FIRST NAME | LIFE DUES | TERMINATION DATE | INITIATION FEE | LIFE BENEFIT PLAN PAYMEN |
|---|---|---|---|---|---|
| XXX-XX- | ADAMS, ERIC   2/16  —  30.00 | 30.00 | | 75.00 | |
| XXX-XX- | BANDOO, DEARMINDRA | 30.00 | | .00 | |
| XXX-XX- | BARBER, JERRY  3/16  —570.00 | 30.00 | | .00 | |
| XXX-XX- | BELLINO, MICHAEL FRANK | 30.00 | | .00 | |
| XXX-XX- | CABRERA, JESSE | 30.00 | | .00 | |
| XXX-XX- | CONSOLO, ROBERT | 30.00 | | .00 | |
| XXX-XX- | DE ABREU, DERECK MICHAEL | 30.00 | | .00 | |
| XXX-XX- | FALCON, JOSE | 30.00 | | 75.00 | |
| XXX-XX- | GHANSHIAM, CHANDRA | 30.00 | | .00 | |
| XXX-XX- | GONZALEZ MONTAS, FRANCISCO ARGENIS | 30.00 | | .00 | |
| XXX-XX- | LINCIFORT, WILDECK | 30.00 | | .00 | |
| XXX-XX- | MITCHELL, DERYCK C. | 30.00 | | .00 | |
| XXX-XX- | PEREZ, AMANDO | 30.00 | | .00 | |
| XXX-XX- | PRYOR, JERMAINE | 30.00 | | .00 | |
| XXX-XX- | SHESHERINE, RAMLOCHAN | 30.00 | | .00 | |
| XXX-XX- | SIERRA, NALSON | 30.00 | | .00 | |
| XXX-XX- | WARD, CURTIS | 30.00 | | .00 | |
| XXX-XX- | WILLIAMS, TISHAWN | 30.00 | | .00 | |
| XXX-XX- | WYNN, CURTIS D. | 30.00 | | .00 | |

Santiago P — missing   30.00

ok #3947

MEMBERS IN SHOP  19   CURRENT DUE:  570.00   150.00

Williams, L — missing   30.00

missing pmt.   ok cic # 3947   TOTAL DUE:  570.00   150.00

Adams 2/16   ok.   30.00

600.00

**NOTE: We require separate checks for each account. DO NOT CONSOLIDATE LIFE DUES AND LIFE BENEFIT PLAN PAYMENTS, as Government agencies forbid us to commingle these various accounts.**

**This All-Purpose Reporting Form must be mailed to 325 73rd Street, Brooklyn, N.Y. 11209, by the 10th of every month.**

Life Payment (Dues & Initiation) _____   Life Benefit Plan Payment _____

→ Employer may retain YELLOW COPY for its own files ←        Please notify the Union of any Employee's change of address

LIFE055

# LEAGUE OF INTERNATIONAL FEDERATED EMPLOYEES

### 325 73RD STREET
### BROOKLYN, NEW YORK 11209
### (718) 238-2399

*MAY 0 2 2016*

## UNION ALL - PURPOSE REPORTING FORM

LIBERTY ASHES
112 PHYLIS COURT
ELMONY NY 11030

SHOP #: 0502

PERIOD: 04/2016

REF. #: 0502201604

PAGE #:  1

⌐ *#3947*   *750.00* ⌐

| SOCIAL SECURITY NUMBER | LAST NAME, FIRST NAME | LIFE DUES | TERMINATION DATE | INITIATION FEE | LIFE BENEFIT PLAN PAYMEN |
|---|---|---|---|---|---|
| XXX-XX- | ADAMS, ERIC  *2/16 — 60.00* | 30.00 | | .00 | |
| XXX-XX- | BANDOO, DEARMINDRA | 30.00 | | .00 | |
| XXX-XX- | BARBER, JERRY  *3/16 — 60.00* | 30.00 | | .00 | |
| XXX-XX- | BELLINO, MICHAEL FRANK | 30.00 | | .00 | |
| XXX-XX- | CABRERA, JESSE | 30.00 | | .00 | |
| XXX-XX- | CONSOLO, ROBERT  *4/16 — 630.00* | 30.00 | | .00 | |
| XXX-XX- | DE ABREU, DERECK MICHAEL | 30.00 | | .00 | |
| XXX-XX- | FALCON, JOSE | 30.00 | | .00 | |
| XXX-XX- | GHANSHIAM, CHANDRA | 30.00 | | .00 | |
| XXX-XX- | GONZALEZ MONTAS, FRANCISCO ARGENIS | 30.00 | | .00 | |
| XXX-XX- | LINCIFORT, WILDECK | 30.00 | | .00 | |
| XXX-XX- | MITCHELL, DERYCK C. | 30.00 | | .00 | |
| XXX-XX- | PEREZ, AMANDO | 30.00 | | .00 | |
| XXX-XX- | PRYOR, JERMAINE | 30.00 | | .00 | |
| XXX-XX- | SANTIAGO, PACO EDDIE | 30.00 | | 75.00 | |
| XXX-XX- | SHESHERINE, RAMLOCHAN | 30.00 | | .00 | |
| XXX-XX- | SIERRA, NALSON | 30.00 | | .00 | |
| XXX-XX- | WARD, CURTIS | 30.00 | | .00 | |
| XXX-XX- | WILLIAMS, LASCELLES JUNIOR | 30.00 | | 75.00 | |
| XXX-XX- | WILLIAMS, TISHAWN | 30.00 | | .00 | |
| XXX-XX- | WYNN, CURTIS D. | 30.00 | | .00 | |

MEMBERS IN SHOP: 21      CURRENT DUE:     630.00      150.00

TOTAL DUE:     630.00      150.00

*missing!*
*1) Falcon, Adams, Consolo (2/16)  30.00*
*4) Santiago  (3/16) Williams,L  30.00 + 300*

*750.00*

NOTE: We require separate checks for each account. DO NOT CONSOLIDATE LIFE DUES AND LIFE BENEFIT PLAN PAYMENTS, as Government agencies forbid us to commingle these various accounts.

This All-Purpose Reporting Form must be mailed to 325 73rd Street, Brooklyn, N.Y. 11209, by the 10th of every month.

Life Payment (Dues & Initiation) _____   Life Benefit Plan Payment _____

→ Employer may retain YELLOW COPY for its own files ←      Please notify the Union of any Employee's change of address

LIFE056



# LEAGUE OF INTERNATIONAL FEDERATED EMPLOYEES
### 325 73RD STREET
### BROOKLYN, NEW YORK 11209
### (718) 238-2399

## UNION ALL - PURPOSE REPORTING FORM

LIBERTY ASHES                                          SHOP # 0502
112 PHYLIS COURT                                       PERIOD 4/2016
ELMONY NY 11030                                        REF. # 0502201604

L = 4555                                               PAGE #

| SOCIAL SECURITY NUMBER | LAST NAME, FIRST NAME | LIFE DUES | TERMINATION DATE | INITIATION FEE | DUES/BENEFIT PLAN PAYMENT |
|---|---|---|---|---|---|
| XXX-XX- | ADAMS, ERIC          4/16 fee - 120.00 | 30.00 | | .00 | |
| XXX-XX- | BANDOO, DEVHINDRA | 30.00 | | .00 | |
| XXX-XX- | BARBER, JERRY | 30.00 | | .00 | |
| XXX-XX- | BELLINO, MICHAEL FRANK | 30.00 | | .00 | |
| XXX-XX- | CABRERA, JESSE          5/16 - 630.00 | 30.00 | | .00 | |
| | CONBOLE, ROBERT | 30.00 | | .00 | |
| | REDRUM, DERECK MICHAEL | | | | |
| | ESTON, JOSE | | | | |
| | GRANDISON, XXANDER | | | | |
| | GONZALEZ MONTASERRANO, FRANCISCO ARGENIS | 30.00 | | .00 | |
| | INZAGRETA, WALDECK | 30.00 | | | |
| | MITCHELL, DERAY | 30.00 | | .00 | |
| | PEREZ, MANUEL | 30.00 | | | |
| XXX-XX- | PRYOR, JERMAINE | 30.00 | | | |
| XXX-XX- | SANTIAGO, PACO EDDIE | 30.00 | | .00 | |
| XXX-XX- | SHEBETERINE, RAMLOCHAN | 30.00 | | .00 | |
| XXX-XX- | SIERRA, NALCHON | 30.00 | | .00 | |
| XXX-XX- | WARD, CURTIS | 30.00 | | .00 | |
| XXX-XX- | WILLIAMS, LASCELLES JUNIOR | 30.00 | | 75.00 | |
| XXX-XX- | WILLIAMS, TISHAWN | 30.00 | | .00 | |
| | WYNN, CURTIS D | | | | |
| MEMBERS IN SHOP 21 | CURRENT DUE | 630.00 | | 50.00 | |
| | TOTAL DUE | 630.00 | | | |

LIFE057

# LEAGUE OF INTERNATIONAL FEDERATED EMPLOYEES
### 325 73RD STREET
### BROOKLYN, NEW YORK 11209
### (718) 238-2399

JUL 0 5 2016

## UNION ALL - PURPOSE REPORTING FORM

LIBERTY ASHES
112 PHYLIS COURT
ELMONY NY 11030

#1665


630.00

SHOP #: 0502

PERIOD: 06/2016

REF. #: 0502201606

PAGE #:     1

| SOCIAL SECURITY NUMBER | LAST NAME, FIRST NAME | LIFE DUES | TERMINATION DATE | INITIATION FEE | LIFE BENEFIT PLAN PAYMEN |
|---|---|---|---|---|---|
| XXX-XX- | ADAMS, ERIC | 30.00 | | .00 | |
| XXX-XX- | BANDOO, DEARMINDRA | 30.00 | | .00 | |
| XXX-XX- | BARBER, JERRY | 30.00 | | .00 | |
| XXX-XX- | BELLINO, MICHAEL FRANK | 30.00 | | .00 | |
| XXX-XX- | CABRERA, JESSE | 30.00 | | ..00 | |
| XXX-XX- | CONSOLO, ROBERT | 30.00 | | .00 | |
| XXX-XX- | DE ABREU, DERECK MICHAEL | 30.00 | | .00 | |
| XXX-XX- | FALCON, JOSE | 30.00 | | .00 | |
| XXX-XX- | GHANSHIAM,   CHANDRA | 30.00 | | .00 | |
| XXX-XX- | GONZALEZ MONTAS, FRANCISCO ARGENIS | 30.00 | | .00 | |
| XXX-XX- | LINCIFORT, WILDECK | 30.00 | | .00 | |
| XXX-XX- | MITCHELL, DERYCK C. | 30.00 | | .00 | |
| XXX-XX- | PEREZ, AMANDO | 30.00 | | .00 | |
| XXX-XX- | PRYOR, JERMAINE | 30.00 | | .00 | |
| XXX-XX- | SANTIAGO, PACO EDDIE | 30.00 | | .00 | |
| XXX-XX- | SHESHERINE, RAMLOCHAN | 30.00 | | .00 | |
| XXX-XX- | SIERRA, NALSON | 30.00 | | .00 | |
| XXX-XX- | WARD, CURTIS | 30.00 | | .00 | |
| XXX-XX- | WILLIAMS, LASCELLES JUNIOR | 30.00 | | .00 | |
| XXX-XX- | WILLIAMS, TISHAWN | 30.00 | | .00 | |
| XXX-XX- | WYNN, CURTIS D. | 30.00 | | .00 | |

MEMBERS IN SHOP: 21     CURRENT DUE:     630.00

TOTAL DUE:     630.00

NOTE: We require separate checks for each account. DO NOT CONSOLIDATE LIFE DUES AND LIFE BENEFIT PLAN PAYMENTS, as Government agencies forbid us to commingle these various accounts.

This All-Purpose Reporting Form must be mailed to 325 73rd Street, Brooklyn, N.Y. 11209, by the 10th of every month.

Life Payment (Dues & Initiation) _____  Life Benefit Plan Payment _____

→ Employer may retain YELLOW COPY for its own files ←     Please notify the Union of any Employee's change of address

LIFE058

# LEAGUE OF INTERNATIONAL FEDERATED EMPLOYEES
### 325 73RD STREET
### BROOKLYN, NEW YORK 11209
### (718) 238-2399

## UNION ALL - PURPOSE REPORTING FORM

AUG 1 6 2016

LIBERTY ASHES
112 PHYLIS COURT
ELMONY NY 11030

SHOP #: 0502

PERIOD: 07/2016

#4809          600.00

REF. #: 0502201607

PAGE #:      1

| SOCIAL SECURITY NUMBER | LAST NAME, FIRST NAME | LIFE DUES | TERMINATION DATE | INITIATION FEE | LIFE BENEFIT PLAN PAYMEN |
|---|---|---|---|---|---|
| XXX-XX- | ADAMS, ERIC | 30.00 | | .00 | |
| XXX-XX- | BANDOO, DEARMINDRA | 30.00 | | .00 | |
| XXX-XX- | BARBER, JERRY | 30.00 | | .00 | |
| XXX-XX- | BELLINO, MICHAEL FRANK | 30.00 | | .00 | |
| XXX-XX- | CABRERA, JESSE | 30.00 | | .00 | |
| XXX-XX- | CONSOLO, ROBERT | 30.00 | | .00 | |
| XXX-XX- | DE ABREU, DERECK MICHAEL | 30.00 | | .00 | |
| XXX-XX- | FALCON, JOSE | 30.00 | | .00 | |
| XXX-XX- | GHANSHIAM, CHANDRA | 30.00 | | .00 | |
| XXX-XX- | GONZALEZ MONTAS, FRANCISCO ARGENIS | 30.00 | | .00 | |
| XXX-XX- | LINCIFORT, WILDECK | 30.00 | | .00 | |
| XXX-XX- | MITCHELL, DERYCK C. | 30.00 | | .00 | |
| XXX-XX- | PEREZ, AMANDO | 30.00 | | .00 | |
| XXX-XX- | PRYOR, JERMAINE | 30.00 | | .00 | |
| XXX-XX- | SANTIAGO, PACO EDDIE | 30.00 | | .00 | |
| XXX-XX- | SHESHERINE, RAMLOCHAN | 30.00 | | .00 | |
| XXX-XX- | SIERRA, NALSON | 30.00 | | .00 | |
| XXX-XX- | WARD, CURTIS | 30.00 | | .00 | |
| XXX-XX- | WILLIAMS, LASCELLES JUNIOR | 30.00 | | .00 | |
| XXX-XX- | WILLIAMS, TISHAWN | 30.00 | | .00 | |
| XXX-XX- | WYNN, CURTIS D. | 30.00 | | .00 | |

MEMBERS IN SHOP: 21     CURRENT DUE:     630.00

TOTAL DUE:     630.00

30.00
600.00     (A)

**NOTE:** We require separate checks for each account. DO NOT CONSOLIDATE LIFE DUES AND LIFE BENEFIT PLAN PAYMENTS, as Government agencies forbid us to commingle these various accounts.

**This All-Purpose Reporting Form must be mailed to 325 73rd Street, Brooklyn, N.Y. 11209, by the 10th of every month.**

Life Payment (Dues & Initiation) _____ Life Benefit Plan Payment _____

→ Employer may retain YELLOW COPY for its own files ←        Please notify the Union of any Employee's change of address

LIFE059

# LEAGUE OF INTERNATIONAL FEDERATED EMPLOYEES
325 73RD STREET
BROOKLYN, NEW YORK 11209
(718) 238-2399

*NOV 2 9 2016*

## UNION ALL-PURPOSE REPORTING FORM

LIBERTY ASHES
112 PHYLIS COURT
ELMONY, NY 11030

*600.00*

*# 6227*

SHOP #: 0502

PERIOD: 08/2016

REF. #: 0502201608

PAGE #:    1

| SOCIAL SECURITY NUMBER | NAME FIRST NAME | DUES | TERMINATION DATE | INITIATION FEES | PAYMENT |
|---|---|---|---|---|---|
| XXX-XX- | ADAMS, ERIC | 30.00 | .00 | | |
| XXX-XX- | BANDOO, DEARMINDRA | 30.00 | .00 | | |
| XXX-XX- | BARBER, JERRY | 30.00 | .00 | | |
| XXX-XX- | BELLINO, MICHAEL FRANK | 30.00 | .00 | | |
| XXX-XX- | CABRERA, JESSE | 30.00 | .00 | | |
| XXX-XX- | CONSOLO, ROBERT | 30.00 | .00 | | |
| XXX-XX- | DE ABREU, DERECK MICHAEL | 30.00 | .00 | | |
| XXX-XX- | FALCON, JOSE | 30.00 | .00 | | |
| XXX-XX- | GHANSHIAM,  CHANDRA | 30.00 | .00 | | |
| XXX-XX- | GONZALEZ MONTAS, FRANCISCO ARGENIS | 30.00 | .00 | | |
| XXX-XX- | LINCIFORT, WILDECK | 30.00 | .00 | | |
| XXX-XX- | MITCHELL, DERYCK C. | 30.00 | .00 | | |
| XXX-XX- | PEREZ, AMANDO | 30.00 | .00 | | |
| XXX-XX- | SANTIAGO, PACO EDDIE | 30.00 | .00 | | |
| XXX-XX- | SHESHERINE, RAMLOCHAN | 30.00 | .00 | | |
| XXX-XX- | SIERRA, NALSON | 30.00 | .00 | | |
| XXX-XX- | WARD, CURTIS | 30.00 | .00 | | |
| XXX-XX- | WILLIAMS, LASCELLES JUNIOR | 30.00 | .00 | | |
| XXX-XX- | WILLIAMS, TISHAWN | 30.00 | .00 | | |
| XXX-XX- | WYNN, CURTIS D. | 30.00 | .00 | | |

MEMBERS IN SHOP: 20          CURRENT DUE:          600.00

PREVIOUS BALANCE DUE:  1,515.00

TOTAL DUE:      2,115.00          515.00

NOTE: We require separate checks for each account. DO NOT CONSOLIDATE DUES AND LIFE BENEFIT PLAN PAYMENTS, as Government Agencies forbid us to commingle these various accounts.

This All-Purpose Reporting Form must be mailed to 325 73rd Street, Brooklyn, N.Y. 11209, by the 10th of every month.

Life Payment (Dues & Initiation) _____    Life Benefit Plan Payment _____

→ Employer may retain YELLOW COPY for its own files ←          Please notify the Union of any Employee's change of address.

LIFE060

# LEAGUE OF INTERNATIONAL FEDERATED EMPLOYEES
325 73RD STREET
BROOKLYN, NEW YORK 11209
(718) 238-2399

*OCT 0 4 2016*

## UNION ALL-PURPOSE REPORTING FORM

LIBERTY ASHES
112 PHYLIS COURT
ELMONY NY 11030

*600.00*

#6033

SHOP #: 0502

PERIOD: 09/2016

REF. #: 0502201609

PAGE #:   1

| SOCIAL SECURITY NUMBER | LAST NAME, FIRST NAME | LIFE DUES | TERMINATION / INITIATION | PAYMENTS |
|---|---|---|---|---|
| XXX-XX- | ADAMS, ERIC | 30.00 | .00 | |
| XXX-XX- | BANDOO, DEARMINDRA | 30.00 | .00 | |
| XXX-XX- | BARBER, JERRY | 30.00 | .00 | |
| XXX-XX- | BELLINO, MICHAEL FRANK | 30.00 | .00 | |
| XXX-XX- | CABRERA, JESSE | 30.00 | .00 | |
| XXX-XX- | CONSOLO, ROBERT | 30.00 | .00 | |
| XXX-XX- | DE ABREU, DERECK MICHAEL | 30.00 | .00 | |
| XXX-XX- | FALCON, JOSE | 30.00 | .00 | |
| XXX-XX- | GHANSHIAM,  CHANDRA | 30.00 | .00 | |
| XXX-XX- | GONZALEZ MONTAS, FRANCISCO ARGENIS | 30.00 | .00 | |
| XXX-XX- | LINCIFORT, WILDECK | 30.00 | .00 | |
| XXX-XX- | MITCHELL, DERYCK C. | 30.00 | .00 | |
| XXX-XX- | PEREZ, AMANDO | 30.00 | .00 | |
| XXX-XX- | SANTIAGO, PACO EDDIE | 30.00 | .00 | |
| XXX-XX- | SHESHERINE, RAMLOCHAN | 30.00 | .00 | |
| XXX-XX- | SIERRA, NALSON | 30.00 | .00 | |
| XXX-XX- | WARD, CURTIS | 30.00 | .00 | |
| XXX-XX- | WILLIAMS, LASCELLES JUNIOR | 30.00 | .00 | |
| XXX-XX- | WILLIAMS, TISHAWN | 30.00 | .00 | |
| XXX-XX- | WYNN, CURTIS D. | 30.00 | .00 | |

MEMBERS IN SHOP: 20          CURRENT DUE:          600.00

TOTAL DUE:          600.00

NOTE: We require separate checks for each account. DO NOT CONSOLIDATE DUES AND LIFE BENEFIT PLAN PAYMENTS, as
    Government Agencies forbid us to commingle these various accounts.

This All-Purpose Reporting Form must be mailed to 325 73rd Street, Brooklyn, N.Y. 11209, by the 10th of every month.

Life Payment (Dues & Initiation) _____          Life Benefit Plan Payment _____

→ Employer may retain YELLOW COPY for its own files ←          Please notify the Union of any Employee's change of address.

LIFE061

# LEAGUE OF INTERNATIONAL FEDERATED EMPLOYEES
### 325 73RD STREET
### BROOKLYN, NEW YORK 11209
### (718) 238-2399


*NOV 0 9 2016*

## UNION ALL-PURPOSE REPORTING FORM

LIBERTY ASHES
112 PHYLIS COURT
ELMONY NY 11030

SHOP #: 0502

PERIOD: 10/2016

REF. #: 0502201610

PAGE #:   1

*#6143*        *600.00*

| SOCIAL SECURITY NUMBER | LAST NAME, FIRST NAME | DUE DUES | TERMINATION/INITIATION | PAYMENT |
|---|---|---|---|---|
| XXX-XX- | ADAMS, ERIC | 30.00 | .00 | |
| XXX-XX- | BANDOO, DEARMINDRA | 30.00 | .00 | |
| XXX-XX- | BARBER, JERRY | 30.00 | .00 | |
| XXX-XX- | BELLINO, MICHAEL FRANK | 30.00 | .00 | |
| XXX-XX- | CABRERA, JESSE | 30.00 | .00 | |
| XXX-XX- | CONSOLO, ROBERT | 30.00 | .00 | |
| XXX-XX- | DE ABREU, DERECK MICHAEL | 30.00 | .00 | |
| XXX-XX- | FALCON, JOSE | 30.00 | .00 | |
| XXX-XX- | GHANSHIAM,  CHANDRA | 30.00 | .00 | |
| XXX-XX- | GONZALEZ MONTAS, FRANCISCO ARGENIS | 30.00 | .00 | |
| XXX-XX- | LINCIFORT, WILDECK | 30.00 | .00 | |
| XXX-XX- | MITCHELL, DERYCK C. | 30.00 | .00 | |
| XXX-XX- | PEREZ, AMANDO | 30.00 | .00 | |
| XXX-XX- | SANTIAGO, PACO EDDIE | 30.00 | .00 | |
| XXX-XX- | SHESHERINE, RAMLOCHAN | 30.00 | .00 | |
| XXX-XX- | SIERRA, NALSON | 30.00 | .00 | |
| XXX-XX- | WARD, CURTIS | 30.00 | .00 | |
| XXX-XX- | WILLIAMS, LASCELLES JUNIOR | 30.00 | .00 | |
| XXX-XX- | WILLIAMS, TISHAWN | 30.00 | .00 | |
| XXX-XX- | WYNN, CURTIS D. | 30.00 | .00 | |

MEMBERS IN SHOP: 20        CURRENT DUE:        600.00

                           TOTAL DUE:          600.00

NOTE: We require separate checks for each account. DO NOT CONSOLIDATE DUES AND LIFE BENEFIT PLAN PAYMENTS, as Government Agencies forbid us to commingle these various accounts.

This All-Purpose Reporting Form must be mailed to 325 73rd Street, Brooklyn, N.Y. 11209, by the 10th of every month.

Life Payment (Dues & Initiation) _____        Life Benefit Plan Payment _____

→ Employer may retain YELLOW COPY for its own files ←        Please notify the Union of any Employee's change of address.

LIFE062

# LEAGUE OF INTERNATIONAL FEDERATED EMPLOYEES
325 73RD STREET
BROOKLYN, NEW YORK 11209
(718) 238-2399


*DEC 1 4 2016*

## UNION ALL-PURPOSE REPORTING FORM

LIBERTY ASHES
112 PHYLIS COURT
ELMONY NY 11030

*600.00*

*#6279*

SHOP #: 0502

PERIOD: 11/2016

REF. #: 0502201611

PAGE #:    1

| SOCIAL SECURITY NUMBER | LAST NAME, FIRST NAME | DUES | TERMINATION DATE/LIFE FEE | PAYMENT |
|---|---|---|---|---|
| XXX-XX- | ADAMS, ERIC | 30.00 | .00 | |
| XXX-XX- | BANDOO, DEARMINDRA | 30.00 | .00 | |
| XXX-XX- | BARBER, JERRY | 30.00 | .00 | |
| XXX-XX- | BELLINO, MICHAEL FRANK | 30.00 | .00 | |
| XXX-XX- | CABRERA, JESSE | 30.00 | .00 | |
| XXX-XX- | CONSOLO, ROBERT | 30.00 | .00 | |
| XXX-XX- | DE ABREU, DERECK MICHAEL | 30.00 | .00 | |
| XXX-XX- | FALCON, JOSE | 30.00 | .00 | |
| XXX-XX- | GHANSHIAM, CHANDRA | 30.00 | .00 | |
| XXX-XX- | GONZALEZ MONTAS, FRANCISCO ARGENIS | 30.00 | .00 | |
| XXX-XX- | LINCIFORT, WILDECK | 30.00 | .00 | |
| XXX-XX- | MITCHELL, DERYCK C. | 30.00 | .00 | |
| XXX-XX- | PEREZ, AMANDO | 30.00 | .00 | |
| XXX-XX- | SANTIAGO, PACO EDDIE | 30.00 | .00 | |
| XXX-XX- | SHESHERINE, RAMLOCHAN | 30.00 | .00 | |
| XXX-XX- | SIERRA, NALSON | 30.00 | .00 | |
| XXX-XX- | WARD, CURTIS | 30.00 | .00 | |
| XXX-XX- | WILLIAMS, LASCELLES JUNIOR | 30.00 | .00 | |
| XXX-XX- | WILLIAMS, TISHAWN | 30.00 | .00 | |
| XXX-XX- | WYNN, CURTIS D. | 30.00 | .00 | |

MEMBERS IN SHOP: 20        CURRENT DUE:        600.00

TOTAL DUE:        600.00

NOTE: We require separate checks for each account. DO NOT CONSOLIDATE DUES AND LIFE BENEFIT PLAN PAYMENTS, as Government Agencies forbid us to commingle these various accounts.

This All-Purpose Reporting Form must be mailed to 325 73rd Street, Brooklyn, N.Y. 11209, by the 10th of every month.

Life Payment (Dues & Initiation) _____        Life Benefit Plan Payment _____

→ Employer may retain YELLOW COPY for its own files ←        Please notify the Union of any Employee's change of address.

LIFE063

# LEAGUE OF INTERNATIONAL FEDERATED EMPLOYEES

325 73RD STREET
BROOKLYN, NEW YORK 11209
(718) 238-2399

*DEC 2 9 2016*

## UNION ALL-PURPOSE REPORTING FORM

LIBERTY ASHES
112 PHYLIS COURT
ELMONY NY 11030

*C 30.00*

*# C 331*

SHOP #: 0502

PERIOD: 12/2016

REF. #: 0502201612

PAGE #:    1

| SOCIAL SECURITY NUMBER | LAST NAME, FIRST NAME | DUES COST | TERMINATION DATE | INITIATION PAYMENT |
|---|---|---|---|---|
| XXX-XX- | ADAMS, ERIC | 30.00 | .00 | |
| XXX-XX- | BANDOO, DEARMINDRA | 30.00 | .00 | |
| XXX-XX- | BARBER, JERRY | 30.00 | .00 | |
| XXX-XX- | BELLINO, MICHAEL FRANK | 30.00 | .00 | |
| XXX-XX- | CABRERA, JESSE | 30.00 | .00 | |
| XXX-XX- | CONSOLO, ROBERT | 30.00 | .00 | |
| XXX-XX- | DE ABREU, DERECK MICHAEL | 30.00 | .00 | |
| XXX-XX- | FALCON, JOSE | 30.00 | .00 | |
| XXX-XX- | GHANSHIAM,  CHANDRA | 30.00 | .00 | |
| XXX-XX- | GONZALEZ MONTAS, FRANCISCO ARGENIS | 30.00 | .00 | |
| XXX-XX- | LINCIFORT, WILDECK | 30.00 | .00 | |
| XXX-XX- | MITCHELL, DERYCK C. | 30.00 | .00 | |
| XXX-XX- | PEREZ, AMANDO | 30.00 | .00 | |
| XXX-XX- | ~~ROBBINS, MICHAEL FRANCIS~~ *Remove* | ~~30.00~~ | .00 | |
| XXX-XX- | SANTIAGO, PACO EDDIE | 30.00 | .00 | |
| XXX-XX- | SHESHERINE, RAMLOCHAN | 30.00 | .00 | |
| XXX-XX- | SIERRA, NALSON | 30.00 | .00 | |
| XXX-XX- | WARD, CURTIS | 30.00 | .00 | |
| XXX-XX- | WILLIAMS, LASCELLES JUNIOR | 30.00 | .00 | |
| XXX-XX- | WILLIAMS, TISHAWN | 30.00 | .00 | |
| XXX-XX- | WYNN, CURTIS D. | 30.00 | .00 | |

*Pryor, Jermaine    30.00*

MEMBERS IN SHOP: 21        CURRENT DUE:    630.00

                          TOTAL DUE:      630.00

*J Jermone Pryor.*

---

NOTE: We require separate checks for each account. DO NOT CONSOLIDATE DUES AND LIFE BENEFIT PLAN PAYMENTS, as Government Agencies forbid us to commingle these various accounts.

This All-Purpose Reporting Form must be mailed to 325 73rd Street, Brooklyn, N.Y. 11209, by the 10th of every month.

---

Life Payment (Dues & Initiation) _____    Life Benefit Plan Payment _____

---

→ Employer may retain YELLOW COPY for Its own files ←      Please notify the Union of any Employee's change of address.