# Exhibit 8

```
                         Employee File Inquiry

         Employee Name Data        Shop: 0502   Soc Sec #: ████
POWELL, QUANANE                    Dues Class: DUES    Rate:    $30.00
                                   Med Plan:           Rate:     $.00
                                   Med Coverage Start Date:
         Employee Address Data     Sex: M   Marital Status:
████████████████                   Phone Number:   (000) 000-0000
                                   Date Of Birth:  ████
████████████████████████           Date Of Death:
         Beneficiary               Date Of Init:      6/01/2015
                                   Date Of Re-hire:
                                   Date Of Term:     10/01/2015




F3 End            F6 Dues Inquiry                      F8 Hiring Hist
```

PLAINTIFF'S EXHIBIT 2 3/27/18 WH — PENGAD 800-631-6989

LIFE021

LBP → 6/15
LG →

# LIFE

JUN 19 2015

League of International Federated Employees
325-73rd STREET • BROOKLYN, N.Y. 11209 • (718) 238-2399

single — as per Francisco

APPLICATION AND CHECK-OFF AUTHORIZATION BLANK

I, the undersigned, hereby apply for membership in the above Union and I authorize it to represent me for the purpose of collective bargaining, and I authorize and irrevocably direct my Employer to deduct from my wages initiation fees and dues uniformly required by said Union as a condition of acquiring or maintaining membership, and in compliance with the National Labor Relations Act of 1974. The amount deducted each month shall be forwarded to the Secretary-Treasurer of said Union.

This authorization may be revoked by me as of any anniversary date hereof, by written notice of such revocation signed by me and given to my Employer and the Union by certified mail, not less than thirty (30) days nor more than sixty (60) days before any such anniversary date, or on the termination date of the Collective Bargaining Agreement covering my employment, by like notice prior to such termination date, whichever occurs sooner.

"Contributions of gifts to L.I.F.E. are not tax deductible as charitable contributions. However, they may be tax deductible as ordinary and necessary business expenses."

Signature: Quamaine Powell    Date: 6-19-2011

(Please Answer All Questions In Ink)

ALL REPLIES WILL BE KEPT STRICTLY CONFIDENTIAL          (OVER)

---

(PLEASE PRINT OR TYPE)    #0506    #0502

| Your Last Name | First Name | Middle Name | Sex | Date of Birth Mo. Day Year |
|---|---|---|---|---|
| Powell | Quamaine | Jr. | ☑ M ☐ F | |

Address: [redacted]   City: [redacted]   State: [redacted]   Zip Code: [redacted]

Home Telephone #: [redacted]

Name of Employer: Liberty Ashes Inc.    Date Employed:

Full Name of Beneficiary (Example Mary Doe Mr. and Mrs. John Doe)    Relationship:

Are you covered by any other Health Insurance? ☐ Yes  No ☑   Carrier:

If dependent coverage is provided, do you have eligible dependents? Yes ☑  No ☐

List below all family members to be covered

ENTERED

| Name (indicate maiden name if applicable) | SS# | Birth Date MO DAY YR | Relationship |
|---|---|---|---|
| SPOUSE'S NAME   LAST (If Different)   FIRST | | / / | ☐ Husband ☐ Wife |
| DEPENDENT | | / / | ☐ Son ☐ Daughter |
| DEPENDENT | | | ☑ Son ☐ Daughter |
| DEPENDENT   LAST (If Different)   FIRST | | / / | ☐ Son ☐ Daughter |
| DEPENDENT   LAST (If Different)   FIRST | | / / | ☐ Son ☐ Daughter |
| DEPENDENT   LAST (If Different)   FIRST | | / / | ☐ Son ☐ Daughter |

JUN 19 2015

I hereby apply for that coverage for which I am or may become eligible under the group policy or policies issued by L.I.F.E. Benefit Plan. I authorize such deductions, if any, from my earnings as may be required as my contribution to the cost of such coverage. I designate the above as my beneficiary under any life insurance issued and certify that the above is my correct date of birth. I have read this or it has been explained to me and I am signing on the reverse side.

LIFE022

```
                         Employee File Inquiry

           Employee Name Data         Shop: 0502  Soc Sec #: ███
MENNA, LEONARD J.                     Dues Class: DUES    Rate:      $30.00
                                      Med Plan:           Rate:       $.00
                                      Med Coverage Start Date:
          Employee Address Data       Sex: M    Marital Status: S
████████████                          Phone Number: 1 ███
                                      Date Of Birth:  ███
████████████████████████████          Date Of Death:
            Beneficiary               Date Of Init:    1/01/2008
                                      Date Of Re-hire:
                                      Date Of Term:    6/01/2015




F3 End              F6 Dues Inquiry                    F8 Hiring Hist
```

LIFE023

(PLEASE PRINT OR TYPE) #0509 HIPS

| Your Last Name | First Name | Middle Name | Sex | Date of Birth Mo. Day Year |
|---|---|---|---|---|
| Menna | Leonard | J | ☒ M ☐ F | [redacted] |

Address: [redacted]

Social Security #: [redacted]    Home Telephone #: [redacted]

Name of Employer: Liberty Ashes    Date Employed: 11/8/07

Full Name of Beneficiary (Example: Mary Doe Mr. and Mrs. John Doe): Carol Menna    Relationship: Mother

Are you covered by any other Health Insurance? ☐ Yes ☒ No    Carrier:

If dependent coverage is provided, do you have eligible dependents? ☐ Yes ☒ No

List below all family members to be covered
Name — Indicate different last name if applicable

| Name | Birth Date MO DAY YR | Relationship |
|---|---|---|
| SS# | / / | ☐ Husband ☐ Wife |
| SPOUSE'S NAME  LAST (If Different)  FIRST | / / | ☐ Son ☐ Daughter |
| DEPENDENT  LAST (If Different)  FIRST | / / | ☐ Son ☐ Daughter |
| DEPENDENT  LAST (If Different)  FIRST | / / | ☐ Son ☐ Daughter |
| DEPENDENT  LAST (If Different)  FIRST | / / | ☐ Son ☐ Daughter |
| DEPENDENT  LAST (If Different)  FIRST | / / | ☐ Son ☐ Daughter |

(stamped: ENTERED)

I hereby apply for that coverage for which I am or may become eligible under the group policy or policies issued by L I F E Benefit Plan. I authorize such deductions, if any, from my earnings as may be required as my contribution to the cost of such coverage. I designate the above as my beneficiary under any life insurance issued, and certify that the above is my correct date of birth. I have read this or it has been explained to me and I am signing on the reverse side.

HIP

---

S— 01/08

# LIFE
## League of International Federated Employees
325-73rd STREET • BROOKLYN, N.Y. 11209 • (718) 238-2399

### APPLICATION AND CHECK-OFF AUTHORIZATION BLANK

I, the undersigned, hereby apply for membership in the above Union and I authorize it to represent me for the purpose of collective bargaining, and I authorize and irrevocably direct my Employer to deduct from my wages initiation fees and dues uniformly required by said Union as a condition of acquiring or maintaining membership, and in compliance with the National Labor Relations Act of 1974. The amount deducted each month shall be forwarded to the Secretary-Treasurer of said Union.

This authorization may be revoked by me as of any anniversary date hereof, by written notice of such revocation signed by me and given to my Employer and the Union by certified mail, not less than thirty (30) days nor more than sixty (60) days before any such anniversary date, or on the termination date of the Collective Bargaining Agreement covering my employment, by like notice prior to such termination date, whichever occurs sooner.

"Contributions of gifts to L I F E are not tax deductible as charitable contributions. However, they may be tax deductible as ordinary and necessary business expenses."

Signature: [signature]    Date: 12/21/07

(Please Answer All Questions In Ink)

ALL REPLIES WILL BE KEPT STRICTLY CONFIDENTIAL    (OVER)

LIFE024

```
                         Employee File Inquiry

        Employee Name Data            Shop: 0502   Soc Sec #: ███
PERSAD, RAMDEO                        Dues Class: DUES    Rate:      $30.00
                                      Med Plan:           Rate:       $.00
                                      Med Coverage Start Date:
        Employee Address Data         Sex: M    Marital Status:
███                                   Phone Number: 1 ███
                                      Date Of Birth:      ███
███                                   Date Of Death:
              Beneficiary             Date Of Init:       10/01/2004
HARRI, BUDHIA███                      Date Of Re-hire:     6/01/2007
                                      Date Of Term:        6/01/2014




F3 End              F6 Dues Inquiry                    F8 Hiring Hist
```

LIFE025

# L I F E
### League of International Federated Employees
325-73rd STREET • BROOKLYN, N.Y. 11209 • (718) 238-2399

## APPLICATION AND CHECK-OFF AUTHORIZATION BLANK

I, the undersigned, hereby apply for membership in the above Union and I authorize it to represent me for the purpose of collective bargaining, and I authorize and irrevocably direct my Employer to deduct from my wages initiation fees and dues uniformly required by said Union as a condition of acquiring or maintaining membership, and in compliance with the National Labor Relations Act of 1974. The amount deducted each month shall be forwarded to the Secretary-Treasurer of said Union.

This authorization may be revoked by me as of any anniversary date hereof, by written notice of such revocation signed by me and given to my Employer and the Union by certified mail, not less than thirty (30) days nor more than sixty (60) days before any such anniversary date, or on the termination date of the Collective Bargaining Agreement covering my employment, by like notice prior to such termination date, whichever occurs sooner.

"Contributions of gifts to L I F E are not tax deductible as charitable contributions. However, they may be tax deductible as ordinary and necessary business expenses."

Signature ............... [signature] ............... Date 7/9/07

(Please Answer All Questions In Ink)

ALL REPLIES WILL BE KEPT STRICTLY CONFIDIENTIAL            (OVER)

---

(PLEASE PRINT OR TYPE)  #0506 Helper
Your Last Name: PERSHD    First Name: RAMDEO    Middle Name:
Sex: ☐ M  ☐ F
Date of Birth: Mo. / Day / Year
Address:     City:     State:     Zip Code:
Social Security: [redacted]    Home Telephone #: (   )
Name of Employer:    Date Employed:
*Change*
Full Name of Beneficiary (Example Mary Doe Mr. and Mrs. John Doe): OUT ND Name.     Relationship:
Are you covered by any other Health Insurance? ☐ Yes  ☐ No   Carrier:
If dependent coverage is provided, do you have eligible dependents? Yes ☐ No ☐

List below all family members to be covered

| Name (Indicate different last name if applicable) | Birth Date MO DAY YR | Relationship |
|---|---|---|
| SS# | / / | ☐ Husband ☐ Wife |
| SPOUSE'S NAME  LAST (If Different)  FIRST | / / | ☐ Son ☐ Daughter |
| DEPENDENT  LAST (If Different)  FIRST | / / | ☐ Son ☐ Daughter |
| DEPENDENT  LAST (If Different)  FIRST | / / | ☐ Son ☐ Daughter |
| DEPENDENT  LAST (If Different)  FIRST | / / | ☐ Son ☐ Daughter |
| DEPENDENT  LAST (If Different)  FIRST | / / | ☐ Son ☐ Daughter |

*ENTERED*

I hereby apply for that coverage for which I am or may become eligible under the group policy or policies issued by L I F E Benefit Plan. I authorize such deductions, if any, from my earnings as may be required as my contribution to the cost of such coverage, I designate the above as my beneficiary under any life insurance issued, and certify that the above is my correct date of birth. I have read this or it has been explained to me and I am signing on the reverse side.

| (PLEASE PRINT OR TYPE) | #0806 MultiPlan | | Sex | Date of Birth |
|---|---|---|---|---|
| Your Last Name | First Name | Middle Name | ☒ M | Mo. / Day / Year |
| PERSAD | Ramdeo | | ☐ F | |

Address

Soc. Home Telephone

Name of Employer: Liberty ASA INC                          Date Employed

Full Name of Beneficiary (Example Mary Doe Mr. and Mrs. John Doe)        Relationship

Are you covered by any other Health Insurance? ☐ Yes ☒ No  Carrier:

If dependent coverage is provided, do you have eligible dependents? Yes ☐ No ☐

List below all family members to be covered
Name — Indicate different last name if applicable

| Name | | SS# | Birth Date MO DAY YR | Relationship |
|---|---|---|---|---|
| SPOUSE'S NAME Chandramie LAST (If Different) FIRST | | | / / | ☐ Husband ☐ Wife |
| DEPENDENT LAST (If Different) FIRST | | | / / | ☐ Son ☐ Daughter |
| DEPENDENT Roseela LAST (If Different) FIRST | | | / / | ☐ Son ☐ Daughter |
| DEPENDENT LAST (If Different) FIRST | | | / / | ☐ Son ☐ Daughter |
| DEPENDENT LAST (If Different) FIRST | | | / / | ☐ Son ☐ Daughter |
| DEPENDENT LAST (If Different) FIRST | | | / / | ☐ Son ☐ Daughter |

I hereby apply for that coverage for which I am or may become eligible under the group policy or policies issued by L I F E Benefit Plan I authorize such deductions, if any, from my earnings as may be required as my contribution to the cost of such coverage. I designate the above as my beneficiary under any life insurance issued, and certify that the above is my correct date of birth. I have read this or it has been explained to me and I am signing on the reverse side.

---

LBP - 0806
LQ - 0802

# LIFE
League of International Federated Employees
325-73rd STREET • BROOKLYN, N.Y. 11209 • (718) 238-2399

## APPLICATION AND CHECK-OFF AUTHORIZATION BLANK

I, the undersigned, hereby apply for membership in the above Union and I authorize it to represent me for the purpose of collective bargaining, and I authorize and irrevocably direct my Employer to deduct from my wages initiation fees and dues uniformly required by said Union as a condition of acquiring or maintaining membership, and in compliance with the National Labor Relations Act of 1974. The amount deducted each month shall be forwarded to the Secretary-Treasurer of said Union.

This authorization may be revoked by me as of any anniversary date hereof, by written notice of such revocation signed by me and given to my Employer and the Union by certified mail, not less than thirty (30) days nor more than sixty (60) days before any such anniversary date, or on the termination date of the Collective Bargaining Agreement covering my employment, by like notice prior to such termination date, whichever occurs sooner.

"Contributions of gifts to L I F E are not tax deductible as charitable contributions. However, they may be tax deductible as ordinary and necessary business expenses."

Signature ...................................................... Date 4/5/07

(Please Answer All Questions In Ink)

ALL REPLIES WILL BE KEPT STRICTLY CONFIDENTIAL              (OVER)