# Exhibit 9

1

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------X
CARL ORLANDO, JR., on behalf of himself and other
similarly situated,


                    Plaintiffs,

       -against-                    Index No.
                                    15-CV-9434

LIBERTY ASHES, INC., FRANCESCO BELLINO, MICHAEL
BELLINO, JR., STEPHEN BELLINO, and MICHAEL BELLINO,


                    Defendants.
-------------------------X
                    March 28, 2018
                    2:32 p.m.
```

DEPOSITION of CARL ORLANDO, JR., a Plaintiff herein, taken pursuant to Notice, and held at the offices of Trivella & Forte, LLP, 1311 Mamaroneck Avenue, Suite 170, White Plains, New York, before Gardith Torchon, a Court Reporter and Notary Public of the State of New York.



800.DAL.8779
dalcoreporting.com
DALCO

```
 1   guess.  I should have given you that instruction.
 2   If you remember, you remember, but you don't have to
 3   guess during this deposition.
 4        A.   I don't know.  I don't have it on me.
 5        Q.   Okay.  Okay.
 6             Do you remember when -- were those months
 7   consecutive months?
 8        A.   Yes, sir.  They were consecutive.
 9        Q.   Okay.  Do you remember what season it was?
10   Was it winter, summer, fall?
11        A.   I want to say -- I want to say I was -- I
12   was fired maybe March.  I'm not -- I'm not exactly
13   sure.  This is --
14        Q.   Okay.  That's fine.  If you don't know,
15   you don't know.
16             I'm just -- and when you worked at
17   Liberty, were you a member of a union?
18        A.   No.
19        Q.   Okay.  Were you ever offered membership
20   with a union?
21        A.   No.
22        Q.   No.  Okay.
23             Are you familiar with an entity called
24   League of International Federated Employees,
```

