# Exhibit 10

1

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------X
CARL ORLANDO, JR., on behalf of himself and other
similarly situated,


                  Plaintiffs,

       -against-              Index No.
                              15-CV-9434

LIBERTY ASHES, INC., FRANCESCO BELLINO, MICHAEL
BELLINO, JR., STEPHEN BELLINO, and MICHAEL BELLINO,


                  Defendants.
-------------------------X
                  March 29, 2018
                  10:12 a.m.
```

DEPOSITION of LUIS ACEVEDO, a Plaintiff herein,

taken pursuant to Notice, and held at the offices of

Trivella & Forte, LLP, 1311 Mamaroneck Avenue, Suite

170, White Plains, New York, before Gardith Torchon,

a Court Reporter and Notary Public of the State of

New York.



```
 1  for me what that -- that position entailed when you
 2  worked at Liberty?
 3          MR. DUSENBERY:  Objection.  Instructing
 4     him not to answer.  It's beyond the scope of
 5     the -- of the order.
 6          MR. SMITH:  Okay.  Mark it for a ruling.
 7
 8  RULING REQUESTED:
 9
10     Q.   Have -- have you ever held any other
11  positions at Liberty besides garbage collector?
12     A.   With Liberty?
13     Q.   With Liberty, yes.
14     A.   No.
15     Q.   Okay.  And when you worked at Liberty
16  Ashes, Incorporated, were you a member of a labor
17  organization?
18     A.   The label?
19     Q.   Were you a member of a labor organization?
20     A.   No.
21     Q.   Were you a member of a union?
22     A.   No.  I -- no.  I don't remember.
23     Q.   You don't remember being --
24     A.   No.  What I understand -- I was in the
```



```
 1   union, but for now, I do not understand if I was in
 2   the union, because one time I called for the union
 3   and I tell my name, and they said they couldn't find
 4   me.
 5          Q.    Okay.
 6          A.    So, like, maybe I wasn't.
 7          Q.    Okay.  Are you familiar with an entity
 8   called League of International Federated Employees,
 9   otherwise known as LIFE?
10          A.    No.
11          Q.    You've never heard of that term?
12          A.    That's what they say that I say sign,
13   yeah.
14          Q.    You've never heard of that?
15          A.    No.
16          Q.    Okay.
17          A.    But that's the union they say they used to
18   have.
19          Q.    When you say "they," who are you referring
20   to?
21          A.    Liberty.
22          Q.    So the employees at Liberty used to have a
23   union?
24          A.    I guess so.  They have to have --
```



```
 1  were a member of LIFE?
 2       A.   That's what it says.
 3       Q.   Okay.  But does that refresh your
 4  recollection as to whether you were actually a
 5  member of LIFE when you worked for Liberty?
 6       A.   I thought I was in the union, because this
 7  is what it said right here; right?
 8       Q.   Yes.
 9       A.   But when -- before I get fired, I put my
10  week notice, and I called Dina.  I think Dina is her
11  name from the union.  And I give her my information,
12  Luis Acevedo, and she told me she couldn't find me.
13       Q.   Okay.  That's --
14       A.   I wasn't in the union.
15       Q.   Are you referring to Dina Chiclana?
16       A.   I guess.  Dina.  That's --
17       Q.   But --
18       A.   I remember her, but I don't know her last
19  name.  Dina.
20       Q.   She was -- she was a representative of
21  LIFE?
22       A.   That's the number, yeah.  I guess.
23       Q.   Okay.
24       A.   She's from the union.
```

