# Exhibit 11

Page 1

```
 1
 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 3   _____
 4   CARL ORLANDO, JR., on behalf of himself
     and others similarly situated,
 5
                              Plaintiff,
 6
                 -against-
 7
     LIBERTY ASHES, INC., FRANCESCO
 8   BELLINO, MICHAEL BELLINO, JR.,
     STEPHEN BELLINO, and MICHAEL
 9   BELLINO,
10                            Defendants.
11   _____
12
                              March 27, 2018
13                            3:13 p.m.
14
15
16
17         DEPOSITION of JESSICA GAMBINO,
18   taken by Plaintiff, pursuant to Subpoena,
19   held at the offices of JOSEPH &
20   KIRSCHENBAUM LLP, 32 Broadway, New York,
21   New York before Wayne Hock, a Notary
22   Public of the State of New York.
23
24
25
```

Page 6

1  J. Gambino
2  Q. Did you talk to anyone other
3  than your attorneys about this deposition?
4  A. No.
5  Q. And what is your position with
6  Local 890 League of International
7  Federated Employees?
8  A. Senior office manager.
9  Q. And the union is referred to as
10 LIFE; correct?
11 A. Yes, League of International
12 Federated Employees.
13 Q. Just to keep things shorter, I'm
14 going to refer to it as LIFE.
15      How long have you been the
16 office manager there?
17 A. Fifteen years.
18      (Whereupon, a document entitled
19   Subpoena to Testify At a Deposition in
20   a Civil Action was marked Plaintiff's
21   Exhibit 1 for identification.)
22 Q. I'm showing you what's been
23 marked as Exhibit 1. This is the subpoena
24 that we served on LIFE for today's
25 deposition.

Page 7

1                J. Gambino
2           Have you seen this before?
3      A.   Yes.
4      Q.   And if you turn to the last
5  page, there's a list of topics for this
6  deposition, and you're prepared to testify
7  about all of these topics today?
8      A.   Yes.
9           MS. SCHULMAN: You can put that
10     away.
11     Q.   And what are your
12 responsibilities as the senior office
13 manager at LIFE?
14     A.   I manage the office, all the
15 in-office employees and outside employees
16 as well.
17     Q.   And LIFE is the union for
18 employees of Liberty Ashes; correct?
19     A.   Correct.
20     Q.   Do you know how long that's been
21 the case?
22     A.   I'm not a hundred percent sure.
23     Q.   For many years?
24     A.   Yes.
25     Q.   And how does someone become a

Page 9

1          J. Gambino
2     A.    Because I do the processing and
3  the enrollment.
4     Q.    So you take the paperwork and
5  process it and make sure all the payments
6  are there?
7     A.    Yes.
8           (Whereupon, a document entitled
9     Employee File Inquiry was marked
10    Plaintiff's Exhibit 2
11    for identification.)
12    Q.    I'm showing you what's been
13  marked as Exhibit 2.
14          Do you recognize these
15  documents?
16    A.    Yes.
17    Q.    And what are they?
18    A.    Page one is our employee file
19  inquiry which is part of our computer
20  system where we have all of our membership
21  information.
22          MR. SMITH: By counsel, maybe we
23    could put the Bates stamps on the
24    record.
25    Q.    So you're referring to the page

1         J. Gambino
2     A.    Yes, that is part of when we
3  enter them into our system, so it's
4  basically a little checkoff list that it's
5  been done.
6     Q.    I'm not sure we're referring to
7  the same thing.
8           Are you talking about the
9  handwritten stuff?
10    A.    Yes.
11          Is that what you're referring
12 to?
13    Q.    No, I'm talking about something
14 different.
15          Let's just go back to -- we'll
16 come to it in order.  Let's start with the
17 employee file inquiry.  So we're looking
18 at LIFE 021.
19          On the right side of the page
20 there were different dates and one of the
21 entries is for date of INIT.
22          What does that mean?
23    A.    Date of initiation.
24    Q.    That's when the individual
25 became a member of the union?

Page 12

1                J. Gambino
2      A.    Correct.
3      Q.    And then a little further down
4  it says date of term.
5            What does that mean?
6      A.    Date of termination.
7      Q.    Termination of what?
8      A.    Of being a union member.
9      Q.    So now looking on -- let's skip
10 LIFE 022 because it's not the clearest
11 copy of that type of document.
12           LIFE 23, that's another employee
13 file inquiry for Leonard Menna; correct?
14     A.    Correct.
15     Q.    And then the next page, LIFE 24,
16 this is the application and checkoff
17 authorization for Mr. Menna; correct?
18     A.    Correct.
19     Q.    And so if you look now it's on
20 the bottom of the page, in big letters it
21 says LIFE and then the title is
22 Application and Checkoff Authorization
23 Blank.
24           Does that mean this is the
25 application for membership?

Page 13

1              J. Gambino
2      A.    Yes.
3      Q.    And this has to be filled out in
4  order to become a member; correct?
5      A.    Correct.
6      Q.    Who gives these to an employee
7  to fill out, LIFE or Liberty, the company?
8      A.    LIFE.
9      Q.    Who hands them out?
10     A.    Our union delegates.
11     Q.    Who's the union delegate for
12 Liberty?
13     A.    I believe it's Dina Chiclana.
14     Q.    Now, at the top of the page
15 there's some handwritten stuff.  At the
16 very top there's a number sign 0502.
17           Do you see that?
18     A.    Yes.
19     Q.    Do you know what that means?
20     A.    Yes, that's the shop number for
21 Liberty Ash.
22     Q.    And who wrote that in?
23     A.    Whoever enrolled this person
24 into our system.
25     Q.    So someone from LIFE?

Page 14

1                J. Gambino
2       A.    Yes.
3       Q.    And does LIFE always handwrite
4   that information on these documents?
5       A.    It depends on the individual.
6       Q.    Then in the middle top part of
7   the page there's a stamp, it looks like a
8   computer mouse and the word "entered."
9             Do you see that?
10      A.    Yes.
11      Q.    What does that mean?
12      A.    That means that once this
13  individual has been entered into our
14  system it's stamped meaning that it's been
15  enrolled.
16      Q.    Meaning it's been entered into
17  the computer system?
18      A.    Yes.
19      Q.    So LIFE stamps that on?
20      A.    Yes.
21      Q.    And does LIFE always stamp that
22  once it's been entered?
23      A.    Yes.
24      Q.    And the next page, LIFE 25,
25  that's another employee file inquiry for

Page 15

1                    J. Gambino
2     Ramdeo Persad; correct?
3         A.    Correct.
4         Q.    And then the last two pages are
5     application and checkoff authorization for
6     Mr. Persad as well; right?
7         A.    Correct.
8         Q.    Does LIFE maintain any documents
9     regarding its members other than the
10    documents in Exhibit 2?
11        A.    No.
12        Q.    When someone becomes a member of
13    LIFE, does LIFE provide them with any
14    documents or paperwork?
15        A.    Yes.
16        Q.    What?
17        A.    It's a handbook, an employee
18    handbook.  A union member handbook, I
19    should say.  And it just tells about their
20    rights of being a union member.
21        Q.    Do you retain any proof that
22    it's been given to a particular person?
23        A.    Our computer generates it and
24    prints it out once the member has been
25    entered into our system.

Page 16

1              J. Gambino
2      Q.    And so how is it given to the
3   member?
4      A.    Through mail.
5      Q.    Do you have any proof of mailing
6   to members?
7      A.    No.
8            MS. SCHULMAN: I think that
9      document probably should have been
10     produced in response to our subpoena.
11     I guess we can take that up later.
12           MR. SMITH: By counsel, what's
13     the name of that union book?
14           THE WITNESS:  The union book?
15     There's really not a name.  It's
16     really like a welcome package.
17     Q.    Do you know when LIFE started
18  distributing those?
19     A.    I don't know the exact date.
20     Q.    We asked LIFE for documents
21  relating to five individuals.  Exhibit 2
22  has documents for three of them:  Quanane
23  Powell, Leonard Menna, and Ramdeo Persad.
24           Does LIFE have employee file
25  inquiries or applications and checkoff

Page 17

1           J. Gambino
2    authorizations for Carl Orlando, Junior or
3    Luis Acevedo?
4         A.    No.
5         Q.    How do you know that?
6         A.    Because I haven't seen any
7    record of them in our system.
8         Q.    You did the search personally?
9         A.    Yes.
10        Q.    Does that mean they were not
11   members of the union?
12        A.    Correct.
13        Q.    Do you know whether anyone from
14   LIFE has communicated with Quanane Powell
15   since his employment at Liberty ended?
16        A.    No, I do not.
17        Q.    Do you know if anyone from LIFE
18   has communicated with Leonard Menna since
19   his employment at Liberty ended?
20        A.    No.
21        Q.    Do you know whether anyone from
22   LIFE has communicated with Ramdeo Persad
23   since his employment at Liberty ended?
24        A.    No.
25        Q.    Has LIFE sent any mail or e-mail

Page 18

1              J. Gambino
2    to any of those three individuals since
3    their employment at Liberty ended?
4        A.    Not to my knowledge.
5        Q.    Do you know whether anyone from
6    LIFE has ever communicated with Carl
7    Orlando, Junior?
8        A.    Not to my knowledge.
9        Q.    Do you know whether anyone from
10   LIFE has ever communicated with Luis
11   Acevedo?
12       A.    Not to my knowledge.
13       Q.    Is paying dues a requirement of
14   membership in LIFE?
15       A.    Yes.
16             (Whereupon, a document entitled
17       Union All-Purpose Reporting Form
18       was marked Plaintiff's Exhibit 3
19       for identification.)
20       Q.    I'm showing you what's been
21   marked as Exhibit 3.  This is Bates
22   stamped LIFE 29 to LIFE 64.
23             Do you recognize these
24   documents?
25       A.    Yes, I do.

```
                                                    Page 19
 1                    J. Gambino
 2        Q.    What are they?
 3        A.    These are our monthly bills that
 4   get mailed out to Liberty Ash.
 5        Q.    Do these documents show all of
 6   the LIFE members employed by Liberty Ash
 7   in each month?
 8        A.    Who is active, yes.
 9        Q.    Who would be inactive?
10        A.    Anybody who would be terminated
11   at Liberty Ash and is no longer a union
12   member.
13        Q.    These are all the members who
14   are current in that given month; correct?
15        A.    Correct.
16        Q.    So the members' names are
17   written under the column last name, first
18   name?
19        A.    Yes.
20        Q.    And then each member's dues are
21   listed under the heading LIFE dues?
22        A.    Correct.
23        Q.    And you send this to Liberty so
24   Liberty knows what to deduct from
25   employees' paychecks?
```

Page 20

1           J. Gambino
2      A.   Yes.
3      Q.   So the members don't pay LIFE
4  directly?
5      A.   No.
6      Q.   Do these reflect all of the dues
7  that LIFE collected from Liberty employees
8  in the months included?
9      A.   For the month that's stated on
10 the bill, yes.
11     Q.   Sort of towards the bottom it
12 says members in shop. So here it says
13 members in shop nineteen.
14          Is that the number of union
15 members at Liberty Ashes in that month?
16     A.   Yes.
17     Q.   Does LIFE collect dues from
18 people after their employment in Liberty
19 has ended?
20     A.   No.
21     Q.   Does LIFE bill individuals for
22 dues once their employment at Liberty has
23 ended?
24     A.   No.
25     Q.   Are you familiar with the

Page 29

1              J. Gambino
2    Q.    Does LIFE have withdrawal cards?
3    A.    No.
4          MS. SCHULMAN: Let's take a short
5    break.
6          (Whereupon a break was taken)
7          MS. SCHULMAN: I don't have any
8    other questions.
9          MR. SMITH: I just want to make
10   sure the documents produced were
11   business records of LIFE, so I guess
12   we can mark --
13         MS. SCHULMAN: You don't want to
14   use the same ones as us?
15         MR. SMITH: Off the record.
16         (Discussion held off the record)
17         MR. SMITH: So we'll mark this as
18   nine.  Exhibit 9 is documents Bates
19   stamped previously as LIFE 004 through
20   and including LIFE 089.
21         (Whereupon, multiple documents
22   were marked Plaintiff's Exhibit 9
23   for identification.)
24         (CONTINUED ON NEXT PAGE)
25

Veritext Legal Solutions
212-279-9424                www.veritext.com                212-490-3430