**Exhibit 2 - Joseph Kirschenbaum LLP time records**

| Date | Biller | Time | Rate | Total | Description |
|---|---|---|---|---|---|
| 11/17/2015 | DMK | 1 | $450.00 | $450.00 | Intake meeting |
| 11/19/2015 | DMK | 0.2 | $450.00 | $90.00 | Call w/finn re:engagement |
| 11/24/2015 | DMK | 0.3 | $450.00 | $135.00 | Call w/finn |
| 12/1/2015 | DAS | 0.1 | $300.00 | $30.00 | Review complaint |
| 12/1/2015 | DMK | 0.3 | $450.00 | $135.00 | Call with Finn |
| 12/2/2015 | DMK | 0.1 | $450.00 | $45.00 | Discuss retainer with Finn |
| 12/23/2015 | DMK | 0.2 | $450.00 | $90.00 | Call Finn re: opt-ins, settlement discussions |
| 12/30/2015 | DAS | 0.1 | $300.00 | $30.00 | Discuss 216(b) motion with Finn |
| 1/14/2016 | BP | 1.20 | $125.00 | $150.00 | Copy and scan documents; email Finn re: retainer agreement |
| 2/1/2016 | DAS | 0.2 | $300.00 | $60.00 | Edit 216(b) letter |
| 2/1/2016 | DAS | 0.2 | $300.00 | $60.00 | Discuss 216(b) motion with Finn |
| 2/4/2016 | DMK | 0.3 | $450.00 | $135.00 | Call with Finn |
| 2/8/2016 | DAS | 0.1 | $300.00 | $30.00 | Discuss motor carrier exemption with Maimon |
| 2/8/2016 | DMK | 0.1 | $450.00 | $45.00 | Talk to denise re: motor carrier exemption |
| 2/9/2016 | DAS | 0.1 | $300.00 | $30.00 | E-mail Finn re: settlement |
| 2/9/2016 | DAS | 2.6 | $300.00 | $780.00 | Resarch motor carrier exemption |
| 2/9/2016 | DAS | 1 | $300.00 | $300.00 | research motor carrier exemption |
| 2/9/2016 | DAS | 0.5 | $300.00 | $150.00 | Research discovery requests |
| 2/9/2016 | DMK | 0.5 | $450.00 | $225.00 | Calls with Finn, defense |
| 2/9/2016 | DMK | 0.2 | $450.00 | $90.00 | Discuss with Denise status of settlement discussions |
| 2/10/2016 | DAS | 1.2 | $300.00 | $360.00 | Edit discovery requests |
| 2/10/2016 | DAS | 0.1 | $300.00 | $30.00 | E-mail Finn re: damage calc |
| 2/10/2016 | DAS | 1.4 | $300.00 | $420.00 | Update damage calc |
| 2/11/2016 | DAS | 0.3 | $300.00 | $90.00 | Discuss discovery with Finn |
| 2/11/2016 | DAS | 0.1 | $300.00 | $30.00 | Review damage calc |
| 2/11/2016 | DAS | 0.1 | $300.00 | $30.00 | Review discovery requests |
| 2/11/2016 | DMK | 0.3 | $450.00 | $135.00 | Call with co-counsel |
| 2/12/2016 | DAS | 0.1 | $300.00 | $30.00 | Review discovery |
| 2/12/2016 | DAS | 0.1 | $300.00 | $30.00 | Review court order/e-mail Finn re: same |
| 2/12/2016 | DAS | 0.8 | $300.00 | $240.00 | Research motor carrier exemption |
| 2/12/2016 | DAS | 0.1 | $300.00 | $30.00 | E-mail Finn re: damages |
| 2/16/2016 | DAS | 0.2 | $300.00 | $60.00 | Prep for court conference |
| 2/16/2016 | DAS | 0.1 | $300.00 | $30.00 | Discuss conference with Maimon |
| 2/16/2016 | DAS | 0.2 | $300.00 | $60.00 | Discuss court conference with Finn |
| 2/16/2016 | DAS | 0.7 | $300.00 | $210.00 | Prep for court conference |
| 2/16/2016 | DAS | 0.1 | $300.00 | $30.00 | Review initial disclosures |
| 2/17/2016 | DAS | 0.6 | $300.00 | $180.00 | Prep for court confernece |
| 2/17/2016 | DAS | 0.3 | $300.00 | $90.00 | Research motor carrier exemption |
| 2/17/2016 | DAS | 1.8 | $300.00 | $540.00 | Court conference and travel time |
| 2/17/2016 | DAS | 0.2 | $300.00 | $60.00 | Review discovery/e-mail Finn re: same |
| 2/17/2016 | DAS | 0.1 | $300.00 | $30.00 | E-mail defense re: discovery |
| 2/17/2016 | DAS | 0.5 | $300.00 | $150.00 | Research motor carrier exemption |
| 2/18/2016 | DAS | 5.1 | $300.00 | $1,530.00 | Research motor carrier exemption |
| 2/19/2016 | DAS | 0.7 | $300.00 | $210.00 | Research motor carrier exemption |
| 2/19/2016 | DAS | 0.1 | $300.00 | $30.00 | Call with Finn re: tolling |
| 2/19/2016 | DAS | 0.1 | $300.00 | $30.00 | E-mail defense re: stip |
| 2/22/2016 | DAS | 0.7 | $300.00 | $210.00 | Research motor carrier exemption |
| 2/22/2016 | DAS | 0.2 | $300.00 | $60.00 | Discuss case with Finn |
| 2/22/2016 | DAS | 0.2 | $300.00 | $60.00 | Discuss settlement with Maimon |
| 2/22/2016 | DAS | 0.2 | $300.00 | $60.00 | Call with Finn re: settlement |
| 2/24/2016 | DAS | 0.1 | $300.00 | $30.00 | Sign/submit stip |
| 2/24/2016 | DAS | 0.1 | $300.00 | $30.00 | Discuss settlement with Maimon |
| 2/24/2016 | DAS | 0.1 | $300.00 | $30.00 | Discuss dep with Finn |

**Exhibit 2 - Joseph Kirschenbaum LLP time records**

| Date | Biller | Time | Rate | Total | Description |
|---|---|---|---|---|---|
| 2/25/2016 | DAS | 0.2 | $300.00 | $60.00 | Review 30(b)(6) dep notice |
| 2/25/2016 | DAS | 0.6 | $300.00 | $180.00 | Edit 30(b)(6) dep notice |
| 2/25/2016 | DAS | 0.1 | $300.00 | $30.00 | Discuss dep notice with Finn |
| 2/26/2016 | BP | 0.20 | $125.00 | $25.00 | Schedule court reporter |
| 2/26/2016 | DAS | 0.1 | $300.00 | $30.00 | E-mail Bella re: dep scheduling |
| 3/3/2016 | DAS | 0.3 | $300.00 | $90.00 | Review transfer station reports |
| 3/9/2016 | DAS | 1.2 | $300.00 | $360.00 | Research motor carrier exemption |
| 3/15/2016 | DAS | 0.1 | $300.00 | $30.00 | Discuss discovery with Finn |
| 3/15/2016 | DAS | 0.4 | $300.00 | $120.00 | Deposition prep |
| 3/16/2016 | DAS | 0.1 | $300.00 | $30.00 | Discuss discovery with Finn |
| 3/16/2016 | DAS | 0.2 | $300.00 | $60.00 | Deposition prep |
| 3/17/2016 | BP | 0.20 | $125.00 | $25.00 | Contact spreadsheet |
| 3/17/2016 | DAS | 0.1 | $300.00 | $30.00 | E-mail Finn re: discovery |
| 3/17/2016 | DAS | 0.1 | $300.00 | $30.00 | Discuss discovery with Finn |
| 3/17/2016 | DAS | 0.1 | $300.00 | $30.00 | E-mail Bella re: contact spreadsheet |
| 3/17/2016 | DAS | 0.4 | $300.00 | $120.00 | Discuss discovery with Finn |
| 3/17/2016 | DAS | 2.2 | $300.00 | $660.00 | Deposition prep |
| 3/18/2016 | BP | 0.80 | $125.00 | $100.00 | Discovery responses |
| 3/18/2016 | DAS | 0.7 | $300.00 | $210.00 | Deposition prep |
| 3/18/2016 | DAS | 0.9 | $300.00 | $270.00 | Research motor carrier exemption |
| 3/21/2016 | BP | 0.80 | $125.00 | $100.00 | Discovery documents |
| 3/21/2016 | DAS | 3.1 | $300.00 | $930.00 | Review documents |
| 3/21/2016 | DAS | 1.3 | $300.00 | $390.00 | Review documents/call with defense re: same |
| 3/21/2016 | DAS | 0.3 | $300.00 | $90.00 | E-mail defense re: discovery |
| 3/21/2016 | DAS | 1.6 | $300.00 | $480.00 | Deposition prep/research motor carrier exemption |
| 3/21/2016 | DMK | 0.2 | $450.00 | $90.00 | Talk to Denise re motor carrier exemption |
| 3/22/2016 | BP | 2.50 | $125.00 | $312.50 | Discovery documents |
| 3/22/2016 | DAS | 0.5 | $300.00 | $150.00 | Deposition prep |
| 3/22/2016 | DAS | 0.4 | $300.00 | $120.00 | Discuss discovery with Maimon |
| 3/23/2016 | DAS | 0.1 | $300.00 | $30.00 | E-mail Bella re: dep |
| 3/25/2016 | BP | 0.10 | $125.00 | $12.50 | Cancel deposition |
| 3/25/2016 | DAS | 0.1 | $300.00 | $30.00 | E-mail Finn re: discovery issues |
| 3/25/2016 | DAS | 1.5 | $300.00 | $450.00 | Deposition prep |
| 3/27/2016 | DAS | 0.4 | $300.00 | $120.00 | Draft subpoenas |
| 3/28/2016 | DAS | 0.1 | $300.00 | $30.00 | E-mail defense re: discovery |
| 3/29/2016 | DAS | 0.7 | $300.00 | $210.00 | Research motor carrier exemption |
| 3/29/2016 | DAS | 0.1 | $300.00 | $30.00 | E-mail defense re: discovery |
| 3/29/2016 | DAS | 0.8 | $300.00 | $240.00 | Review defendants' documents |
| 3/30/2016 | DAS | 0.1 | $300.00 | $30.00 | E-mail defense re: discovery |
| 3/30/2016 | DAS | 1 | $300.00 | $300.00 | Deposition prep |
| 3/30/2016 | DAS | 0.1 | $300.00 | $30.00 | E-mail Finn re: privilege log |
| 3/30/2016 | DAS | 0.2 | $300.00 | $60.00 | Discuss subpoenas with Maimon |
| 3/30/2016 | DAS | 0.1 | $300.00 | $30.00 | Edit letter to court |
| 3/30/2016 | DAS | 0.8 | $300.00 | $240.00 | Edit letter to court/discuss discovery with Maimon |
| 3/30/2016 | DAS | 0.1 | $300.00 | $30.00 | Discuss discovery with Finn |
| 3/30/2016 | DAS | 0.8 | $300.00 | $240.00 | Draft subpoenas, amended dep notice, stip/e-mail defense re: same |
| 3/30/2016 | DMK | 0.3 | $450.00 | $135.00 | Confer w/Denise re: discovery |
| 3/31/2016 | BP | 0.50 | $125.00 | $62.50 | Send out subpoenas for service, calendar depositions, reserve conf rooms, send out to defense |
| 3/31/2016 | DAS | 0.1 | $300.00 | $30.00 | E-mail Finn re: dep |
| 3/31/2016 | DAS | 0.3 | $300.00 | $90.00 | Finalize subpoenas for service |
| 4/6/2016 | BP | 0.10 | $125.00 | $12.50 | Talk to DS, email serving by irving |
| 4/6/2016 | DAS | 0.1 | $300.00 | $30.00 | Leave voicemail for 3d party atty |

Exhibit 2 - Joseph Kirschenbaum LLP time records

| Date | Biller | Time | Rate | Total | Description |
|---|---|---|---|---|---|
| 4/6/2016 | DAS | 0.1 | $300.00 | $30.00 | Call with 3d party witness lawyer |
| 4/6/2016 | DAS | 0.1 | $300.00 | $30.00 | E-mail defense |
| 4/7/2016 | BP | 0.10 | $125.00 | $12.50 | Reschedule deposition |
| 4/7/2016 | DAS | 0.1 | $300.00 | $30.00 | Leave voicemail for 3d party witness |
| 4/7/2016 | DAS | 0.5 | $300.00 | $150.00 | Draft discovery responses/review defendants' discovery responses |
| 4/7/2016 | DAS | 0.5 | $300.00 | $150.00 | Draft discovery responses |
| 4/7/2016 | DAS | 0.2 | $300.00 | $60.00 | Discuss discovery with Finn |
| 4/7/2016 | DAS | 4 | $300.00 | $1,200.00 | Deposition prep |
| 4/8/2016 | DAS | 0.9 | $300.00 | $270.00 | Deposition prep |
| 4/8/2016 | DAS | 0.3 | $300.00 | $90.00 | E-mail defense re: discovery |
| 4/8/2016 | DAS | 1 | $300.00 | $300.00 | Deposition prep |
| 4/8/2016 | DAS | 0.2 | $300.00 | $60.00 | Call with third party witness/e-mail same |
| 4/8/2016 | DAS | 0.2 | $300.00 | $60.00 | Discuss discovery with Maimon |
| 4/11/2016 | DAS | 1.6 | $300.00 | $480.00 | Deposition prep |
| 4/11/2016 | DAS | 0.1 | $300.00 | $30.00 | E-mail defense re: dep |
| 4/11/2016 | DAS | 0.6 | $300.00 | $180.00 | Deposition prep |
| 4/11/2016 | DAS | 0.1 | $300.00 | $30.00 | Discuss discovery with Finn |
| 4/11/2016 | DAS | 0.2 | $300.00 | $60.00 | Edit discovery responses |
| 4/12/2016 | BP | 0.10 | $125.00 | $12.50 | Conference room |
| 4/12/2016 | BP | 1.00 | $125.00 | $125.00 | Print and bates stamp documents |
| 4/12/2016 | DAS | 5.7 | $300.00 | $1,710.00 | 30(b)(6) deposition/discuss same with Finn and Maimon |
| 4/12/2016 | DAS | 0.3 | $300.00 | $90.00 | Edit discovery responses |
| 4/12/2016 | DMK | 0.6 | $450.00 | $270.00 | Review deposition |
| 4/13/2016 | BP | 0.30 | $125.00 | $37.50 | CD with discovery documents, mail to defense |
| 4/13/2016 | BP | 0.80 | $125.00 | $100.00 | Scan exhibits, schedule depositions, send out subpoena |
| 4/13/2016 | BP | 1.00 | $125.00 | $125.00 | Rebates stamp documents |
| 4/13/2016 | DAS | 0.1 | $300.00 | $30.00 | E-mail Maimon and Finn re: dep |
| 4/13/2016 | DAS | 0.3 | $300.00 | $90.00 | Review dep transcript/call with Finn re: discovery |
| 4/13/2016 | DAS | 0.1 | $300.00 | $30.00 | Call with third party witness/e-mail defense re: same |
| 4/13/2016 | DAS | 0.2 | $300.00 | $60.00 | Discuss discovery issues with Finn and Maimon |
| 4/13/2016 | DAS | 0.1 | $300.00 | $30.00 | E-mail Bella re: deps |
| 4/13/2016 | DAS | 0.4 | $300.00 | $120.00 | Draft subpoena/discovery responses |
| 4/13/2016 | DAS | 0.1 | $300.00 | $30.00 | E-mail defense re: discovery |
| 4/13/2016 | DMK | 0.2 | $450.00 | $90.00 | Discuss depositions with Denise and Finn |
| 4/14/2016 | BP | 0.30 | $125.00 | $37.50 | Save exhibits |
| 4/14/2016 | DAS | 0.1 | $300.00 | $30.00 | Review process server e-mail |
| 4/14/2016 | DAS | 1.2 | $300.00 | $360.00 | Research enforcing subpoena/dep prep (Metro Transfer) |
| 4/14/2016 | DAS | 0.2 | $300.00 | $60.00 | Dep prep (Metro Transfer) |
| 4/14/2016 | DAS | 0.2 | $300.00 | $60.00 | Discuss discovery with Finn |
| 4/17/2016 | DAS | 0.6 | $300.00 | $180.00 | Research interstate assignments |
| 4/18/2016 | BP | 0.10 | $125.00 | $12.50 | Email serving by irving re: status |
| 4/18/2016 | DAS | 0.1 | $300.00 | $30.00 | E-mail Bella re: serving subpoena |
| 4/18/2016 | DAS | 1.3 | $300.00 | $390.00 | Deposition prep (Empire) |
| 4/18/2016 | DAS | 0.2 | $300.00 | $60.00 | Discuss dep with Finn |
| 4/18/2016 | DAS | 0.1 | $300.00 | $30.00 | Discuss dep with Maimon |
| 4/18/2016 | DMK | 0.2 | $450.00 | $90.00 | Discuss w/Denise need for third party discovery |
| 4/19/2016 | BP | 0.10 | $125.00 | $12.50 | Call veritext re: depos |
| 4/19/2016 | BP | 0.10 | $125.00 | $12.50 | Reschedule depo |
| 4/19/2016 | DAS | 0.2 | $300.00 | $60.00 | E-mail defense/Finn re: discovery |
| 4/19/2016 | DAS | 0.1 | $300.00 | $30.00 | Call/e-mail 3d party witness's atty |
| 4/19/2016 | DAS | 0.3 | $300.00 | $90.00 | E-mail defense re: dep |
| 4/19/2016 | DAS | 0.6 | $300.00 | $180.00 | Deposition prep |
| 4/20/2016 | BP | 0.40 | $125.00 | $50.00 | Scan exhibits, schedule deposition |

Exhibit 2 - Joseph Kirschenbaum LLP time records

| Date | Biller | Time | Rate | Total | Description |
|---|---|---|---|---|---|
| 4/20/2016 | DAS | 0.1 | $300.00 | $30.00 | Call with 3d party witness atty |
| 4/20/2016 | DAS | 0.1 | $300.00 | $30.00 | Discuss dep with Finn |
| 4/20/2016 | DAS | 0.1 | $300.00 | $30.00 | E-mail Bella re: deps |
| 4/20/2016 | DAS | 1.3 | $300.00 | $390.00 | Deposition/discuss same with Maimon and Finn |
| 4/20/2016 | DAS | 0.4 | $300.00 | $120.00 | Deposition prep (Empire) |
| 4/20/2016 | DAS | 0.1 | $300.00 | $30.00 | Discuss dep with Maimon |
| 4/20/2016 | DAS | 0.1 | $300.00 | $30.00 | Deposition prep |
| 4/20/2016 | DMK | 0.5 | $450.00 | $225.00 | Discuss today and tomorrow's depositions with Denise |
| 4/21/2016 | DAS | 0.1 | $300.00 | $30.00 | Deposition prep |
| 4/21/2016 | DAS | 1.1 | $300.00 | $330.00 | Deposition (Empire) |
| 4/21/2016 | DAS | 0.2 | $300.00 | $60.00 | Discuss dep with Maimon |
| 4/21/2016 | DAS | 0.2 | $300.00 | $60.00 | Prep for client meeting |
| 4/21/2016 | DAS | 1.1 | $300.00 | $330.00 | Prep client for deposition (Luis) |
| 4/21/2016 | DT | 1.00 | $125.00 | $125.00 | Translate for dep prep |
| 4/25/2016 | DAS | 0.8 | $300.00 | $240.00 | Review documents/call and e-mail co-counsel re: same |
| 4/25/2016 | DAS | 0.2 | $300.00 | $60.00 | Edit letter to court |
| 4/25/2016 | DAS | 0.7 | $300.00 | $210.00 | Deposition prep (Action) |
| 4/25/2016 | DAS | 0.4 | $300.00 | $120.00 | Discuss discovery with Finn |
| 4/25/2016 | DAS | 0.1 | $300.00 | $30.00 | E-mail third party witness |
| 4/25/2016 | DAS | 0.2 | $300.00 | $60.00 | Review documents/e-mail defense |
| 4/25/2016 | DAS | 0.2 | $300.00 | $60.00 | Discuss discovery with Finn/call defense re: discovery |
| 4/26/2016 | DAS | 0.1 | $300.00 | $30.00 | Deposition prep (Action) |
| 4/26/2016 | DAS | 0.2 | $300.00 | $60.00 | Review documents/discuss with defense |
| 4/26/2016 | DAS | 0.5 | $300.00 | $150.00 | Deposition (Action) |
| 4/26/2016 | DT | 0.10 | $125.00 | $12.50 | Copy deposition transcript to file |
| 4/26/2016 | DT | 0.10 | $125.00 | $12.50 | Mail letter to arbitration association |
| 4/27/2016 | DAS | 0.1 | $300.00 | $30.00 | Discuss depositionp with Finn |
| 4/27/2016 | DAS | 0.6 | $300.00 | $180.00 | Deposition (T&T) |
| 4/27/2016 | DAS | 1 | $300.00 | $300.00 | Deposition prep |
| 4/27/2016 | DT | 0.10 | $125.00 | $12.50 | Copy deposition exhibit to CD |
| 4/28/2016 | DAS | 0.1 | $300.00 | $30.00 | Deposition prep (Bianco) |
| 4/28/2016 | DAS | 0.1 | $300.00 | $30.00 | Call with third party witness |
| 4/28/2016 | DAS | 0.6 | $300.00 | $180.00 | Deposition (Bianco) |
| 4/28/2016 | DAS | 0.6 | $300.00 | $180.00 | Review documents |
| 5/4/2016 | DAS | 0.1 | $300.00 | $30.00 | Review deposition transcripts |
| 5/4/2016 | DMK | 0.2 | $450.00 | $90.00 | Discussion w/Denise re: last week's depositions |
| 5/6/2016 | DAS | 0.2 | $300.00 | $60.00 | Research motor carrier exemption |
| 5/9/2016 | DAS | 0.4 | $300.00 | $120.00 | Draft summary judgment letter to court |
| 5/9/2016 | DAS | 0.2 | $300.00 | $60.00 | Discuss summary judgment with Finn |
| 5/9/2016 | DAS | 3.4 | $300.00 | $1,020.00 | Draft summary judgment letter to court |
| 5/9/2016 | DAS | 1.1 | $300.00 | $330.00 | Review summary judgmnet letter with Maimon |
| 5/9/2016 | DAS | 0.2 | $300.00 | $60.00 | Research motor carrier exemption for summary judgment |
| 5/9/2016 | DMK | 1.1 | $450.00 | $495.00 | Review premotion letters |
| 5/10/2016 | DAS | 1.1 | $300.00 | $330.00 | Edit summary judgment letter |
| 5/10/2016 | DAS | 0.2 | $300.00 | $60.00 | Review summary judgment letter with Maimon/edit letter |
| 5/10/2016 | DAS | 1.5 | $300.00 | $450.00 | Edit summary judgment letter/review documents |
| 5/10/2016 | DMK | 0.2 | $450.00 | $90.00 | Review letter to court |
| 5/11/2016 | DAS | 0.1 | $300.00 | $30.00 | Review deposition transcripts |
| 5/11/2016 | DAS | 0.2 | $300.00 | $60.00 | Finalize/file summary judgment letter |
| 5/13/2016 | DAS | 0.1 | $300.00 | $30.00 | E-mail defense re: 216(b) notice |
| 5/13/2016 | DAS | 0.1 | $300.00 | $30.00 | Identify 216(b) issues |
| 5/16/2016 | DAS | 0.4 | $300.00 | $120.00 | Client call/discuss 216(b) with Finn and Maimon |
| 5/16/2016 | DAS | 0.2 | $300.00 | $60.00 | Draft case management plan |
| 5/16/2016 | DAS | 0.1 | $300.00 | $30.00 | E-mail defense re: case management plan |

Exhibit 2 - Joseph Kirschenbaum LLP time records

| Date | Biller | Time | Rate | Total | Description |
|---|---|---|---|---|---|
| 5/16/2016 | DMK | 0.2 | $450.00 | $90.00 | Discussion with Denise re: timing of 216b |
| 5/19/2016 | DMK | 0.2 | $450.00 | $90.00 | Meet w/Denise re: outstanding issues |
| 5/20/2016 | BP | 0.20 | $125.00 | $25.00 | Invoices |
| 5/20/2016 | DAS | 0.4 | $300.00 | $120.00 | Draft letter to court re: case management plan |
| 5/23/2016 | DAS | 0.1 | $300.00 | $30.00 | Discuss new opt-ins with Finn |
| 5/24/2016 | BP | 0.30 | $125.00 | $37.50 | Expenses |
| 5/24/2016 | DAS | 0.3 | $300.00 | $90.00 | Prepare for court conference |
| 5/27/2016 | DAS | 0.5 | $300.00 | $150.00 | Prepare for court conference |
| 5/31/2016 | DAS | 2 | $300.00 | $600.00 | Prepare for court conference |
| 6/1/2016 | BP | 0.10 | $125.00 | $12.50 | Call court reporters re: transcript |
| 6/1/2016 | DAS | 0.5 | $300.00 | $150.00 | Prepare for court conference |
| 6/1/2016 | DAS | 2 | $300.00 | $600.00 | Travel time/court conference/discuss conference with Maimon |
| 6/1/2016 | DMK | 0.3 | $450.00 | $135.00 | Meeting w/Finn and defense |
| 6/2/2016 | DAS | 0.2 | $300.00 | $60.00 | Review damage calculation |
| 6/6/2016 | BP | 0.10 | $125.00 | $12.50 | Call court to pay for transcript |
| 6/6/2016 | DAS | 0.3 | $300.00 | $90.00 | Call with defense re: settlement |
| 6/6/2016 | DAS | 0.2 | $300.00 | $60.00 | Review damage calculation |
| 6/6/2016 | DMK | 0.4 | $450.00 | $180.00 | Call w/Denise/Finn, call w/defense |
| 6/10/2016 | BP | 0.10 | $125.00 | $12.50 | Transcript |
| 6/14/2016 | DMK | 0.1 | $450.00 | $45.00 | Meet with Denise |
| 6/20/2016 | DAS | 0.5 | $300.00 | $150.00 | Update damage calculation |
| 6/20/2016 | DAS | 0.1 | $300.00 | $30.00 | Talk with Finn and Maimon re: damages |
| 6/21/2016 | DAS | 0.4 | $300.00 | $120.00 | Finalize damage calculation/e-mail defense re: demand |
| 6/21/2016 | DMK | 0.2 | $450.00 | $90.00 | Discuss settlement with Denise and Finn |
| 6/30/2016 | DAS | 0.2 | $300.00 | $60.00 | Draft letter to court |
| 7/5/2016 | DAS | 0.8 | $300.00 | $240.00 | Research summary judgment motion |
| 7/5/2016 | DAS | 0.4 | $300.00 | $120.00 | Review SJ motion/draft 56.1 counter-statement |
| 7/5/2016 | DAS | 0.5 | $300.00 | $150.00 | Review Bellino deposition transcript |
| 7/5/2016 | DAS | 2.4 | $300.00 | $720.00 | Draft 56.1 counter-statement |
| 7/5/2016 | DAS | 0.5 | $300.00 | $150.00 | Review defendants' summary judgment motion |
| 7/6/2016 | DAS | 0.3 | $300.00 | $90.00 | Draft summary judgment declaration |
| 7/6/2016 | DAS | 1 | $300.00 | $300.00 | Research summary judgment opposition |
| 7/6/2016 | DAS | 0.4 | $300.00 | $120.00 | Draft summary judgment opposition |
| 7/6/2016 | DAS | 3.9 | $300.00 | $1,170.00 | Research summary judgment opposition |
| 7/7/2016 | DAS | 2.2 | $300.00 | $660.00 | Research/draft summary judgment opposition/client meeting (Persad) |
| 7/7/2016 | DAS | 0.1 | $300.00 | $30.00 | Draft declaration |
| 7/7/2016 | DAS | 1.1 | $300.00 | $330.00 | Client meeting (Menna) re: declaration |
| 7/7/2016 | DAS | 5.2 | $300.00 | $1,560.00 | Draft summary judgment opposition |
| 7/8/2016 | DAS | 3 | $300.00 | $900.00 | Draft summary judgment opposition |
| 7/10/2016 | DAS | 1.1 | $300.00 | $330.00 | Research summary judgment opposition |
| 7/11/2016 | DAS | 0.3 | $300.00 | $90.00 | Draft declarations |
| 7/11/2016 | DAS | 0.6 | $300.00 | $180.00 | Client meeting (Powell) and draft declarations |
| 7/11/2016 | DAS | 0.4 | $300.00 | $120.00 | Client meeting (Aceved) re: declaration |
| 7/11/2016 | DAS | 2.7 | $300.00 | $810.00 | Draft summary judgment opposition |
| 7/12/2016 | DAS | 5.7 | $300.00 | $1,710.00 | Draft summary judgment opposition |
| 7/14/2016 | DAS | 3.6 | $300.00 | $1,080.00 | Draft summary judgment opposition |
| 7/15/2016 | DAS | 2.9 | $300.00 | $870.00 | Draft summary judgment opposition |
| 7/15/2016 | DAS | 0.5 | $300.00 | $150.00 | Discuss summary judgment with Finn |
| 7/15/2016 | DAS | 0.5 | $300.00 | $150.00 | Draft summary judgment opposition |
| 7/17/2016 | DAS | 0.7 | $300.00 | $210.00 | Draft declaration/client meeting |
| 7/17/2016 | DAS | 0.2 | $300.00 | $60.00 | Edit declarations |
| 7/17/2016 | DAS | 0.1 | $300.00 | $30.00 | E-mail client re: declaration |

Exhibit 2 - Joseph Kirschenbaum LLP time records

| Date | Biller | Time | Rate | Total | Description |
|---|---|---|---|---|---|
| 7/17/2016 | DAS | 3.4 | $300.00 | $1,020.00 | Draft summary judgment opposition |
| 7/18/2016 | BP | 0.10 | $125.00 | $12.50 | Fax |
| 7/18/2016 | DAS | 3.2 | $300.00 | $960.00 | Draft summary judgment opposition |
| 7/18/2016 | DAS | 0.1 | $300.00 | $30.00 | Discuss summary judgment with Maimon |
| 7/18/2016 | DAS | 0.7 | $300.00 | $210.00 | Review documents |
| 7/18/2016 | DMK | 0.7 | $450.00 | $315.00 | Legal research for summary judgment, review defendants' brief, discuss same with Denise |
| 7/19/2016 | DAS | 1.8 | $300.00 | $540.00 | Draft summary judgment opposition |
| 7/20/2016 | DAS | 4.5 | $300.00 | $1,350.00 | Draft 56.1 statement |
| 7/21/2016 | DAS | 1.5 | $300.00 | $450.00 | Draft summary judgment opposition |
| 7/21/2016 | DAS | 0.6 | $300.00 | $180.00 | Review summary judgment brief with Maimon |
| 7/21/2016 | DAS | 1.6 | $300.00 | $480.00 | Draft summary judgment opposition |
| 7/21/2016 | DMK | 1.8 | $450.00 | $810.00 | Review brief |
| 7/22/2016 | DAS | 5.4 | $300.00 | $1,620.00 | Draft summary judgment opposition |
| 7/25/2016 | DAS | 4.6 | $300.00 | $1,380.00 | Draft summary judgment opposition |
| 7/26/2016 | DAS | 2.9 | $300.00 | $870.00 | Draft summary judgment opposition |
| 7/26/2016 | DMK | 2.5 | $450.00 | $1,125.00 | Review brief |
| 7/27/2016 | DAS | 5.5 | $300.00 | $1,650.00 | Draft summary judgment opposition |
| 7/28/2016 | DAS | 4.3 | $300.00 | $1,290.00 | Draft summary judgment opposition |
| 7/28/2016 | DMK | 0.9 | $450.00 | $405.00 | Review revised opposition brief |
| 7/29/2016 | DAS | 5.3 | $300.00 | $1,590.00 | Draft summary judgment opposition |
| 8/1/2016 | BP | 0.50 | $125.00 | $62.50 | Courtesy copy |
| 8/1/2016 | DAS | 1.6 | $300.00 | $480.00 | Draft summary judgment opposition |
| 8/1/2016 | DAS | 0.1 | $300.00 | $30.00 | Review motion papers |
| 8/1/2016 | DAS | 0.4 | $300.00 | $120.00 | File motion papers |
| 8/2/2016 | BP | 0.60 | $125.00 | $75.00 | Courtesy copy |
| 8/8/2016 | DMK | 0.2 | $450.00 | $90.00 | Discussion w/Denise re: extra pages, etc. |
| 8/15/2016 | DAS | 1.4 | $300.00 | $420.00 | Review summary judgmnet submissions |
| 8/15/2016 | DMK | 0.3 | $450.00 | $135.00 | Read briefs, text Denise |
| 8/16/2016 | DAS | 1 | $300.00 | $300.00 | Draft letter to court re: reply/motion to strike |
| 8/16/2016 | DAS | 0.4 | $300.00 | $120.00 | Research expected to be called upon to go interstate |
| 8/16/2016 | DAS | 0.4 | $300.00 | $120.00 | Discuss reply with Maimon |
| 8/16/2016 | DAS | 0.4 | $300.00 | $120.00 | Draft letter to court |
| 8/16/2016 | DAS | 0.1 | $300.00 | $30.00 | Finalize/file letter |
| 8/16/2016 | DAS | 1 | $300.00 | $300.00 | Research reply brief |
| 8/16/2016 | DAS | 2.1 | $300.00 | $630.00 | Draft summary judgment reply |
| 8/16/2016 | DMK | 0.3 | $450.00 | $135.00 | Work on letter to court re: extension, discuss w/Denise need for reply |
| 8/17/2016 | DAS | 2.7 | $300.00 | $810.00 | Draft summary judgment reply |
| 8/17/2016 | DAS | 0.5 | $300.00 | $150.00 | Discuss summary judgment with Finn |
| 8/17/2016 | DAS | 3.1 | $300.00 | $930.00 | Draft summary judgment reply |
| 8/17/2016 | DMK | 0.2 | $450.00 | $90.00 | Discuss order w/Denise, how to address affidavit |
| 8/18/2016 | DAS | 3.2 | $300.00 | $960.00 | Draft summary judgment reply |
| 8/18/2016 | DAS | 1.6 | $300.00 | $480.00 | Draft summary judgment reply/discuss same with Finn |
| 8/29/2016 | DAS | 0.3 | $300.00 | $90.00 | Review summary judgment reply |
| 8/29/2016 | DAS | 0.4 | $300.00 | $120.00 | Review summary judgment reply with Maimon |
| 8/29/2016 | DMK | 0.3 | $450.00 | $135.00 | Review brief |
| 8/30/2016 | DAS | 5.1 | $300.00 | $1,530.00 | Review summary judgment reply |
| 8/31/2016 | DAS | 0.5 | $300.00 | $150.00 | Review brief with Maimon |
| 8/31/2016 | DAS | 2 | $300.00 | $600.00 | Draft SJ reply |
| 8/31/2016 | DAS | 0.8 | $300.00 | $240.00 | Review briefs |
| 8/31/2016 | DMK | 0.6 | $450.00 | $270.00 | Review surreply brief |
| 9/1/2016 | BP | 0.40 | $125.00 | $50.00 | Courtesy copy |
| 9/1/2016 | DAS | 0.3 | $300.00 | $90.00 | Finalize/file reply papers |

Exhibit 2 - Joseph Kirschenbaum LLP time records

| Date | Biller | Time | Rate | Total | Description |
|---|---|---|---|---|---|
| 12/16/2016 | DAS | 0.1 | $300.00 | $30.00 | Review deposition transcript |
| 1/25/2017 | DAS | 3.1 | $300.00 | $930.00 | Research arbitration |
| 1/26/2017 | DAS | 1.9 | $300.00 | $570.00 | Edit letter to court |
| 1/27/2017 | DAS | 0.1 | $300.00 | $30.00 | Review arbitration decision |
| 1/27/2017 | DAS | 1.5 | $300.00 | $450.00 | Draft letter to court |
| 1/30/2017 | DAS | 0.2 | $300.00 | $60.00 | Finalize/file letter to court |
| 2/2/2017 | DAS | 0.1 | $300.00 | $30.00 | E-mail defense |
| 2/7/2017 | DAS | 1.5 | $300.00 | $450.00 | Draft letter to court |
| 2/7/2017 | DMK | 0.2 | $450.00 | $90.00 | Review letter to court |
| 2/8/2017 | DAS | 0.1 | $400.00 | $40.00 | E-mail defense re: conference |
| 2/9/2017 | DAS | 1.8 | $400.00 | $720.00 | Prepare for court conference |
| 2/10/2017 | DAS | 0.8 | $400.00 | $320.00 | Prepare for court conference |
| 2/12/2017 | DAS | 3.3 | $400.00 | $1,320.00 | Prepare for court conference |
| 2/13/2017 | DAS | 3.5 | $400.00 | $1,400.00 | Court conference/travel and waiting time/research arbitrability |
| 2/13/2017 | DAS | 1.4 | $400.00 | $560.00 | Research arbitrability |
| 2/14/2017 | DAS | 0.4 | $400.00 | $160.00 | Research arbitrability |
| 2/14/2017 | DAS | 0.1 | $400.00 | $40.00 | E-mail defense |
| 2/14/2017 | DAS | 6.4 | $400.00 | $2,560.00 | Research arbitrability |
| 2/15/2017 | DAS | 1.9 | $400.00 | $760.00 | Research arbitrability |
| 2/28/2017 | DAS | 0.1 | $400.00 | $40.00 | Review MOA |
| 3/2/2017 | DAS | 0.1 | $400.00 | $40.00 | Research arbitration |
| 3/7/2017 | DAS | 0.5 | $400.00 | $200.00 | Research arbitration opposition |
| 3/7/2017 | DAS | 0.4 | $400.00 | $160.00 | Draft arbitration opposition brief |
| 3/8/2017 | DAS | 4.9 | $400.00 | $1,960.00 | Draft arbitration opposition brief |
| 3/9/2017 | DAS | 0.1 | $400.00 | $40.00 | Review union constitution |
| 3/13/2017 | DAS | 2.1 | $400.00 | $840.00 | Draft arbitration opposition brief |
| 3/13/2017 | DAS | 0.1 | $400.00 | $40.00 | Discuss client meetings with Finn |
| 3/15/2017 | DAS | 0.7 | $400.00 | $280.00 | Draft arbitration opposition brief |
| 3/15/2017 | DAS | 0.1 | $400.00 | $40.00 | Review motor carrier case |
| 3/15/2017 | DAS | 1.5 | $400.00 | $600.00 | Draft arbitration opposition brief |
| 3/16/2017 | DAS | 3.6 | $400.00 | $1,440.00 | Draft arbitration opposition brief |
| 3/17/2017 | DAS | 1.6 | $400.00 | $640.00 | Draft arbitration opposition brief |
| 3/20/2017 | DAS | 0.1 | $400.00 | $40.00 | E-mail Finn re: arbitration opposition brief |
| 3/20/2017 | DAS | 0.1 | $400.00 | $40.00 | Call with Finn re: arbitration opposition |
| 3/20/2017 | DAS | 2.9 | $400.00 | $1,160.00 | Draft arbitration opposition brief |
| 3/21/2017 | DAS | 3.8 | $400.00 | $1,520.00 | Draft arbitration opposition brief |
| 3/22/2017 | DAS | 2.3 | $400.00 | $920.00 | Draft arbitration opposition brief |
| 3/22/2017 | DAS | 0.1 | $400.00 | $40.00 | Draft client declarations |
| 3/23/2017 | DAS | 0.1 | $400.00 | $40.00 | Review client declaration |
| 3/23/2017 | DAS | 0.3 | $400.00 | $120.00 | Client meeting (Persad) re: declaration |
| 3/23/2017 | DAS | 0.1 | $400.00 | $40.00 | Discuss declarations with Finn |
| 3/23/2017 | DAS | 2.1 | $400.00 | $840.00 | Draft arbitration opposition brief |
| 3/27/2017 | DAS | 0.1 | $400.00 | $40.00 | Draft declaration |
| 3/27/2017 | DAS | 0.6 | $400.00 | $240.00 | Prepare table of authorities |
| 3/27/2017 | DAS | 0.4 | $400.00 | $160.00 | Client meeting (Acevedo) re: declaration |
| 3/27/2017 | DAS | 0.1 | $400.00 | $40.00 | Prepare client declarations |
| 3/27/2017 | DAS | 0.4 | $400.00 | $160.00 | Draft arbitration opposition brief |
| 3/27/2017 | DAS | 0.3 | $400.00 | $120.00 | Review arbitration opp with Maimon |
| 3/27/2017 | DMK | 0.3 | $450.00 | $135.00 | Review opposition brief |
| 3/28/2017 | DAS | 0.3 | $400.00 | $120.00 | Client meeting (Powell) re: declaration |
| 3/28/2017 | DAS | 0.6 | $400.00 | $240.00 | Edit arbitration oppposition brief |
| 3/28/2017 | DAS | 0.1 | $400.00 | $40.00 | Update client declaration/e-mail client re: same |
| 3/29/2017 | DAS | 0.6 | $400.00 | $240.00 | Draft arbitration opposition brief |
| 3/29/2017 | DAS | 0.1 | $400.00 | $40.00 | Review brief |

**Exhibit 2 - Joseph Kirschenbaum LLP time records**

| Date | Biller | Time | Rate | Total | Description |
|---|---|---|---|---|---|
| 3/29/2017 | DAS | 0.2 | $400.00 | $80.00 | File arbitration opposition |
| 4/5/2017 | DAS | 0.2 | $400.00 | $80.00 | Talk with Maimon and Finn re: motion |
| 4/5/2017 | DAS | 0.2 | $400.00 | $80.00 | Review brief/discuss motion with Maimon |
| 4/5/2017 | DAS | 0.4 | $400.00 | $160.00 | Review Raymond decision and docket/review damages |
| 4/5/2017 | DMK | 0.2 | $450.00 | $90.00 | Emails re: extension |
| 4/14/2017 | DAS | 0.2 | $400.00 | $80.00 | Review reply brief |
| 4/14/2017 | DAS | 1 | $400.00 | $400.00 | Review reply brief/draft letter to court |
| 4/19/2017 | DAS | 0.1 | $400.00 | $40.00 | Review reply brief |
| 4/19/2017 | DAS | 0.1 | $400.00 | $40.00 | Review letter with Maimon |
| 4/19/2017 | DAS | 0.3 | $400.00 | $120.00 | Finalize/file letter to court |
| 4/19/2017 | DMK | 0.2 | $450.00 | $90.00 | Meeting re: letter to court |
| 5/5/2017 | DAS | 0.2 | $400.00 | $80.00 | Client call (Carl) |
| 5/17/2017 | DAS | 0.2 | $400.00 | $80.00 | Review Raymond case arbitration brief |
| 5/17/2017 | DMK | 0 | $450.00 | $0.00 | Meet w/Denise |
| 5/24/2017 | DAS | 0.1 | $400.00 | $40.00 | Review Mid Bronx arbitration decision |
| 5/25/2017 | DAS | 0.1 | $400.00 | $40.00 | Review complaint |
| 5/25/2017 | DAS | 0.2 | $400.00 | $80.00 | Research appealability of arbitration decisions |
| 5/26/2017 | DAS | 0.1 | $400.00 | $40.00 | Review arbitration papers |
| 6/12/2017 | DAS | 0.2 | $400.00 | $80.00 | Review Judge Sullivan arbitration decision and our briefing |
| 6/29/2017 | DAS | 0.2 | $400.00 | $80.00 | Review Mid Bronx filings |
| 8/22/2017 | DAS | 0.1 | $400.00 | $40.00 | Discuss arbitration with Maimon |
| 8/22/2017 | DAS | 0.1 | $400.00 | $40.00 | Check Mid Bronx docket |
| 10/19/2017 | DAS | 0.2 | $400.00 | $80.00 | Review arbitration issues |
| 11/1/2017 | DMK | 0.1 | $450.00 | $45.00 | Review Metro case to see if there was a decision |
| 11/6/2017 | DAS | 0.1 | $400.00 | $40.00 | Review decision in Mid-Bronx |
| 11/13/2017 | DAS | 0.2 | $400.00 | $80.00 | Call with Finn re: union membership |
| 11/14/2017 | DAS | 0.1 | $400.00 | $40.00 | Discuss union membership with Maimon |
| 11/14/2017 | DAS | 0.2 | $400.00 | $80.00 | Research resigning from union |
| 11/14/2017 | DAS | 0.5 | $400.00 | $200.00 | Draft letter to union/talk to Finn re: same |
| 11/14/2017 | DMK | 0.2 | $450.00 | $90.00 | Talk to Denise about formally ending union membership |
| 11/15/2017 | DAS | 0.1 | $400.00 | $40.00 | Text co-counsel |
| 1/15/2018 | DAS | 0.2 | $400.00 | $80.00 | Review arbitration case |
| 2/1/2018 | DAS | 0.1 | $400.00 | $40.00 | Review order |
| 2/1/2018 | DAS | 0.6 | $400.00 | $240.00 | Discuss order with Finn |
| 2/1/2018 | DAS | 0.1 | $400.00 | $40.00 | Review arbitration brief |
| 2/1/2018 | DAS | 0.2 | $400.00 | $80.00 | Discuss order with Maimon |
| 2/5/2018 | DAS | 0.2 | $400.00 | $80.00 | Discuss subpoena with Finn |
| 2/5/2018 | DAS | 0.9 | $400.00 | $360.00 | Draft subpoena |
| 2/5/2018 | DAS | 0.2 | $400.00 | $80.00 | Discuss subpoena with Maimon |
| 2/5/2018 | DAS | 0.1 | $400.00 | $40.00 | Edit subpoena |
| 2/6/2018 | CT | 0.30 | $125.00 | $37.50 | Request service of process of Subpeona / mailed same to Chistopher A. Smith |
| 2/6/2018 | DAS | 0.1 | $400.00 | $40.00 | Review Finn's edits to subpoena |
| 2/6/2018 | DAS | 0.2 | $400.00 | $80.00 | Discuss subpoena with Finn |
| 2/6/2018 | DAS | 0.2 | $400.00 | $80.00 | Edit subpoena/call with Finn |
| 2/6/2018 | DAS | 0.2 | $400.00 | $80.00 | Finalize subpoena |
| 2/6/2018 | DAS | 0.1 | $400.00 | $40.00 | E-mail defense re: subpoena |
| 2/6/2018 | DAS | 0.1 | $400.00 | $40.00 | Discuss subpoena with CLT |
| 2/8/2018 | DAS | 0.1 | $400.00 | $40.00 | Discuss subpoena with Finn |
| 2/13/2018 | CT | 0.20 | $125.00 | $25.00 | Scanned Affidavit invoice / logged in expense folder |
| 2/21/2018 | DAS | 0.1 | $400.00 | $40.00 | Call with LIFE re: subpoena |
| 2/22/2018 | DAS | 0.1 | $400.00 | $40.00 | Call with LIFE attorney |
| 2/23/2018 | DAS | 1 | $400.00 | $400.00 | Review LIFE doc production/research successor CBA |
| 2/23/2018 | DAS | 1 | $400.00 | $400.00 | Research arbtiration issues |

Exhibit 2 - Joseph Kirschenbaum LLP time records

| Date | Biller | Time | Rate | Total | Description |
|---|---|---|---|---|---|
| 2/25/2018 | DAS | 0.2 | $400.00 | $80.00 | Draft deposition subpoena |
| 2/26/2018 | DAS | 0.1 | $400.00 | $40.00 | Update subpoena |
| 2/26/2018 | DAS | 0.1 | $400.00 | $40.00 | Discuss subpoena with Maimon |
| 2/26/2018 | DAS | 0.2 | $400.00 | $80.00 | Finalize subpoena/e-mail CLT re: same |
| 2/27/2018 | CT | 0.50 | $125.00 | $62.50 | service of process / scheduled 3-13 deposition w/ Veritext / bates stamped documents |
| 2/27/2018 | DAS | 0.6 | $400.00 | $240.00 | Prepare for deposition |
| 2/28/2018 | DAS | 1.8 | $400.00 | $720.00 | Research CBAs |
| 2/28/2018 | DAS | 0.1 | $400.00 | $40.00 | E-mail CLT re: subpoena |
| 2/28/2018 | DAS | 0.4 | $400.00 | $160.00 | Prepare for deposition/review documents |
| 2/28/2018 | DAS | 0.5 | $400.00 | $200.00 | Prepare for deposition |
| 3/1/2018 | DAS | 0.1 | $400.00 | $40.00 | E-mail union re: re: deposition scheduling |
| 3/2/2018 | DAS | 0.1 | $400.00 | $40.00 | E-mail LIFE atty |
| 3/2/2018 | DAS | 0.1 | $400.00 | $40.00 | E-mail CLT/defense re: dep scheduling |
| 3/5/2018 | DAS | 1.2 | $400.00 | $480.00 | Prepare for LIFE deposition |
| 3/5/2018 | DAS | 0.1 | $400.00 | $40.00 | Research CBAs |
| 3/6/2018 | CT | 0.20 | $125.00 | $25.00 | Scanned an uploaded "Affidavit of Service" to file |
| 3/6/2018 | DAS | 0.3 | $400.00 | $120.00 | Prepare for LIFE deposition |
| 3/12/2018 | DAS | 0.1 | $400.00 | $40.00 | E-mail defense |
| 3/13/2018 | DAS | 0.8 | $400.00 | $320.00 | Prepare for LIFE deposition |
| 3/13/2018 | DAS | 0.2 | $400.00 | $80.00 | Review documents/edit deposition outline/e-mail Finn re: same |
| 3/15/2018 | DAS | 0.6 | $400.00 | $240.00 | Prepare for LIFE deposition |
| 3/16/2018 | CT | 0.50 | $125.00 | $62.50 | Made exhibit copies for 3.21.18 deposition |
| 3/18/2018 | DAS | 0.2 | $400.00 | $80.00 | Review deposition exhbits |
| 3/20/2018 | CT | 0.40 | $125.00 | $50.00 | Called Veritext to reschedule deposition from 3/21 to 3/28. Emailed Co-counsel and D's atty of change. |
| 3/20/2018 | DAS | 0.2 | $400.00 | $80.00 | Discuss depositions with Finn |
| 3/21/2018 | DAS | 0.1 | $400.00 | $40.00 | Call with union lawyer |
| 3/21/2018 | DAS | 0.3 | $400.00 | $120.00 | Discuss depositions with Finn/e-mail defense |
| 3/21/2018 | DAS | 0.1 | $400.00 | $40.00 | Call with Finn re: depositions |
| 3/21/2018 | DAS | 0.2 | $400.00 | $80.00 | E-mail Finn re: depositions |
| 3/22/2018 | DAS | 0.3 | $400.00 | $120.00 | Discuss deposition with Finn |
| 3/23/2018 | DAS | 0.2 | $400.00 | $80.00 | Call with Finn re: depositions |
| 3/26/2018 | DAS | 0.1 | $400.00 | $40.00 | Prepare for LIFE deposition |
| 3/26/2018 | DAS | 0.3 | $400.00 | $120.00 | Prepare for deposition |
| 3/27/2018 | DAS | 0.6 | $400.00 | $240.00 | Client meeting (Lenny) |
| 3/27/2018 | DAS | 0.2 | $400.00 | $80.00 | Prepare for deposition |
| 3/27/2018 | DAS | 0.3 | $400.00 | $120.00 | Discuss deppsotopms with Finn |
| 3/27/2018 | DAS | 0.7 | $400.00 | $280.00 | LIFE deposition |
| 3/27/2018 | DAS | 0.6 | $400.00 | $240.00 | Client meeting (Powell) re: deposition |
| 3/27/2018 | DAS | 1.1 | $400.00 | $440.00 | Client meetings re: depositions |
| 3/28/2018 | CT | 0.40 | $125.00 | $50.00 | Scanned exhibits from 3.27 depo to file |
| 3/28/2018 | DAS | 0.2 | $400.00 | $80.00 | Discuss depositions with Finn |
| 3/29/2018 | DAS | 0.1 | $400.00 | $40.00 | Discuss depositions with Finn |
| 3/29/2018 | DAS | 0.3 | $400.00 | $120.00 | Discuss depositions with Finn |
| 4/2/2018 | DAS | 0.1 | $400.00 | $40.00 | E-mail defense |
| 4/3/2018 | CT | 0.20 | $125.00 | $25.00 | Uploaded 3.27 deposition transcript to file |
| 4/4/2018 | CT | 0.10 | $125.00 | $12.50 | Mailed discovery requests to opposing counsel |
| 4/5/2018 | DAS | 0.4 | $400.00 | $160.00 | Review deposition transcripts |
| 4/5/2018 | DAS | 0.1 | $400.00 | $40.00 | Text Finn re: client meeting |
| 4/9/2018 | DAS | 0.1 | $400.00 | $40.00 | Review deposition transcript |
| 4/9/2018 | DAS | 0.3 | $400.00 | $120.00 | Client meeting (Ramdeo) re: errata |
| 4/9/2018 | DAS | 0.3 | $400.00 | $120.00 | Research arbitration |

Exhibit 2 - Joseph Kirschenbaum LLP time records

| Date | Biller | Time | Rate | Total | Description |
|---|---|---|---|---|---|
| 4/11/2018 | DAS | 0.1 | $400.00 | $40.00 | E-mail defense re: errata sheet |
| 4/11/2018 | DAS | 1.3 | $400.00 | $520.00 | Draft letter to court re: arbitration |
| 4/12/2018 | DAS | 3.6 | $400.00 | $1,440.00 | Research response to pre-motion letter |
| 4/12/2018 | DAS | 0.1 | $400.00 | $40.00 | E-mail defense re: scheduling |
| 4/13/2018 | DAS | 0.1 | $400.00 | $40.00 | E-mail defense |
| 4/13/2018 | DAS | 0.2 | $400.00 | $80.00 | Draft letter to court re: adjournment |
| 4/13/2018 | DAS | 0.3 | $400.00 | $120.00 | Research response to pre-motion letter |
| 4/13/2018 | DAS | 0.3 | $400.00 | $120.00 | Draft response to pre-motion letter |
| 4/16/2018 | DAS | 0.1 | $400.00 | $40.00 | Review letter to court |
| 4/16/2018 | DAS | 0.1 | $400.00 | $40.00 | E-mail Finn re: letter to court |
| 4/16/2018 | DAS | 0.1 | $400.00 | $40.00 | File letter to court |
| 4/26/2018 | CT | 0.20 | $125.00 | $25.00 | Processed payment (via AMEX) of invoice for transcript |
| 5/4/2018 | CT | 0.20 | $125.00 | $25.00 | Updated file with new expense |
| 5/30/2018 | DAS | 0.1 | $400.00 | $40.00 | Review defendants' motion |
| 5/31/2018 | DAS | 0.4 | $400.00 | $160.00 | Review defendants' brief/research opp |
| 5/31/2018 | DAS | 1.3 | $400.00 | $520.00 | Research arbitration motion opposition |
| 6/1/2018 | DAS | 0.3 | $400.00 | $120.00 | Research arbitration motion opposition |
| 6/3/2018 | DAS | 1.1 | $400.00 | $440.00 | Research arbitration motion opposition |
| 6/4/2018 | DAS | 3.5 | $400.00 | $1,400.00 | Research arbitration motion opposition |
| 6/6/2018 | DAS | 1.8 | $400.00 | $720.00 | Research arbitration motion opposition |
| 6/6/2018 | DAS | 3.6 | $400.00 | $1,440.00 | Research and draft arbitration opposition |
| 6/6/2018 | DAS | 0.2 | $400.00 | $80.00 | Discuss arbitration opposition with Maimon |
| 6/6/2018 | DAS | 3.7 | $400.00 | $1,480.00 | Draft arbitration opposition brief |
| 6/6/2018 | DMK | 0.3 | $450.00 | $135.00 | Dsicuss caselaw on arbitrator question with Denise |
| 6/8/2018 | DAS | 1.2 | $400.00 | $480.00 | Draft arbitration opposition brief |
| 6/10/2018 | DAS | 4.2 | $400.00 | $1,680.00 | Draft arbitration opposition brief |
| 6/11/2018 | DAS | 0.8 | $400.00 | $320.00 | Draft arbitration opposition brief |
| 6/11/2018 | DAS | 1 | $400.00 | $400.00 | Research arbitration opposition |
| 6/11/2018 | DAS | 0.3 | $400.00 | $120.00 | Draft arbitration opposition brief |
| 6/11/2018 | DMK | 0.8 | $450.00 | $360.00 | Research re: arbitration, discuss same with Denise |
| 6/12/2018 | DAS | 3.5 | $400.00 | $1,400.00 | Draft arbitration opposition brief |
| 6/12/2018 | DAS | 0.6 | $400.00 | $240.00 | Draft letter to court/draft arbitration opposition brief |
| 6/13/2018 | DAS | 0.2 | $400.00 | $80.00 | Draft letter to court |
| 6/13/2018 | DAS | 3.1 | $400.00 | $1,240.00 | Draft arbitration opposition brief |
| 6/13/2018 | DAS | 0.2 | $400.00 | $80.00 | Review declarations and depositions |
| 6/14/2018 | DAS | 0.1 | $400.00 | $40.00 | E-mail client |
| 6/14/2018 | DAS | 0.7 | $400.00 | $280.00 | Client call re: declaration/draft arbitration opposition |
| 6/14/2018 | DAS | 0.2 | $400.00 | $80.00 | Draft arbitration opposition brief |
| 6/14/2018 | DAS | 0.2 | $400.00 | $80.00 | Draft Lenny declaration |
| 6/14/2018 | DAS | 1.7 | $400.00 | $680.00 | Edit arbitration opposition brief/call with Finn re: same |
| 6/14/2018 | DAS | 0.2 | $400.00 | $80.00 | Edit Lenny decl/e-mail client re: same |
| 6/14/2018 | DAS | 2.1 | $400.00 | $840.00 | Edit arbitration opposition brief |
| 6/15/2018 | DAS | 0.1 | $400.00 | $40.00 | Review client declaration |
| 6/15/2018 | DAS | 0.7 | $400.00 | $280.00 | Draft arbitration opposition brief |
| 6/18/2018 | DAS | 1.4 | $400.00 | $560.00 | Draft arbitration opposition brief |
| 6/18/2018 | DAS | 0.1 | $400.00 | $40.00 | E-mail Finn re: WL cites |
| 6/18/2018 | DAS | 0.1 | $400.00 | $40.00 | Discuss arbitration opposition with Finn |
| 6/18/2018 | DAS | 0.1 | $400.00 | $40.00 | Review arbitration opposition brief |
| 6/19/2018 | DAS | 1.8 | $400.00 | $720.00 | Draft arbitration opposition brief |
| 6/19/2018 | DAS | 0.5 | $400.00 | $200.00 | Review arb opp with Maimon |
| 6/19/2018 | DMK | 0.6 | $450.00 | $270.00 | Review brief |
| 6/20/2018 | CT | 0.70 | $125.00 | $87.50 | Redacted sensitive information on exhibits 7 and 8 |
| 6/20/2018 | DAS | 0.1 | $400.00 | $40.00 | Review arbitration opposition exhibits |
| 6/20/2018 | DAS | 1.5 | $400.00 | $600.00 | Edit arbitration opposition brief |

**Exhibit 2 - Joseph Kirschenbaum LLP time records**

| Date | Biller | Time | Rate | Total | Description |
|---|---|---|---|---|---|
| 6/22/2018 | DAS | 1 | $400.00 | $400.00 | Edit arbitration opposition brief |
| 6/22/2018 | DAS | 0.1 | $400.00 | $40.00 | E-mail Finn re: arbitration opposition brief |
| 6/22/2018 | DAS | 0.2 | $400.00 | $80.00 | Discuss arbitration opposition with Maimon |
| 6/22/2018 | DAS | 1.1 | $400.00 | $440.00 | Finalize/file arbitration oppositoin |
| 6/25/2018 | CT | 0.50 | $125.00 | $62.50 | Prepared Courtesy Copies / sent via Priority mail to Judge Sullivan |
| 6/25/2018 | DAS | 0.1 | $400.00 | $40.00 | E-mail court/CLT re: courtesy copies |
| 6/28/2018 | DAS | 0.1 | $400.00 | $40.00 | Review Mid-Bronx docket |
| 7/2/2018 | DAS | 0.1 | $400.00 | $40.00 | Discuss arbitration motion with Finn |
| 7/2/2018 | DAS | 0.2 | $400.00 | $80.00 | E-mail defense re: extension request |
| 7/9/2018 | DAS | 0.1 | $400.00 | $40.00 | Discuss arbitration motion with Finn |
| 7/13/2018 | DAS | 0.1 | $400.00 | $40.00 | Text Finn re: arbitration motion |
| 7/16/2018 | DAS | 0.3 | $400.00 | $120.00 | Review reply brief |
| 7/16/2018 | DAS | 0.7 | $400.00 | $280.00 | Review reply brief/discuss samewtih Maimon |
| 7/16/2018 | DAS | 2 | $400.00 | $800.00 | Research sur-reply |
| 7/16/2018 | DAS | 0.8 | $400.00 | $320.00 | Research/draft sur-reply |
| 7/16/2018 | DAS | 0.9 | $400.00 | $360.00 | Draft sur-reply |
| 7/17/2018 | DAS | 1.6 | $400.00 | $640.00 | Draft sur-reply |
| 7/17/2018 | DAS | 0.4 | $400.00 | $160.00 | Discuss sur-reply with Finn |
| 7/17/2018 | DAS | 0.1 | $400.00 | $40.00 | Text Finn re: sur-reply |
| 7/17/2018 | DMK | 0.2 | $450.00 | $90.00 | Help Denise with arbitration brief |
| 7/18/2018 | DAS | 0.1 | $400.00 | $40.00 | Discuss arbitration motion with Finn |
| 7/20/2018 | DAS | 0.1 | $400.00 | $40.00 | E-mail court re: sur-reply |
| 7/26/2018 | CT | 0.30 | $125.00 | $37.50 | Sent "courtesy copy" of Memorandum of Law to Court |
| 7/26/2018 | DAS | 0.1 | $400.00 | $40.00 | Prepare cover letter to court |
| 8/24/2018 | CT | 0.40 | $125.00 | $50.00 | Scanned and saved client documents to file |
| 8/24/2018 | DAS | 0.1 | $400.00 | $40.00 | Discuss client documents with CLT |
| 8/27/2018 | DAS | 0.1 | $400.00 | $40.00 | Check Mid-Bronx docket |
| 9/7/2018 | DAS | 0.1 | $400.00 | $40.00 | Check Mid-Bronx docket |
| 10/8/2018 | DAS | 0.1 | $400.00 | $40.00 | Check Mid-Bronx docket |
| 3/6/2019 | DAS | 0.1 | $400.00 | $40.00 | Review arbitration decision |
| 5/16/2019 | DAS | 0.7 | $400.00 | $280.00 | E-mail Finn re: motion/check court stats/review Raymond decision/review time and expenses/update damage calc |
| 5/16/2019 | DAS | 0.2 | $400.00 | $80.00 | Text Finn re: settlement |
| 5/16/2019 | DAS | 0.1 | $400.00 | $40.00 | Discuss settlement with Maimon |
| 5/16/2019 | DAS | 0.2 | $400.00 | $80.00 | E-mail defense re: settlement |
| 5/16/2019 | DAS | 0.1 | $400.00 | $40.00 | E-mail defense re: settlement |
| 5/16/2019 | DAS | 0.1 | $400.00 | $40.00 | Discuss settlement with Maimon |
| 5/16/2019 | DMK | 0.2 | $450.00 | $90.00 | Discussion w/Denise re: arbitration award in Raymond |
| 5/20/2019 | DMK | 0.1 | $450.00 | $45.00 | Meet with Denise re: settlement |
| 10/30/2019 | DAS | 0.1 | $400.00 | $40.00 | Call with Finn |
| 1/14/2020 | DAS | 0.1 | $400.00 | $40.00 | Discuss arbitration motion with Maimon and Finn |
| 1/15/2020 | DAS | 0.2 | $400.00 | $80.00 | Discuss next steps with Maimon and Finn |
| 1/15/2020 | DAS | 0.3 | $400.00 | $120.00 | Draft letter to court |
| 1/15/2020 | DAS | 0.2 | $400.00 | $80.00 | E-mail defense |
| 1/15/2020 | DAS | 0.4 | $400.00 | $160.00 | Draft letter to court |
| 2/17/2020 | DAS | 0.1 | $400.00 | $40.00 | E-mail co-counsel |
| 2/17/2020 | DMK | 0.1 | $450.00 | $45.00 | call with Finn |
| 2/18/2020 | DAS | 0.1 | $400.00 | $40.00 | E-mail defense |
| 2/18/2020 | DAS | 0.2 | $400.00 | $80.00 | Review damages |
| 3/13/2020 | DAS | 0.1 | $400.00 | $40.00 | E-mail defense |
| 4/13/2020 | DAS | 0.1 | $400.00 | $40.00 | Email defense re: settlement |
| 4/28/2020 | DMK | 0.1 | $450.00 | $45.00 | Discuss status of settlement talks with Denise |
| 5/14/2020 | DAS | 0.1 | $400.00 | $40.00 | Email co-counsel |

**Exhibit 2 - Joseph Kirschenbaum LLP time records**

| Date | Biller | Time | Rate | Total | Description |
|---|---|---|---|---|---|
| 5/14/2020 | DAS | 0.2 | $400.00 | $80.00 | Talk with Finn re: settlement |
| 5/14/2020 | DAS | 0.3 | $400.00 | $120.00 | Talk with Finn re: settlement |
| 5/15/2020 | DAS | 0.1 | $400.00 | $40.00 | Email defense |
| 5/15/2020 | DAS | 0.1 | $400.00 | $40.00 | Email defense |
| 5/18/2020 | DAS | 0.3 | $400.00 | $120.00 | Call with defense and Finn re: settlement |
| 5/18/2020 | DAS | 0.1 | $400.00 | $40.00 | Call with defense re: settlement |
| 5/18/2020 | DAS | 0.1 | $400.00 | $40.00 | Call with Maimon re: settlement |
| 5/18/2020 | DMK | 0.1 | $450.00 | $45.00 | Discuss possible mediation with Denise |
| 5/28/2020 | DAS | 0.2 | $400.00 | $80.00 | Email defense re: mediation |
| 5/29/2020 | DAS | 0.1 | $400.00 | $40.00 | Email Finn |
| 6/2/2020 | DAS | 0.1 | $400.00 | $40.00 | Email defense re: mediation |
| 6/4/2020 | DAS | 0.1 | $400.00 | $40.00 | Email Maimon re: mediator |
| 6/4/2020 | DAS | 0.1 | $400.00 | $40.00 | Email defense re: mediation |
| 6/5/2020 | DAS | 0.1 | $400.00 | $40.00 | Email Finn |
| 6/5/2020 | DAS | 0.1 | $400.00 | $40.00 | Email defense re: mediation |
| 6/5/2020 | DAS | 0.1 | $400.00 | $40.00 | Email Finn |
| 6/9/2020 | DAS | 0.1 | $400.00 | $40.00 | Email legal team |
| 6/9/2020 | DAS | 0.2 | $400.00 | $80.00 | Review damages |
| 6/10/2020 | DAS | 0.1 | $400.00 | $40.00 | Talk with Maimon re: settlement |
| 6/15/2020 | DAS | 0.1 | $400.00 | $40.00 | Text Finn re: mediation |
| 6/16/2020 | DAS | 0.1 | $400.00 | $40.00 | Talk with Finn |
| 6/16/2020 | DAS | 0.2 | $400.00 | $80.00 | Email mediator |
| 6/16/2020 | DAS | 0.5 | $400.00 | $200.00 | Draft mediation statement |
| 6/16/2020 | DAS | 0.1 | $400.00 | $40.00 | Email Finn re: mediation |
| 6/16/2020 | DAS | 0.1 | $400.00 | $40.00 | Email Maimon re: mediation |
| 6/17/2020 | DAS | 0.1 | $400.00 | $40.00 | Email defense re: mediation |
| 6/18/2020 | DAS | 0.1 | $400.00 | $40.00 | Email Finn re: mediation |
| 6/18/2020 | DAS | 0.1 | $400.00 | $40.00 | Call with Finn |
| 6/18/2020 | DAS | 0.3 | $400.00 | $120.00 | Talk with Maimon re: mediation |
| 6/18/2020 | DAS | 0.1 | $400.00 | $40.00 | Email Finn re: mediation |
| 6/19/2020 | DAS | 0.1 | $400.00 | $40.00 | Email defense |
| 7/6/2020 | DAS | 1.1 | $400.00 | $440.00 | Draft mediation statement |
| 7/6/2020 | DAS | 0.1 | $400.00 | $40.00 | Review damages |
| 7/7/2020 | DAS | 0.4 | $400.00 | $160.00 | Draft mediation statement |
| 7/9/2020 | DAS | 0.2 | $400.00 | $80.00 | Draft mediation statement |
| 7/9/2020 | DAS | 0.1 | $400.00 | $40.00 | Email defense |
| 7/10/2020 | DAS | 0.2 | $400.00 | $80.00 | Finalize mediation statement |
| 7/10/2020 | DAS | 0.2 | $400.00 | $80.00 | E-mail mediator |
| 7/13/2020 | DAS | 0.8 | $400.00 | $320.00 | Zoom meeting with mediator |
| 7/13/2020 | DAS | 0.1 | $400.00 | $40.00 | Call with Finn re: mediation |
| 7/13/2020 | DAS | 0.2 | $400.00 | $80.00 | Call with Finn re: damages |
| 7/14/2020 | DAS | 0.1 | $400.00 | $40.00 | Review damages |
| 7/14/2020 | DAS | 0.1 | $400.00 | $40.00 | E-mail defense re: settlement |
| 7/14/2020 | DAS | 0.7 | $400.00 | $280.00 | Set up Zoom mediation |
| 7/15/2020 | DAS | 1.2 | $400.00 | $480.00 | Prep for mediation |
| 7/16/2020 | DAS | 5.4 | $400.00 | $2,160.00 | Mediation |
| 7/16/2020 | DAS | 0.1 | $400.00 | $40.00 | Draft settlement agreement |
| 7/16/2020 | DAS | 0.5 | $400.00 | $200.00 | Draft settlement agreement/letter to court |
| 7/16/2020 | DAS | 0.1 | $400.00 | $40.00 | File letter to court |
| 7/16/2020 | DMK | 5.4 | $450.00 | $2,430.00 | Mediation |
| 7/17/2020 | DAS | 0.3 | $400.00 | $120.00 | Draft settlement agreement |
| 7/17/2020 | DAS | 0.1 | $400.00 | $40.00 | Email defense re: settlement |
| 7/23/2020 | DAS | 1.2 | $400.00 | $480.00 | Draft settlement approval letter |
| 7/24/2020 | DAS | 0.2 | $400.00 | $80.00 | Email Finn |

**Exhibit 2 - Joseph Kirschenbaum LLP time records**

| Date | Biller | Time | Rate | Total | Description |
|---|---|---|---|---|---|
| 7/27/2020 | DAS | 0.1 | $400.00 | $40.00 | Email defense |
| 7/28/2020 | DAS | 0.1 | $400.00 | $40.00 | Email defense |
| 7/31/2020 | DAS | 0.1 | $400.00 | $40.00 | Review expenses |
| 7/31/2020 | DAS | 1.4 | $400.00 | $560.00 | Edit settlement agreement/settlement approval letter |
| 7/31/2020 | DAS | 0.3 | $400.00 | $120.00 | Calculate settlement split/update settlement agreement |
| 7/31/2020 | DAS | 0.1 | $400.00 | $40.00 | Email Finn re: time records |
| 7/31/2020 | DAS | 0.2 | $400.00 | $80.00 | Edit settlement approval letter |
| 7/31/2020 | DAS | 0.7 | $400.00 | $280.00 | Edit settlement agreement/settlement approval letter |
| 8/3/2020 | DAS | 0.1 | $400.00 | $40.00 | Email defense |
| 8/3/2020 | DAS | 0.1 | $400.00 | $40.00 | call with defense |
| 8/3/2020 | DAS | 0.5 | $400.00 | $200.00 | Call with defense re: settlement |
| 8/5/2020 | DAS | 0.1 | $400.00 | $40.00 | Email defense re: settlement |
| 8/6/2020 | DAS | 0.3 | $400.00 | $120.00 | Review settlement agreement |
| 8/7/2020 | DAS | 0.2 | $400.00 | $80.00 | Discuss settlement with Finn |
| 8/7/2020 | DAS | 0.3 | $400.00 | $120.00 | Draft email to clients re: settlement |
| 8/7/2020 | DAS | 0.2 | $400.00 | $80.00 | E-mail clients re: settlement |
|  | Total: | 428.30 |  | $145,182.50 |  |
|  |  |  |  |  |  |
| **Billers** |  |  |  |  |  |
| Bella Pliskin ("BP"): 13.1 hours at $125/hour = $1,637.50 ||||||
| Carlora Turnquest ("CT"): 5.1 hours at $125/hour = $637.50 ||||||
| Denise A. Schulman ("DAS"): 220.4 hours at $300/hour = $66,120; 163.1 hours at $400/hour = $65,240 ||||||
| D. Maimon Kirschenbaum ("DMK"): 25.3 hours at $450/hour = $11,385 ||||||
| Debora Torres ("DT"): 1.3 hours at $125/hour = $162.50 ||||||