Exhibit 3 - Finn W. Dusenbery, Esq. time records

| Date | Biller | Time | Rate | Total | Description |
|---|---|---|---|---|---|
| 11/23/2015 | FD | 0.5 | $300.00 | $150.00 | Call with referring attorney, John Manna, re: individual liability of Defendants |
| 11/23/2015 | FD | 0.2 | $300.00 | $60.00 | Call with Manna re: Michael Bellino, Jr. |
| 11/24/2015 | FD | 1.4 | $300.00 | $420.00 | Drafted complaint |
| 11/24/2015 | FD | 0.2 | $300.00 | $60.00 | Call with Manna re: Liberty Waste & Recycling, Inc. |
| 11/24/2015 | FD | 0.1 | $300.00 | $30.00 | Call with Manna re: company defendants |
| 12/2/2015 | FD | 0.1 | $300.00 | $30.00 | Added correct party Plaintiff to ECF |
| 12/8/2015 | FD | 0.1 | $300.00 | $30.00 | Called Manna and left message re: opt-ins |
| 12/16/2015 | FD | 0.3 | $300.00 | $90.00 | Call with John Manna from 2:27 to 2:38 re: opt-in and service of process and then emailed process server re: new address |
| 12/16/2015 | FD | 0.6 | $300.00 | $180.00 | Reviewed and revised notice of lawsuit and consent to join form |
| 12/16/2016 | FD | 0.2 | $300.00 | $60.00 | Reviewed and revised consent to sue form and emailed to Menna |
| 12/17/2015 | FD | 0.1 | $300.00 | $30.00 | Called Manna re:opt-in info and left message |
| 12/17/2015 | FD | 0.2 | $300.00 | $60.00 | Call with Manna re: opt-in info |
| 12/17/2015 | FD | 0.1 | $300.00 | $30.00 | Call with Manna re: opt-in info |
| 12/21/2015 | FD | 0.1 | $300.00 | $30.00 | Call with Mann re: opt-in info |
| 12/21/2015 | FD | 0.2 | $300.00 | $60.00 | Redacted Menna opt-in form |
| 12/21/2015 | FD | 0.1 | $300.00 | $30.00 | Filed Menna opt-in form |
| 12/21/2015 | FD | 0.3 | $300.00 | $90.00 | Filed Menna opt-in form |
| 12/21/2015 | FD | 0.1 | $300.00 | $30.00 | Emailed process server re: affidavits of service |
| 12/23/2016 | FD | 0.2 | $300.00 | $60.00 | Call with Manna re: opt-ins |
| 12/23/2016 | FD | 0.4 | $300.00 | $120.00 | Call with Manna re: opt-ins |
| 12/24/2016 | FD | 0.1 | $300.00 | $30.00 | Emailed Horowitz re: stip extending time to answer |
| 12/29/2015 | FD | 0.3 | $300.00 | $90.00 | Pdfed and posted on ECF affidavits of service |
| 12/30/2015 | FD | 0.1 | $300.00 | $30.00 | Signed, scanned and emailed stip extending time to answer to defense counsel |
| 12/31/2015 | FD | 0.2 | $300.00 | $60.00 | Researched requirements of conditional certification under 216(b) |
| 12/31/2015 | FD | 0.4 | $300.00 | $120.00 | Call with Carl Orlando, took notes re: declaration for motion for conditional certification |
| 12/31/2015 | FD | 0.2 | $300.00 | $60.00 | Call with Lenny Menna, took notes re: motion for conditional certification |
| 1/4/2016 | FD | 0.9 | $300.00 | $270.00 | Drafted case management plan, reviewed dockets of similar cases for info on deadlines, order of motions, emailed co-counsel, Denise Schulman, re: proposed CMP |
| 1/4/2016 | FD | 0.4 | $300.00 | $120.00 | Printed courtesy copy, prepared for mailing, and edited pdf of complaint to read: "courtesy copy" and emailed to Judge Sullivan's chambers |
| 1/4/2016 | FD | 0.3 | $300.00 | $90.00 | Drafted/revised proposed CMP, emailed same to defense and asked if they consented to notice under 216(b) of FLSA |
| 1/5/2016 | FD | 0.2 | $300.00 | $60.00 | Reviewed Judge Sullivan's Order re: joint letter and CMP and looked for template of similar joint letter |
| 1/5/2016 | FD | 0.7 | $300.00 | $210.00 | Drafted joint letter |
| 1/13/2016 | FD | 0.2 | $300.00 | $60.00 | Call with Luis Acevedo notes |

Exhibit 3 - Finn W. Dusenbery, Esq. time records

| Date | Biller | Time | Rate | Total | Description |
|---|---|---|---|---|---|
| 1/14/2016 | FD | 0.1 | $300.00 | $30.00 | Sent fully executed retainer to co-counsel's paralegal, Bella Pliskin |
| 1/22/2016 | FD | 0.1 | $300.00 | $30.00 | Calls to Menna and Acevedo re: number of employees |
| 1/22/2016 | FD | 0.3 | $300.00 | $90.00 | Call with Manna re: opt-ins |
| 1/25/2016 | FD | 0.2 | $300.00 | $60.00 | Call with Manna re: amending complaint to add parties |
| 1/25/2016 | FD | 0.1 | $300.00 | $30.00 | Call with Manna re: opt-ins |
| 1/26/2016 | FD | 0.2 | $300.00 | $60.00 | Called new opt-ins and drafted questions for new opt-ins |
| 1/26/2016 | FD | 0.3 | $300.00 | $90.00 | Calls with opt-ins Luis Acevedo and Lenny Menna |
| 1/26/2016 | FD | 0.3 | $300.00 | $90.00 | Call with Manna re: adding parties |
| 1/26/2016 | FD | 0.1 | $300.00 | $30.00 | Call with opt-in Menna re: new name for Liberty Ashes on trucks |
| 1/26/2016 | FD | 0.4 | $300.00 | $120.00 | Conference call with Maimon and defense re: meet and confer |
| 1/26/2016 | FD | 0.1 | $300.00 | $30.00 | Call with Maimon re: meet and confer |
| 1/26/2016 | FD | 1.7 | $300.00 | $510.00 | Researched MCA exemption, drafted questions for Plaintiffs to gather information, drafted case briefs, and emailed public interest lawyer re: garbage disposal info |
| 1/27/2016 | FD | 0.7 | $300.00 | $210.00 | Reviewed case Maimon sent re: MCA exemption |
| 1/27/2016 | FD | 1.6 | $300.00 | $480.00 | Researched MCA exemption |
| 1/27/2016 | FD | 1.1 | $300.00 | $330.00 | Call with Orlando re: questions about routes, assignments and where garbage is dumped |
| 1/27/2016 | FD | 0.5 | $300.00 | $150.00 | Call with Lenny Menna, took notes re: where garbage disposed of, how disposed of, Lenny's routes |
| 1/28/2016 | FD | 0.6 | $300.00 | $180.00 | Researched piercing the veil, alter ego |
| 2/1/2016 | FD | 0.5 | $300.00 | $150.00 | Drafted letter for 216(b) pre-motion conference |
| 2/1/2016 | FD | 1.3 | $300.00 | $390.00 | Drafted letter for 216(b) pre-motion conference |
| 2/1/2016 | FD | 0.2 | $300.00 | $60.00 | Reviewed joint letter re: initial conference |
| 2/1/2016 | FD | 0.2 | $300.00 | $60.00 | Call with co-counsel Denise Schulman re: letter for pre-motion conference for 216b notice |
| 2/1/2016 | FD | 0.4 | $300.00 | $120.00 | Researched 216b notice in cases with sanitation workers |
| 2/1/2016 | FD | 1.2 | $300.00 | $360.00 | Researched 216b notice in cases with sanitation workers |
| 2/1/2016 | FD | 0.3 | $300.00 | $90.00 | Calls with opt-ins re: 216b notice facts |
| 2/1/2016 | FD | 0.4 | $300.00 | $120.00 | Scanned letter re: conditional certification and posted to ECF and emailed to Sullivan |
| 2/1/2016 | FD | 0.3 | $300.00 | $90.00 | Edited joint letter to JudgeSullivan re: initial conference |
| 2/2/2016 | FD | 0.6 | $300.00 | $180.00 | Reviewed joint letter re: initial conference and Plaintiffs' proposed CMP, filled in the proposed CMP for neatness and filed on ECF and emailed to Judge Sullivan |
| 2/5/2016 | FD | 0.7 | $300.00 | $210.00 | Filed Persad Opt-In form and calls with Orlando re: 813 union contact and transfer stations |
| 2/5/2016 | FD | 0.4 | $300.00 | $120.00 | Reviewed DEC website to gather info about transfer stations |

Exhibit 3 - Finn W. Dusenbery, Esq. time records

| Date | Biller | Time | Rate | Total | Description |
|---|---|---|---|---|---|
| 2/5/2016 | FD | 0.5 | $300.00 | $150.00 | Researched MCA, Bilyou |
| 2/8/2016 | FD | 0.5 | $300.00 | $150.00 | Drafted document requests |
| 2/8/2016 | FD | 2.5 | $300.00 | $750.00 | Drafted document requests |
| 2/8/2016 | FD | 0.3 | $300.00 | $90.00 | Call updating Manna on case |
| 2/8/2016 | FD | 0.7 | $300.00 | $210.00 | Researched piercing the veil, alter ego |
| 2/8/2016 | FD | 0.3 | $300.00 | $90.00 | Researched piercing the veil, alter ego |
| 2/8/2016 | FD | 0.6 | $300.00 | $180.00 | Revised document requests |
| 2/8/2016 | FD | 0.3 | $300.00 | $90.00 | Call with Maimon and defense re: settlement |
| 2/9/2016 | FD | 0.3 | $300.00 | $90.00 | Call with Lenny Menna re: Bellino settlement communications |
| 2/10/2016 | FD | 0.1 | $300.00 | $30.00 | Calls with Menna re: meeting with 813 members |
| 2/10/2016 | FD | 0.7 | $300.00 | $210.00 | Drafted damage calc |
| 2/10/2016 | FD | 0.2 | $300.00 | $60.00 | Drafted damage calc |
| 2/10/2016 | FD | 1 | $300.00 | $300.00 | Drafted damage calc |
| 2/10/2016 | FD | 0.1 | $300.00 | $30.00 | Reviewed paystubs |
| 2/10/2016 | FD | 0.1 | $300.00 | $30.00 | Called Manna re: Lenny Menna's CBA |
| 2/10/2016 | FD | 0.1 | $300.00 | $30.00 | Called union members Allan Henry and Curbie re: meeting with Lenny Menna |
| 2/10/2016 | FD | 0.4 | $300.00 | $120.00 | Reviewed Plaintiffs' discovery requests |
| 2/10/2016 | FD | 0.2 | $300.00 | $60.00 | Reviewed revised damage calc |
| 2/11/2016 | FD | 0.1 | $300.00 | $30.00 | Call with co-counsel Denise Schulman re: document requests |
| 2/11/2016 | FD | 0.8 | $300.00 | $240.00 | Reviewed paystubs to revise damage calc, calls with Manna re: settlement, Menna re: dates of employment, meeting with union, Denise Schulman re: Menna meeting with union |
| 2/11/2016 | FD | 0.3 | $300.00 | $90.00 | Reviewed and revised document requests |
| 2/11/2016 | FD | 0.4 | $300.00 | $120.00 | Reviewed and revised document requests and interrogatories |
| 2/11/2016 | FD | 0.5 | $300.00 | $150.00 | Call with Manna re: settlement |
| 2/11/2016 | FD | 0.8 | $300.00 | $240.00 | Revised, printed, signed, scanned, and emailed/mailed out discovery requests |
| 2/12/2016 | FD | 0.2 | $300.00 | $60.00 | Pursuant to Judge Sullivan's Order of 2/12/16, revised redactions to opt-in forms |
| 2/12/2016 | FD | 0.2 | $300.00 | $60.00 | Calls with opt-ins to keep settlement discussions confidential |
| 2/16/2016 | FD | 0.6 | $300.00 | $180.00 | Drafted initial disclosures |
| 2/16/2016 | FD | 0.1 | $300.00 | $30.00 | Called Manna re: retaliation damages and left message |
| 2/16/2016 | FD | 0.3 | $300.00 | $90.00 | Printed and mailed out initial disclosures, printed labels for envelope |
| 2/17/2016 | FD | 1.8 | $300.00 | $540.00 | Initial conference |
| 2/17/2016 | FD | 0.4 | $300.00 | $120.00 | Reviewed discovery requests for MCA requests, emailed Denise re: same |
| 2/18/2016 | FD | 0.1 | $300.00 | $30.00 | Called and left message with Manna |
| 2/18/2016 | FD | 0.2 | $300.00 | $60.00 | Call with Manna re: initial conference, Carl Orlando's damages |
| 2/19/2016 | FD | 0.2 | $300.00 | $60.00 | Reviewed tolling agreement, calls with Denise re: same |

Exhibit 3 - Finn W. Dusenbery, Esq. time records

| Date | Biller | Time | Rate | Total | Description |
|---|---|---|---|---|---|
| 2/22/2016 | FD | 1.2 | $300.00 | $360.00 | Reviewed cases re: MCA exemption |
| 2/24/2016 | FD | 0.5 | $300.00 | $150.00 | Drafted 30b6 deposition |
| 2/24/2016 | FD | 1.1 | $300.00 | $330.00 | Drafted 30b6 deposition |
| 2/26/2016 | FD | 0.3 | $300.00 | $90.00 | Revised 30b6 deposition, mailed it out |
| 3/17/2016 | FD | 0.1 | $300.00 | $30.00 | Emailed defense re: discovery, meet and confer |
| 3/17/2016 | FD | 0.7 | $300.00 | $210.00 | Reviewed Defendants' discovery requests, emailed Denise Schulman contact info for Plaintiffs |
| 3/17/2016 | FD | 0.5 | $300.00 | $150.00 | Drafted notes for meet and confer with defense, drafted and sent email re: discovery deficiencies to defense |
| 3/18/2016 | FD | 0.1 | $300.00 | $30.00 | Called defense re: meet and confer on rogs, writing letter on docs and document responses |
| 3/18/2016 | FD | 0.1 | $300.00 | $30.00 | Emailed and called defense re: meet and confer on rogs, writing letter on docs and document responses |
| 3/21/2016 | FD | 1.6 | $300.00 | $480.00 | Prepared for meet and confer call with defense counsel, did meet and confer call with defense counsel |
| 3/21/2016 | FD | 0.1 | $300.00 | $30.00 | Reviewed Denise Schulman's email re: discovery deficiencies |
| 3/21/2016 | FD | 0.1 | $300.00 | $30.00 | Call with Denise Schulman re: email re: discovery deficiencies |
| 3/30/2016 | FD | 0.3 | $300.00 | $90.00 | Drafted letter to Judge Sullivan re: discovery issues |
| 3/30/2016 | FD | 0.8 | $300.00 | $240.00 | Drafted letter motion to compel |
| 3/31/2016 | FD | 0.9 | $300.00 | $270.00 | Reviewed 30(b)(6) deposition |
| 3/31/2016 | FD | 0.4 | $300.00 | $120.00 | Reviewed 30(b)(6) deposition |
| 4/7/2016 | FD | 0.1 | $300.00 | $30.00 | Call re: Liberty Ashes discovery |
| 4/8/2016 | FD | 0.7 | $300.00 | $210.00 | Calls with clients re: interrogatory responses, call with Denise Schulman re: same |
| 4/11/2016 | FD | 0.1 | $300.00 | $30.00 | Call with Persad |
| 4/12/2016 | FD | 5.5 | $300.00 | $1,650.00 | 30(b)(6) deposition |
| 4/19/2016 | FD | 0.5 | $300.00 | $150.00 | Reviewed Metro Transfer deposition |
| 4/20/2016 | FD | 0.3 | $300.00 | $90.00 | Reviewed deposition outline |
| 4/20/2016 | FD | 1.4 | $300.00 | $420.00 | Deposition of Metropolitan Transfer Station |
| 4/21/2016 | FD | 1 | $300.00 | $300.00 | Reviewed case on safety-affecting activities of helpers by Judge Ramos, took notes for Acevedo deposition prep |
| 5/12/2016 | FD | 0.1 | $300.00 | $30.00 | Call with Lenny Menna re: status of case |
| 5/16/2016 | FD | 0.1 | $300.00 | $30.00 | Call with Menna re: new opt-in |
| 5/18/2016 | FD | 0.1 | $300.00 | $30.00 | Call with Menna re: opt-ins |
| 5/23/2016 | FD | 0.1 | $300.00 | $30.00 | Call with Denise re: opt-ins |
| 5/23/2016 | FD | 0.1 | $300.00 | $30.00 | Call with Lenny Menna re: opt-ins |
| 5/23/2016 | FD | 0.1 | $300.00 | $30.00 | Call with Joshua Taulk |
| 6/1/2016 | FD | 2 | $300.00 | $600.00 | Premotion conference |
| 6/1/2016 | FD | 0.1 | $300.00 | $30.00 | Call with Orlando re: interviews |
| 6/1/2016 | FD | 0.4 | $300.00 | $120.00 | Read Politico article |
| 6/1/2016 | FD | 0.3 | $300.00 | $90.00 | Reviewed Craft case, discussed same with Denise Schulman |
| 6/6/2016 | FD | 0.3 | $300.00 | $90.00 | Conference call with defense re: settlement |
| 6/15/2016 | FD | 0.4 | $300.00 | $120.00 | Reviewed docs for drafting class-wide damage calc |

Exhibit 3 - Finn W. Dusenbery, Esq. time records

| Date | Biller | Time | Rate | Total | Description |
|---|---|---|---|---|---|
| 6/17/2016 | FD | 0.4 | $300.00 | $120.00 | Call giving Manna update on case |
| 6/20/2016 | FD | 1.6 | $300.00 | $480.00 | Reviewed docs for Liberty damage calc |
| 6/20/2016 | FD | 1.5 | $300.00 | $450.00 | Reviewed docs for Liberty damage calc, took notes |
| 6/20/2016 | FD | 0.1 | $300.00 | $30.00 | Call with Orlando re: class demand |
| 6/20/2016 | FD | 0.1 | $300.00 | $30.00 | Call with Manna re: class demand |
| 6/20/2016 | FD | 0.1 | $300.00 | $30.00 | Called Manna and left message re: class demand |
| 6/20/2016 | FD | 0.2 | $300.00 | $60.00 | Call with Manna re: class demand |
| 6/20/2016 | FD | 0.1 | $300.00 | $30.00 | Call with Orlando re: class demand |
| 7/1/2016 | FD | 0.8 | $300.00 | $240.00 | Calls with clients and Denise Schulman re: meetings for opposition to summary judgment motion |
| 7/5/2016 | FD | 0.4 | $300.00 | $120.00 | Reviewed Defendants' brief in support of summary judgment |
| 7/5/2016 | FD | 0.5 | $300.00 | $150.00 | Reviewed Defendants' brief in support of summary judgment |
| 7/5/2016 | FD | 0.3 | $300.00 | $90.00 | Call with Denise |
| 7/5/2016 | FD | 0.5 | $300.00 | $150.00 | Reviewed Defendants' brief in support of summary judgment |
| 7/5/2016 | FD | 0.2 | $300.00 | $60.00 | Reviewed Defendants' brief in support of summary judgment |
| 7/5/2016 | FD | 0.5 | $300.00 | $150.00 | Reviewed Bellino declaration |
| 7/5/2016 | FD | 0.8 | $300.00 | $240.00 | Reviewed Bellino declaration and attached exhibits |
| 7/6/2016 | FD | 0.3 | $300.00 | $90.00 | Reviewed Shaw declaration |
| 7/6/2016 | FD | 1.2 | $300.00 | $360.00 | Revised 56.1 counter statement of facts |
| 7/6/2016 | FD | 0.5 | $300.00 | $150.00 | Revised 56.1 counter statement of facts |
| 7/6/2016 | FD | 0.7 | $300.00 | $210.00 | Revised 56.1 counter statement of facts |
| 7/6/2016 | FD | 0.7 | $300.00 | $210.00 | Revised 56.1 counter statement of facts |
| 7/7/2016 | FD | 0.9 | $300.00 | $270.00 | Meeting with Ramdeo Persad re: declaration |
| 7/7/2016 | FD | 0.7 | $300.00 | $210.00 | Meeting with Lenny Menna re: declaration |
| 7/11/2016 | FD | 0.4 | $300.00 | $120.00 | Meeting with Quamaine Powell re: declaration |
| 7/11/2016 | FD | 0.4 | $300.00 | $120.00 | Meeting with Luis Acevedo re: declaration |
| 7/12/2016 | FD | 1.3 | $300.00 | $390.00 | Reviewed and commented on Plaintiffs' brief in opposition to Defendants' summary judgment motion |
| 7/14/2016 | FD | 0.1 | $300.00 | $30.00 | Call with Persad re: dates of employment |
| 7/14/2016 | FD | 1.1 | $300.00 | $330.00 | Drafted/revised Plaintiffs' 56.1 counterstatement |
| 7/14/2016 | FD | 2.2 | $300.00 | $660.00 | Drafted/revised 56.1 counterstatement |
| 7/14/2016 | FD | 0.1 | $300.00 | $30.00 | Reviewed new case from MJ Bloom from Denise |
| 7/14/2016 | FD | 0.4 | $300.00 | $120.00 | Drafted/revised 56.1 counterstatement |
| 7/15/2016 | FD | 1.8 | $300.00 | $540.00 | Drafted/revised 56.1 counterstatement |
| 7/16/2016 | FD | 1 | $300.00 | $300.00 | Drafted/revised 56.1 counterstatement |
| 7/16/2016 | FD | 2.3 | $300.00 | $690.00 | Drafted/revised 56.1 counterstatement |
| 7/17/2016 | FD | 0.5 | $300.00 | $150.00 | Drafted/revised 56.1 counterstatement |
| 7/17/2016 | FD | 2.2 | $300.00 | $660.00 | Drafted/revised 56.1 counterstatement |
| 7/17/2016 | FD | 1 | $300.00 | $300.00 | Drafted/revised 56.1 counterstatement |
| 7/17/2016 | FD | 2.2 | $300.00 | $660.00 | Drafted/revised 56.1 counterstatement |
| 7/18/2016 | FD | 0.1 | $300.00 | $30.00 | Reviewed discovery production from Defendants |
| 7/20/2016 | FD | 0.2 | $300.00 | $60.00 | Found deposition line in Bianco deposition for Denise and emailed Manna Plaintiff's declarations |

Exhibit 3 - Finn W. Dusenbery, Esq. time records

| Date | Biller | Time | Rate | Total | Description |
|---|---|---|---|---|---|
| 7/20/2016 | FD | 0.6 | $300.00 | $180.00 | Reviewed draft of Plaintiffs' brief opposing summary judgment |
| 7/20/2016 | FD | 1 | $300.00 | $300.00 | Reviewed draft of Plaintiffs' brief opposing summary judgment |
| 7/21/2016 | FD | 0.1 | $300.00 | $30.00 | Reviewed email re: footnote on Liberty taking freight from Jamaica |
| 7/21/2016 | FD | 0.1 | $300.00 | $30.00 | Call with Menna and Denise re: CBA showing Liberty didn't have exemption |
| 7/21/2016 | FD | 1.1 | $300.00 | $330.00 | Revised 56.1 counterstatement of facts |
| 7/21/2016 | FD | 0.1 | $300.00 | $30.00 | Call with potential opt-in |
| 7/22/2016 | FD | 1.2 | $300.00 | $360.00 | Reviewed draft of Plaintiffs' brief opposing summary judgment and cites to record and 56.1 statement |
| 7/22/2016 | FD | 1.1 | $300.00 | $330.00 | Reviewed draft of Plaintiffs' brief opposing summary judgment to add lines to 56.1 counterstatement |
| 7/22/2016 | FD | 1.1 | $300.00 | $330.00 | Reviewed draft of Plaintiffs' brief opposing summary judgment to add lines to 56.1 counterstatement |
| 7/22/2016 | FD | 0.8 | $300.00 | $240.00 | Reviewed draft of Plaintiffs' brief opposing summary judgment to add lines to 56.1 counterstatement |
| 7/25/2016 | FD | 1 | $300.00 | $300.00 | Researched jury disbelieving conversations with lack of details |
| 7/25/2016 | FD | 1.2 | $300.00 | $360.00 | Researched jury disbelieving conversations with lack of details |
| 7/25/2016 | FD | 1.2 | $300.00 | $360.00 | Researched jury disbelieving conversations with lack of details |
| 7/25/2016 | FD | 0.9 | $300.00 | $270.00 | Reviewed draft of plaintiffs' brief opposing summary judgment |
| 7/26/2016 | FD | 2.5 | $300.00 | $750.00 | Meeting and review of 56.1 SoF and brief opposing SMJ |
| 7/27/2016 | FD | 1.9 | $300.00 | $570.00 | Revised 56.1 counterstatement of facts and put in cites |
| 7/27/2016 | FD | 0.1 | $300.00 | $30.00 | Emailed Westlaw citations of cases to myself and Denise |
| 7/27/2016 | FD | 1 | $300.00 | $300.00 | Reviewed declaration of Denise Schulman, reviewed cited docs |
| 7/28/2016 | FD | 1.3 | $300.00 | $390.00 | Reviewed Denise Schulman's declaration and documents to ensure accuracy |
| 7/28/2016 | FD | 0.3 | $300.00 | $90.00 | Reviewed Denise Schulman's declaration and documents cited in it for accuracy |
| 7/28/2016 | FD | 1.6 | $300.00 | $480.00 | Reviewed Denise Schulman's declaration and documents cited in it for accuracy |
| 7/29/2016 | FD | 1.4 | $300.00 | $420.00 | Reviewed exhibit list and checked whether exhibits were in brief, counterstatement of facts, and Denise Schulman's declaration |
| 7/29/2016 | FD | 0.1 | $300.00 | $30.00 | Reviewed documents to make sure Denise Schulman's declaration was accurate |
| 7/29/2016 | FD | 0.9 | $300.00 | $270.00 | Reviewed plaintiffs' brief opposing summary judgment |
| 8/1/2016 | FD | 0.1 | $300.00 | $30.00 | Reviewed papers for opposition to SJ and cross-motion |
| 8/2/2016 | FD | 0.1 | $300.00 | $30.00 | Call with Manna re: case status |
| 8/2/2016 | FD | 0.1 | $300.00 | $30.00 | Returned Orlando's call, left message |
| 8/3/2016 | FD | 0.2 | $300.00 | $60.00 | Call with Jermaine Pryor re: case |

Exhibit 3 - Finn W. Dusenbery, Esq. time records

| Date | Biller | Time | Rate | Total | Description |
|---|---|---|---|---|---|
| 8/8/2016 | FD | 0.2 | $300.00 | $60.00 | Calls with Manna and Denise Schulman re: retaliation for Menna |
| 8/11/2016 | FD | 0.1 | $300.00 | $30.00 | Call with Orlando re: Defendants' letter asking for more pages for reply on docket |
| 8/15/2016 | FD | 2.4 | $300.00 | $720.00 | Reviewed Defendants' reply papers |
| 8/15/2016 | FD | 1.1 | $300.00 | $330.00 | Reviewed Defendants ' reply papers |
| 8/16/2016 | FD | 0.2 | $300.00 | $60.00 | Reviewed letter re: surreply and motion to strike and call with Denise re: same |
| 8/16/2016 | FD | 0.2 | $300.00 | $60.00 | Reviewed Plaintiffs' letter requesting surreply and call with Denise Schulman re: surreply |
| 8/16/2016 | FD | 2.1 | $300.00 | $630.00 | Reviewed Defendants' reply papers, took notes |
| 8/16/2016 | FD | 0.2 | $300.00 | $60.00 | Reviewed Defendants' letter opposing motion for surreply |
| 8/17/2016 | FD | 1.5 | $300.00 | $450.00 | Reviewed Defendants' reply papers and took notes |
| 8/17/2016 | FD | 0.5 | $300.00 | $150.00 | Reviewed draft of surreply, discussed same and affidavits for surreply with Denise |
| 8/17/2016 | FD | 0.3 | $300.00 | $90.00 | Reviewed Defendants' reply papers and took notes |
| 8/17/2016 | FD | 0.1 | $300.00 | $30.00 | Reviewed Defendants' reply papers and took notes |
| 8/18/2016 | FD | 1 | $300.00 | $300.00 | Reviewed Defendants' 56.1 counterstatement of facts |
| 8/18/2016 | FD | 0.4 | $300.00 | $120.00 | Reviewed Defendants' 56.1 counterstatement of facts |
| 8/18/2016 | FD | 0.4 | $300.00 | $120.00 | Reviewed Cruz v. Southern Waste Systems |
| 8/18/2016 | FD | 0.6 | $300.00 | $180.00 | Researched new cases on MCA exemption (shepardized Veney and Florida case) |
| 8/18/2016 | FD | 0.8 | $300.00 | $240.00 | Reviewed draft of surreply and dicussed same with Denise Schulman |
| 8/31/2016 | FD | 0.6 | $300.00 | $180.00 | Reviewed Plaintiffs' reply papers |
| 1/26/2017 | FD | 3.1 | $300.00 | $930.00 | Drafted response to Defendants' pre-motion letter |
| 2/7/2017 | FD | 0.3 | $300.00 | $90.00 | Call with client re: update on case |
| 2/13/2017 | FD | 1.6 | $300.00 | $480.00 | Attended pre-motion conference on arbitration motion |
| 2/14/2017 | FD | 0.1 | $300.00 | $30.00 | Call updating Lenny Menna on status of case |
| 2/15/2017 | FD | 0.1 | $300.00 | $30.00 | Call with Lenny Menna re: union membership |
| 3/8/2017 | FD | 1 | $300.00 | $300.00 | Reviewed Defendants' CBAs, MOA, drafted declaration |
| 3/13/2017 | FD | 0.3 | $300.00 | $90.00 | Called and left message re: declaration for arbitration motion |
| 3/13/2017 | FD | 0.1 | $300.00 | $30.00 | Call with Menna re: declaration for arbitration motion |
| 3/15/2017 | FD | 0.7 | $300.00 | $210.00 | Researched any new cases on MCA |
| 3/15/2017 | FD | 0.9 | $300.00 | $270.00 | Researched whether putative class members can be compelled to arbitrate |
| 3/15/2017 | FD | 0.5 | $300.00 | $150.00 | Researched whether putative class members can be compelled to arbitrate |
| 3/16/2017 | FD | 0.5 | $300.00 | $150.00 | Researched whether putative class members can be compelled to arbitrate |
| 3/16/2017 | FD | 0.1 | $300.00 | $30.00 | Call with Powell re: declaration, call to Jermaine Pryor re: 2016 MOA |
| 3/16/2017 | FD | 0.1 | $300.00 | $30.00 | Call with Acevedo re: declaration |
| 3/16/2017 | FD | 0.3 | $300.00 | $90.00 | Reviewed cases re: whether putative class members can be compelled to arbitrate |
| 3/16/2017 | FD | 0.3 | $300.00 | $90.00 | Reviewed cases re: whether putative class members can be compelled to arbitrate |

Exhibit 3 - Finn W. Dusenbery, Esq. time records

| Date | Biller | Time | Rate | Total | Description |
|---|---|---|---|---|---|
| 3/16/2017 | FD | 0.6 | $300.00 | $180.00 | Reviewed cases re: whether putative class members can be compelled to arbitrate |
| 3/16/2017 | FD | 0.1 | $300.00 | $30.00 | Call with Lenny Menna re: Jermaine Pryor contact info and Luis Acevedo re: getting in contact |
| 3/16/2017 | FD | 0.5 | $300.00 | $150.00 | Reviewed draft of brief opposing Defendants' motion to compel |
| 3/16/2017 | FD | 0.1 | $300.00 | $30.00 | Reviewed case re: compelling putative class members |
| 3/20/2017 | FD | 1.7 | $300.00 | $510.00 | Reviewed and revised draft of brief opposing motion to compel arbitration |
| 3/22/2017 | FD | 1 | $300.00 | $300.00 | Researched whether shortening of SoL invalidates arbitration agreement |
| 3/23/2017 | FD | 0.2 | $300.00 | $60.00 | Reviewed draft of brief opposing Defendants' motion to compel arbitration |
| 3/22/2017 | FD | 0.1 | $300.00 | $30.00 | Reviewed draft of brief opposing Defendants' motion to compel arbitration |
| 3/22/2017 | FD | 0.1 | $300.00 | $30.00 | Reviewed draft of brief opposing Defendants' motion to compel arbitration |
| 3/22/2017 | FD | 0.1 | $300.00 | $30.00 | Reviewed draft of brief opposing Defendants' motion to compel arbitration |
| 3/22/2017 | FD | 0.8 | $300.00 | $240.00 | Reviewed draft of brief opposing Defendants' motion to compel arbitration |
| 3/23/2017 | FD | 0.3 | $300.00 | $90.00 | Meeting with Ramdeo Persad re: declaration |
| 3/23/2017 | FD | 0.1 | $300.00 | $30.00 | Discussed Plaintiffs' declarations with Denise |
| 3/23/2017 | FD | 0.1 | $300.00 | $30.00 | Emailed Quamaine Powell re: meeting |
| 3/23/2017 | FD | 0.1 | $300.00 | $30.00 | Call with Menna re: declaration and email to Menna re: same |
| 3/23/2017 | FD | 0.1 | $300.00 | $30.00 | Call with Carl Orlando re: declaration |
| 3/24/2017 | FD | 0.1 | $300.00 | $30.00 | Call to Quamaine, left message; call to Lenny Menna re: Quamaine |
| 3/27/2017 | FD | 0.4 | $300.00 | $120.00 | Meeting with Luis Acevedo |
| 3/28/2017 | FD | 0.1 | $300.00 | $30.00 | Call with Lenny Menna re: declaration |
| 3/28/2017 | FD | 0.1 | $300.00 | $30.00 | Call with Quamaine Powell re: meeting |
| 4/14/2017 | FD | 0.3 | $300.00 | $90.00 | Reviewed Defendants' reply papers re: arbitration |
| 4/19/2017 | FD | 0.1 | $300.00 | $30.00 | Reviewed letter from Denise re: arbitration filings |
| 5/2/2017 | FD | 0.6 | $300.00 | $180.00 | Reviewed Raymond v. Mid-Bronx Haulage decision |
| 5/4/2017 | FD | 0.1 | $300.00 | $30.00 | Call with Orlando re: Life union collusion |
| 5/4/2017 | FD | 0.5 | $300.00 | $150.00 | Call with Orlando re: Life union collusion and reviewed articles on LIFE union |
| 5/4/2017 | FD | 0.2 | $300.00 | $60.00 | Call with Denise Schulman re: Orlando complaints to DoL, Dep't of Consumer Affairs |
| 5/9/2017 | FD | 0.4 | $300.00 | $120.00 | Reviewed docket of Ambinder garbage case, motion to compel arbitration and calls with Denise re: Ambinder garbage case and motion to compel arbitration |
| 5/9/2017 | FD | 0.1 | $300.00 | $30.00 | Reviewed docket and motions in limine |
| 5/17/2017 | FD | 0.2 | $300.00 | $60.00 | Reviewed Ambinder brief opposing motion to compel arbitration |
| 5/17/2017 | FD | 0.2 | $300.00 | $60.00 | Reviewed Ambinder brief opposing motion to compel arbitration |

Exhibit 3 - Finn W. Dusenbery, Esq. time records

| Date | Biller | Time | Rate | Total | Description |
|---|---|---|---|---|---|
| 6/15/2017 | FD | 0.1 | $300.00 | $30.00 | Call with Orlando re: case |
| 6/19/2017 | FD | 0.1 | $300.00 | $30.00 | Call with Lenny Menna re: newspaper article |
| 8/31/2017 | FD | 0.2 | $300.00 | $60.00 | Reviewed docket in Mid Bronx case and order by Sullivan for evidentiary hearing and emailed Maimon and Denise re: same |
| 1/15/2018 | FD | 0.4 | $300.00 | $120.00 | Reviewed documents on whether Plaintiffs stopped employment prior to ratification of MOA on 12/22/15 and emailed co-counsel re: state court case on former employees not covered by arbitration agreement in MOA |
| 2/4/2018 | FD | 0.6 | $300.00 | $180.00 | Drafted subpoena to Local 890 LIFE and reviewed Sullivan's decision in Mid Bronx for documents to ask for in subpoena |
| 2/5/2018 | FD | 0.5 | $300.00 | $150.00 | Drafted subpoena to Local 890 LIFE, reviewed Mid Bronx docket to see what documents to ask for |
| 2/5/2018 | FD | 0.1 | $300.00 | $30.00 | Called Denise Schulman and texted re: union membership discovery |
| 2/5/2018 | FD | 0.2 | $300.00 | $60.00 | Call with Lenny Menna re: uunion membership documents |
| 2/5/2018 | FD | 0.9 | $300.00 | $270.00 | Reviewed subpoena to union for documents re: plaintiffs' union membership and reviewed cbas/moas re: documents we need to ask for on subpoena |
| 2/26/2018 | FD | 0.2 | $300.00 | $60.00 | Reviewed topics for union deposition and emailed Denise Schulman re: same |
| 3/19/2018 | FD | 0.5 | $300.00 | $150.00 | Reviewed outline for LIFE deposition and emailed Denise Schulman re: same |
| 3/21/2018 | FD | 0.6 | $300.00 | $180.00 | Calls to Liberty Ashes' clients re: availability for depositions |
| 3/23/2018 | FD | 0.3 | $300.00 | $90.00 | Calendared dates for meetings, depositions and sent texts confirming dates to clients, emails with Denise re: dates, depositions |
| 3/23/2018 | FD | 0.8 | $300.00 | $240.00 | Calendared dates for meetings, depositions and sent texts confirming dates to clients, invited Denise Schulman to calendared events, call with Denise re: prep, depositions, clal with Luis re: prep, depositions |
| 3/27/2018 | FD | 0.3 | $300.00 | $90.00 | Discussed depositions with co-counsel |
| 3/27/2018 | FD | 0.7 | $300.00 | $210.00 | Deposition of LIFE |
| 3/27/2018 | FD | 0.6 | $300.00 | $180.00 | Deposition prep with Powell |
| 3/27/2018 | FD | 1.1 | $300.00 | $330.00 | Deposition prep with Carl Orlando, Ramdeo |
| 3/27/2018 | FD | 0.1 | $300.00 | $30.00 | Call to Acevedo with co-counsel |
| 3/28/2018 | FD | 0.3 | $300.00 | $90.00 | Deposition of Ramdeo Persad |
| 3/29/2018 | FD | 1.8 | $300.00 | $540.00 | Depositions of Acevedo, Menna, Powell and spoke to all three re: depositions |
| 4/25/2018 | FD | 0.6 | $300.00 | $180.00 | Pre-motion conference |

**Exhibit 3 - Finn W. Dusenbery, Esq. time records**

| Date | Biller | Time | Rate | Total | Description |
|---|---|---|---|---|---|
| 6/3/2018 | FD | 0.7 | $300.00 | $210.00 | Reviewed Defendants' motion to compel arbitration |
| 6/14/2018 | FD | 1.1 | $300.00 | $330.00 | Reviewed draft of brief opposing motion to compel arbitration and call with Denise Schulman re: same |
| 7/16/2018 | FD | 0.3 | $300.00 | $90.00 | Reviewed reply brief on renewed motion to ompel arbitration |
| 1/16/2020 | FD | 0.3 | $300.00 | $90.00 | Calls and emails to clients, Manna |
| 1/16/2020 | FD | 0.3 | $300.00 | $90.00 | Call with co-counsel re: decision on motion to compel arbitration |
| 1/16/2020 | FD | 0.3 | $300.00 | $90.00 | Reviewed motion to compel decision and call with co-counsel Denise Schulman re: amending complaint and case management plan |
| 2/25/2020 | FD | 0.1 | $300.00 | $30.00 | Call with co-counsel Denise Schulman re: Defendant's settlement offer and informing clients, Manna |
| 2/25/2020 | FD | 0.8 | $300.00 | $240.00 | Calls with co-counsel Manna, clients re: settlement offer, counter-demand |
| 3/10/2020 | FD | 0.1 | $300.00 | $30.00 | Texted with Lenny Menna re: case status |
| 5/14/2020 | FD | 0.3 | $300.00 | $90.00 | Call with Denise Schulman re: settlement |
| 5/14/2020 | FD | 0.3 | $300.00 | $90.00 | Call with Denise Schulman and Maimon Kirschenbaum re: settlement |
| 5/14/2020 | FD | 0.8 | $300.00 | $240.00 | Call with opt-in plaintiffs, Manna and Denise Schulman re: settlement |
| 5/18/2020 | FD | 0.5 | $300.00 | $150.00 | Conference call with defense and Denise re: settlement, calls with Denise Schulman re: same |
| 5/28/2020 | FD | 0.1 | $300.00 | $30.00 | Texts with co-counsel re: mediation |
| 6/4/2020 | FD | 0.1 | $300.00 | $30.00 | Texts with co-counsel re: mediation |
| 6/4/2020 | FD | 0.1 | $300.00 | $30.00 | Emailed defense re: mediation |
| 6/4/2020 | FD | 0.2 | $300.00 | $60.00 | Emailed mediator re: mediation |
| 6/5/2020 | FD | 0.1 | $300.00 | $30.00 | Emailed defense re: availability for mediation |
| 6/9/2020 | FD | 0.4 | $300.00 | $120.00 | Calls with clients re: mediation availability |
| 6/9/2020 | FD | 0.1 | $300.00 | $30.00 | Call with co-counsel Manna re: mediation availability |
| 6/18/2020 | FD | 0.2 | $300.00 | $60.00 | Called clients re: availability for mediation and call with Menna re: collection from Liberty Ashes |
| 6/19/2020 | FD | 0.3 | $300.00 | $90.00 | Calls with clients and co-counsel re: mediation date and time |
| 7/9/2020 | FD | 0.4 | $300.00 | $120.00 | Reviewed and revised mediation statement and call with Orlando |
| 7/9/2020 | FD | 0.1 | $300.00 | $30.00 | Call with Orlando |
| 7/9/2020 | FD | 0.1 | $300.00 | $30.00 | Call with Luis, emails with co-counsel Denise Schulman |
| 7/12/2020 | FD | 0.1 | $300.00 | $30.00 | Call with clients |
| 7/13/2020 | FD | 0.8 | $300.00 | $240.00 | Zoom call with mediator |
| 7/13/2020 | FD | 0.2 | $300.00 | $60.00 | Call with co-counsel re: mediation |

**Exhibit 3 - Finn W. Dusenbery, Esq. time records**

| Date | Biller | Time | Rate | Total | Description |
|---|---|---|---|---|---|
| 7/13/2020 | FD | 0.3 | $300.00 | $90.00 | Calls with Carl re: lost wages and hours worked, co-counsel re: damages |
| 7/13/2020 | FD | 0.6 | $300.00 | $180.00 | Calls with clients and call with co-counsel re: damages |
| 7/13/2020 | FD | 0.4 | $300.00 | $120.00 | Reviewed notes from interviews with clients |
| 7/14/2020 | FD | 0.2 | $300.00 | $60.00 | Calls with clients and co-counsel re: damage estimates |
| 7/15/2020 | FD | 0.6 | $300.00 | $180.00 | Reviewed Raymond v. Mid Bronx case |
| 7/16/2020 | FD | 5.4 | $300.00 | $1,620.00 | Attended mediation |
| 8/2/2020 | FD | 0.1 | $300.00 | $30.00 | Texted Menna re: update on settlement |
| 8/2/2020 | FD | 0.8 | $300.00 | $240.00 | Reviewed drafts of settlement agreement and fairness letter |
| | Total: | 177 | | $53,100.00 | |