UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARL ORLANDO, JR., *on behalf of himself and others similarly situated*,

                Plaintiff,

-v-

LIBERTY ASHES, INC., *et al.*,

                Defendants.

No. 15-cv-9434 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of a letter from Plaintiffs informing the Court that the parties in this matter have reached a settlement. Plaintiffs seek the Court's approval of the settlement under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), and have attached a copy of the settlement to their letter.

IT IS HEREBY ORDERED THAT the parties – including defense counsel, Plaintiffs' counsel, and Plaintiffs personally – shall appear on Friday, September 4, 2020 at 10:00 a.m. for a fairness hearing. Defendants are welcome, but not obligated, to attend. If any of the Plaintiffs do not speak English, Plaintiffs must provide their own interpreter.

In light of the ongoing COVID-19 pandemic, the hearing will take place via Skype for Business. Information for accessing the hearing will be sent to the parties in due course. No later than 5:00 p.m. on September 2, 2020, the parties must jointly email to the Court a list of the names and email addresses of persons who anticipate speaking during the videoconference, as well as the phone numbers of those who will be participating via telephone conference.

Members of the public may monitor the conference via the Court's free audio line by dialing 1-888-363-4749 and using access code 3290725#.

SO ORDERED.

Dated:     August 18, 2020
           New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation